**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Max Stern Estate, | § | |
| | § | |
| Plaintiff, | § | CA 06 211ML |
| | § | |
| v. | § | Civil Act. No. ____________ |
| | § | |
| Maria-Louise Bissonnette, *et al.* | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF RELATED PROCEEDING

In accordance with Local Rule 9.1, Plaintiff Max Stern Estate ("Stern Estate") submits that on information and belief, a related proceeding was filed in Cologne, Germany in April 2006. On information and belief, the named plaintiff in that case, Baroness Maria-Louise Bissonette, seeks a declaration of ownership of Franz Xaver Winterhalter's painting *Girl from the Sabiner Mountains*, the same property that is at issue in this case. The action names the Estate of Dr. Max Stern as the defendant, as represented by three individuals who are alleged to be executors and trustees of the Stern Estate: H. Howard Stikeman, Philip F. Vineberg, and R. Fraser Elliot. The Stern Estate has not yet been served with process in the Cologne action.

*Of Counsel:*
ANDREWS KURTH LLP
Thomas R. Kline
thomaskline@andrewskurth.com
L. Eden Burgess
edenburgess@andrewskurth.com
1350 I Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

TILLINGHAST LICHT LLP
Glenn R. Friedemann (R.I. Bar No. 3051)
gfriedemann@tllaw.com
10 Weybosset Street
Providence, RI 02903-2818
Telephone: (401) 456-1200
Facsimile: (401) 456-1210

Date: May 8, 2006

*Counsel for Plaintiff Max Stern Estate*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and accurate copy of the foregoing document was served by first-class mail, postage prepaid, on May 8, 2006 upon the following:

John J. Weltman, Esq.
Lawson & Weitzen LLP
88 Black Falcon Ave.
Boston, MA 02210

*Counsel to Defendant Bissonnette*

Steven M. Fusco
Estates Unlimited Inc.
63 Fourth Ave.
Cranston, RI 02910