UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE,<br>Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al<br>Defendants | CA NO.: 06-211 ML<br><br>ENTRY OF APPEARANCE FOR DEFENDANT, MARIA-LOUISE BISSONNETTE |

**ENTRY OF APPEARANCE FOR DEFENDANT, MARIA-LOUISE BISSONNETTE**

Please enter my appearance for the defendant, MARIA-LOUISE BISSONNETTE.

DATED: MAY 26, 2006

*Edward John Mulligan*, RIB # 0143
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Tel: (401) 944-5820 Fax 944-5824
e-mail: ejmull @ cox. net

CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the above Entry of Appearance by United States mail, first-class, postage prepaid on May 26, 2006 to the following counsel of record:

Tillinghast Licht LLP
Glenn R. Friedemann
10 Weybosset Street
Providence, R.I. 029203

Andrews Kurth LLP
Thomas R. Kline
L. Eden Burgess
350 I Street NW, Suite 1100
Washington, D.C. 2005

*Edward John Mulligan*