RECEIVED
MAY 30 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE, Plaintiff, <br> VS. <br> MARIA-LOUISE BISSONNETTE, et al Defendants | CA NO.: 06-211 ML <br> STIPULATION TO EXTEND TIME FOR FILING OF ANSWER |

IT IS HEREBY AGREED, that the defendant, Maria-Louise Bissonneette, may have up until June 22, 2006 to file her Answer to the Complaint.

DATED: MAY 26, 2006.

Tillinghast Licht LLP
Glenn R. Friedemann #3051
10 Weybosset Street
Providence, R.I. 029203
Tel (401) 456-1200

Counsel for Plaintiff

Edward John Mulligan, #0134
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Tel (401) 944-5820
e-mail: ejmull @cox.net

Attorney for Defendant Bissonnette

Enter: Mary M. Lisi USDJ 5/30/06