UNITED STATED DISTRICT COURT
District of Rhode Island

The Max Stern Estate

v.

Maria-Louise Bissonnette, et al. CASE NUMBER: 06-211

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of the defendant Estates Unlimited, Inc. in the above-captioned matter.

ESTATES UNLIMITED, INC.
By Its Attorney,

Kevin F. Bowen
BREGGIA BOWEN & GRANDE
Reg: 2908
395 Smith Street
Providence, RI 02908
(401) 831-1900
Fax; (401) 831-0129

June 16, 2006

CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 16th day of June, 2006, I mailed a copy of the within, postage prepaid, to Glenn R. Friedemann, Esquire, TILLINGHAST LICHT LLP, 10 Weybosset Street, Providence, RI 02903-2828, Thomas R. Kline, Esquire, ANDREWS KURTH, LLP, 1350 I Street, NW, Suite 1100, Washington, DC 20005 and, Edward Mulligan, Esquire, 1220 Pontiac Avenue, Suite 303, Cranston, RI 02920