# EXHIBIT 1

SEP - 6 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE, Plaintiff, | CA NO.: 06-211 ML |
| VS. | INITIAL DISCLOSURE |
| MARIA-LOUISE BISSONNETTE, et al Defendants. | RULE 26 (a) (1) |

INITIAL DISCLOSURE OF DEFENDANT BISSONNETTE

NOW COMES the Defendant, MARIA-LOUISE BISSONNETTE, who, by and through her attorney (s), files this Initial Disclosure pursuant to F. R. Civ. P. 26 (a), viz:

1. Individuals Likely to Have Information:

Defendant Maria-Louise Bissonnette is not aware of any other individuals likely to have information, at this time, other than the parties to the action, in light of the age of this matter and the destruction and losses caused by the War. However, there may some individuals, in Germany, yet unknown, who may be found to have information

2. Documents and Date Collections:

Other than documents, which were produced earlier by defendant, prior to suit, along with the court papers filed with the German Court (s), in connection with claims made in this matter, defendant is not aware, at this time, of other pertinent documents.

3. Computation of Damages:

Defendant asserts that there are no damages to plaintiff in this matter.

4. Insurance:

Defendant is not aware of any insurance available in this matter.

DATED: At Cranston, R.I. this 31st day of August, 2006.

Defendant, Maria-Louise Bissonnette
By his attorney,

*Edward John Mulligan*
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Tel (401) 944-5820

RIB #0143

## CERTIFICATION OF SERVICE

I, hereby certify that I mailed a true copy of the foregoing to the following listed attorneys of record, by United States mail, first-class, postage prepaid on this 31 day of August, 2006, VIZ:

Tillinghast Licht LLP
Glenn R. Friedemann, Esq.
10 Weybosset Street
Providence, R.I. 02903-2818

Andrews Kurth LLP
Thomas R. Kline, Esq.
L. Eden Burgess, Esq.
1350 I Street NW, Suite 1100
Washington, D.C. 2005

Kevin F. Bowen, Esq.
395 Smith Street
Providence, R.I. 02908

*Edward John Mulligan*