# EXHIBIT 2

# Fax Cover Sheet

1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Tel (401) 944-5820
Fax (401) 944-5823
e-mail: ejmull@cox.net

| | |
|---|---|
| **Send to:**<br>Andrews Kurth LLP | **From:**<br>**Edward John Mulligan** |
| Attention: Thomas R. Kline, Esq. | Date: 10/18/2006 |
| Office Location: Wash. D.C. | Office: as above |
| Fax Number: 202-662-2739 | Phone Number: as above |

Total pages, including cover:
Max Stern Est. v. Maria-Louise Bissonnette, Prov. Fed. Dist. Ct. #06-211 ML

**Comments:**

Please Response to Production. As far as I can ascertain, you have all of the requested documents in this regard. Most of which are over 60 years of age.

Very truly yours,

Edward John Mulligan

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE, Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al Defendants. | CA NO.: 06-211 ML<br><br>DEFENDANT BISSONNETTE'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION PRODUCTION |

**DEFEENDANT BISSONNETTE'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

COMES NOW the defendant, Maria-Louise Bissonnetter, who makes her response to the Plaintiff's First Request for Production, as follows: (At this time, all of the documents requested, appear to be the same as the copies, which were forwarded to defendant, in two large wallet packages.)

1. All documents identified or described in Bissonnette's Initial Disclosures, dated September 1, 2004 or in Edward John Mulligan's letter to Glenn R. Friedemann and Thomas R. Kline, dated September 5, 2006.

RESPONSE:

The documents addressed to the German Courts would have been the prior litigation papers filed by Dr. Stern. The present litigation papers filed on behalf of my client, of which Plaintiffs counsel already has copies, so none are attached. For example the pending case is shown in SE00720 etc.

Documents generated by Attorney Sherri North Cohen and Attorney Weltman and/or Steven M. Fusco, of which plaintiff has copies, since they forwarded the same to defendant by plaintiff. See eg. SE 000695, SEE 00716, SE 00733 SE 00742 etc. Copy of arrest and Nazi affiliation, this plaintiff has, See eg. SE 00914-916 etc., so none is attached, indeed plaintiff has, according to the documents forwarded a much more extensive copy of the arrest and Nazi affiliation than plaintiff has.

2. All documents referred to, relied upon, or otherwise utilized in drafting and compiling Bissonnette's Initial Disclosures, dated September 1, 2006.

RESPONSE:

The above identified documents.

3. All documents submitted to the court in Cologne, Germany in connection with the lawsuit Bissonnette filed there in or about April 2006 regarding the Painting.

RESPONSE:

Defendant is not aware of any additional documents filed with the Cologne Court, other than the complaint copy, which plaintiff already has, and has also forwarded a copy to plaintiff in its two large wallet packages.

4. All documents and communications concerning or related to the Painting exchanged between Bissonnette and any third parties, including Estates Unlimited, the HCPO, the Office of the U.S. Attorney for the Southern District of New York or the Federal Bureau of Investigation.

RESPONSE:

Plaintiff is not aware of any documents in this regard, other than what plaintiff referenced in pages 3-4 of its document list (copy of those pages attached), hence, since plaintiff has the same, none is otherwise attached. As to Estates Unlimited, see attached documents,

1) Consignment contract and schedule A therewith and flyer page from Estates.

(All as Marked Documents for Response No. 4.)

5. All documents related to or constituting the Military Government Liaison and Security Office materials referred to in the letter from Edward John Mulligan to Thomas Kline dated September 5, 2006.

RESPONSE:

See above.

6. All documents concerning or relating to the Painting.

RESPONSE:

Other than the bill of sale and auction listing, referenced in Response to 1, which plaintiff has and of which it also forwarded copies to defendant in said two large wallet package. none known.

7. All documents concerning or related to Artworks consigned by Bissonnette to Estates Unlimited under the Consignment Contract between Estates Unlimited and Bissonnette dated April 21, 2003.

RESPONSE:

Defendant has filed prior objection to this Request.

11. All documents concerning or related to Artworks purchased by Dr. Karl Wilharm during the years 1933 t0 1945.

RESPONSE:

Defendant has filed prior objection to this Request.

DATED THIS 26 DAY OF OCTOBER, 2006.

*Edward John Mulligan, #0143*
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Fax (401) 944-5823
e-mail: ejmull @ cox. net

Attorney for Defendant,
Maria-Louise Bissonnette

## CERTIFICATION OF SERVICE

I, hereby certify that I mailed a true copy of the foregoing, to the following listed attorneys of record, by United States mail, first-class, postage prepaid on this 26 day of October, 2006, VIZ.:

Tillinghast Licht LLP
Glenn R. Friedemann, Esq.
10 Weybosset Street
Providence, R.I. 02903-2818

Andrews Kurth LLP
Thomas R. Kline, Esq.
L. Eden Burgess, Esq.
1350 I Street NW, Suite 1100
Washington, D.C. 2005

Kevin F. Bowen, Esq.
395 Smith Street
Providence, R.I. 02908

Edward John Mulligan

| | |
|---|---|
| Dr. Clarence Epstein<br>Office of the President<br>Director, Special Projects<br>1455 de Maisonneuve Blvd. West (GM-801)<br>Montreal, Quebec<br>Canada H3G 1MB<br>(514) 848-2424 | Stern Estate's due diligence in searching for and seeking the recovery of the Painting; communications between HCPO, Bissonnettes, Estates Unlimited, and U.S. Attorney for the Southern District of New York |
| Anna B. Rubin<br>State of New York Banking Department<br>Holocaust Claims Processing Office<br>1 State Street<br>New York, NY 10004<br>(800) 695-3318 | Communications and negotiations between HCPO, Bissonnettes and Estates Unlimited; Stern Estate's restitution claim with HCPO; communications between HCPO, Bissonnettes, Estates Unlimited, and U.S. Attorney for the Southern District of New York |
| Catherine A. Lillie<br>State of New York Banking Department<br>Holocaust Claims Processing Office<br>1 State Street<br>New York, NY 10004<br>(800) 695-3318 | Communications and negotiations between HCPO, Bissonnettes and Estates Unlimited; Stern Estate's restitution claim with HCPO; communications between HCPO, Bissonnettes, Estates Unlimited, and U.S. Attorney for the Southern District of New York |
| Sarah Jackson<br>Art Loss Register<br>First Floor<br>63-66 Hatton Garden<br>London<br>EC1N 8LE<br>United Kingdom | Communications and negotiations with HCPO, Bissonnettes and Estates Unlimited |
| Philip Dombowsky<br>(613) 990-0588 | Stern Estate's efforts to find and recover Max Stern property |
| John J. Weltman<br>Lawson & Weitzen LLP<br>88 Black Falcon Avenue<br>Suite 345<br>Boston, MA 02210-2414<br>(617) 439-4990 | Communications with Estates Unlimited related to the Painting; communications with HCPO; other communications with third parties concerning the Painting |

Response For No 4

| | |
|---|---|
| Scott T. Buckley<br>Lawson & Weitzen LLP<br>88 Black Falcon Avenue<br>Suite 345<br>Boston, MA 02210-2414<br>(617) 439-4990 | Communications with Estates Unlimited related to the Painting; communications with HCPO; other communications with third parties concerning the Painting |
| Henrik Hanstein<br>Kunsthaus Lempertz<br>Neumarkt 3<br>50667 Cologne<br>Germany<br>011 49 221 925729-0 | Availability/status of Lempertz documents related to the 1937 Stern sale |

**2. Locations and Descriptions of Documents**

The following categories of documents may be used by Stern Estate to support its claims and defenses in this action:

a. E-mails and other materials concerning communications between and among Stern Estate or its representatives, the Bissonnettes, and Estates Unlimited.

b. Stern Estate documents, communications, and other materials regarding the Painting and other items missing from Stern Estate's collection.

c. Materials concerning Max Stern's experiences both during and after World War II related to Stern Gallery and art collecting.

d. Materials concerning Karl and Lilli Wilharm's connections to and involvement with the Nazi Party and S.A., and their activities during the Nazi era and World War II related to art and antique collecting.

e. Materials concerning Dr. Wilharm's or the Bissonnettes' investigation of the history of the Painting and of other items from Stern Estate collection, and materials related to Dr. Wilharm's art collection and collecting.

ESTATES UNLIMITED ANTIQUES-FINE ART APPRAISERS

sold everything (almost)

NAA Auctioneer

# Estates Unlimited

63 Fourth Avenue, Cranston, RI 02910
Ph: 401.781.1181 • Fax: 401.785.9889

ıe Maria Bissonnette

ress 50 PARK ROW WEST APT 905

PROVIDENCE State RI Zip 02903

phone 401-331-4773

Date 4-21-03

Client ID 40

1-2

## Consignment Contract

| n | Description | | Est. / Res. |
|---|---|---|---|
| | KPM white Porcelain Figurine | [illegible] | |
| | 2 Meissen Basket Porcelain handled | [illegible] | |
| | Meissen Bowl w/ Teacups and Saucers | 40.00 | |
| | Meissen cheese Server | 65.00 | |
| | Porcelain Rooster (Meissen) | 150.00 | |
| | LG. Meissen Urn | 450.00 | |
| | Alabaster + Bronze Ormolou Pedestal | 900.00 | |
| | Pr. Meissen Cobalt vases | 850.00 | |
| | Porcelain Dresden Lace Figurine | 325.00 | |
| | Continental Silver Box | 275.00 | |
| | Pr Porcelain Figurines (KPM/Meissen/Dresden?) | $275.00 | |
| | Silver wine Cooler | $300.00 | |
| | Krewl work throw | [illegible] | |
| | Silver Plate Grouping (chaffing, vase, etc) | [illegible] | |
| | Costume Jewelry | [illegible] | |
| | Figural cherub Compote in Silver | 425.00 | |
| | Pr Silver Baskets | 575.00 | |
| | Religious Icon Group | 150.00 | |

NSIGNMENT: The consignor hereby consigns to Estates Unlimited the property identified above and in any additional receipt referencing reement, authorizes Estates Unlimited, as consignors agent, to offer such property for sale at public auction and agrees to the following terms nditions.

MMISION: Estates Unlimited will receive and retain as its commission from the proceeds of the sale an amount equal to each lot sold:
5 % $ 1 To ↑ , _____ % $ _____ To _____ , _____ % $ _____ To _____ .
tes Unlimited will receive and retain as its commission from unsold reserve items _____ % of clients requested reserve price.

ERTIFY, that I am the owner and/or legal representative of the above listed goods, merchandise and/or property and have good title and the › sell and that they are free from all incumbrances. I agree to accept all responsibility for providing merchantable title and for delivery of title purchaser. I agree to hold harmless the auctioneer and/or Estates Unlimited against any claims of the nature referred to in this agreement.

ignor Maria L Bissonnette Date April 21 2003

Initd. Kevin P B[illegible]

Response for No 4
(ESTATES UNLIMITED)

Estates Unlimited
63 Fourth Avenue, Cranston, RI 02910
Ph: 401.781.1181 • Fax: 401.785.9889

NAA Auctioneer

aria Bissonnette # 40



## Schedule A

| | Description | | |
|---|---|---|---|
| 1 | Marble Mantle clock (Black by) | 350.00 | |
| 2 | Kazak rug | 775.00 | |
| | Small Caucasian Rug | 475.00 | |
| 4 | TABLE Rug | 150.00 | |
| 3 | Floral Rug - Iranian | 90.00 | |
| 4 | Micountry TABLE | 550.00 | |
| 5 | Group vintage Dresses | 95.00 | |
| | ~~[illegible]~~ | 150.00 | |
| | Floral painted spoons wood carved | 200.00 | |
| | Little Kazak Rug | 30.00 | |
| | | | [illegible] |
| | | | 525.00 |
| | | | 175.00 |
| | | | 3[illegible] |
| | 2 Boxes of smalls to be lotted | | [illegible] |
| | | | 1000.00 |
| | Paintings: | | |
| | A. Kampf 6) Ruisdael, Jacob | | |
| | F.X. Winterhalter | | |
| | J.P. Hoffmeister | | |
| | Tischbein | | |
| | European Landscape | | |
| | Removed to be researched and placed | | |
| | in proper market | | |

[signature]

X [signature]

RESPONSE:

See above and attached

1) 4 pages Items sold, 5/28/03.

2) 1 page Items sold, 5/29/03 (Marked Documents for No. 7.)

8. All documents concerning or related to Artworks consigned by Bissonnette to Estates Unlimited, other than those consigned to Estates Unlimited under the Consignment Contract between Estates Unlimited and Bissonnette dated April 21, 2003.

RESPONSE:

See above.

9. All documents concerning or related to any artworks purchased by Dr. Karl Wilharm on or about November 13, 1937, at Kunsthaus Lempertz ("Lempertz auction house") in Cologne, Germany in the Lempertz auction house sale entitled "Die Bestände der Galerie Stern-Düsseldorf" (Inventory of Galerie-Stern-Düsseldorf") in which the Lampertz auction house sold the works consigned to it by Dr. Stern, including the Painting.

RESPONSE:

Defendant has filed prior objection to this Request.

10. All documents concerning or relating to any Artworks purchased by Dr. Karl Wilharm at the Lempertz auction house in Cologne, Germany during the years 1933-1945.

# tes Unlimited, Inc.

h
, .910
-1181
Auctions@EstatesUnltd.com
www.EstatesUnltd.com

**s Sold For: 40 - Maria Bissonnette** **Auction Date: 5/29/2003**

| ignor | Auction Lot # | Description | | | |
|---|---|---|---|---|---|
| | 83 | Vintage hand made table throw w/ raised floral design | | Sale Price: | $30.00 |
| | | | 25.0 % | House Commision: | $7.50 |
| | | Total to Auction House: $7.50 | | Total to Consignor: | $22.50 |
| | 187 | c1900 Belgium tapestry of romantic courting scene | | Sale Price: | $25.00 |
| | | | 25.0 % | House Commision: | $6.25 |
| | | Total to Auction House: $6.25 | | Total to Consignor: | $18.75 |
| | 121 | Vintage pocket knife group inc, wooden handle , sterling, m.o.p. etc. | | Sale Price: | $10.00 |
| | | | 25.0 % | House Commision: | $2.50 |
| | | Total to Auction House: $2.50 | | Total to Consignor: | $7.50 |
| | 194 | Misc. grouping inc, plastic brittain soldiers, enamel smoking set, onyx smoking set, etc. | | Sale Price: | $45.00 |
| | | | 25.0 % | House Commision: | $11.25 |
| | | Total to Auction House: $11.25 | | Total to Consignor: | $33.75 |
| | 196 | Misc. grouping inc. fenton, steins, etc. | | Sale Price: | $30.00 |
| | | | 25.0 % | House Commision: | $7.50 |
| | | Total to Auction House: $7.50 | | Total to Consignor: | $22.50 |

| | |
|---|---|
| Total Sales: | $140.00 |
| Total Commission: | $35.00 |
| Total Charges: | $0.00 |
| **Consignor Total** | **$105.00** |

Document For 40?

/26/2006 16:52 TEL 4019445823 D EDWARDJOHN MULLIGAN 013/016

**es Unlimited, Inc.**


l... -2910
1181

Auctions@EstatesUnltd.com
www.EstatesUnltd.com


**Sold For: 40 - Maria Bissonnette** **Auction Date: 5/8/2003**

| gnor | Auction Lot # | Description | | | |
|---|---|---|---|---|---|
| | 163 c | Costume jewelry grouping | | Sale Price: | $290.00 |
| | | | 25.0 % | House Commision: | $72.50 |
| | | Total to Auction House: $72.50 | | Total to Consignor: | $217.50 |
| | 163 b | Silver plate and misc. grouping | | Sale Price: | $20.00 |
| | | | 25.0 % | House Commision: | $5.00 |
| | | Total to Auction House: $5.00 | | Total to Consignor: | $15.00 |
| | 163 a | Porcelain grouping | | Sale Price: | $40.00 |
| | | | 25.0 % | House Commision: | $10.00 |
| | | Total to Auction House: $10.00 | | Total to Consignor: | $30.00 |
| | 193 a | Antique oriental rug with some wear in geometric pattern | | Sale Price: | $150.00 |
| | | | 25.0 % | House Commision: | $37.50 |
| | | Total to Auction House: $37.50 | | Total to Consignor: | $112.50 |
| | 207 a | Group of vintage couture worn by Baroness von Platen-Hallermund (German Designer Labels) | | Sale Price: | $95.00 |
| | | | 25.0 % | House Commision: | $23.75 |
| | | Total to Auction House: $23.75 | | Total to Consignor: | $71.25 |
| | 246 | K.P.M. white porcelain figurine of lady and deer .c1900 | | Sale Price: | $90.00 |
| | | | 25.0 % | House Commision: | $22.50 |
| | | Total to Auction House: $22.50 | | Total to Consignor: | $67.50 |
| | 260 | 2- 19th C. Meissen blue and white serving baskets each with small light hairline | | Sale Price: | $200.00 |
| | | | 25.0 % | House Commision: | $50.00 |
| | | Total to Auction House: $50.00 | | Total to Consignor: | $150.00 |
| | 213 | 19th C. Meissen blue and white cheese server w/ small 1/4" chip to underside | | Sale Price: | $65.00 |
| | | | 25.0 % | House Commision: | $16.25 |
| | | Total to Auction House: $16.25 | | Total to Consignor: | $48.75 |
| | 143 | 19th C. Prince-Electoral Porcelain Manufactory, Nymphenburb, porcelain rooster | | Sale Price: | $150.00 |
| | | | 25.0 % | House Commision: | $37.50 |
| | | Total to Auction House: $37.50 | | Total to Consignor: | $112.50 |

Documents For No 7

# s Unlimited, Inc.

Auctions@EstatesUnltd.com
www.EstatesUnltd.com
.10
81

**Sold For: 40 - Maria Bissonnette** **Auction Date: 5/8/2003**

| nor | Auction Lot # | Description | | | |
|---|---|---|---|---|---|
| | 166 | 19th C. lg Meissen urn with hand painted floral rose and daisey decoration to the sides measures 26" tall. ✓ | 25.0 % | Sale Price: / House Commision: | $650.00 / $162.50 |
| | | Total to Auction House: $162.50 | | Total to Consignor: | $487.50 |
| | 167 | Wonderful 19th C. Onyx and bronze ormalou pedestal measuring 43" tall. ✓ | 25.0 % | Sale Price: / House Commision: | $900.00 / $225.00 |
| | | Total to Auction House: $225.00 | | Total to Consignor: | $675.00 |
| | 241 | 19th C. Meissen cobalt and gold gilt floral hand painted vases of excellent form and condition. Measures 11 1/2" tall each ✓ | 25.0 % | Sale Price: / House Commision: | $850.00 / $212.50 |
| | | Total to Auction House: $212.50 | | Total to Consignor: | $637.50 |
| | 243 | Dresden porcelain lace figural grouping of ballet dancers..minor chipping to the lace ✓ | 25.0 % | Sale Price: / House Commision: | $325.00 / $81.25 |
| | | Total to Auction House: $81.25 | | Total to Consignor: | $243.75 |
| | 210 | 19th C. continental silver repoussed decorated box, 16 ozt. ✓ | 25.0 % | Sale Price: / House Commision: | $275.00 / $68.75 |
| | | Total to Auction House: $68.75 | | Total to Consignor: | $206.25 |
| | 209 | 19th C. pr. Porcelain figurines, german probably meissen or K.P.M. decorated in vibrant colors and high detail. Very minor losses ✓ | 25.0 % | Sale Price: / House Commision: | $325.00 / $81.25 |
| | | Total to Auction House: $81.25 | | Total to Consignor: | $243.75 |
| | 240 | Important, 1840 presentation wine cooler by maker Hossauer, Berlin. With excellent repoussed high relief gadrooned chasing with cartouches opposite each other depicting a rooster over farm essentials ans the other a sailing ship with enscription reading: IESU SUCCURRENTE Inscribed translation: To the Kingly County Govoner Mr. With. Fra. Strom as a lasting sign of gratitude of many years long service to the county in Gov't service. In true love by associates of the third location of Lansburger County on the 22nd May 1840. Measures 14 1/2" x 59 ozt. ✓ | 25.0 % | Sale Price: / House Commision: | $4,300.00 / $1,075.00 |
| | | Total to Auction House: $1,075.00 | | Total to Consignor: | $3,225.00 |
| | 168 a | 19th C.. Krawl work table or bed throw in great condition ✓ | 25.0 % | Sale Price: / House Commision: | $100.00 / $25.00 |
| | | Total to Auction House: $25.00 | | Total to Consignor: | $75.00 |

# :s Unlimited, Inc.

Auctions@EstatesUnltd.com
www.EstatesUnltd.com

... 10
81

**Sold For: 40 - Maria Bissonnette** **Auction Date: 5/8/2003**

| nor | Auction Lot # | | | | |
|---|---|---|---|---|---|
| | 211 | 19th C. figural continental silver tazza of putti. 10" tall x 17 ozt. | 25.0 % | Sale Price: | $425.00 |
| | | | | House Commision: | $106.25 |
| | | Total to Auction House: $106.25 | | Total to Consignor: | $318.75 |
| | 238 | 19th C. continental silver bread baskets of magnificent open scrolling work measuring 15 1/2" across and weighing 17 ozt each. One foot repaired | 25.0 % | Sale Price: | $575.00 |
| | | | | House Commision: | $143.75 |
| | | Total to Auction House: $143.75 | | Total to Consignor: | $431.25 |
| | 164 | 18-19th C. wood carved religious icon of the crucification of jesus in original oil painting. The side Santos also carved of wood flanking each side. Wonderful early paint with much of original gilt intact. | 25.0 % | Sale Price: | $1,550.00 |
| | | | | House Commision: | $387.50 |
| | | Total to Auction House: $387.50 | | Total to Consignor: | $1,162.50 |
| | 86 | 19th C. black marble mantle clock | 25.0 % | Sale Price: | $350.00 |
| | | | | House Commision: | $87.50 |
| | | Total to Auction House: $87.50 | | Total to Consignor: | $262.50 |
| | 144 a | c1920 Kazak rug w/ wear to end fringe and crease wear as-is 102" x 76" | 25.0 % | Sale Price: | $775.00 |
| | | | | House Commision: | $193.75 |
| | | Total to Auction House: $193.75 | | Total to Consignor: | $581.25 |
| | 158 a | c1920 Caucasian rug with end wear and small repair to field and border 7'5" x 4'11" | 25.0 % | Sale Price: | $475.00 |
| | | | | House Commision: | $118.75 |
| | | Total to Auction House: $118.75 | | Total to Consignor: | $356.25 |
| | 191 | Rug: Antique pictoral rug with middle eastern man on horse 6' x 4'2" | 25.0 % | Sale Price: | $900.00 |
| | | | | House Commision: | $225.00 |
| | | Total to Auction House: $225.00 | | Total to Consignor: | $675.00 |
| | 250 | 19th C. fine inaid marquetry center table w/ centeral bird medallion | 25.0 % | Sale Price: | $550.00 |
| | | | | House Commision: | $137.50 |
| | | Total to Auction House: $137.50 | | Total to Consignor: | $412.50 |
| | 100 | Pr. Vintage wood carved floral painted sconces | 25.0 % | Sale Price: | $220.00 |
| | | | | House Commision: | $55.00 |
| | | Total to Auction House: $55.00 | | Total to Consignor: | $165.00 |

# es Unlimited, Inc.

/
R. .10
181

Auctions@EstatesUnltd.com
www.EstatesUnltd.com

**Sold For: 40 - Maria Bissonnette** **Auction Date: 5/8/2003**

| ;nor | Auction Lot # | | | | |
|---|---|---|---|---|---|
| | 142 | 19th C. cut kazak rug used for table throw ✓ | | Sale Price: | $30.00 |
| | | | 25.0 % | House Commision: | $7.50 |
| | | Total to Auction House: $7.50 | | Total to Consignor: | $22.50 |

| | |
|---|---|
| Total Sales: | $14,675.00 |
| Total Commission: | $3,668.75 |
| Total Charges: | $0.00 |
| **Consignor Total** | **$11,006.25** |