# EXHIBIT 3

# Fax Cover Sheet

1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Tel (401) 944-5820
Fax (401) 944-5823
e-mail: ejmull@cox.net

| **Send to:** Andrews Kurth LLP | **From:** **Edward John Mulligan** |
|---|---|
| Attention: Thomas R. Kline, Esq. | Date: 10/18/2006 |
| Office Location: Wash. D.C. | Office: as above |
| Fax Number: 202-662-2739 | Phone Number: as above |

Total pages, including cover: 3 pages
Max Stern Est. v. Maria-Louise Bissonnette, Prov. Fed. Dist. Ct. #06-211 ML

**Comments:**

Please find objection to two of the items sought in your first requests for production, to wit: Requests Nos. 10 and 11, which I am filing out an abundance of caution, at this time.

I have recently received documents from Boston counsel and have just met with my client in going over the requested documents and the voluminous documents that you have heretofore forwarded.

At this point, I would respectfully request an additional 20 days in which to respond.

I will be out of my office tomorrow for a matter before the Boston Fed. Court and anticipate being out of my office this Friday.

I appreciate your good offices in this matter.

Very truly yours,

[signature]

Edward John Mulligan

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE,<br>Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al<br>Defendants. | CA NO.: 06-211 ML<br><br>OBJECTION TO REQUEST FOR PRODUCTION |

**OBJECTION TO REQUEST FOR PRODUCTION**

Defendant Maria-Louise Bissonnette hereby files her objection to the following two production requests, viz:

10. All documents concerning or relating to any Artworks purchased by Dr. Karl Wilharm at the Lempertz auction house in Cologne, Germany during the years 1933-1945 and

11. All documents concerning or related to Artworks purchased by Dr. Karl Wilharm during the years 1933 to 1945.

Defendant's objection is posited on the grounds that the same are too onersome, overbearing, to far back in time—going back some 70 years, are not relevant, are unduly burdensome and will not lead to discoverable evidence.

DATED: October 18, 2006

*Edward John Mulligan* #0143
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Tel (401) 944-5820

**CERTIFICATION OF SERVICE**

I, hereby certify that I mailed a true copy of the foregoing to the following listed attorneys of record, by United States mail, first-class, postage prepaid on this 18th day of October, VIZ:

Tillinghast Licht LLP
Glenn R. Friedemann, Esq.
10 Weybosset Street
Providence, R.I. 02903-2818

Andrews Kurth LLP
Thomas R. Kline, Esq.
L. Eden Burgess, Esq.
1350 I Street NW, Suite 1100
Washington, D.C. 2005

Kevin F. Bowen, Esq.
395 Smith Street
Providence, R.I. 02908

*Edward John Mulligan*