# EXHIBIT 4

**Math. Lempertz**
Buchhandlung u. Antiquariat
Fernsprecher 22 79 40

Köln, den 13. 11. 1937
Neumarkt 3

# Rechnung für Herrn Dr. Wilhelm Hofgeismar

Fol.

Aus Auktion Nr.: 392

| Nr. | Mark | Nr. | Mark | Nr. | Mark |
|---|---|---|---|---|---|
| 181 | 3.600.– | Übertrag | | Übertrag | 3600.– |
| | | | | 15% | 540.– |
| | | | | | Mk 4140.– |
| Übertrag | | Übertrag | | Übertrag | |

Betrag dankend erhalten
Math. Lempertz, Buchhdlg. u. Antiquariat
Meck

Bankkonti: J. H. Stein, Köln, Deutsche Bank, Filiale Zeppelinstraße.
Postscheckamt Köln 55494