# EXHIBIT 5

ANDREWS KURTH LLP
ATTORNEYS

1350 I Street, NW
Suite 1100
Washington, DC 20005
202.662.2700 Phone
202.662.2739 Fax
andrewskurth.com

Austin
Beijing
Dallas
Houston
London
Los Angeles
New York
The Woodlands
Washington, DC

## Fax Cover Sheet

From: L. Eden Burgess

Employee No.: 07590

Sender's Direct Phone No.: (202) 662-3027

Sender's Direct Fax No.:

Date: Sept. 1, 2006

Matter No.: 164685

No. of pages (including cover sheet): 4

| RECIPIENT | COMPANY | FAX NUMBER | CONFIRMATION NUMBER |
|---|---|---|---|
| Edward J. Mulligan, Esq. | | (401) 944-5823 | (401) 944-5820 |

## Message

Dear Mr. Mulligan,

We are in receipt of your fax dated September 1, 2006, attaching Mrs. Bissonnette's initial disclosures. We inquired with Federal Express as to their delay in delivering the Stern Estate's initial disclosures to you, and they informed us that a FedEx scanning error caused them to try to deliver the package to the wrong address, despite the correct address being on the package label. We understand that FedEx delivered the package to you this morning at 11:09 am and that you signed for it. Please see the attached documentation.

Treasury Circular 230 Disclosure – To comply with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this written communication (including any attachment) is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. If this written communication contains any tax advice that is used or referred to in connection with the promoting, marketing or recommending of any transaction(s) or matter(s), this written communication should be construed as written to support the promoting, marketing or recommending of the transaction(s) or matter(s) addressed by this written communication, and the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor. No limitation has been imposed by Andrews Kurth LLP on disclosure of the tax treatment or tax structure of the transaction(s) or matter(s).

**Confidentiality Notice**

The information contained in this facsimile transmission may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this facsimile transmission is strictly prohibited. If you have received this facsimile transmission in error, please contact us immediately at 713-220-4220 to arrange for the transmission's return to us at our expense. Thank you.

**Should you have any problems receiving this fax, please call (202) 662-3027.**

WAS:122771.1

With regard to Mrs. Bissonnette's initial disclosures, the Stern Estate has no knowledge of Mrs. Bissonnette producing documents "prior to suit," as stated in ¶ 2 of the disclosures, nor is the Estate in possession of any such documents. Also, the Estate is not in possession of "court papers filed with the German Court(s)." Please provide these documents as soon as possible.

Sincerely,

Eden Burgess