# EXHIBIT 6

ANDREWS KURTH LLP
ATTORNEYS

1350 I Street, NW
Suite 1100
Washington, DC 20005
202.662.2700 Phone
202.662.2739 Fax
andrewskurth.com

Austin
Beijing
Dallas
Houston
London
Los Angeles
New York
The Woodlands
Washington, DC

## Fax Cover Sheet

From: L. Eden Burgess Employee No.: 07590

Sender's Direct Phone No.: (202) 662-3027 Sender's Direct Fax No.:

Date: Sept. 5, 2006 Matter No.: 164685 No. of pages (including cover sheet): 1

| RECIPIENT | COMPANY | FAX NUMBER | CONFIRMATION NUMBER |
|---|---|---|---|
| Edward J. Mulligan, Esq. | | (401) 944-5823 | (401) 944-5820 |

**Message**

Dear Mr. Mulligan,

We have received no response to my September 1, 2006 fax requesting that Mrs. Bissonnette produce documents described in her initial disclosures, which under our agreement were due to be produced on August 30. Please let us know when we can expect to receive those materials.

Sincerely,

Eden Burgess

Treasury Circular 230 Disclosure – To comply with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this written communication (including any attachment) is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. If this written communication contains any tax advice that is used or referred to in connection with the promoting, marketing or recommending of any transaction(s) or matter(s), this written communication should be construed as written to support the promoting, marketing or recommending of the transaction(s) or matter(s) addressed by this written communication, and the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor. No limitation has been imposed by Andrews Kurth LLP on disclosure of the tax treatment or tax structure of the transaction(s) or matter(s).

**Confidentiality Notice**

The information contained in this facsimile transmission may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this facsimile transmission is strictly prohibited. If you have received this facsimile transmission in error, please contact us immediately at 713-220-4220 to arrange for the transmission's return to us at our expense. Thank you.

**Should you have any problems receiving this fax, please call (202) 662-3027.**

WAS:122825.1