# EXHIBIT 10

ANDREWS KURTH LLP
ATTORNEYS

1350 I Street, NW
Suite 1100
Washington, DC 20005
202.662.2700 Phone
202.662.2739 Fax
andrewskurth.com

Thomas R. Kline
202.662.2716 Phone
thomaskline@andrewskurth.com

October 27, 2006

**VIA FACSIMILE AND FIRST-CLASS MAIL**

Edward J. Mulligan, Esq.
1220 Pontiac Avenue
Suite 303
Cranston, RI 02920

Re: *Stern Estate v. Bissonnette, et al.*, Civil Act. No. 06-211 (ML)

Dear Mr. Mulligan:

Thank you for providing me with Defendant Bissonnette's Response to Plaintiff's First Request for Production and the attached documents, including the consignment agreement between your client and Estates Unlimited, a document you might have provided to us back in August with the Initial Disclosure of Defendant Bissonnette. (I do note that you have continued your practice of failing to place control numbers on the documents produced.)

I must object, however, to Defendant Bissonnette's continuing failure to produce documents based on her belief -- however well-founded -- that the Stern Estate has the same documents. At this stage of the litigation, the Stern Estate needs to understand (and has a right to know) exactly which documents Defendant Bissonnette has in her possession. This approach follows the requirements of the Federal Rules and ensures that there will be no surprises later in the litigation. The Stern Estate takes Defendant Bissonnette's failure to produce her documents very seriously. Please let me know immediately whether Defendant Bissonnette will produce the documents identified in her Response to Plaintiff's First Request for Production.

Sincerely,

Thomas R. Kline

cc: Glenn R. Friedemann, Esq.