UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE,<br>Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al<br>Defendants | CA NO.: 06-211 ML<br><br>DEFENDANT MARIA-LOUISE BISSONNETTE'S OBJECTION TO PLAINTIFF'SMOTION TO COMPEL |

DEFENDANT MARIA-LOUISE BISSONETTE'S
OBJECTION TO PLAINTIFF'S MOTION TO COMPEL

NOW COMES the defendant, Maria-Louise Bissonnette, who, by and through her attorney files this Objection to the Plaintiff's Motion to Compel.

In support of defendant's objection, defendant hereby submits is Opposition Memorandum of Law.

WHEREFORE, defendant moves that plaintiff's motion to compel be DENIED.

DATED: At Cranston, Rhode Island this ____ day of November, 2006.

/s/ *Edward John Mulligan*
Edward John Mulligan, # 0143
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Tel (401) 944-5820
Fax (401) 944-5823
Attorney for Marie-Louise Bissonnette

CERTIFICATION OF SERVICE

I hereby certify that I electronicallyil mailed a copy of the foregoing Objection Supporting Memoranda on behalf of defendant Maria- Louise Bissonnette by e-mail to the following counsel of record:

Glenn R. Friedemann, Esq.: gfriedemann@tllaw.com

Thomas R. Kline, Esq., and
L. Eden Burgess, Esq. c/o: thomaskline@andrewskukrth.com

and by United States mail, postage pre-paid, all on November , 2006.

Kevin F. Bowen, Esq.
395 Smith Street
Providence, R.I. 02908

DATED THIS ___DAY OF NOVEMBER, 2006

*/s/ Edward John Mulligan*