***Edward John Mulligan*** / Attorney at law
1220 Pontiac Avenue Suite 303 Cranston, R.I. 02920
Tel (401) 944-5820 Fax (401) 944-5823
email: ejmull@cox.net

Monday, October 30, 2006

Tillinghast Licht LLP
Glenn R. Friedemann
10 Weybosset Street
Providence, R.I. 029203

Andrews Kurth LLP
Thomas R. Kline
L. Eden Burgess
1350 I Street NW, Suite 1100
Washington, D.C. 2005

Re: Estate of Max Stern vs. Maria-Louise Bissonnette et al
Federal District Court No.: 06-211 ML

Dear Counsel:

In response anon to your latest letter regarding Production, I am somewhat confused as to whether or not you wish me to forward copies of the copies that you have forwarded or my client's copies, which are, as stated, the same as the copies of the copies that you forwarded, or if you would wish me to refer to the copies of the copies by their respective Bates number that you have designated on the copies of the copies that you forwarded?

It would appear to me that under Rule 1, that a reference to your Bates Number designation should suffice, and this would insure that there are no "surprises," which you reference, as a concern, in your latest letter. Please let me know which method of identification that you require.

Also, you will note that in my Response to Production, the attachments were referenced by separate Exhibit number.

Thanking your good offices in this matter, I remain

Very truly yours,

Edward John Mulligan

EJM/