ANDREWS KURTH LLP
ATTORNEYS

1350 I Street, NW
Suite 1100
Washington, DC 20005
202.662.2700 Phone
202.662.2739 Fax
andrewskurth.com

Thomas R. Kline
202.662.2716 Phone
thomaskline@andrewskurth.com

November 13, 2006

**VIA FACSIMILE AND FIRST-CLASS MAIL**

Edward J. Mulligan, Esq.
1220 Pontiac Avenue
Suite 303
Cranston, RI 02920

Re: *Stern Estate v. Bissonnette, et al.*, Civil Act. No. 06-211 (ML)

Dear Mr. Mulligan:

I have received your letter of October 30 attaching Defendant Bissonnette's First Request for Production to Plaintiff but failing to produce any additional documents from Defendant Bissonnette. I also note that at the same time Defendant Bissonnette seeks production of Stern Estate documents she continues to withhold her own, up to now on the sole grounds that her lawyer believes that, in all likelihood, the Stern Estate already has these documents.

You say you are experiencing confusion concerning the documents Stern Estate would like Defendant Bissonnette to produce and I take the implication that you now cannot produce these documents for the additional reason that you have become confused about which documents the Stern Estate seeks. There is no reason for you to be confused. The Stern Estate asks -- and has been forced to move the Court -- for Defendant Bissonnette to produce those documents identified in her Initial Disclosures, Defendant Bissonnette's Response to Plaintiff's First Request for Production, or both. There is no reason to produce documents with Bates numbers showing that the Stern Estate produced them to Defendant Bissonnette in this litigation. As previously mentioned, it would certainly assist the litigation if you would Bates label any additional documents that Defendant Bissonnette produces. Please call me or Glenn Friedemann if you have any questions.

Sincerely,

Thomas R. Kline

cc: Glenn R. Friedemann, Esq.



WAS:124567.1