Unrecognized MIME type (text/html; charset=UTF-8), click here to view

## U.S. District Court
## District of Rhode Island

## Official Court Electronic Document Filing System

---

---

*This facility is for Official Court Business only. Activity to and from this site is logged. Document filings on this system are subject to Federal Rule of Civil Procedure 11. Evidence of unauthorized or criminal activity will be forwarded to the appropriate law enforcement officials.*

---

*Welcome to the U.S. District Court for the District of Rhode Island Electronic Document Filing System. This page is for the use by attorneys and firms participating in the electronic filing system. The most recent version of the Netscape browser and the Adobe PDF reader can be obtained by selecting the Netscape/PDF Settings option listed below.*

---

*You should become familiar with the navigational capabilities of your Netscape browser. Most screen displays in this system are split to provide a small top frame for Netscape. Review Netscape's frame capability for new navigation tips.*

---

*Netscape/PDF Settings*

---

*Last login: -*

---

*14June2005*