UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE,<br>Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al<br>Defendants. | CA NO.: 06-211 ML<br><br>DEFENDANT BISSONNETTE'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION PRODUCTION |

**DEFEENDANT BISSONNETTE'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

COMES NOW the defendant, Maria-Louise Bissonnetter, who makes her Supplemental Response to the Plaintiff's First Request for Production, as follows: (At this time, most of the documents requested, appear to be the same as the copies, which were forwarded to defendant, in two large wallet packages.)

1. All documents identified or described in Bissonnette's Initial Disclosures, dated September 1, 2004 or in Edward John Mulligan's letter to Glenn R. Friedemann and Thomas R. Kline, dated September 5, 2006.

SUPPLEMENTAL RESPONSE:

A. The litigation papers filed by Dr. Stern with the German Court, which were produced by the plaintiff to this defendant (Referenced and attached in letter from Atty Sherri North Cohen, HPCO, in her 2/8/05 letter and attached as Exhibit 7.)

B. The present Complaint filed with the German Court by the Plaintiff against the

Max Stern Estate, of which the plaintiff has a copy and is marked by plaintiff as SE00720 –SE00729

C. Documents generated by Attorney Sherri North Cohen and Attorney Weltman and/or Steven M. Fusco, of which plaintiff has copies, further identified as follows:

Letters from Atty Cohen, HCPO, as follows:

1. February 8, 2005 to Mr.Steven M. Fusco
2. February 8, 2005 letter to Mrs. Bissonnette with 2/8/05 letter to Fusco.
3. April 20, 2005 letter to Mrs. Bissonnette
4. April 29, 2005 letter to Mrs. Bissonnette
5. May 12, 2005 letter to Mrs. Bissonnette
6. April 26, 2006 letter to Atty Weltman SE 00698-9

Letters from Lawson & Weitzen office to Atty Cohen, as follows:

1. September 16, 2004 from Atty Weltman SE00738 ( We have one page only).
2. February 15, 2006 from Atty Buckley (Note, our file does not show the letter of Atty Cohen dated, November 10, 2005). SE 00731-2
3. April 26, 2005 from Atty Weltman

D. Copy of arrest and Nazi affiliation, which defendant has heretofore forwarded.

E. Photos of paintings shown in SE00704 -714

2. All documents referred to, relied upon, or otherwise utilized in drafting and compiling Bissonnette's Initial Disclosures, dated September 1, 2006.

RESPONSE:

The above identified documents.

3. All documents submitted to the court in Cologne, Germany in connection with the lawsuit Bissonnette filed there in or about April 2006 regarding the Painting.

SUPPLEMENTAL RESPONSE:

The present Complaint filed with the German Court by the Plaintiff against the Max Stern Estate, of which the plaintiff has a copy and is marked by plaintiff as SE00720 –SE00729

4. All documents and communications concerning or related to the Painting exchanged between Bissonnette and any third parties, including Estates Unlimited, the HCPO, the Office of the U.S. Attorney for the Southern District of New York or the Federal Bureau of Investigation.

RESPONSE:

Plaintiff is not aware of any documents in this regard, other than what plaintiff referenced in pages 3-4 of its document list (copy of those pages [was] attached [to prior response']), hence, since plaintiff has the same, none is otherwise attached. As to Estates Unlimited, see attached documents [which were attached to prior response],

1) Consignment contract and schedule A therewith and flyer page from Estates.

(All as Marked Documents for Response No. 4.)

5. All documents related to or constituting the Military Government Liaison and Security Office materials referred to in the letter from Edward John Mulligan to Thomas Kline dated September 5, 2006.

RESPONSE:

See above.

6. All documents concerning or relating to the Painting.

RESPONSE:

Other than the bill of sale and auction listing, referenced in Response to 1, which plaintiff has and of which it also forwarded copies to defendant in said two large wallet package. none known.

7. All documents concerning or related to Artworks consigned by Bissonnette to Estates Unlimited under the Consignment Contract between Estates Unlimited and Bissonnette dated April 21, 2003.

RESPONSE:

See above and attached [ by prior response].

1) 4 pages Items sold, 5/28/03.

2) 1 page Items sold, 5/29/03 (Marked Documents for No. 7.)

8. All documents concerning or related to Artworks consigned by Bissonnette to Estates Unlimited, other than those consigned to Estates Unlimited under the Consignment Contract between Estates Unlimited and Bissonnette dated April 21, 2003.

RESPONSE:

See above.

9. All documents concerning or related to any artworks purchased by Dr. Karl Wilharm on or about November 13, 1937, at Kunsthaus Lempertz ("Lempertz auction house") in Cologne, Germany in the Lempertz auction house sale entitled "Die Bestände der Galerie Stern-Düsseldorf" (Inventory of Galerie-Stern-Düsseldorf") in which the

Lampertz auction house sold the works consigned to it by Dr. Stern, including the Painting.

Without waiving her objection, the only known documents are those regarding the subject painting--copies of which the plaintiff has, i.e. the bill of sale and auction listing, referenced in Response to 1,

SUPPLEMENTAL RESPONSE:

10. All documents concerning or relating to any Artworks purchased by Dr. Karl Wilharm at the Lempertz auction house in Cologne, Germany during the years 1933-1945.

SUPPLEMENTAL RESPONSE:

Without waiving her objection, the only known documents are those regarding the subject painting--copies of which the plaintiff has, i.e. the bill of sale and auction listing, referenced in Response to 1,

11. All documents concerning or related to Artworks purchased by Dr. Karl Wilharm during the years 1933 t0 1945.

RESPONSE:

Without waiving her objection, see attached as Response to No. 11, as follows:

1) Invoice from Alfred Boedecker, 8/15/37 for 1 Painting by Peter de Witte, "Candido."

2) 2 pages from Gustav Knauer for obtaining (at auction?) in behalf of Dr. Wilharm, 3/9/38 4 paintings & 2 other items

a) Painting of Lenback
b) Painting of Jordeans
c) Painting of Von Dahl
d) Painting of Roos.

3) Documents from Reinhold, Schumann, Kassell, (art & antique dealers?) 3/17/38, for 4 oil paintings

4) Document for purchase for Dr. Wilharm at auction by Alfred Boedecker, 3/23//38 3 paintings

a) Harburger—Women peeling potatoes
b) van Max—Child portrait
c) Portrait of Girl

5) Receipt for from Alfred Boedecker, 4/7/38 for a (unknown) painting by Winterhalter. (Appears to have been bought for Dr. Wilharm by Boedecker at an auction?

6) 2 page Bill of Lading? from Gustav Knauer, 10/3/38, for delivery of (6 unknown?) paintings.

7) Document from Joseph Chominski (art & antique dealer?), 12/27/38 for a little? painting.

8) Document from Kurt Kroning, 4/7/39 for 2 paintings by Deiker.

9) “ “ “ “ 4/17/40, not sure what its for.

10) Document (2 pages) from K. J. Rostsermundt , 1/23/41, for Girolani Painting, purchased for Dr. Wilharm (by Rostermundt?).

DATED THIS ___DAY OF NOVEMBER, 2006.

_______________________________
*Edward John Mulligan*, # 0143
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Fax (401) 944-5823
e-mail: ejmull @ cox. net
Attorney for Defendant,
Maria-Louise Bissonnette

# ATTACHMENTS FOR RESPONSE TO NO. 11

1) Invoice from Alfred Boedecker, 8/15/37 for 1 Painting by Peter de Witte, "Candido."

2) 2 pages from Gustav Knauer for obtaining (at auction?) in behalf of Dr. Wilharm, 3/9/38 4 paintings & 2 other items

a) Painting of Lenback
b) Painting of Jordeans
c) Painting of Von Dahl
d) Painting of Roos.

3) Documents from Reinhold, Schumann, Kassell, (art & antique dealers?) 3/17/38, for 4 oil paintings

4) Document for purchase for Dr. Wilharm at auction by Alfred Boedecker, 3/23//38 3 paintings

a) Harburger—Women peeling potatoes
b) van Max—Child portrait
c) Portrait of Girl

5) Receipt for from Alfred Boedecker, 4/7/38 for a (unknown) painting by Winterhalter. (Appears to have been bought for Dr. Wilharm by Boedecker at an auction?

6) 2 page Bill of Lading? from Gustav Knauer, 10/3/38, for delivery of (6 unknown?) paintings.

7) Document from Joseph Chominski, 12/27/38 for a little? painting.

8) Document from Kurt Kroning, 4/7/39 for 2 paintings by Deiker.

9) " " " " 4/17/40, not sure what its for.

10) Document (2 pages) from K. J. Rostsermundt , 1/23/41, for Girolani Painting, purchased for Dr. Wilharm (by Rostermundt?).

# ANTIQUITÄTEN

ALFRED BOEDECKER ~~LEONHARD ZWANZIGER~~

GEMÄLDE ALTER MEISTER

PLASTIKEN • FAYENCEN

BANK-KONTO:
~~TER~~ und NATIONALBANK
Kasse Kaiserstrasse.
asse „B" Rossmarkt 14
nk in Frankfurt a. M.

FRANKFURT A. M., 25. August 37
~~FRIEDENSSTR. 3 TEL. HANSA 5773~~
Bethmannstr. 21. Tel. 28789

hnung für Herrn Dr. K. Wilharm Hofgeismer /Kassel.

| | | |
|---|---|---|
| Persönlich gekauft: | | |
| Ein Gemälde zugrschr. Peter de Witte, gen. »Candido« 1540-1628. Darsteliend: Hlg. Kirchenvater in einer Landschaft. | M500. | -- |
| | ======== | |

Sehr geehrter Herr Dr.!

Das Gemälde geht heute nach Fertigstellung des Rahmens (Ich hoffe dass Sie mich darum loben) an Sie per Eilgut ab. Den Kabristan Teppich liessn ich beipacken, und bin ich gerne bereit den blaugrundigen Art Täbriz wieder zurück zu nehmen. In diesem Fall bitte ich die Differenz von M30.-an obigen Betrag abzuziehen.

Mit ergebenen Grüssen

ABoedecker

11-1

# Gustav Knauer

Möbeltransport **Spedition** Lagerung

Berlin Wichmannstr. 8 | Wien Walfischgasse 15 | Paris 8, Rue Halévy | Breslau Friedrich Karlstr. 21

Fernsprecher: 25 0012 · Telegr.-Adr.: Speditionshaus Berlin · Postscheckkonto: Berlin Nr. 843
Bankkonten: Dresdner Bank Dep. Kasse 51, Berlin W35, Potsdamerstr. 103a. Deutsche Bank und Disconto-Ges. Dep. Kasse M, Berlin W62, Kurfürstenstr. 115.

**Amtlicher Spediteur für die Deutsche Abteilung der Internationalen Ausstellung Paris 1937**

Schr/Hf.

Berlin W62, den 9. März 1938

Herrn
Dr. Karl W i l h a r m ,
Hofgeismar Bezirk Kassel

Zur Beachtung! Alle mir erteilten Aufträge werden nur ausgeführt auf Grund der „Allgemeinen Deutschen Spediteur-Bedingungen".

Von Herrn Walter Pirschel, Berlin-Charlottenburg Schlüterstrasse 28, sind mir 6 Auktionsscheine des Kunstauktionshauses Rud. Lepke übergeben worden. Auf Grund der Auktionsscheine werden von mir folgende Gegenstände übernommen:

1 antiker runder Tisch und 6 Stühle
1 Gemälde von Lenbach
1 Gemälde von Jordaens
1 ital. Predella
1 Gemälde von Dahl
2 Gemälde von Roos

Diese vorerwähnten Gegenstände werden nach erfolgter Verpackung den mir erteilten Anweisungen gemäss , auf dem Eilgutwege an Ihre Adresse nach Station Hofgeismar zur Absendung gebracht. Die Transportversicherung wird meinerseits auf Grund der einzelnen Werte, welche in den Auktionsscheinen angegeben worden sind, gedeckt.

11-2

Die Gesamtspesen für Verpackung, Rollgelder und Fracht-

spesen werde ich mir erlauben, durch Nachnahme von Ihnen e.
hen. Über den Abgang der Sendung und die Höhe meiner Nachna
den Sie durch ein besonderes Avisschreiben meinerseits noch
verständigt.

Mit Deutschem Gruss!
ppa. Gustav Knauer
Knauer

11-2 (2ND PAGE)

Reinhold Schumann · Kassel
Antiquitäten · Antike Möbel · Gemälde
Ankauf · Verkauf
Fernruf 5122 (23422) : Bankverbindung: Kreissparkasse Kassel Nr. 1282

Kassel, den
Steinweg 16

Quittung

M. 650.— in Worten

Sechshundert + fünfzig Mark.

für 4 Oelgemälde zu Recht

erhalten

R. Schumann

Kassel d. 12. März 38.

11-3

# ANTIQUITÄTEN

ALFRED BOEDECKER / ~~LEONHARD ZWANZIGER~~

GEMÄLDE ALTER MEISTER
PLASTIKEN • FAYENCEN

BANK-KONTO:
DARMSTÄDTER und NATIONALBANK
Dep.-Kasse Kaiserstrasse.
Depositenkasse „B" Rossmarkt 14
Dresdner Bank in Frankfurt a. M.

FRANKFURT A. M., 20 März 30
~~FRIEDENSSTR. 3 / TEL. HANSA 5773~~
Bethmannstr. 21.

Rechnung für Herrn Dr. K. W i . h . r . , Hofgeismar

| | |
|---|---|
| Persönlich gekauft. | |
| Ein Gemälde von Edmund Harburger Frauen beim Kartoffelschälen | M 800.-- |
| Ein Gemälde Gabriel v. Max Kinderporträt | " 100.-- |
| " " Porträt eines Mädchen | " 180.-- |
| | M. 1080.- |

Betrag dankend erhalten
A. Boedecker.

11-4

Quittung

RM. 2000.- (Zweitausend) für ein Gemälde v. [illegible] erhalten

Hofgeismar 7.IV.1938

[illegible signature]

11-5

# Gustav Knauer

Spedition, Möbeltransport, Speicherei

**Bahnamtlicher Rollfuhrunternehmer**

Berlin W., Wichmannstraße 7-8

„Ohne Verbindlichkeit für die Eisenbahn"

Von Sendung des Herrn W. Pirschel Berlin-Ch'bg. Schlüterstr. 28

Zur Weiterbeförderung an

Zur Verfügung de

11-6

Kurs Nr. | Abgefertigt nach [illegible] über [illegible] | Zoll- oder Steuerbeh. auf Bahnhof

# Eilfrachtbrief

An Herrn Dr. Karl [illegible]

in Hofgeismar Bezk. Kassel

(Wohnung)

Bestimmungsbahnhof Hofgeismar

Abgabe des Nachnahmebenachrichtigungsscheins vom Eisenbahn-Verkehrs-Amt 1 erlassen.

Nur in Kisten, Latten verpackt lt. allgem. Erkl. v. 1. 8. 25.

156

| Zeichen | Nummer | Anzahl | Art der Verpackung | Inhalt | Wirkliches Rohgewicht kg |
|---|---|---|---|---|---|
| SK | 449/1 | 1 | Verschl. | 1 Tisch | 73 |
| | 449/2 | 1 | " | 4 Stühle | 43 |
| | 449/3 | 1 | Kiste | 1 Gemälde | 74 |
| | 449/4 | 1 | " | 5 Gemälde | [illegible] |
| | 449/5 | 1 | Verschl. | 2 Stühle | [illegible] |
| | | 5 | | | 387 |

Kunstgegenstände im Einzelwert von mehr als 5000 Mark.

Abgabe des Nachnahmebenachrichtigungsscheins vom Eisenbahn-Verkehrs-Amt 1 erlassen

Berlin W., den 10. März 1938

Unterschrift und Wohnung des Absenders

**Gustav Knauer**
Spedition, Möbeltransport, Speicherei
Bahnamtlicher Rollfuhrunternehmer
Berlin W. 62, Wichmannstraße 7-8

Stempel: Berlin Potsd. Gbf 03 122 10.3.38 | Kassel 05 11.3.38

Freivermerk: unfrankiert | Frachtbriefdoppel beantragt?

Etwaige Angabe des Lieferwerts in Buchstaben

Nachnahme, Barvorschuß: 96.35

Nachnahme nach Eingang: [illegible]

| Berechnung: Abgerundetes Gewicht kg | Tarifklasse | Frachtsatz für 100 kg | Vom Absender bezahlt | Rechnung | Vom Empfänger zu erheben |
|---|---|---|---|---|---|
| 774 | | | | Gebühr für Angabe des Lieferwerts | |
| | | | | Nachnahme Barvorschuß / nach Eingang | 96.35 |
| | | | | Nachnahmegebühr | 1.– |
| | | | | Fracht | 11.9[illegible] |
| | | | | | 134.25 |
| | | | | | .75 |
| | | | | | 17.– |
| | | | | | 141.65 |

Stempel des Versandbahnhofs: Berlin [illegible] 03 10.3.38 | Wiegestempel | Frachtbriefdoppel-Stempel | Stempel des Bestimmungsbahnhofs

11-6 (2ND PAGE)

**Josef Chominski**
Antiquitäten
Telefon Nr. 28775
Bank-Konto:
Commerz- u. Privatbank, Frankfurt a. M.

Frankfurt a. M., den 27.12.38. 193
Bethmannstraße 48
(gegenüber dem Frankfurter Hof)

Herrn Dr. med.et. phil.Wilham

Hofgeismar

Sehr geehrter Herr Dr. Wilham !

Ich bestätige bestens dankend den Eingang von Mk. 150.- v. 24.12.38. für ein Bildchen.

Mit deutschem Gruss
ergebenst

J. Chominski.

11-7

Kassel, 7.4.39.

Sehr geehrter Herr Doktor!

Ich bestätige Ihnen dankend den Empfang von 600 Rm für 2 Bilder von C. F. Deiker sowie ein Empire Sofa.

Mit deutschem Gruss.

K. Kröning.

---

Postkarte

Herrn

Dr. Wilharm

Hofgeismar

**KURT KRÖNING**

**Antiquitäten** - Alte Gemälde
Juwelen - Kunstgegenstände

**KASSEL**
Grüner Weg 18 I Fernruf ~~1900~~

**Ruf 23545**

11-8

**KURT KRÖNING**

Antiquitäten + Alte Gemälde
Juwelen, Kunstgegenstände

Grüner Weg 18 I Fernruf 1905
* Ruf 23545

KASSEL, den 17.4.1940.

Sehr geehrter Herr Doktor!

Ich bestätige Ihnen dankend den Empfang Ihrer Überweisung von 1280 Rm.

Mit deutschem Gruss

KURT KRÖNING
Antiquitäten
Ruf 1905 KASSEL Grüner Weg 18 I

K. Kröning

1-9

K. J. ROTERMUNDT
KOMMISSIONÄR
Alte und Neue Kunst

BERLIN NO 55,
NAUGARDER STRASSE 51 . RUF 59 51 75

den 23.1.41.

Herrn
Dr. med. et phil. Wilharm
Hofgeismar

Sehr geehrter Herr Dr. Wilharm!

Ihren w. Brief vom 20.1.41. mit bestem Dank erhalten, und kann ich Ihnen heute die freudige Mitteilung machen, dass ich das Bild

N. 217 „Beweinung Christi" von Giovanni Girolami

| | | | |
|---|---|---|---|
| Savolde zum Preise | | von Mk. | 1 000.— |
| zuzügl. | 15 % Aufgeld | " | 150.— |
| " | 5 % Komm. | " | 50.— |
| | | Mk. | 1 200.— |

für Sie ersteigert habe.

In der Anlage übersende ich Ihnen die Expertise des Bildes und bitte Sie, mir den Empfang derselben bestä tigen zu wollen.

Das Bild habe ich dem Spediteur Lüders Berlin-Charlo burg Sybelstr. 49, der Ihnen auch seinerzeit die Uhr sandte, zum Versand übergeben.

Ich bitte Sie, mir den Betrag von Mk. 1 200.— per . oder auf mein Bankkonto Dresdner Bank Berlin Deposit kasse 68 Kundennummer 7507 zu überweisen.

11-10

Die anderen Sachen habe ich leider nicht erhalten, da Silber und Leder zu den Raritäten gehören und bedeutende Überpreise erzielt werden.

Stets gern zu Diensten, zeichnet

mit deutschem Gruss

K. J. Rotermundt
Berlin N.O. 55
Naugarderstr. 51
Fernspr. 58 3175

Einschreiben

1 Expertise

11-10 (2ND PAGE)

## CERTIFICATION OF SERVICE

I, hereby certify that I mailed a true copy of the foregoing, to the following listed attorneys of record, by e-mail, fax and/or United States mail, first-class, postage prepaid on this 22nd day of November , 2006, VIZ:

Tillinghast Licht LLP
Glenn R. Friedemann, Esq.
10 Weybosset Street
Providence, R.I. 02903-2818

Andrews Kurth LLP
Thomas R. Kline, Esq.
L. Eden Burgess, Esq.
1350 I Street NW, Suite 1100
Washington, D.C. 2005

Kevin F. Bowen, Esq.
395 Smith Street
Providence, R.I. 02908

/s/ *Edward John Mulligan*
*Edward John Mulligan*