UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE,<br>Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al<br>Defendants | CA NO.: 06-211 ML<br><br>DEFENDANT MARIA-LOUISE BISSONNETTE'S 12 (b) MOTION TO DISMISS AND/OR FOR STAY |

DEFENDANT MARIA-LOUISE BISSONETTE'S
12 (b) MOTION TO DISMISS AND/OR FOR STAY

NOW COMES the defendant, Maria-Louise Bissonnette, who, by and through her attorney, files this 12 (b) Motion to Dismiss and/or For Stay.

Defendant's Motion, in the main is predicated upon the fact that there is pending and was pending before the institution of the above matter, a suit before a competent court of full jurisdiction over the plaintiff and the defendant concerning the subject res (claimed painting).

Defendant's Memorandum in Support is filed herewith.

WHEREFORE, defendant moves that her motion be GRANTED.

DATED: At Cranston, Rhode Island this 28th day of November, 2006.

s/*Edward John Mulligan*
*Edward John Mulligan*, # 0143
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Tel (401) 944-5820
Fax (401) 944-5823
Attorney for Marie-Louise Bissonnett

CERTIFICATION OF SERVICE

I hereby certify that I e-mailed, faxed and/or mailed a copy of the foregoing Motion to Dismiss and/or for Stay and Supporting Memoranda on behalf of defendant Maria-Louise Bissonnette, by United States mail, first-class, postage prepaid on November 28 2006 to the following counsel of record:

Tillinghast Licht LLP
Glenn R. Friedemann
10 Weybosset Street
Providence, R.I. 029203

Andrews Kurth LLP
Thomas R. Kline
L. Eden Burgess
1350 I Street NW, Suite 1100
Washington, D.C. 2005

Kevin F. Bowen, Esq.
395 Smith Street
Providence, R.I. 02908

DATED THIS 28th DAY OF NOVEMBER, 2006

s/*Edward John Mulligan*