STATE OF NEW YORK
BANKING DEPARTMENT
1 STATE STREET
NEW YORK, NY 10004

HOLOCAUST CLAIMS
PROCESSING OFFICE

TEL: 212-709-5583
FAX: 212-709-5592
sherri.cohen@banking.state.ny.us

May 12, 2005

VIA FACSIMILE & CERTIFIED MAIL
Mr. Steven M. Fusco
Estates Unlimited, Inc.
63 Fourth Avenue
Cranston, Rhode Island 02910

Re: Winterhalter's *Mädchen aus den Sabiner Bergen*

Dear Mr. Fusco,

As you know, we have been discussing with Mr. and Mrs. Bissonnette the restitution of the Winterhalter painting to the Stern estate.

The estate would prefer to recover the painting without resorting to litigation. However, the executors have just informed me that unless Mr. and Mrs. Bissonnette change their position and return the painting, the estate will soon commence legal proceedings against them.

As long as you continue to keep the painting – as per our earlier agreement at Estate Unlimited's Rhode Island offices – you will not be implicated in the estate's future legal proceedings.

We greatly appreciate your assistance in this important matter. If you have any questions, please do not hesitate to contact me.

Sincerely,
Sherri North Cohen
Sherri North Cohen, Esq.