**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Max Stern Estate,

Plaintiff,

v. **Civil Act. No. 06-211 (ML)**

Maria-Louise Bissonnette, *et al.*

Defendants.

**DECLARATION OF DR. ULF BISCHOF**

DR. ULF BISCHOF deposes and certifies, as follows:

1. I am an attorney (Rechtsanwalt) duly admitted to practice law in the Federal Republic of Germany and a partner in the Berlin law firm of Bischof & Paetow with offices at Schwedter Strasse 9A, 10119 Berlin, Germany. I make this Declaration in support of Plaintiff's Objection to Defendant Bissonnette's 12(b) Motion to Dismiss and for Stay.

2. I graduated from Humboldt University Berlin law school in 2002, receiving a degree of doctor juris (Dr. jur.) and have been engaged in the practice of law in Berlin continuously since then. My doctoral thesis focused on the unlawful disappropriation of East German art collectors during the cold war, art restitution and cultural property protection issues and it is being published with the Walter de Gruyter publishing house, Berlin/ New York. Since I began the private practice of law, much of my work has been devoted to art restitution cases, including claims by or against American individuals, an American museum and German museums growing out of Nazi looting, claims by or against German Museums from Allied post-War looting, claims





UB

against German museums based on improper and unlawful actions by officials of the former German Democratic Republic and similar claims. I am also the Editor-in-Chief and publisher of *Kunst und Recht* ("Art and Law") a newly-restarted German publication that covers restitution and other areas of art law and is the only scholarly journal of its type for legal experts in Germany, Austria and Switzerland. I frequently attend conferences in Germany and elsewhere in Europe on art restitution issues and also make presentations at such conferences. In the last six weeks for example, I presented speeches on the subject of art restitution in connection with art being looted in the Nazi Era at a specialist conference on invitation of the Art Cologne, Germany's biggest art fair, and on due diligence and the statute of limitations for museums and the art trade, especially focusing on stolen, looted and trophy art, on invitation of the Staatliche Kunstsammlungen Dresden (the Dresden Art Collections). In connection with my education, my practice and my editorial and written work, I have become familiar with German law governing art restitution issues as it compares to American law.

3. I have reviewed and am generally familiar with the complaint in this lawsuit brought by the Estate of Max Stern to recover a painting entitled "Mädchen aus den Sabiner Bergen" ("Girl from the Sabiner Mountains") from Maria-Louise Bissonnette whose stepfather, Dr. Karl Wilharm, purchased the painting at an auction held by the Lempertz auction house in Cologne, Germany in 1937 based on the allegation that Nazi authorities forced Dr. Stern to sell the painting.

4. Based on my experience, when brought in Germany, claims of this kind are typically barred by the 30-year statute of limitations as prescribed by the Bürgerliches Gesetzbuch (BGB), the German Civil Code – here § 197 Abs. 1 BGB (paragraph 197 section 1 BGB). When referred to by a defendant this statute of limitations



uh

is binding authority for courts in Germany, no matter in which of the Federal States the lawsuit is pending or in which judicial forum - Amtsgerichte, Landgerichte, Oberlandesgerichte, Bundesgerichtshof (municipal courts, district courts, higher regional courts up to the German Federal Court of Justice).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 13, 2006

DR. ULF BISCHOF
Bischof & Paetow
Rechtsanwälte in Partnerschaft
Schwedter Strasse 9A
10119 Berlin
Deutschland
Germany
Telephone: 011 49 (0)30 40 50 58-0
Facsimile: 011 49 (0)30 40 50 58-10