**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Max Stern Estate, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Civil Act. No. 06-211 (ML)** |
| | § | |
| Maria-Louise Bissonnette, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**MOTION OF PLAINTIFF MAX STERN ESTATE**
**FOR LEAVE TO SUPPLEMENT ITS OBJECTION TO**
**DEFENDANT BISSONNETTE'S 12(b) MOTION TO DISMISS AND/OR FOR STAY**

Plaintiff Max Stern Estate ("Stern Estate" or "Plaintiff"), pursuant to Local Rule Civ. 7, respectfully asks that this Honorable Court grant it leave to supplement its Objection to Defendant Maria-Louise Bissonnette's ("Defendant Bissonnette" or "Defendant") 12(b) Motion to Dismiss and/or for Stay by filing a Supplemental Memorandum of Law consisting of no more than 10 pages.

In support of this request, Plaintiff submits herewith its Memorandum of Law in Support of Plaintiff's Motion for Leave to Supplement its Objection to Defendant Bissonnette's 12(b) Motion to Dismiss and/or for Stay.

WHEREFORE, Plaintiff respectfully requests that its Motion be GRANTED.

Dated: January 4, 2007

/s/ Thomas R. Kline
ANDREWS KURTH LLP
Thomas R. Kline (admitted *pro hac vice*)
thomaskline@andrewskurth.com
L. Eden Burgess (admitted *pro hac vice*)
edenburgess@andrewskurth.com
1350 I Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

/s/ Glenn R. Friedemann
TILLINGHAST LICHT LLP
Glenn R. Friedemann (R.I. Bar No. 3051)
gfriedemann@tllaw.com
10 Weybosset Street
Providence, RI 02903-2818
Telephone: (401) 456-1200
Facsimile: (401) 456-1210

**CERTIFICATE OF SERVICE**

I the undersigned hereby certify that on January 4, 2007, the foregoing was served by first-class U.S. mail, postage prepaid, and by Federal Express for overnight delivery, on the following:

Edward J. Mulligan, Esq.
1220 Pontiac Avenue
Suite 303
Cranston, RI 02920
*Counsel to Defendant Maria-Louise Bissonnette*

Kevin F. Bowen, Esq.
Breggia, Bowen & Grande
395 Smith St.
Providence, RI 02908
*Counsel to Defendant Estates Unlimited*

/s/ Miranda Perkins

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Max Stern Estate, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Civil Act. No. 06-211 (ML)** |
| | § | |
| Maria-Louise Bissonnette, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF MAX STERN ESTATE'S MOTION FOR LEAVE TO SUPPLEMENT ITS OBJECTION TO DEFENDANT BISSONNETTE'S 12(b) MOTION TO DISMISS AND/OR FOR STAY**

Defendant Maria-Louise Bissonnette's ("Defendant Bissonnette" or "Defendant") filed a 12(b) Motion on November 29, 2006 asking this Court to dismiss or stay the case on grounds of *forum non conveniens* or, in the alternative, to dismiss or stay the matter under the doctrine of international comity, in favor of a lawsuit she claims to have filed in Cologne, Germany. The Max Stern Estate ("Stern Estate" or "Plaintiff") objected to Defendant's Motion on December 18, 2006, arguing, *inter alia*, that Defendant failed to provide the Court with a record sufficient to support a decision to dismiss or stay these proceedings. Subsequently, on December 28, 2006, Defendant filed the Defendant Maria-Louise Bissonnette's Affidavit in Support of Her 12(b) Motion to Dismiss and/or for Stay ("Defendant's Affidavit") attempting to provide factual support that was not included with Defendant's Motion.

Defendant's Affidavit constitutes new factual information, to which the Stern Estate should be afforded an opportunity to respond. As required by Local Rule Civ. 7, the Stern Estate hereby respectfully requests that this Honorable Court grant it leave to supplement its Objection to Defendant Bissonnette's 12(b) Motion to Dismiss and/or for Stay by filing an additional Memorandum of Law consisting of no more than 10 pages to respond to Defendant's Affidavit.

Plaintiff notes that, by Notice dated January 3, 2007, the Court has set the Defendant's Motion for hearing on January 22, 2007. Plaintiff is prepared to file its Supplemental Memorandum promptly, so that there will be no need to delay the January 22, hearing. Accordingly, Defendant will not be prejudiced by the granting of this Motion for Leave to Supplement.

CONCLUSION

For all the foregoing reasons, Plaintiff asks that its Motion of Plaintiff Max Stern Estate for Leave to Supplement Its Objection to Defendant Bissonnette's 12(b) Motion to Dismiss and/or for Stay be granted, and that it be given leave to file a Supplemental Memorandum of Law, not to exceed 10 pages.

Dated: January 4, 2007

/s/ Thomas R. Kline
ANDREWS KURTH LLP
Thomas R. Kline (admitted *pro hac vice*)
thomaskline@andrewskurth.com
L. Eden Burgess (admitted *pro hac vice*)
edenburgess@andrewskurth.com
1350 I Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

/s/ Glenn R. Friedemann
TILLINGHAST LICHT LLP
Glenn R. Friedemann (R.I. Bar No. 3051)
gfriedemann@tllaw.com
10 Weybosset Street
Providence, RI 02903-2818
Telephone: (401) 456-1200
Facsimile: (401) 456-1210

**CERTIFICATE OF SERVICE**

I the undersigned hereby certify that on January 4, 2007, the foregoing was served by first-class U.S. mail, postage prepaid, and by Federal Express for overnight delivery, on the following:

Edward J. Mulligan, Esq.
1220 Pontiac Avenue
Suite 303
Cranston, RI 02920
*Counsel to Defendant Maria-Louise Bissonnette*

Kevin F. Bowen, Esq.
Breggia, Bowen & Grande
395 Smith St.
Providence, RI 02908
*Counsel to Defendant Estates Unlimited*

______/s/ Miranda Perkins_________________