**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Max Stern Estate,<br>Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 06-211 (ML) |
| | : | |
| Maria-Louise Bissonnette, et al.<br>Defendants | : | |

WITHDRAWAL AND ENTRY OF APPEARANCE

Glenn R. Friedemann hereby withdraws his appearance as local counsel on behalf of plaintiff MAX STERN ESTATE.

/s/ Glenn R. Friedemann
Glenn R. Friedemann (#3051)
Dated: January 12, 2007

I hereby enter my appearance as local counsel on behalf of plaintiff MAX STERN ESTATE.

/s/ Samuel D. Zurier
Samuel D. Zurier (#3576)
TILLINGHAST LICHT LLP
Ten Weybosset Street, 10th Floor
Providence, Rhode Island 02903
(401) 456-1200
(401) 456-1210 (fax)

Dated: January 12, 2007

CERTIFICATION OF SERVICE

I hereby certify that on the 19th day of January, 2007, I electronically filed a Withdrawal and Entry of Appearance. The following participants have received e-mail notices:

L. Eden Burgess, Esq.
edenburgess@andrewskurth.com

Thomas R. Kline, Esq.
thomaskline@andrewskurth.com

Edward John Mulligan, Esq.
ejmull@cox.net

The following participant was sent notice by U.S. mail, postage pre-paid on January 19, 2007.

Kevin F. Bowen, Esq.
Breggia Bowen & Grande
395 Smith Street
Providence, RI 02908

/s/ Samuel D. Zurier

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;438447;1