IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED FEB 01 2007 DISTRICT COURT DISTRICT OF RHODE ISLAND

MAX STERN ESTATE,
Plaintiff

vs. C.A. No. 06-211 (ML)

MARIA-LOUISE BISSONNETTE, et al
Defendant

**ORDER**

This matter came before the Court on January 25, 2007 for hearing on Defendant Maria-Louise Bissonnette's Rule 12(b) Motion to Dismiss and/or for Stay. The Court having considered the pleadings, affidavits, declarations, memoranda and other materials filed by the parties, as well as the oral arguments made at the hearing, it is hereby **ORDERED** that:

The Motion is denied.

ENTER: BY ORDER:

Mary M. Lisi USDJ 2/1/07 Barbara Barletta

Submitted by,

PLAINTIFF MAX STERN ESTATE,
By its Attorneys,

Thomas R. Kline (SDZ)
ANDREWS KURTH LLP
Thomas R. Kline (admitted *pro hac vice)*
thomaskline@andrewskurth.com
L. Eden Burgess (admitted pro *hac vice)*
edenburgess@andrewskurth.com
1350 I Street NW, Suite 1100 Washington,
DC 20005 Telephone: (202) 662-2700
Facsimile: (202) 662-2739

TILLINGHAST LICHT LLP
Samuel D. Zurier (R.I. Bar No. 3576)
szurier@tllaw.com
10 Weybosset Street
Providence, RI 02903-2818
Telephone: (401) 456-1200
Facsimile: (401) 456-1210

Dated: January 30, 2007

## CERTIFICATION OF SERVICE

I hereby certify that on the 30th day of January, 2007, I sent copies of the proposed Order to the following by email:

L. Eden Burgess, Esq., edenburgess@andrewskurth.com

Thomas R. Kline, Esq., thomaskline@andrewskurth.com

Edward John Mulligan, Esq., ejmull@cox.net

The following participant was sent notice by U.S. mail, postage pre-paid on January 30th, 2007:

Kevin F. Bowen, Esq.
Breggia Bowen & Grande
395 Smith Street
Providence, RI 02908

[signature]

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;441901;2