UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE, Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al Defendants | CA NO.: 06-211 ML<br><br>OBJECTION TO DEPOSITION AND MOTION TO QUASH DEPOSITION OF GERMAN EXPERT IN PROVIDENCE OR TO HAVE IT HELD IN GERMANY OR BY TELEPHONE<br><br>Rule 26 and 30 |

OBJECTION TO DEPOSITION OF GERMAN EXPERT IN PROVIDENCE AND MOTION TO QUASH THE DEPOSITION OR HAVE IT HELD IN GERMANY OR BY TELEPHONE

NOW COMES the defendant, Maria-Louise Bissonnette, who, by and through her attorney, files her Objection and Motion to Quash the just received Scheduled Deposition of her legal expert on German Law, Arno Saathoff, of Cologne Germany, which plaintiff seeks to take in Providence on February 28, 2007 at 9:00 a.m.

Defendant, Maria Louise Bissonnette has scheduled a deposition of Arno Saathoff, in Cologne, Germany for Febuary 21, 2007, a copy whereof is attached as Exhibit "A."

Defendant's Memorandum in Support of the Motion to Quash and Objection is filed herewith.

Defendant's counsel in his conversation with plaintiff's counsel last week, in this regard, had suggested that the deposition of the witness take place in Germany, but, that it be done via telephone or video relay means, for the convenience of the witness and the

parties and, that it entail much less cost and expense, but, apparently, plaintiff's counsel is not agreeable to the same.

If the date and time of the first deposition does not fit in the schedule of plaintiff's counsel, defendant's counsel would be open to having another date and/or time of the witness in Germany.

WHEREFORE, defendant, Maria-Louise Bissonnette would request that this Honorable Court quash such Deposition, insofar it unduly burdensome and expensive to defendant, will be cumulative and/or duplicate and/or Order that such deposition be held by telephonic means or be held in Germany as scheduled by defendant-movant.

DATED THIS 11th DAY OF February, 2007.

S/*Edward John Mulligan*
Edward John Mulligan, # 0143
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Fax (401) 944-5823
e-mail: ejmull @ cox. net

Attorney for Defendant,
Maria-Louise Bissonnette

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE,<br>Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al<br>Defendants | CA NO.: 06-211 ML<br>DEFENDANT'S MEMORANDUM TO HER OBJECTION TO DEPOSITION AND MOTION TO QUASH DEPOSITION OF GERMAN EXPERT IN PROVIDENCE OR TO HAVE IT HELD IN GERMANY OR BY TELEPHONE<br><br>Rule 26 and 30 |

DEFENDANT'S MEMORANDUM TO HER OBJECTION TO DEPOSITION OF GERMAN EXPERT IN PROVIDENCE AND MOTION TO QUASH THE DEPOSITION OR HAVE IT HELD IN GERMANY OR BY TELEPHONE

NOW COMES the defendant, Maria-Louise Bissonnette, who, by and through her attorney, files her Memorandum in Support of her Objection and Motion to Quash the just received Scheduled Deposition of her legal expert on German Law, Arno Saathoff, of Cologne Germany, which plaintiff seeks to take in Providence on February 28, 2007 at 9:00 a.m.

Defendant, Maria Louise Bissonnette has scheduled a deposition of Arno Saathoff, in Cologne, Germany for February 21, 2007, a copy whereof is attached as Exhibit "A." The defendant is 83 years of age, is retired and is of limited means. This case does not involve a much money claim, as the painting is of a very limited value.

BACKGROUND:

Defendant, pursuant to Fed. R.Civ. P. Rules 26 and 44.1 has identified an expert on

German Law, as Dr. Arno Saathoff of Cologne, Germany, of the firm of Saathoff & Kramer, and forwarded his Report and Declaration to opposing counsel. Clearly, he is beyond the 100 mile subpoena power.

Dr. Saathoff is a practicing attorney in Germany for almost 25 years, who was recently retained. He started to work as an attorney in 1983 in Germany. Neither he or his firm represents the defendant-movant in the parallel German suit. In that pending suit, between these parties, the defendant is represented by a different firm-- the firm of Witz & Kraneis, also of Cologne, Germany.

In addition to receiving his law education in Germany, in 1980. , Dr. Saathoff also received a Master of Laws from the University of Pennsylvania in 1987. He has also received a doctor juris (which is comparable to a Ph.D.) for the University of Cologne Law School in 1987.

Dr. Saathoff's hourly fee, as stated in his Declaration and Report, is $220.00 Euro per hour.

The basic scope of Dr. Saathoff's testimony would be on the German Statute of Limitations and remedies, and on the prior suit, filed by Max Stern, the decedent of the Max Stern Estate, in Germany in 1964, as referenced in the Complaint and pleadings, as the same applies to the subject painting.

It is not anticipated that the deposition would take more than a few hours.

The subject painting, which originated in Germany, is valued at somewhere in the median value area of $50, 000 Euro, and if professionally cleaned would have an estimated median value of $70,000.00 Euro.

ARGUMENT:

In *AmeristarJet CharterInc. v. Signal Composites Inc.*, 244 F.3rd 189 (1st Cir. 2000), on a motion to quash deposition subpeonae of non party witnesses, the district court granted the motion. The First Circuit upheld the quashing of the subpoenae to the non party witnesses, holding that: "That the court may limit discovery if it determines that 'the discovery is unreasonably cumulative or duplicative, or is obtainable from some other source that is more convenient, less burdensome, or less expensive . . . .' Fed. R. Civ. P. 26(b) (2) (i). Id. at 203. The court also said that "Further, Rule 45 (c) (3) (A) gives the court power to 'quash or modify the subpoena if it . . . (iv) subjects a person to undue burden."

Here, while any subpoena would be beyond the court's subpoeana jurisdiction, in the absence of a letters rogatory proceeding, the reasoning of Rules 26 and 45 are apposite. Defendant has scheduled the deposition of the legal expert, Arno Saathoff, and is should make no difference as to whether the defendant first poses the questions or the plaintiff poses the first questions, as both sides have equal opportunity to pose their questions at the deposition as are appropriate. There would no new ground covered by a second deposition, it would be merely cumulative and repetitious. Plaintiff already has a copy of the witness' report and declaration under oath—so the field has been marked and set out in this limited area of German law. A second deposition would only give the plaintiff "two bites at the apple," at a great cost, burden, expense to the defendant and inconvenience to the witness. It would be a needless deposition.

Here, the expert would be seeking his stated hour rate of $220.00 per hour, Euro, which, obviously would include time lost from his office, in addition to travel time to and

from Germany and hotel accommodations, if a deposition were to take place in Providence, and would cost the defendant thousands of dollars. In light of the small value of the painting, the cost to the defendant would appear prohibitive.

The defendant would not be adverse to setting up a deposition of Dr. Saarthoff by means of a telephonic or, perhaps, a video relay type of deposition from the witness' law offices in Germany. This would be a fairly inexpensive procedure to both parties.

Indeed, this counsel had suggested such a procedure to plaintiff's counsel, last week.

Defendant fails to see any prejudice to the plaintiff in this regard.

CONCLUSION

For the reasons stated above, defendant, Maria Louise Bissonnette, would pray that this Honorable Court quash the plaintiff's notice of deposition of Arno Saathoff, which has been scheduled for February 28, 2007 at 9:00 a.m., in Providence, R.I.; on the ground that there is a prior deposition scheduled to take place in Germany on February 21, 2007, at 1:00 p.m. German time, or, in the alternative, order that a deposition may take place of the witness in Cologne, Germany, but that the same may be taken by telephonic or video relay means, thereby eliminating the need for counsel to travel to Germany and/or engage other counsel to appear in Germany to take the deposition, and, in effect, keeping the costs at a minimum and avoiding inconvenience and undue burden, in the instant premises; or such other relief as the interests of justice and the circumstances deem mete.

Respectfully submitted,

S/*Edward John Mulligan*

Edward John Mulligan, # 0143
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE,<br>Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al<br>Defendants | CA NO.: 06-211 ML<br><br>NOTICE OF DEPOSITION OF ARNO SAATHOFF, ATTORNEY<br><br>DATE: FEBRUARY 21, 2007<br>TIME: 1:OO P.M., GERMAN TIME<br>PLACE: COLOGNE, GERMANY at the Law offices of Arno Saathoff |

NOTICE OF DEPOSITION OF ARNO SAATHOFF, ATTORNEY

PLEASE TAKE NOTICE that the defendant, Maria-Louise Bissonnette, in accord with the Rules of Civil Procedure and federal statute, will take the deposition upon oral examination of Arno Saathoff, attorney, under penalties of perjury, as authorized by law, at the Law Offices of Arno Saathoff, Saathoff & Kramer, Overstolzenstrabe 2 a 50677 Kőln (Cologne, Germany). International Telephone, 0049-221-931250-0 on February 21, 2007 at 1:00 p.m., German time, recorded by videotape means.

You are invited to attend and cross-examine.

DATED: February 11, 2007.

S/*Edward John Mulligan*
Edward John Mulligan, # 0143
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Fax (401) 944-5823
e-mail: ejmull @ cox. net

Attorney for Defendant,
Maria-Louise Bissonnette

EXHIBIT “A”

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE,<br>Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al<br>Defendants. | CA NO.: 06-211 ML<br><br>CERTIFICATION OF SERVICE<br><br>O |

**CERTIFICATION OF SERVICE**

I hereby certify that I e-mailed and/or mailed a true copy of the forgoing Objection to Deposition and Supporting Memorandaum to the following listed attorneys of record, by United States mail, first-class, postage prepaid

on this 11lth day of February, 2007, VIZ:

Tillinghast Licht LLP
Samuel Zurier, Esq.
10 Weybosset Street
Providence, R.I. 02903-2818
szurier@tlaw.com

Andrews Kurth LLP
Thomas R. Kline, Esq.
L. Eden Burgess, Esq.
1350 I Street NW, Suite 1100
Washington, D.C. 2005
thomaskline@andrewskurth.com

Kevin F. Bowen, Esq.
395 Smith Street
Providence, R.I. 02908

S/ *Edward John Mulligan*
Edward John Mulligan