UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE,<br>Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al<br>Defendants | CA NO.: 06-211 ML<br>MOTION TO HAVE OBJECTION TO DEPOSITION AND MOTION TO QUASH DEPOSITION OF GERMAN EXPERT IN PROVIDENCE OR TO HAVE IT HELD IN GERMANY OR BY TELEPHONE HEARD AS AN EMERGENCY MOTION<br><br>Rule 26 and 30 |

MOTION TO HAVE OBJECTION TO DEPOSITION OF GERMAN EXPERT IN PROVIDENCE AND MOTION TO QUASH THE DEPOSITION OR HAVE IT HELD IN GERMANY OR BY TELEPHONE HEARD AS AN EMERGENCY MATTER

NOW COMES the defendant, Maria-Louise Bissonnette, who, by and through her attorney, files her Motion to have her Objection and Motion to Quash the just received Scheduled Deposition of her legal expert on German Law, Arno Saathoff, of Cologne Germany, heard as an emergency matter where the plaintiff seeks to take in Providence on February 28, 2007 at 9:00 a.m. and Defendant, Maria Louise Bissonnette has scheduled a deposition of Arno Saathoff, in Cologne, Germany for February 21, 2007, which motion was filed electronically this day, with the court, and/or to accelerate the time for hearing and response to a date before February 28, 2007, because the subject deposition would take place at 9:00 on February 28, 2007.

DATED THIS 11th DAY OF February, 2007.

S/*Edward John Mulligan*
Edward John Mulligan, # 0143
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Fax (401) 944-5823
e-mail: ejmull @ cox. net

Attorney for Defendant,
Maria-Louise Bissonnette

CERTIFICATION OF SERVICE

Copy of the foregoing e-mailed and/or mailed to the undersigned this 11th day of February, 2007.

Tillinghast Licht LLP
Samuel Zurier, Esq.
10 Weybosset Street
Providence, R.I. 02903-2818
szurier@tlaw.com

Andrews Kurth LLP
Thomas R. Kline, Esq.
L. Eden Burgess, Esq.
1350 I Street NW, Suite 1100
Washington, D.C. 2005
thomaskline@andrewskurth.com

Kevin F. Bowen, Esq.
395 Smith Street
Providence, R.I. 02908

S/ *Edward John Mulligan*
Edward John Mulligan