UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE,<br>Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al<br>Defendants | CA NO.: 06-211 ML<br><br>AGREEMENT AND STIPULATION TO DEPOSITION OF DR. ARNO SAATHOFF, ATTORNEY AND WITHDRAWAL OF MOTION TO QUASH |

AGREEMENT AND STIPULATION AS TO DEPOSITION OF DR. ARNO SAATHOFF, ATTORNEY AND WITHDRAWAL OF MOTION TO QUASH

The parties have agreed to a compromise solution to the taking of the deposition of Dr. Arno Saathoof, a follows:

1) The deposition will be taken by videoconference on Wednesday; February 28, 2007, and it is anticipated that plaintiff's counsel will be in Washington, D.C., defendant, Maria-Louise Bissonnette's counsel will be in Cranston/Providence and the deponent Dr. Arno Saathoff will be in Germany. Each side will receive a copy of the videotape recording of Dr. Saathoff's testimony.

2) A court reporter will be present in Providence/Cranston or Washington, D.C. to administer the oath and record Dr. Saathoff's testimony.

3) The deposition will be taken jointly, pursuant to the notice of deposition, by both parties, with counsel for Maria-Louise Bissonnette questioning first. Both notices will be satisfied by the witness appearing and testifying in full.

4) By entering into this stipulation, counsel for Maria-Louise Bissonnette is concomitantly withdrawing the pending emergency motion to quash Plaintiff's deposition notice and there will be no need to have a hearing in this regard.

5) All expenses for the deposition (video link, court reporter, Dr. Saathoff's time) will be split 50-50.

Since this matter will be electronically filed, counsel for Maria-Louise has electronically signed the same and is forwarding it to plaintiff's counsel for his/their signature and filing with the court.

DATED THIS 14th DAY OF February, 2007.

AGREED AND ASSENTED TO:

/s/Edward John Mulligan________
Edward John Mulligan, # 0143
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Fax (401) 944-5823
e-mail: ejmull@cox.net
*Attorney for Defendant,*
*Maria-Louise Bissonnette*

/s/ Thomas R. Kline
ANDREWS KURTH LLP
Thomas R. Kline (admitted *pro hac vice*)
thomaskline@andrewskurth.com
L. Eden Burgess (admitted *pro hac vice*)
edenburgess@andrewskurth.com
1350 I Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

/s/ Samuel D. Zurier
TILLINGHAST LICHT LLP
Samuel D. Zurier (R.I. Bar No. 3576)
szurier@tllaw.com
10 Weybosset Street
Providence, RI 02903-2818
Telephone: (401) 456-1200
Facsimile: (401) 456-1210

*Counsel for Plaintiff Max Stern Estate*