UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE,<br>Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al<br>Defendants | CA NO.: 06-211 ML<br><br>MOTION TO EXTEND THE TIME FOR TAKING OF DEFENDANT MARIA-LOUISE BISSONNETTE'S DEPOSITION AND/OR FOR PROTECTIVE ORDER DEFENDANT WOULD REQUEST AND ACCELERATED HEARING DATE |

MOTION TO EXTEND THE TIME FOR TAKING OF DEFENDANT MARIA-LOUISE BISSONNETTE'S DEPOSITION AND/OR FOR PROTECTIVE ORDER AND DEFENDANT WOULD REQUEST AN ACCELERATED HEARING DATE

NOW COMES the defendant, Maria-Louise Bissonnette, who, by and through her attorney, files her Motion to Extend the Time for Taking of Defendant Maria-Louise Bissonnnette's Deposition and/or for Protective Order relative to the taking of her deposition, which plaintiff seeks to take in Providence on February 26, 2007 at 9:00 a.m. The reason for such motion is that defendant, who is 83 (eighty-three) years of age, was recently hospitalized and, her doctor, by fax letter, dated February 15, 2007, states:

> Maria Bissonnette is a patient who is under my care. She was recently hospitalized for treatment of a gastsrointenstinal illness. Because of this illness she will not be able to attend a deposition for at least one month.

A copy whereof is attached as Exhibit "A."

Defendant's counsel faxed a copy of said report and requested that the February 26, 2007 deposition be rescheduled and that an extension of time to take the defendant's deposition be requested of this Honorable Court.

WHEREFORE, defendant and movant, Maria-Louise Bissonnette would request that this Honorable Court issue a protective order to the extent that said deposition be taken at another date, when defendant Maria-Louise Bissonnette is well enough to have her deposition taken and/or that the time for the taking of her deposition be extended accordingly.

Defendant would also request and accelerated hearing date, in light of the present circumstances.

DATED THIS 17th DAY OF February, 2007.

S/*Edward John Mulligan*
Edward John Mulligan, # 0143
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Tel (401) 944-5820
Fax (401) 944-5823
e-mail: ejmull @ cox. net

Attorney for Defendant,
Maria-Louise Bissonnette

COASTAL MEDICAL
*Leaders in Primary Care*

MARK D. JACOBS, MD
INTERNAL MEDICINE

RICHARD J. RYTER, MD
INTERNAL MEDICINE

JOHN A. GAINES, MD
INTERNAL MEDICINE

DEBORAH J. THOMAS, PA-C

February 15, 2007

Edward Mulligan, Esq
Suite 303
1220 Pontiac Avenue
Cranston, RI 02920.

Re: Maria Bissonnette

Dear Mr. Mulligan,

Maria Bissonnette is a patient who is under my care. She was recently hospitalized for treatment of a gastrointestinal illness. Because of this illness she will not be able to attend a deposition for at least one month.

Very truly yours,

Richard J. Ryter, M.D.

1524 Atwood Avenue • Suite 340 • Johnston, RI 02919 • Phone: (401) 949-0300 • Fax: (401) 369-7963

EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE, Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al Defendants | CA NO.: 06-211 ML<br>DEFENDANT'S MEMORANDUM TO HER MOTION TO EXTEND THE TIME FOR TAKING OF DEFENDANT MARIA-LOUISE BISSONNETTE'S DEPOSITION AND/OR FOR PROTECTIVE ORDER<br><br>Rule 33 |

## DEFENDANT'S MEMORANDUM TO HER MOTION TO EXTEND THE TIME FOR TAKING OF DEFENDANT MARIA-LOUISE BISSONNETTE'S DEPOSITION AND/OR FOR PROTECTIVE ORDER

NOW COMES the defendant, Maria-Louise Bissonnette, who, by and through her attorney, files her Memoradum in Support of Her Motion to Extend the Time for Taking of Defendant Maria-Louise Bissonnnette's Deposition and/or for Protective Order relative to the taking of her deposition--which plaintiff seeks to take in Providence on February 26, 2007 at 9:00 a.m., at plaintiff's counsel's Providence Law Offices.

This matter involves a painting that was purchased in 1937, some 70 years ago, in Germany, by defendant's step-father, at an auction. The painting was later inherited by her mother, upon her step-father's death and subsequently title to the painting was given to defendant, upon her mother's death.

The defendant left Germany, in the 50's and became a naturalized citizen.

Defendant is now 83 years of age and was recently hospitalized.

She is under the care of Dr. Richard J. Ryder of Costal Medical, with offices on Atwood Avenue, in Johnston, R.I. Dr. Ryder's recent report, dated February 15, 2007, states that

> Maria Bissonnette is a patient who is under my care. She was recently hospitalized for treatment of a gastsrointenstinal illness. Because of this illness she will not be able to attend a deposition for at least one month.

A copy whereof is attached as Exhibit "A."

Defendant's counsel faxed a copy of said report and requested that the February 26, 2007 deposition be rescheduled and that an extension of time to take the defendant's deposition be requested of this Honorable Court.

Defendant has requested in her motion that this Honorable Court issue a protective order to the extent that said deposition be taken at another date, when defendant Maria-Louise Bissonnette is well enough to have her deposition taken and/or that the time for the taking of her deposition be extended accordingly.

DATED: THIS 17TH DAY OF FEBRUARY, 2007.

Respectfully submitted,

/s/ *Edward John Mulligan*
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Tel (401) 944-5820
Fax (401) 944-5823
E-mail: ejmull @ cox. net.

Attorney for defendant and movant,
Maria-Louise Bissonnette

**CERTIFICATION OF SERVICE**

I hereby certify that I e-mailed and/or mailed a true copy of the forgoing Objection to Deposition and Supporting Memorandaum to the following listed attorneys of record, by United States mail, first-class, postage prepaid

on this 16th th day of February, 2007, VIZ:

Tillinghast Licht LLP
Samuel Zurier, Esq.
10 Weybosset Street
Providence, R.I. 02903-2818
szurier@tlaw.com

Andrews Kurth LLP
Thomas R. Kline, Esq.
L. Eden Burgess, Esq.
1350 I Street NW, Suite 1100
Washington, D.C. 2005
thomaskline@andrewskurth.com

Kevin F. Bowen, Esq.
395 Smith Street
Providence, R.I. 02908

S/ *Edward John Mulligan*
Edward John Mulligan