UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE,<br>Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al<br>Defendants | CA NO.: 06-211 ML<br><br>JOINT MOTION REQUESTING THE COURT TO EXTEND THE REMAINING DISCOVERY DISCLOSURES AND TIME SET UNDER THE PRETRIAL ORDER<br><br>RULE 16 |

JOINT MOTION REQUESTING THE COURT TO EXTEND THE REMAINING DISCOVERY DISCLOSURES AND TIME SET UNDER THE PRETRIAL ORDER

NOW COME the plaintiff, The Max Stern Estate and the defendant, Maria-Louise Bissonnette, who, by and through their attorney(s), file this Joint Motion Requesting the Court to Extend the Remaining Discovery Disclosures and Time Set under the Pretrial Order, for the following reason(s):

The defendant (Maria-Louise Bissonnette) is 83 years of age. Her deposition has been scheduled for February 21. 2007 at Providence, R.I. by plaintiff, with the defendant's expert's deposition to be taken one week thereafter.

The parties have just learned that the defendant's doctor, who is treating her for a recent hospitalization of a gastrointestinial illness, has written that "[b]ecause of this illness she will not be able to attend a deposition for one month."

Because of defendant's illness, and upon learning of the inability to attend a deposition, defendant's counsel recently filed a Motion to Extend the Time for the Taking of Defendant Maria-Louise Bissonnette's Deposition and/or for a Protective Order. In light of the unforeseen development, and pending motion, the parties reached an agreement in

this regard and, thus, the parties respectfully file this Joint Motion to Respectfully Request this Honorable Court Extend the Time to Extend Discovery, an additional 30 days, from February 28, 2007 to **March 30, 2007**, along with an extension of the filing of dispositive motions to **April 16, 2007.** And, further, that the remainder of the Pretrial Order be, likewise, extended for an additional 30 day period. In effect, the parties are requesting a 30 day extension of the Pre-trial Order to the remainder of the Pretrial Order as to the remaining discovery and dispositive motion deadlines, which should also dispose of the need of hearing on the defendant's prior pending motion.

WHEREFORE, the plaintiff and defendant jointly request that their joint motion be ALLOWED.

DATED: This 21st day of February, 2007.

/s/ *Thomas Kline,* Esq
L. Eden Burgess, Esq.
Andrews Kurth LLP
1350 I Street N.W. Suite 1100
Washington, D.C. 2005
thomaskline@andrewskurth.com
and *Samuel Zurier*, Local Counsel
szurier @ tlaw.com
Attorney(s) for Plaintiff

/s/ *Edward John Mulligan*, # 0143
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
ejmull @ cox.net

Attorney for Marie-Louise Bissonnette

CERTIFICATION OF SERVICE

I hereby certify that I e-mailed and/or mailed a copy of the foregoing Joint Motion to counsel of record on this 21st day of February, 2007

/s/ Edward John Mulligan