UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE,<br>Plaintiff,<br><br>v.<br><br>MARIA-LOUISE BISSONNETTE, et al<br>Defendants | CA NO.: 06-211 ML<br><br>JOINT MOTION AND MEMORANDUM TO EXTEND THE TIME FOR TAKING OF SCHEDULED DEPOSITIONS AND TO EXTEND THE REMAINING SCHEDULE BY AN ADDITIONAL 30 DAYS |

**PLAINTIFF'S AND DEFENDANT'S JOINT MOTION AND MEMORANDUM TO EXTEND THE TIME FOR TAKING OF DEPOSITIONS AND TO EXTEND THE REMAINING DEADLINE SCHEDULE BY AN ADDITIONAL 30 DAYS**

NOW COME the plaintiff, The Max Stern Estate and the defendant, Maria-Louise Bissonnette, who, by and through their respective attorneys, file their Joint Motion and Memorandum to Extend the Time for Taking of Scheduled Depositions and to Extend the Remaining Schedule Deadlines by an Additional 30 days.

The present deadlines set by the court, are as follows:

| | |
|---|---|
| March 30: | Plaintiff's Responses to Defendant's Request for Admission |
| March 30: | Close of Discovery |
| April 16: | Dispositive Motions Due |
| April 27: | Pretrial Memorandum Due |

The reason for such joint motion is that parties are presently engaged in earnest settlement negotiations, and are attempting to limit any additional costs of litigation and

discovery costs, while settlement negotiations are on-going, in order to be able to facilitate settlement negotiations.

Further, as part of said recent settlement negotiations, plaintiff would now like to make arrangements to have the subject painting, which is in Germany, examined by its expert in Germany.

Also, that the presently scheduled deposition of the defendant, who is 83 (eighty-three) years of age and was recently hospitalized, remains still in doubt. Her doctor, by fax letter, dated February 15, 2007, and which was thereupon filed with the court, stated:

> Maria Bissonnette is a patient who is under my care. She was recently hospitalized for treatment of a gastsrointenstinal illness. Because of this illness she will not be able to attend a deposition for at least one month,

She is still under doctors' care, and it is uncertain, at this time, as to whether she will be well enough to be deposed, as presently scheduled.

Furthermore, plaintiff wished to take her deposition before the scheduled deposition of defendant's German expert, from Germany, which was scheduled to follow the defendant's deposition on March 30, 2007. Defendant, likewise, has sought to take the deposition of the person most knowledgeable for the plaintiff.

The parties believe that a rescheduling of the deadlines will enable them to conduct earnest settlement negotiations, which may lead to a resolution of this matter.

(If a hearing be required on this motion, defendant's counsel would earnestly request that the matter not be put down for March 28, 2007, that being the day his wife is to have a second operation.)

WHEREFORE, plaintiff, The Max Stern Estate and defendant, Maria-Louise Bissonnette, as joint movants would jointly request that this Honorable Court extend the present deadlines for an additional 30 days.

DATED THIS 21st day of March, 2007.

Respectfully submitted,

Plaintiff

/s/ *Samuel Zurier*, Esq.
Tillinghast Licht LLP
Samuel Zurier, Esq.
10 Weybosset Street
Providence, R.I. 02903-2818
szurier@tlaw.com

/s/ *Thomas R. Kline*, Esq.
Andrews Kurth LLP
Thomas R. Kline, Esq.
L. Eden Burgess, Esq.
1350 I Street NW, Suite 1100
Washington, D.C. 2005
thomaskline@andrewskurth.com

Defendant

/s/ *Edward John Mulligan*, Esq.
Edward John Mulligan, Esq.
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Tel (401) 944-5820
Fax (401) 944-5823
E-mail: ejmull @ cox. net.

**CERTIFICATION OF SERVICE**

I the undersigned hereby certify that on March 21, 2007, the foregoing was served by ECF on the following:

Edward John Mulligan, Esq.
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920

Andrews Kurth LLP
Thomas R. Kline, Esq.
L. Eden Burgess, Esq.
1350 I Street NW, Suite 1100
Washington, D.C. 2005
thomaskline@andrewskurth.com

and first-class U.S. mail, postage prepaid on,

Kevin F. Bowen, Esq.
395 Smith Street
Providence, R.I. 02908

*/s/ Miranda Perkins*