UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MAX STERN ESTATE,<br>Plaintiff,<br><br>v.<br><br>MARIA-LOUISE BISSONNETTE, et al.,<br>Defendants | CA NO.: 06-211 ML<br><br>JOINT MOTION OF PLAINTIFF MAX STERN ESTATE AND DEFENDANT MARIA BISSONNETTE TO EXTEND THE REMAINING SCHEDULE BY AN ADDITIONAL 31 DAYS |

**JOINT MOTION OF PLAINTIFF MAX STERN ESTATE AND DEFENDANT MARIA BISSONNETTE TO EXTEND THE REMAINING DEADLINE SCHEDULE BY AN ADDITIONAL 31 DAYS**

NOW COME plaintiff, Max Stern Estate and defendant, Maria-Louise Bissonnette, who, by and through their respective attorneys, file their Joint Motion of Plaintiff Max Stern Estate and Defendant Maria Bissonnette to Extend the Remaining Schedule Deadlines by an Additional 31 days.

The present deadlines set by the Court, are as follows:

April 30: Plaintiff's Responses to Defendant's Request for Admission

April 30: Close of Discovery

May 16: Dispositive Motions Due

May 27: Pretrial Memorandum Due

The reason for such joint motion is that the parties continue to be engaged in settlement negotiations, and have been attempting to limit any additional costs of litigation and discovery costs, while settlement negotiations are on-going. The parties

believe that their discussions will either be satisfactorily resolved or come to impasse within the next month.

The parties believe that a rescheduling of the deadlines will enable them to conduct earnest settlement negotiations, which may lead to a resolution of this matter and also to complete discovery tasks.

To ensure that this civil action is resolved promptly and consistent with the practices in this Court, *this will be the final request for an extension of time*.

WHEREFORE, plaintiff Max Stern Estate and defendant Maria-Louise Bissonnette, as joint movants request that this Honorable Court extend the present deadlines for an additional 31 days.

DATED THIS 26th day of April, 2007.

Respectfully submitted,

Plaintiff

/s/ *Samuel Zurier*, Esq.
Tillinghast Licht LLP
Samuel Zurier, Esq. #3576
10 Weybosset Street
Providence, R.I. 02903-2818
szurier@tlaw.com

/s/ *Thomas R. Kline*, Esq.
Andrews Kurth LLP
Thomas R. Kline, Esq.
(admitted *Pro Hac Vice*)
L. Eden Burgess, Esq.
(admitted *Pro Hac Vice*)
1350 I Street NW, Suite 1100
Washington, D.C. 2005
thomaskline@andrewskurth.com

Defendant

/s/ *Edward John Mulligan*, Esq.
Edward John Mulligan, Esq. #0143
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920
Tel (401) 944-5820
Fax (401) 944-5823
E-mail: ejmull@cox.net

**CERTIFICATION OF SERVICE**

I the undersigned hereby certify that on April 26, 2007, the foregoing was served by ECF on the following:

Edward John Mulligan, Esq.
1220 Pontiac Avenue, Suite 303
Cranston, R.I. 02920

Andrews Kurth LLP
Thomas R. Kline, Esq.
L. Eden Burgess, Esq.
1350 I Street NW, Suite 1100
Washington, D.C. 2005
thomaskline@andrewskurth.com

and first-class U.S. mail, postage prepaid on,

Kevin F. Bowen, Esq.
395 Smith Street
Providence, R.I. 02908

*/s/ Miranda Perkins*