**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Max Stern Estate, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Civil Act. No. 06-211 (ML)** |
| | § | |
| Maria-Louise Bissonnette, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**DECLARATION OF THOMAS R. KLINE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

THOMAS R. KLINE, declares and certifies:

1. I am a partner with the firm of Andrews Kurth LLP, attorneys for Plaintiff Max Stern Estate. I am familiar with the facts set forth herein. I submit this Declaration in support of Plaintiff's Motion for Preliminary Injunction.

2. Attached hereto as Ex. 1 is a true and accurate copy of the December 23, 2005 Opinion of the United States District Court for the Southern District of New York in the matter *Sotheby's, Inc. v. Rod Shene, et al.*, Civil Action No. 04 Civ. 10067 *filed* December 23, 2005 (*per* Judge Griesa).

3. Attached hereto as Ex. 2 are true and accurate copies of three documents produced to Stern Estate by Defendant Maria-Louise Bissonnette in discovery in this litigation: (1) United States Postal Service, Customs Declaration and Dispatch Note -- CP 72, (PS From 2975-A, January 2004) dated September 15, 2005; (2) Receipt from United States Postal Service, Providence, R.I. 02904-9713, dated September 15, 2005 at 12:13 PM; and (3) label for Express Mail Post Office to Addressee, addressed to Mr. and Mrs. Conrad Bissonnette, c/o Mr. and Mrs. Gerd von Coelum, Prinz Georgstr., 104, 40479 Düsseldorf, Germany.

4. Attached hereto as Ex. 3 is a true and accurate copy of letters Letters from A. Strasoldo to Rosshoff, dated Aug. 9, 2006 and Aug. 16, 2006.

5. Attached hereto as Ex. 4 is a true and accurate copy of a letter from Scott T. Buckley to Robert Vineberg, dated April 10, 2007, countersigned by Robert Vineberg.

6. Attached hereto as Ex. 5 is a true and accurate copy of a letter from Scott T. Buckley to Robert Vineberg, dated April 10, 2007, countersigned by Robert Vineberg, Clarence Epstein and Thomas R. Kline.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 10th day of May, 2007.

*/s/ Thomas R. Kline*________

THOMAS R. KLINE



WAS:128847.1