CP726258184US

# United States Postal Service

## Customs Declaration and Dispatch Note — CP 72

*The item/parcel may be opened officially. Please print and press hard. You are making multiple copies.*

**From**
Sender's Name: Mr. and Mrs. Conrad Bissonnette
Business:
Street: 50 Park Row W Apt. 905
City: Providence State: R.I. ZIP Code® 02903-1151
Country: U.S.A.

Sender's Customs Reference (if any):
Insured Number:
Insured Amount (US $): | SDR Value:
[redacted]

**To**
Addressee's Name: Mr. and Mrs. Conrad Bissonnette
Business:
Street: C/o Mr. and Mrs. Gerd von Coelln Prinz Georg str. 104
Postcode: 40479 City: Düsseldorf
Country: Germany

Importer's Reference - Optional (if any) (Tax code/VAT no./Importer code):
Importer's Telephone/Fax/Email (if known):

| Detailed Description of Contents (1) | Qty. (2) | Net Weight (3) lb. oz. | Value (US $) (5) | For Commercial Senders Only: HS tariff number (7) | Country of origin of goods (8) |
|---|---|---|---|---|---|
| 1 picture girl under a tree | | | 56.00 | | |

Check One: ☑ Airmail/Priority ☐ Surface/Nonpriority
Total Gross Wt. (4): 9 lb 11 oz
Total Value (6):
Postage and Fees (9): 30.90

Check One (10): ☐ Gift ☐ Commercial sample ☐ Other
☐ Documents ☐ Returned goods Explanation:

Comments (11) (e.g., goods subject to quarantine, sanitary/phytosanitary inspection, or other restrictions)

License Number(s) (12) | Certificate Number(s) (13) | Invoice Number (14)

I certify that the particulars given in this customs declaration are correct and that this item does not contain any dangerous article prohibited by legislation or by postal or customs regulations.

Date and sender's signature (15):

Sender's Instructions in Case of Nondelivery (16)
☐ Treat as Abandoned
☑ Return to Sender - NOTE: Item subject to return charges at sender's expense.
☐ Redirect to Address Below:

Mailing Office Date Stamp: PROVIDENCE RI MAIN PO WINDOW UNIT SEP 15 2005 USPS

PS Form **2976-A**, January 2004 Do not duplicate this form without USPS approval. 4-Post Office Copy

UNITED STATES POSTAL SERVICE

***** WELCOME TO *****
PROVIDENCE MPO
PROVIDENCE, RI 02904-9713
09/15/05 12:13PM

| | |
|---|---|
| Store USFS | Trans 19 |
| Wkstn sys5011 | Cashier KXBCVW |
| Cashier's Name | DONNA |
| Stock Unit Id | WINNDONNAG |
| PO Phone Number | 18002758777 |
| USPS # | 4371430102 |

1. Global Express Mail 50.80
   Destination: Germany
   Weight: 8 lb. 1.60 oz.
   Postage Type: PVI
   Total Cost: 50.80
   Base Rate: 50.80
   Customs Label#: CP726258184US
   Label#:
   EQ072652745US

| | |
|---|---|
| Subtotal | 50.80 |
| Total | 50.80 |
| | |
| Cash | 60.80 |
| Change Due | |
| Cash | 10.00 |

Number of Items Sold: 1

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE

**Customer Copy** Label 11-B, March 2004

**Post Office To Addressee**

EB 072852745 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| PO ZIP Code: 02904 | Day of Delivery: ☐ Next ☐ 2nd ☐ 2nd Del. Day | Postage: $ 50.90 |
| Date Accepted: 9/6/05 (Mo. Day Year) | Scheduled Date of Delivery (Month Day) | Return Receipt Fee |
| Time Accepted: 1800 ☐ AM ☑ PM | Scheduled Time of Delivery: ☐ Noon ☐ 3 PM | COD Fee: $ / Insurance Fee: $ |
| Flat Rate ☐ or Weight: 2 lbs. 11 ozs. | Military: ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees: $ DC |
| | Int'l Alpha Country Code: DE | Acceptance Emp. Initials: 50.80 |

**DELIVERY (POSTAL USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt: Mo. Day | Time: ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt: Mo. Day | Time: ☐ AM ☐ PM | Employee Signature |
| Delivery Date: Mo. Day | Time: ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

[redacted]

FROM: (PLEASE PRINT) PHONE: 401-331-4773

Mr. and Mrs. Conrad Bissonnette
50 Park Row W. Apt 905
Providence R.I.
02903-1151
U.S.A.

TO: (PLEASE PRINT) PHONE: 011-211-4439-08

Mr. and Mrs. Conrad Bissonnette
c/o Herr Mrs Gerd von Coelum
Prinz Georg str. 104
40479 Dusseldorf
Germany

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

Germany

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

EMS