# KUNSTHAUS LEMPERTZ

*Gegründet 1845 Inhaber Hanstein oHG*

Wirtz & Kraneis
Rechtsanwälte
Eing.: 10. Aug. 2006

Wirtz & Kraneis Rechtsanwälte
z. Hd. Herrn RA Joachim Rosshoff
Sachsenring 83

50677 Köln

Köln, 09.08.2006

Sehr geehrter Herr Rechtsanwalt Rosshoff,

haben Sie vielen Dank für Ihren Brief vom 28. Juli, den ich, urlaubsbedingt, leider erst jetzt beantworten kann. Wir sind gerne bereit, das uns angebotene Gemälde von Winterhalter in unsere am 18. November stattfindende Auktion aufzunehmen und bitten um Einlieferung bis Ende September. Als Schätzpreis schlagen wir, vorerst unverbindlich, ca. € 40.000,- - 60.000,- vor. Im Verkaufsfall bekämen wir eine Provision von 9% (+ Mwst.). Da unsere Auktionen auf internationales Interesse stoßen und der Inhalt der Kataloge auch auf unserer Homepage präsentiert wird, sind wir sicher, dass Köln ein guter Standort für die Versteigerung dieses Bildes sein wird. Wir können allerdings nicht vorhersagen, wie hoch der Zuschlag in der Auktion sein wird. Wichtig ist ein realistischer Schätzpreis, der gute Verkaufschancen bietet. Der Markt ist im Moment sehr stark und der Zeitpunkt für einen Verkauf dieses Bildes könnte kaum besser sein.

Wir danken Ihnen für Ihr liebenswürdiges Angebot und würden uns freuen, von Ihnen zu hören.

Mit freundlichen Grüßen

Dr. Alexander Graf Strasoldo

Neumarkt 3 D 50667 Köln
Telefon (02 21) 92 57 29-0 Fax 92 57 29-6 E-Mail: info@lempertz.com

Wirtz & Kraneis Rechtsanwälte
z. Hd. Herrn RA Joachim Rossoff
Sachsenring 83

**50677 Köln**

Köln, 09.08.2006

Dear Mr. Rosshoff, Esq.

thank you for your letter from July 28th, that I unfortunately can answer only now, because of a vacation. We are willing to include, the offered painting by Winterhalter, in our auction taking place on November 18th and ask for delivery until the end of September. As a valuation price for the moment we propose approx. € 40,000.- - 60,000.- non-binding. In case of the sale we would get a commission of 9% (+ sales tax). Since our auctions attract international interest and the contents of the catalogs are presented on our homepage, we feel certain that Cologne is going to be a good location for the auction of this painting. However we cannot predict how much the acceptance of the bid will be. Only a realistic valuation price offers good chances of sale.
The market for paintings like this is very good at the moment and the time for a sale could not be any better.

We thank you for your likeable offer and would be pleased to hear from you.

Best regards,

Dr. Alexander Graf Strasoldo

Wirtz & Kraneis Rechtsanwälte
z. Hd. Herrn RA Joachim Rosshoff
Sachsenring 83

**50677 Köln**

Köln, 16.08.2006

**F.X. Winterhalter, Girl from the Sabiner Mountains**

Dear Mr. Rosshoff, Esq.

with reference to todays joint inspection of the Wintehalter-painting we would like to confirm again that we would be willing to offer the painting in one of our auctions. They take place twice a year, each time in May and November (the delivery is possible up to two months in advance). In consideration of the painting´s high artistical and pictorial quality, we propose an upward revised valuation price of € 60,000.- - 80,000.-.

We would advise the owner of the painting to have it cleaned carefully and cautiously by a professional restorer. We recommend her to approach **Mr. Ekkehard Weber** who is a very renowned and capable restorer. His address is: **Judenpfad 23, 50996 Köln (Hahnwald) phone: 02236-64261.**

Cetainly we are at your disposal for additional information at any time.

Best regards,

Dr. Alexander Graf Strasoldo