LAWSON & WEITZEN, LLP
ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
[illegible]
PAMELA B. BANKERT
[illegible]
[illegible]
[illegible]
VALERIE L. PAWSON
GEORGE F. HAILER, P.C.
GEORGE E. CHRISTODOULO, P.C.
KENNETH B. GOULD
[illegible] FRIEDMAN
JOHN A. TENNARO, P.C.
WILLIAM F. COYNE, JR.
DAVID A. RICH
DENNIS J. MANESIS
NATALIE A. PANELLIS
PATRICIA L. FARNSWORTH
[illegible] GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, PH.D.
[illegible]
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE
RICHARD J. SULLIVAN, JR.
JOSEPH M. KERWIN
CAROLINE A. O'CONNELL
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
KRISTINA A. ENGBERG
C. KIMBERLY BAKEBERG
JAMES M. HENRY
ADAM M. SCHOEN

BOSTON
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101
MARLBOROUGH, MASSACHUSETTS 01752
TELEPHONE (508) 618-1025

April 10, 2007

VIA E-MAIL ONLY
Robert Vineberg, Esq.

Dear Mr. Vineberg,

This Letter is intended to respond to your March 20, 2007 letter (the "March 20th Letter"). In regards to section "A" of your letter, the Winterhalter painting (the "Artwork"), is in the possession, custody or control of Mrs. Bissonnette's attorney in Germany, Mr. Joachim Rosshoff of Wirtz & Kraneis, Sachsenring 83, D-50677 Cologne, Germany. The Artwork was mailed using the United States Postal Service. Mrs. Bissonnette had a store, most likely the UPS Store, package the Artwork and is not certain of what materials were used in that packaging.

As for your request to allow "a representative of the Estate Max Stern to examine the condition of the painting," in theory we have no problem with such an inspection. However, there will need to be restrictions on any inspection and a signed agreement in place first. I will need your assurance that no damage will be done to the painting, [redacted] Your signature below will constitute acceptance of these terms.

[redacted]

ALSO ADMITTED IN NY
ALSO ADMITTED IN NH
ALSO ADMITTED IN CA
ALSO ADMITTED IN DC
ALSO ADMITTED IN NJ & PA
ALSO ADMITTED IN RI, CT, NH & ME
ADMITTED [illegible] IN NH & NY

LAWSON & WEITZEN, LLP



[redacted]

Finally, in response to section "C" of the March 20th Letter, we assure you that the Artwork will not be removed from the possession, custody or control of Mr. Rosshoff until this matter is resolved by settlement or final judgment in this action or the German action with one exception. Since the Artwork is in the hands of a third party, Mrs. Bissonnette may need to have the Artwork moved at a later time. Accordingly, Mrs. Bissonnette reserves the right to have the Artwork moved, but will agree to give the Max Stern Estate advance notice of the movement, if possible, and in any event, to notify the Max Stern Estate of the new location of the Artwork if it is moved.

Very truly yours,

Scott T. Buckley

Cc Baroness Maria Bisonnette
Thomas Kline, Esq.
John J. Weltman, Esq.
Edward J. Mulligan, Esq.

I agree to the terms set forth above:

Robert Vineberg
For the Max Stern Estate