UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE MAX STERN ESTATE,<br>Plaintiff,<br><br>VS.<br><br>MARIA-LOUISE BISSONNETTE, et al<br>Defendants | CA NO.: 06-211 ML<br><br>ORDER ALLOWING THE WITHDRAWAL AS ATTORNEY |

ORDER ALLOWING THE WITHDRAWAL AS ATTORNEY

The matter came on for hearing in open court on June 1, 2007, on the motion of *Edward John Mulligan,* the attorney of record for MARIA-LOUISE BISSONNETTE, to withdraw as her attorney. The defendant Maria-Louse Bissonnette, being present for the Motion to Withdraw, as well counsel for the plaintiff. After hearing from the defendant and the Edward John Mulligan, it is hereby ORDERED:

1. That the motion of Edward John Mulligan to withdraw as attorney is GRANTED, and he is terminated as her attorney.

2. The defendant, Maria-Louise Bissonnette is to obtain new counsel within 30 days, of June 1, 2007.

3. If the defendant, Maria-Louise Bissonnette fails to obtain successor counsel, within said 30 days, she herself must enter an appearance pro-se, representing herself.

ENTERED THIS 11th day of June, 2007.

Mary M. Lisi

Mary M. Lisi, C.J.
Dated: June 11, 2007

Case 1:06-cv-00211-ML-LDA Document 47 Filed 06/08/2007 Page 2 of 2

**CERTIFICATION OF SERVICE**

I hereby certify that I e-mailed and/or mailed a true copy of the forgoing proposed ORDER to the following listed attorneys of record, by e-mail and/or United States mail, first-class, postage prepaid on this 8tth day of June, 2007, VIZ:

Tillinghast Licht LLP
Samuel Zurier, Esq.
10 Weybosset Street
Providence, R.I. 02903-2818
szurier@tlaw.com

Andrews Kurth LLP
Thomas R. Kline, Esq.
L. Eden Burgess, Esq.
1350 I Street NW, Suite 1100
Washington, D.C. 2005
thomaskline@andrewskurth.com

Kevin F. Bowen, Esq.
395 Smith Street
Providence, R.I. 02908

Scott Buckley, Esq.
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
post@lawson-weitzen.com

Marie Louise Bissonnette
59 Park Row W
Apt. 905
Providence, R.I. 02903

/S/ *Edward John Mulligan*
Edward John Mulligan