IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAX STERN ESTATE,<br>Plaintiff | : | |
| vs. | : | C.A. No. 06-211 (ML) |
| MARIA-LOUISE BISSONNETTE, et al<br>Defendant | : | |

**ORDER**

This matter came before the Court on June 1, 2007 for hearing on Plaintiff Estate of Max Stern's Motion for Preliminary Injunction. The Court having considered the pleadings, affidavits, declarations, memoranda and other materials filed by the parties, as well as the oral arguments made at the hearing, the Court grants the Motion and **ORDERS** the following:

1. Defendant Maria-Louise Bissonnette is hereby ordered to permit a representative of the Plaintiff Max Stern Estate to view the Painting at issue in this action at its present location at a reasonable time and in a reasonable manner and to make an assessment as to that painting's condition, proper storage and care;

2. Defendant Maria-Louise Bissonnette is hereby restrained from moving the Painting at issue in this action from its present location without prior leave of Court.

ENTER:

[signature]
US DJ 6/12/07

BY ORDER:

[signature]
6-12-2007

Submitted by,

PLAINTIFF MAX STERN ESTATE,
By its Attorneys,

Thomas R. Kline (SDZ)

ANDREWS KURTH LLP
Thomas R. Kline (admitted *pro hac vice)*
thomaskline@andrewskurth.com
L. Eden Burgess (admitted pro *hac vice)*
edenburgess@andrewskurth.com
1350 I Street NW, Suite 1100 Washington,
DC 20005 Telephone: (202) 662-2700
Facsimile: (202) 662-2739

TILLINGHAST LICHT LLP
Samuel D. Zurier (R.I. Bar No. 3576)
szurier@tllaw.com
10 Weybosset Street
Providence, RI 02903-2818
Telephone: (401) 456-1200
Facsimile: (401) 456-1210

Dated: June 8, 2007

CERTIFICATION OF SERVICE

I hereby certify that on the 8th day of June, 2007, I sent copies of the proposed Order to the following by email:

L. Eden Burgess, Esq., edenburgess@andrewskurth.com

Thomas R. Kline, Esq., thomaskline@andrewskurth.com

Edward John Mulligan, Esq., ejmull@cox.net

The following participants were sent notice by U.S. mail, postage pre-paid on June 8th, 2007:

Kevin F. Bowen, Esq.
Breggia Bowen & Grande
395 Smith Street
Providence, RI 02908

Maria-Louise Bissonnette
59 Park Row W
Apt. 905
Providence, RI 02903
(certified mail)

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;447810;4