**UNITED STATED DISTRICT COURT**
**District of Rhode Island**

The Max Stern Estate

v. **Civil Action No. 06-211 (ML)**

Maria-Louise Bissonnette, et al.

## Joint Motion for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2)

Now comes the Plaintiff, The Max Stern Estate, and the Defendant, Estates Unlimited, Inc, and pursuant to Fed. R. Civ. P. 41(a)(2) respectfully moves this Honorable Court to dismiss with prejudice all of the Plaintiff's claims against Estates Unlimited, Inc., with each party to bear their own costs and expenses.

In support of the present motion, the parties refer the Court to the accompanying memorandum of law.

Respectfully submitted,

The Plaintiff
THE MAX STERN ESTATE
By Its Attorneys

ANDREWS KURTH LLP
Thomas R. Kline (admitted *pro hac vice*)
thomaskline@andrewskurth.com
L. Eden Burgess (admitted *pro hac vice*)
edenburgess@andrewskurth.com
1350 I Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

TILLINGHAST LICHT LLP
Samuel D. Zurier (R.I. Bar No. 3576)
szurier@tllaw.com
10 Weybosset Street
Providence, RI 02903-2818
Telephone: (401) 456-1200
Facsimile: (401) 456-1210

Respectfully submitted,

The Defendant
ESTATES UNLIMITED, INC.
By Its Attorney

Kevin F. Bowen
BREGGIA BOWEN & GRANDE (Reg No. 2908)
395 Smith Street
Providence, RI 02908
Tel. (401) 831-1900
Fax. (401) 831-0129

**UNITED STATED DISTRICT COURT**
**District of Rhode Island**

The Max Stern Estate

v. **Civil Action No. 06-211 (ML)**

Maria-Louise Bissonnette, et al.

## Memorandum of Law In Support of Joint Motion for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2)

The Plaintiff in the present action has amicably resolved all of its disputes and disagreements with the Defendant Estates Unlimited, Inc., and both parties are desirous of dismissing, with prejudice, all of the Plaintiffs claims against this defendant, with no costs, expenses or attorneys fees taxed to either party.

Respectfully submitted,

The Plaintiff
THE MAX STERN ESTATE
By Its Attorneys

ANDREWS KURTH LLP
Thomas R. Kline (admitted *pro hac vice*)
thomaskline@andrewskurth.com
L. Eden Burgess (admitted *pro hac vice*)
edenburgess@andrewskurth.com
1350 I Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

TILLINGHAST LICHT LLP
Samuel D. Zurier (R.I. Bar No. 3576)
szurier@tllaw.com
10 Weybosset Street
Providence, RI 02903-2818
Telephone: (401) 456-1200
Facsimile: (401) 456-1210

Respectfully submitted,

The Defendant
ESTATES UNLIMITED, INC.
By Its Attorney

Kevin F. Bowen
BREGGIA BOWEN & GRANDE (Reg No. 2908)
395 Smith Street
Providence, RI 02908
Tel. (401) 831-1900
Fax. (401) 831-0129

## CERTIFICATE OF SERVICE

I the undersigned hereby certify that on June 14, 2007, the foregoing **Joint Motion and Memorandum for Dismissal** was served by ECF electronic service, on the following:

Kevin F. Bowen, Esq.
Breggia, Bowen & Grande
395 Smith St.
Providence, RI 02908
*Counsel to Defendant Estates Unlimited*

and by certified mail on:

Maria-Louise Bissonnette
59 Park Row W
Apt. 905
Providence, RI 02903