AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

Max Stern Estate
Plaintiff

vs.

Maria Louisa Bissonnette

**APPEARANCE**

CASE NUMBER: 06 211

To the Clerk of this court and all parties of record:

Enter my appearance ~~as counsel in this case for~~ pro se

June 18, 2007
*Date*

Maria L. Bissonnette
*Signature*

Maria L. Bissonnette
*Print Name*

50 Park Row W, Apt. 905
*Address*

Providence R.I 02903-1151
*City* *State* *Zip Code*

[redacted]
*Phone Number*