NAA Auctioneer

# Estates Unlimited

63 Fourth Avenue, Cranston, RI 02910
Ph: 401.781.1181 • Fax: 401.785.9889

Name Maria Bissonnette
Address 50 PARK ROW WEST APT 905
City PROVIDENCE State RI Zip 02903
Telephone 401-331-4773

Date 4 21-03
Client ID 40
1-2

## Consignment Contract

| Item | Description | Est. / Res. |
|---|---|---|
| 1 | KPM white Porcelain Figurine 12" | |
| 2 | 2 Meissen Basket Porcelain handled | |
| 3 | Meissen Bowl w/ Teacups and Saucers | |
| 4 | Meissen cheese server | |
| 5 | Porcelain Rooster (Prince-electoral Porcelain Manufactory | |
| 6 | LG. Meissen Urn | |
| 7 | Alabaster + Bronze ormolou Pedestal | |
| 8 | PR Meissen Cobalt vases 11½ | |
| 9 | Porcelain Dresden Lace Figurine | |
| 10 | Continental Silver Box 16 OZT | |
| 11 | PR Porcelain Figurines (KPM/Meissen/Dresden?) | |
| 12 | Silver wine Cooler 14½ 54 OZT Hossauer Berlin | |
| 13 | Krewel work throw 64" x 96" | |
| 14 | Silver Plate Grouping (chaffing, vase, etc) | |
| 15 | Costume Jewelry | |
| 16 | Figural cherub Compote in Silver 10" 17 OZT | |
| 17 | PR Silver Baskets 15½ 17 OZT each | |
| 18 | Religious Icon Group | |

1. CONSIGNMENT: The consignor hereby consigns to Estates Unlimited the property identified above and in any additional receipt referencing this agreement, authorizes Estates Unlimited, as consignors agent, to offer such property for sale at public auction and agrees to the following terms and conditions.

2. COMMISION: Estates Unlimited will receive and retain as its commission from the proceeds of the sale an amount equal to each lot sold: 25 % $ 1 To ↑ , ______% $__________To__________ , ______% $__________To__________ .
Estates Unlimited will receive and retain as its commission from unsold reserve items __________% of clients requested reserve price.

3. I CERTIFY, that I am the owner and/or legal representative of the above listed goods, merchandise and/or property and have good title and the right to sell and that they are free from all incumbrances. I agree to accept all responsibility for providing merchantable title and for delivery of title to the purchaser. I agree to hold harmless the auctioneer and/or Estates Unlimited against any claims of the nature referred to in this agreement.

Consignor [signature] Date April 21 2003

Estates Unltd. [signature]

Estates Unlimited
63 Fourth Avenue, Cranston, RI 02910
Ph: 401.781.1181 • Fax: 401.785.9889

NAA Auctioneer

Maria Bissonnette # 40



## Schedule A

| | Item | Description | |
|---|---|---|---|
| 2427 | 19 | Marble Mantle clock (Black by) | |
| | 20 | Kazak rug | |
| | 21 | Small Caucasian Rug | |
| | 22 | TABLE RUG | |
| 2421 | 23 | Figural Rug | |
| 2442 | 24 | Marquetry TABLE | |
| | 25 | Group vintage Dresses | |
| 2440 | 26 | Pr. wood Painted sconces | |
| 2441 | 27 | Cut Kazak used for table throw 40 x 33 | |
| [illegible] | 28 | Belgium needlepoint 38 x 50 | |
| [illegible] | 29 | Pocket Knife Grouping | |
| [illegible] | 30 | [illegible] | |
| | 31 | [illegible] | |
| NOTE: | | 2 Boxes of smalls to be lotted | |
| | | | |
| | 1) | A. KAMPF | |
| | 2) | F.X. WINTER HALTER | |
| | 3) | J.P. HOFFMEISTER | |
| | 4) | TISCHBEIN | |
| | 5) | European Landscape | |
| | | Removed to Be Reasearched and Placed in Proper Market | |

EU [signature]

Consignor X Maria J. Bissonnette