www.EstatesUnlimited.com for photos, descriptions & live internet bidding



August Leu

The first of its kind here in Rhode Island, an entire auction dedicated to the arts. A wonderful selection of paintings and prints of listed artists from around the globe. Browse our online catalog at over two hundred works aquired locally over an eight month period, all offered at this sale.



John J. Enneking



Currier & Ives "Husking"



Charles H. Gifford



John C. Spencer

Directions: **From Providence** take 95s to exit 17 (Elmwood Ave.) left off exit, travel 1.6 miles to Fourth Ave., take left to #63.
**From NY/CT** take 95n to Rt 10 exit, bear right to bottom of exit, at light take right onto Elmwood Ave. travel 1 mile to Fourth Ave., take left to #63

First-Class Mail
U.S. Postage
Paid
Warwick, RI
Permit 804

ESTATES UNLIMITED
ANTIQUES-FINE ART
AUCTIONEERS

63 Fourth Avenue, Cranston, RI 02910



Francois Winterhalter

# FINE ART AUCTION

## of American & European works

## Thursday, January 6, 2005

6:30 PM - preview week of sale
(or by appointment)

www.EstatesUnlimited.com



Wesley Webber



Yaacov Eisenscher



Johann Heinrich Tischbein (attrib.)



Spencer Crooks



Bryant Chapin



Anthony Thieme



George A. Hays



Herbert Cash



James Brade Sword



John C. Spencer



Antoine Blanchard



Jacob Ruisdael (attrib.)



Franklin H. Miller



Courbet, Gustave (attrib.)



Chauncey F. Ryder



H. Cyrus Farnum



C. Gordon Harris



H.Anthony Dyer



Samuel R. Chaffee



Charles Allen Gilbert



William Paskell



Antonio Pietroni



Bryant Chapin



George Spencer Morris



Marlene Evans Putnam



Fredrick Oliver



Jules Worms



James Baker Pyne



19th C. Pastel



Arthur C. Goodwin

ESTATES UNLIMITED
ANTIQUES-FINE ART AUCTIONEERS

# American & European Fine Art

Estates Unlimited Auction Gallery
63 Fourth Avenue
Cranston, Rhode Island 02910

Thursday, January 6, 2005
6:30 PM

## Partial listing of paintings signed by or attributed to:

Ahl, Henry Curtis
Allen, F.B.
Allen, Thomas
Ashley
Bailey, T.
Barrymore, Lionel (etching)
Bartlett
Benvie, Chris
Blanchard, Antoine
Blank, George F.
Bonnard, Pierre (poster)
Boyer, O.
Braley, C.
Breul, Hugo
Brown, M. Fitzroy
Brown, May M.
Burdick, Horace
Bynum
Candee, Elliot Clark
Cash, Herbert
Chaffee, S.R.
Chapin, Bryant
Chapman, Carlton T.
Ciappa, B.
Clark, Roland (etchings)
Cohn, Harold
Coleman
Connaway, Jay Hall
Courbet, Gustave
Crooks, W. Spencer
Currier & Ives Prints
Danbury, Anita G.
DeMarsh, A.
Dixon, Charles
Dolmos, Riotte
Dyer, H. Anthony
Eaton, W.H.
Eisenburg, Jacob (etchings)
Eisenscher, Yaacov
Elwell, D. Jerome
Enneking, John Joseph
Farnum, H. Cyrus
Farrar, H.
Ferry, Isabelle
Fish, H.A.
Giacometti, Alberto
Gifford, Charles Henry
Gilbert, Charles Allen
Goodwin, A.C.
Green, Bernard I.
Greene, Gertrude
Gregory, John W.
Gruppe, Charles C.
Hagerup, Nels
Hanson, D. Walker
Hardy, W.
Harlow, Louis K.
Harpers Weekly Prints
Harris, C. Gordon
Hotvedt, C.A.
Huggins, M.W.
Jackson, Robert
Kimball
Lane, D
Latoix, Gustave
Leu, August
Lithographs & Prints
Lockwood, William
Matzow, F.
McGuiness, Bingham
Miller, Franklin H.
Millevolte, R.E.
Mitchell, W.M.
Moore, Benson B.
Needham, Edgar
Okada, Koen
Oliver, Fredrick W.
Owen, Joel
Page, Willard J.
Pairpont, N.M.
Paratore, Vincente
Paskell, William
Peron, Guy
Piccaso, Pablo (prints)
Pietroni, Antonio
Putnam, Marlene Evans
Pyne, James Baker
Rourback, A.S.
Rudat
Ruisdael, Jacob
Ryder, Chauncey
Sanger, H.L.
Schoen, Albert
Scott, Campbell
Sigafoos, Richard G.
Singer, Clyde
Spencer, J.C.
Stafford, Mary
Strobridge Etchings
Svendsen, Sven
Sword, James Brade
Tenpol, M.
Thieme, Anthony
Thomas, Stephen S.
Tischbein, Johann Heinrich
Tonoff, Eugene
Urban, D.D.H.
Von Beek, Pieter
Walton, T.
Webber, Wesley
Wells, William
Winterhalter, Francois
Weinrich, A.
Worms, Jules
WWII Vintage Posters

PLEASE NOTE THAT THIS IS JUST A PARTIAL LIST, FINE WORKS ARE STILL BEING ADDED TO THE SALE.
VISIT OUR WEBSITE FOR COMPLETE LISTING. THIS SALE SHOULD NOT BE MISSED!!!

**Terms of Sale:** Cash, Check, Visa, Master Card, AmEx, Discover
15% Buyers Premium
Call 401-781-1181 for information

**Absentee & Phone Bids Accepted**
**phone; 401-781-1181 Fax 401-785-9889**