**steven**

**From:** "Katie Dugdale" <kdugdale@alrny.com>
**To:** "Sarah Jackson" <sarah.jackson@artloss.com>; <steven@estatesunlimited.com>
**Cc:** "David Shillingford" <dshillingford@alrny.com>
**Sent:** Tuesday, January 04, 2005 3:19 PM
**Subject:** RE: Winterhalter - Lot 1098

Please see attached images of Winterhalter.jpg sent in Sarah Jackson's previous email. I'm attaching both JPG and bitmap formats for your convenience. If you have trouble accessing the image, don't hesitate to contact me.

Regards,
Katie Dugdale

Katherine M. Dugdale
The Art Loss Register
20 East 46th Street, Suite 1402
New York, New York 10017
Tel: (212) 297-0941
Fax: (212) 972-5091
Toll Free: (877) ART-LOSS
www.artloss.com

---

**From:** Sarah Jackson [mailto:sarah.jackson@artloss.com]
**Sent:** Tuesday, January 04, 2005 3:14 PM
**To:** steven@estatesunlimited.com
**Cc:** Katie Dugdale; David Shillingford
**Subject:** Winterhalter - Lot 1098
**Importance:** High

<<Winterhalter.jpg>> <<For the Attention of Steven Fusco.doc>>

Math. Lempertz

Buchhandlung u. Antiquariat

Köln

# Rechnung

| | Mark | | Pf. | | Mark |
|---|---|---|---|---|---|
| | | Übertrag | | Übertrag | 3600 — |
| | | | | 1/3 % | 510 — |
| | | | | | 4110 — |
| | | | | Übertrag | |

Math. Lempertz Buchhandl. u. Antiquariat

Übertrag Übertrag Übertrag

Bankkonto: J. H. Stein, Köln, Deutsche Bank, Filiale Köln

Postscheckkonto Köln

For Steve Fara

David + Kato

A list of Jewish art dealers excluded from the Reichskulturkammer (~~German~~ German cultural body) since 1933. Stern is listed.

20 East 46th St.
Suite 1402
New York, NY 10017
212.297.0941
212.972.5091 fax

**The Art Loss Register**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Steve Fusco | **From:** | Katie Dugdale |
| **Fax:** | 401-785-9889 | **Pages:** | |
| **Phone:** | | **Date:** | January 6, 2005 |
| **Re:** | | **CC:** | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply**

---

ATTN: Steve Fusco

Please don't hesitate to contact me with any questions.

Regards,

Katherine M. Dugdale

CONFIDENTIALITY NOTICE

The documents accompanying this facsimile transmission contain confidential or legally privileged information which is intended only for the use of the individual or entity named in this transmittal sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this facsimile is strictly prohibited. If you have received this facsimile transmission in error, please notify us immediately by telephone so that we can arrange the return of the transmitted materials to us at no cost.

**steven**

**From:** "David Shillingford" <dshillingford@alrny.com>
**To:** "steven" <steven@estatesunltd.com>
**Cc:** "Sarah Jackson" <sarah.jackson@artloss.com>; "Katie Dugdale" <kdugdale@alrny.com>
**Sent:** Thursday, January 06, 2005 11:16 AM
**Subject:** FW: Gestapo file Letter

Steven,

This email may help explain the faxes given their poor quality.

Regards,

David.

---

**From:** Sarah Jackson [mailto:sarah.jackson@artloss.com]
**Sent:** Thursday, January 06, 2005 10:25 AM
**To:** David Shillingford
**Cc:** Katie Dugdale
**Subject:** Gestapo file Letter

Dear David & Katie

The letter just sent by Willi (translation to follow) is from Max Stern's Gestapo file.

The listing is from a list of all those art dealers and artists who were excluded from the German cultural body, the Reichskulturkammer, from 1933 onwards on the grounds that they were Jews. Dr Max Stern is listed.

Sarah

**Sarah Jackson**

**From:** Artekorte@aol.com
**Sent:** 06 January 2005 06:43
**To:** Sarah Jackson; david.shillingford@artlos.com
**Cc:** Steven@estatesunltd.comm
**Subject:** Max Stern Estate - Painting by Franz Winterhalter at Estates Unlimited, Inc.

Dear Sarah, dear David:

Following our telephone conversations of yesterday, I would like to confirm and state the following: a) I represent the interests of the estate of the late Dr. Max Stern regarding matters of art restitution. b) I have been instructed by the estate to request that the painting by Franz Winterhalter "Portrait of a Woman", lot 1098, be withdrawn from today's sale at Estates Unlimited, inc. and that this be confirmed in writing by today 12:00 a.m., and c) that the estate will make a restitution claim on the painting.

The Duesseldorf art dealer Dr. Max Stern, solely due to the fact that he was Jewish, was, upon orders of the Reichskulturkammer and the Gestapo prohibited from working as an art dealer and forced to liquidate his gallery. The November 1937 auction at Lempertz was the final act of this forced liquidation.

After the war, this Winterhalter painting was part of a compensation claim of Max Stern against the German government. The German restitution court recognized that this and all his other paintings in the Lempertz auction were sold due to Nazi persecution and that Max Stern was entitled to appropriate compensation. Due to the fact that Lempertz claimed to have lost all its relevant records during the war, no information was and is available pertaining to the individual buyers at the Lempertz sale.

Therefore, the Max Stern estate considers this Winterhalter painting to be stolen property that rightfully belongs to the estate.

The relevant Nazi and post-war records are in Germany, Canada, and the US. The estate will gather the necessary documents as quickly as possible in order to support its claim.

Thank you for your cooperation, and I look forward to hearing from you soon.

Sincerely

Willi Korte

| | | | |
|---|---|---|---|
| Stern, Hugo | Kunsthändler | Köln | Volljude |
| Stern, Julius | Kunsthändler | Düsseldorf | Volljude |
| Stern, Fr. Lotte | Kunsthändlerin | Hamburg | Volljüdin |
| Stern, Ludwig | Kunsthändler | München | Volljude |
| Stern, Marianne | Gebrauchs-graphikerin | Düsseldorf-Oberkassel Luegallee 18 | Volljüdin |
| Stern, Max | Maler | Düsseldorf Gartenstr. 58 | Volljude |
| Stern, Dr. Max | Kunsthändler | Düsseldorf | Volljude |
| Stern, Otto | Kunsthändler | Köln | Volljude |
| Stern, Paul | Kunsthändler | Worms | Volljude |
| Stern, Robert | Architekt | Köln Riehlerstr. 63 | Volljude |
| Stern, Rudolf | Kunsthändler | München | Halbjude |
| Stern, Theodor | Kunsthändler | Nordhausen | Volljude |
| Stern, Walter | Kunsthändler | Hamburg | Volljude |
| Stich, Richard | Architekt | Frankfurt/Main Hochstr. 45 | Volljude |
| Stolzenberg, Arthur | Kunsthändler | Königsberg | Volljude |
| Strassberger, Hans | Kunsthändler | München | mit Jüdin verheiratet |
| Strasser, Benjamin | Maler | Stuttgart-O Kanonenweg 14 | mit Jüdin verheiratet |
| Straus, Paula | Goldschmiedin | Stuttgart Kornbergstr. 56 | Volljüdin |
| Strauss, Albert | Kunsthändler | Mainz | Volljude |
| Strauss, Alfred | Kunsthändler | Bln.-Charlottenburg | Volljude |
| Strauss, Fritz | Kunsthändler | Fürth | Volljude |
| Strauss, Kalman | Kunsthändler | Bln.-Friedenau | Volljude |
| Tannenbaum, Heinz | Kunsthändler | Kassel | Halbjude |
| Tannenbaum, Dr. Herbert | Kunsthändler | Mannheim | Volljude |
| Tannenbaum, Jakob | Kunsthändler | Oranienburg | Volljude |
| Tannenbaum, Lehmann | Kunsthändler | Kassel | Volljude |
| Taterka, Else | Gebrauchs-graphikerin | Bln.-Wilmersdorf Babelsbergerstr. 52 | Halbjüdin |
| Tähbler, Helene | Kunsthändlerin | Berlin W 35 | Volljüdin |
| Tauschel, Gottfried | Architekt | Offenbach/Main Domstr. 9 | Volljude |

**Sarah Jackson**

**From:** Anekorte@aol.com
**Sent:** 06 January 2005 06:43
**To:** Sarah Jackson; david.shillingford@artlos.com
**Cc:** Steven@estatesunltd.comm
**Subject:** Max Stern Estate - Painting by Franz Winterhalter at Estates Unlimited, Inc.

Dear Sarah, dear David:

Following our telephone conversations of yesterday, I would like to confirm and state the following: a) I represent the interests of the estate of the late Dr. Max Stern regarding matters of art restitution. b) I have been instructed by the estate to request that the painting by Franz Winterhalter "Portrait of a Woman", lot 1098, be withdrawn from today's sale at Estates Unlimited, Inc. and that this be confirmed in writing by today 12:00 a.m., and c) that the estate will make a restitution claim on the painting.

The Duesseldorf art dealer Dr. Max Stern, solely due to the fact that he was Jewish, was, upon orders of the Reichskulturkammer and the Gestapo prohibited from working as an art dealer and forced to liquidate his gallery. The November 1937 auction at Lempertz was the final act of this forced liquidation.

After the war, this Winterhalter painting was part of a compensation claim of Max Stern against the German government. The German restitution court recognized that this and all his other paintings in the Lempertz auction were sold due to Nazi persecution and that Max Stern was entitled to appropriate compensation. Due to the fact that Lempertz claimed to have lost all its relevant records during the war, no information was and is available pertaining to the individual buyers at the Lempertz sale.

Therefore, the Max Stern estate considers this Winterhalter painting to be stolen property that rightfully belongs to the estate.

The relevant Nazi and post-war records are in Germany, Canada, and the US. The estate will gather the necessary documents as quickly as possible in order to support its claim.

Thank you for your cooperation, and I look forward to hearing from you soon.

Sincerely

Willi Korte

**Sarah Jackson**

**From:** Artekorte@aol.com
**Sent:** 06 January 2005 06:43
**To:** Sarah Jackson; david.shillingford@artloss.com
**Cc:** Steven@estatesunltd.comm
**Subject:** Max Stern Estate - Painting by Franz Winterhalter at Estates Unlimited, Inc.

Dear Sarah, dear David:

Following our telephone conversations of yesterday, I would like to confirm and state the following: a) I represent the interests of the estate of the late Dr. Max Stern regarding matters of art restitution, b) I have been instructed by the estate to request that the painting by Franz Winterhalter "Portrait of a Woman", lot 1096, be withdrawn from today's sale at Estates Unlimited, Inc. and that this be confirmed in writing by today 12:00 a.m., and c) that the estate will make a restitution claim on the painting.

The Duesseldorf art dealer Dr. Max Stern, solely due to the fact that he was Jewish, was, upon orders of the Reichskulturkammer and the Gestapo prohibited from working as an art dealer and forced to liquidate his gallery. The November 1937 auction at Lempertz was the final act of this forced liquidation.

After the war, this Winterhalter painting was part of a compensation claim of Max Stern against the German government. The German restitution court recognized that this and all his other paintings in the Lempertz auction were sold due to Nazi persecution and that Max Stern was entitled to appropriate compensation. Due to the fact that Lempertz claimed to have lost all its relevant records during the war, no information was and is available pertaining to the individual buyers at the Lempertz sale.

Therefore, the Max Stern estate considers this Winterhalter painting to be stolen property that rightfully belongs to the estate.

The relevant Nazi and post-war records are in Germany, Canada, and the US. The estate will gather the necessary documents as quickly as possible in order to support its claim.

Thank you for your cooperation, and I look forward to hearing from you soon.

Sincerely

Willi Korte

06/01/2005

20 East 46th St.
Suite 1402
New York, NY 10017
212.297.0941
212.972.5091 fax

**The Art Loss Register**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Steve Fusco | **From:** | Katie Dugdale |
| **Fax:** | 401-785-9889 | **Pages:** | |
| **Phone:** | | **Date:** | January 6, 2005 |
| **Re:** | | **CC:** | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply**

---

ATTN: Steve Fusco

Please don't hesitate to contact me with any questions.

Regards,

Katherine M. Dugdale

CONFIDENTIALITY NOTICE

The documents accompanying this facsimile transmission contain confidential or legally privileged information which is intended only for the use of the individual or entity named in this transmittal sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this facsimile is strictly prohibited. If you have received this facsimile transmission in error, please notify us immediately by telephone so that we can arrange the return of the transmitted materials to us at no cost.

**steven**

---

**From:** "David Shillingford" <dshillingford@alrny.com>
**To:** "steven" <steven@estatesunltd.com>
**Cc:** "Katie Dugdale" <kdugdale@alrny.com>; "Sarah Jackson" <sarah.jackson@artloss.com>
**Sent:** Thursday, January 06, 2005 12:15 PM
**Subject:** FW: Stern Letter

Steven,

Below is a translation of the letter that we faxed to you earlier.

Please could you confirm that you have also received (via fax or email):

A copy of Willi Korte's emaii.
The front page of the Lempertz catalogue.
A December 2004 article on Max Stern and his life and gallery.
A list all those Jewish art dealers who were excluded from the Reichskulturkammer from 1933 onwards.

Regards,

David.

---

**From:** Sarah Jackson [mailto:sarah.jackson@artloss.com]
**Sent:** Thursday, January 06, 2005 12:02 PM
**To:** David Shillingford
**Cc:** Louisa Loringhoven; dkudgale@alrny.com
**Subject:** Stern Letter
**Importance:** High

Translation of Letter from the President of the Reichskulturkammer to Herr Dr Max Stern with stamped date 17 September 1937.

The President of the Reichskulturkammer (German Chamber of Culture) has engaged me to tell you that he declines to allow the take over of your company by Professor Kötschau and asks you to liquidate your company by the 30th September 1937. This is why my decision from the 29 August 1938 remains valid. You are not allowed to do the following: return, sale or arrange the sales of cultural goods after the date mentioned in accordance with the regulations pertaining to cultural goods. I require you to give the cultural goods which are already in your possession to an art dealer or an auction house for sale that is a member of the German Chamber of Culture. This decision is final. ....