**DER MAGISTRAT DER STADT KASSEL** – Amt für Kunst und Volksbildung-
– Die Stadt. Kunstsammlungen-

Herrn
Dr.med.Dr.phil.Wilharm
in Hofgeismar
Bahnhofsstrasse Nr. 12.

IHR ZEICHEN | IHR SCHREIBEN VOM | UNSER ZEICHEN Dr.Kr./Ra. | FERNRUF 9361 | KASSEL, DEN 9.5. 1952

Sehr geehrter Herr Dr. Wilharm !

Auf der Rückseite dieses Blattes darf ich Ihnen die Leihgaben bestätigen, die Sie der Stadt Kassel für Ihre Romantiker-Ausstellung im Juni/Juli ds.Js.in liebenswürdiger Weise zur Verfugung gestellt haben. Ich persönlich darf in diesem Schreiben nochmals herzlichst danken. Ihre Gemälde habe ich gestern abend unbeschädigt nach dem Transport Hofgeismar-Kassel hier in das Depot genommen. Die wunderbare Rottmann-Skizze ist bereits in Arbeit genommen worden, damit sie von ihrem truben Firnis befreit wird.

Mit meinen besten Grüßen auch an Ihre verehrte Gattin,

Ihr Walter Kramm

( Dr.W. Kramm )

7 Olgemälde:

Fr.X.Winterhalter: Schlafendes Mädchen
Johann Friedrich Weitsch: Landschaft im Gewitter (Blitzschlag)
Max Joseph Wagenbauer: Das Dachsteingebirge
Andreas Achenbach: Felsenküste bei Sturm
H.G.ten Cate: Flußlandschaft im Winter
Johann Christian Dahl: Reiter in felsischer Landschaft
Karl Rottmann: Landschafts= und Wolkenstudie ( Am Mittelmeer)

Front of letter:
Dated May 9, 1952

Dear Dr. Wilharm,
On the back side of this paper I have listed the paintings you have loaned to the June/July Romantics exhibition in Hofgeismar Kassel, Germany. I would like to personally thank you again….*And goes onto talk about a sketch.*
Dr. W. Kramm

Reverse of letter:

Seven Works:
Fr. X. Winterhalter: Sleeping Maiden
….*and so on.*