ANDREWS KURTH LLP
ATTORNEYS

1350 I Street, NW
Suite 1100
Washington, DC 20005
202.662.2700 Phone
202.662.2739 Fax
andrewskurth.com

Austin
Beijing
Dallas
Houston
London
Los Angeles
New York
The Woodlands
Washington, DC

## Fax Cover Sheet

From: Miranda Perkins Employee No.: 10096

Sender's Direct Phone No.: (202) 662-2733 Sender's Direct Fax No.:

Date: 11/17/06 Matter No.: 0164685 No. of pages (including cover sheet):

| RECIPIENT | COMPANY | FAX NUMBER | CONFIRMATION NUMBER |
|---|---|---|---|
| Kevin F. Bowen | Breggia Bowen & Grande | (401) 831-1900 | |

## Message

Kevin,

Enclosed is a list of some of the Stern Paintings that are subject to be reclaimed. However, please note that this is **not** a complete list. Please let me know if you have any questions.

Regards,

Miranda Perkins
Paralegal

Treasury Circular 230 Disclosure – To comply with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this written communication (including any attachment) is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. If this written communication contains any tax advice that is used or referred to in connection with the promoting, marketing or recommending of any transaction(s) or matter(s), this written communication should be construed as written to support the promoting, marketing or recommending of the transaction(s) or matter(s) addressed by this written communication, and the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor. No limitation has been imposed by Andrews Kurth LLP on disclosure of the tax treatment or tax structure of the transaction(s) or matter(s).

Confidentiality Notice

The information contained in this facsimile transmission may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this facsimile transmission is strictly prohibited. If you have received this facsimile transmission in error, please contact us immediately at 713-220-4220 to arrange for the transmission's return to us at our expense. Thank you.

Should you have any problems receiving this fax, please call (202) 662-2733.

Josef Peiffer

+ Düsseldorf 5.7.1962. 232
Bismarckstr. 65

Taxe der auf der Versteigerung im Kunstauktionshaus M.Lempertz,Köln am 13.11.1937 versteigerten Gemälden,Bestände alter und neuzeitlicher Meister,der Galerie Stern in Düsseldorf.

Es soll der mögliche Verkaufspreis zu Grunde gelegt werden,wie er in einem normalen Geschäftsbetribb eines Kunsthauses im Jahre 1937 erzielt wäre.

| Nr. | Gemälde | Versteig. Erlös | | Ausgez. Betrag | | Möglicher Verkaufswert | | Differenz Betrag | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | A.Achenbach 1837 Norw.Landschaft | DM. | 62o.– | DM. | 558.– | DM. | 75o.– | DM. | 192.– |
| 2. | A.Achenbach 1844 Alm mit weidend.Kuh | " | 17o.– | " | 153.– | " | 5oo.– | " | 374.– |
| 3. | O.Achenbach 1887 Abend in Neapel | " | 1.7oo.– | " | 1.53o.– | " | 3.ooo.– | " | 1.47o.– |
| 4. | Theod.Alt Aquarell 1887 Dorf Seldeneck | " | 15o.– | " | 135.– | " | 26o.– | " | 125.– |
| 5. | Ernst Anders,Mutter an der Wiege | " | 36o.– | " | 324.– | " | 5oo.– | " | 176.– |
| 6. | Jacob Becker Kinderfest auf dem Lande | " | 35o.– | " | 315.– | " | 6oo.– | " | 285.– |
| 7. | Ed.Bendemann Aquar. 87 Frauen im Burghof | DM. | 22o.– | " | 198.– | " | 3oo.– | " | 1o2.– |
| 8. | Ed.Bendemann 1872 Aquar.Kinder | " | 22o.– | " | 198.– | " | 35o.– | " | 152.– |
| 9. | Ed.Bendemann 1876 Aquar.Kinder | " | 18o.– | " | 162.– | " | 35o.– | " | 188.– |
| 3. | M.O.Beyer Ds.94 Jagdstilleben | " | 21.– | " | 18.9o | " | 5o.– | " | 31.1o |
| 14. | M.O.Beyer Ds. 94 Jagdstilleben | " | 27.– | " | 24.3o | " | 5o.– | " | 25.7o |
| 15. | G.v.Bochmann 1915 2 Frauen mit Kind | " | 27o.– | " | 243.– | " | 45o.– | " | 2o7.– |
| 16. | G.v.Bochmann Pferd mit Fohlen Weide | " | 3oo.– | " | 27o.– | " | 6oo.– | " | 33o.– |
| 17. | G.v.Bochmann Aquar. Hirtin mit Herde | " | 2oo.– | " | 18o.– | " | 3oo.– | " | 12o.– |
| 18. | G.v.Bochmann Aqar. Fischer bei Boot | " | 95.– | " | 85.5o | " | 15o.– | " | 64.5o |
| 19. | G.v.Bochmann Aquar. Fischerboote | " | 1o5.– | " | 94.5o | " | 18o.– | " | 85.5o |
| 2o. | G.v.Bochmann Estn. Landschaft m.Haus | " | 1o5.– | " | 94.5o | " | 18o.– | " | 85.5o |
| 21. | G.v.Bochamnn Fischerboote Strand | " | 11o.– | " | 99.– | " | 2oo.– | " | 1o1.– |

SE00529

Josef Peiffer - 2 - Düsseldorf Bismarckstr. 61 5.7.1962

| Nr. | Gemälde | Versteig. Erlös | Ausgez. Betrag | Möglicher Verkaufswert | Differenz Betrag | |
|---|---|---|---|---|---|---|
| | | | | Übertr: | DM: | 4.114.- |
| 22. | G.v. Bochmann 32/23 cm Sitzender Fischer | DM. 580.- | DM. 522.- | DM. 800.- | DM. | 278.- |
| 22 a | G.v.Bochmann 54/65 Schäfer b.Erntewagen | " 1.150.- | "1.035.- | "2.000.- | " | 965.- |
| 23. | Alex Bogoljuboff 35/57 Schiffe auf See | DM, 260.- | " 234.- | " 400.- | " | 166.- |
| 24. | Elias von Bömmel 56/44 Straße in Holland | DM. 500.- | " 450.- | " 800.- | " | 350.- |
| 25. | F.Boscari 50/82 cm Strand mit Fischer | " 75.- | " 67.50 | " 150.- | " | 82.50 |
| 26. | Ernst Bosch 96 60/75 Reiter im Wald | " 55.- | " 49.50 | " 240.- | " | 190.50 |
| 27. | K.A.Brendel 1906 111/175 cm Straßenbau" | 700.- | " 630.- | "1.200.- | " | 570.- |
| 28. | Julius Bretz 33/41 cm Flußufer | DM. 130.- | " 117.- | " 200.- | " | 83.- |
| 29. | Julius Bretz 41/54 cm Abendlandschaft | DM. 42.- | " 37.80 | " 100.- | " | 62.20 |
| 30. | Richard Burnier 78 33/47 cm Kühe | " 330.- | " 297.- | " 550.- | " | 253.- |
| 31. | W.Camphausen 43 42/52 cm Husaren | " 330.- | " 297.- | " 600.- | " | 303.- |
| 32. | F.du Chattel 79/121 cm Eislauf | DM. 520.- | " 468.- | " 750.- | " | 282.- |
| 34. | J.W.Cordes 85/153 cm Nach der Schlacht | " 55.- | " 49.50 | " 200.- | " | 150.50 |
| 35. | E.Daelen 60/120 cm Abendstimmung am See | " 240.- | " 216.- | " 500.- | " | 284.- |
| 37. | C.F.Deiker 23/28 cm Hund mit Fasam | " 220.- | " 198.- | " 380.- | " | 182.- |
| 38. | W.A.Deventer 44/65 cm Meeresstrand | " 720.- | " 648. | " 900.- | " | 252.-- |
| 39. | W.Didier-Pouget 102/183 Waldsee bei Mimisan | DM. 160.- | " 144.- | " 500.- | " | 356.- |
| 40.- | Ludwig Dill 32/48 cm Rast am Weg | " 170.- | " 153.- | " 350.- | " | 197.- |
| 41. | J.B.Duntze 1873 60/96 cm Eislandschaft | 340.- | " 306.- | * 550.- | " | 244.- |
| 42. | Franz Eichhorst 50/65 cm Nach der Arbeit | 300.- | " 270.- | " 550.- | " | 280.- |
| | | | | 11 720 | DM. | 9.644.70 |

-3-

SE00530

Josef Peiffer

4 Düsseldorf 5.7.1962.
Bismarckstr. 67

237



| Nr. | Gemälde | Versteig. Erlös | Ausgez. Betrag | Möglicher Verkaufswert | Differenz Betrag |
|---|---|---|---|---|---|
| | | | | Übertrag: DM. | 9.644.70 |
| 43. | R.Eibrecht 40/50 cm Am Stammtisch | DM. 140.- | DM. 126.- | DM. 200.- | " 74.- |
| 44. | Carl Engel 64/55,5 cm Elternglück | " 440.- | " 396.- | " 650.- | " 254.- |
| 45. | A.Eversen 20/25 cm Holl.Dorfstrasse | " 310.- | " 279.- | " 400.- | " 121.- |
| 48. | Fr. Friedländer 24/19 cm In der Schenke | DM. 200.- | " 180.- | " 300.- | " 120.- |
| 59. | E.v.Gebhardt 43/33 cm Selbstporträt 1860 | DM. 500.- | " 450.- | " 1.500.- | " 1.050.- |
| 52. | E.v.Gebhardt 50/39 cm Selbstbildnis | DM. 500.- | " 450.- | " 1.500.- | " 1.050.- |
| 53. | E.v.Gebhardt 44/34 cm Knabenbildnis | DM. 520.- | " 468.- | " 1.500.- | " 1.032.- |
| 58. | E.v.Gebhardt Studie 49/39 cm Jüngling | " 85.- | " 76.50 | " 150.- | " 73.50 |
| 59. | E.v.Gebhardt Aquar. 19/20 cm Kreuzigung | " 90.- | " 81.- | " 200.- | " 119.- |
| 60. | E.Geselschap 1865 35/29 cm Mädchen | DM. 220.- | " 198.- | " 450.- | " 252.- |
| 61. | W.Grögler 96/121 cm Besuch der Herrin | " 600.- | " 540.- | " 900.- | " 360.- |
| 62. | G.Guardabassi 47/31 cm Italienerin m.Küken | DM. 110.- | " 99.- | " 250.- | " 151.- |
| 63. | H.von Habermann 35/28 cm Studie Mädchen | DM. 40.- | " 36.- | " 60.- | " 24.- |
| 64. | W.Hartes 62/72 cm Vor der Abreise | " 190.- | " 171.- | " 250.- | " 79.- |
| 67. | H.Heimes 74/144.cm Abendstimmung an See | " 310.- | " 279.- | " 400.- | " 121.- |
| 65. | H.Heimes 33/46 cm Heuernte | " 100.- | -- | -- | -- |
| 69. | -H(Hartes) Heimes 43/52 Hafenpartie | " 110.- | -- | -- | -- |
| 71. | Thomas Herbst 61/81 cm Kuh auf Weide | DM. 115.- | 103.50 | " 200.- | " 96.50 |
| 72. | Wold.Hermanns Aquar. Kinder am Bach 15/22 | " 170.- | 153.- | " 300.- | " 147.- |
| | | | | 9210 | DM. 14.768.70 |



SE00531

Josef Peiffer

4 Düsseldorf
Bismarckstr. 81 5.7.1962.



| Nr. | Gemälde | Versteig. Erlös | Ausgez. Betrag | Möglicher Verkaufswert | Differenz Betrag |
|---|---|---|---|---|---|
| | | | | Übertrag DM. | 14.768.7o |
| 73. | Herinr.Hermanns 42/32 cm Park | DM. 1o5.- | DM. 94.5o | DM. 2oo.- | " 1o5.5o |
| 74. | Hans Hermann 58/97 cm Kanal | " 8oo.- | " 72o.- | " 1.ooo.- | " 28o.- |
| 75. | A.Hertel 128/99 cm Frühlingslandschaft" | 26o.- | " 234.- | " 5oo.- | " 266.- |
| 77. | Fr.Heunert 1874 24/38 cm Waldlandsch. | 11o.- | " 99.- | " 25o.- | " 151.- |
| 78. | Karl Hilgers 34/43cm Winterlandschaft | DM. 37o.- | " — | ——— | ——— |
| 79. | J.Hilverdink 94/126cm Vor der Ausfahrt | DM. 44o.- | " 396.- | " 6oo.- | " 2o4.- |
| 8o. | J.F.Hoppenbrouwers 46/63 cm Winterlandschaft | DM. 32o.- | " 288.- | " 4oo.- | " 112.- |
| 81. | Karl Hübner 24/18 cm Hess.Mädchen | DM. 155.- | " 139.5o | " 2oo.- | " 6o.5o |
| 82. | G.Jansen Aquarell 26/19 Kopf | " 21.- | " 18.9o | " 8o.- | " 61.1o |
| 83. | R.Jordan 29/25,7 cm Seenot | " 34o.- | ———— | ——— | ———— |
| 84. | V.H.Juglar 46/53 cm Kavalier | " 68o.- | * 612.- | " 9oo.- | " 288.- |
| 85. | A.Kampf 53/42 cm Der Kohlenträger | " 26o.- | ———— | ——— | ———— |
| 87. | C.Kappstein 21/27 cm Schafherde | " 75.- | " 67.5o | " 15o.- | " 82.5o |
| 88. | F.A.Kaulbach 31/24 cm Frühlingsreigen | DM. 78o.- | " 7o2.- | " 1.5oo.- | " 798.- |
| 89. | N.de Keyser 25/21 cm Pieta | DM. 7oo.- | " 63o.- | " 1.2oo.- | " 57o.- |
| 9o. | A.Kircher 64/89 cm Kinderreigen | " 7o.- | " 63.- | " 15o.- | " 87.- |
| 91. | W.Klein 38/57 cm Wissen ander Sieg | " 27o.- | " 243.- | " 35o.- | " 1o7.- |
| 92. | W.Klein 31/25 cm Landschaft Rehe | " 55.- | " 49.5o | " 12o.- | " 7o.5o |
| 93. | W.Klein 32/47 cm | " 65.- | " 58.5o | " 15o.- | " 91.5o |
| 94. | J.H.Koekkoek 69/93 Seesturm | " 15oo.- | " 143o.- | " 2.ooo.- | " 56o.- |
| | | | | 9750 | DM.18.663.3o |



SE00532

*Josef Pfeiffer* — 5 — *4 Düsseldorf Bismarckstr. 67* 5.7.1962.

| Nr. | Gemälde | Versteig. Erlös | Ausgez. Betrag | Möglicher Verkaufswert | Differenz Betrag |
|---|---|---|---|---|---|
| | | | | Übertrag | DM. 18.663.30 |
| 95. | J.Kohlschein 56/75 cm.Rheindorf | DM. 60.– | DM. 54.– | DM. 150.– | " 96.– |
| 96. | W.v.Krafft 11/23cm Ital.Familie | " 180.– | " 162.– | " 350.– | " 188 .– |
| 97. | Chr.Kröner 103/160 cm Hirsche im Wald | DM.3400.– | ––– | ––– | ––– |
| 98. | G.Lange 39/47 cm Schneelandschaft | " 105.– | " 94.50 | " 200.– | " 105.50 |
| 99. | V.Lerche 38/18 cm Kircheninneres | " 220.– | " 198.– | " 300.– | " 102.– |
| 100. | P.Leuteritz 85/95 cm Wasserfall | " 115.– | " 103.50 | " 200.– | " 96.50 |
| 101. | entfällt da auf der Auktion nicht vorhanden | | | | |
| 102. | A.Lins 60/90 Teich mit Gänsen | DM. 560.– | DM.504.– | " 750.– | " 246.– |
| 104. | H.Lutyen 125/100 Torfleserinnen | " 330.– | " 297.– | " 500.– | " 203.– |
| 105. | Otto Marx 63/85 cm Bahn bei Godesberg | " 65.– | " 58.50 | " 100.– | " 41.50 |
| 107. | H.Mevius 20/28 cm Rettungsboot Sturm | " 10.– | ––– | ––– | ––– |
| 108. | J.H.Meyer Aquarell 53/68 Landschaft | " 520.– | " 468.– | " 800.– | " 332.– |
| 109. | L.Meyer 52/67 cm Küstenbild | " 880.– | ––– | ––– | ––– |
| 110. | G.J.Michaelis 40/49 cm Sommerlandschaft | DM. 700.– | " 630.– | " 950.– | " 320.– |
| 111. | Hugo Mühlig 37/29 cm Selbstbildnis | " 155.– | " 134.50 | " 250.– | " 115.50 |
| 112. | Hugo Mühlig 26/21 cm Der Jäger | " 90.– | " 81.– | " 150.– | " 69.50 |
| 113. | Hugo Mühlig 31/37 cm Ährenfeld | " 150.– | " 135.– | " 300.– | " 165.– |
| 114. | Hugo Mühlig 39/30 cm Nasser Weg | " 105.– | " 94.50 | " 200.– | " 105.50 |
| 115. | Hugo Mühlig 51/33 cm Ebereschen | " 105.– | " 94.50 | " 200.– | " 105.50 |
| 116. | Hugo Mühlig 30/38 cm Auf dem Felde | " 80.– | " 72.– | " 150.– | " 78.– |
| 117. | Hugo Mühlig 48/34 cm Gartenarbeiter | " 270.– | " 243.– | " 350.– | " 107.– |
| | | | | 5300 | DM.21.139.80 |

SE00533

Josef Peiffer

4 Düsseldorf Bismarckstr. 67 5.7.1962.

– 6 –

| Nr. | Gemälde | Versteig. Erlös | Ausgez. Betrag | Möglicher Verkaufswert | Differenz Betrag |
|---|---|---|---|---|---|
| | | | | Übertrag | DM. 21.139.8o |
| 118. | E.Mühlig 27/35 cm Sächs.Jäger | DM. 85.- | DM. 76.5o | DM. 15o.- | " 73.5o |
| 119. | H.Mühlig 31/26 cm Die Visite | " 6o.- | " 72.- | " 15o.- | " 78.-- |
| 12o. | H.Mühlig 31/39 cm Mittagspause | " 1o5.- | " 94.5o | " 2oo.- | " 1o5.5o |
| 121. | H.Mühlig 38/15 cm Spaziergänger | " 65.- | " 58.5o | " 1oo.- | " 41.5o |
| 123. | J.Noel 4o/62 cm Waldlandschaft | " 82o.- | ---- | ---- | ---- |
| 124. | J.de Noter 37/47 cm Stilleben | DM. 4oo.- | " 36o.- | " 55o.- | " 19o.-- |
| 125. | H.Oehmichen 75/9o cm Sonntagsfrieden | DM. 45o.- | " 4o5.- | " 7oo.- | " 295.-- |
| 126. | Ernst Oppler 23/35 cm | | ---- | ---- | ---- |
| 127. | Fr.Osswald 95/85 cm Hauseingang | DM. 5o.- | " 45.- | " 2oo.- | " 155.-- |
| 128. | P.Portielje 11o/93 cm.Spanierin | DM. 48o.- | " 432.- | " 8oo.- | " 368.-- |
| 129. | E.W.Pose 77/1oo Rom.Landschaft | " 28o.- | " 252.- | " 6oo.- | " 348.-- |
| 13o. | Paul Preyer 24/2o cm Der Juwelenkauf | DM. 11o.- | " 99.- | " 2oo.- | " 1o1.-- |
| 131. | Minna Roberth 29/22 cm Kellnerin | DM. 85.- | ---- | ---- | ---- |
| 132. | Carl Rodeck 72/1oo cm Waldlichtung | DM. 17o.- | " 153.- | " 3oo.- | " 147.-- |
| 133. | W.Roelofs 23/34 cm Waldlandschaft | DM. 8oo.- | ---- | ---- | ---- |
| 134. | Jules Salles 11o/93 cm Mädchen mit Tamburin | DM. 52o.- | " 468.- | " 75o.- | " 282.-- |
| 136. | A.Schelfhout 34/28 cm Hundekopf | DM. 42o.- | ---- | ---- | ---- |
| 138. | C.Fr.Schick 66/57 cm Elternglück | DM. 7oo.- | " 63o.- | " 9oo.- | " 27o.-- |
| 139. | E.Schilking 21/28 cm Beim Holzsammeln | DM. 11o.- | " 99.- | " 2oo.- | " 1o1.-- |
| | | | | 5860 | DM. 23.695.3o |



SE00534

LOCATION:202 662 2739 RX TIME 11/17 '06 16:10

*Josef Peiffer*

- 7 -

*4 Düsseldorf Bismarckstr. 61* 5.7.1962. 038

| Nr. | Gemälde | Versteig. Erlös | Ausgez. Betrag | Möglicher Verkaufswert | Differenz Betrag |
|---|---|---|---|---|---|
| | | | | Übertrag DM. | 23.695.30 |
| 140. | H.Schilking 21/28 cm Beim Holzsammeln DM. | 110.- | DM. 99.- | DM. 200.- " | 101.- |
| 140. | O.Schmitt München 18/14 cm Kopf " | 60.- | " 54.- | " 100.- " | 46.- |
| 141. | O.Schmitt München 18/14 cm Kopf " | 45.- | " 40.50 | " 100.- " | 59.50 |
| 143. | W.Schmurr 70/60 cm Winterlandschaft DM. | 55.- | " 49.50 | " 200.- " | 150.50 |
| 144. | L.Schönberger(70/60) cm.Rheinfall Schaffhausen 110/144 cm | 720.- | " 648.- | " 1200.- " | 552.-- |
| 145. | G.Schönleber 50/67 cm.La Panne DM. | 120.- | " 108.- | " 350.- " | 242.-- |
| 146. | W.Schreuer 40/30 cm Wirtsstube DM. | 150.- | " 135.- | " 200.- " | 65.-- |
| 148. | E.Schuback 58/70 cm Gretchen Kerker DM. | 85.- | --- | --- | --- |
| 150. | -Otto Seitz 246/187 cm.Der gefesselte Prometheus " | 410.- | ---- | ---- | --- |
| 151. | Hans Seyppel 60/50 cm.Herbst " | 65.- | " 58.50 | " 150.- " | 91.50 |
| 155. | Max Stern 90/135 cm Großvater u.Enkel DM. | 240.- | " 216.- | " 500.- " | 284.-- |
| 158. | F.H.Sypkens 58/74 cm Häuser am Wasser DM. | 250.- | " 225.- | " 400.- " | 175.-- |
| 159. | A.Thiemann 80/60 cm Klosterfrieden DM. | 85.- | " 76.50 | " 150.- " | 73.50. |
| 160. | A.Thiemann 50/70 cm Herbstlandschaft DM. | 70.- | " 63.- | " 150.- " | 87.-- |
| 161. | Hans Thoma 60/74 cm Rheinufer | DM.2000.- | --- | --- | --- |
| 162. | Hans Thoma 27/35 cm Schwarzwaldlandschaft | DM.1050.- | --- | --- | --- |
| 163. | G.Trimborn 58/49 cm Verschneiter Wald DM. | 55.- | " 49.50 | " 150.- " | 100.50 |
| 164. | Unbekannt deutsch 39/31 cm Bildnis " | 90.- | --- | --- | --- |
| 165. | B.Vautier 30/26 cm Alte Dame " | 420.- | " 378.- | " 650.- " | 272.- |
| | | | | 4500 | DM.25.893.80 |



SE00535

Josef Peiffer



in Düsseldorf Bismarckstr. 64 5.7.1962.

| Nr. | Gemälde | Versteiger. Erlös | Ausgez. Betrag | Möglicher Verkaufswert | Differenz Betrag |
|---|---|---|---|---|---|
| | | | | Übertrag | DM. 25.293.80 |
| 166. | H.Veder 47/60 cm Holländischer Hafen | DM. 300.– | DM. 270.– | DM. 500.– | " 230.– |
| 167. | H.Vernet 46/38 cm Figürl.Bild | " 600.– | ––– | ––– | ––– |
| 168. | E.Vernet-Lecomte 130/88 cm Mädchen | " 540.– | " 486.– | " 700.– | " 214.– |
| 169. | M.Volkhardt 75/54 cm.Stelldichein | " 230.– | " 207.– | " 300.– | " 93.– |
| 172. | Karl Wagner 69/55 cm Rotterdam | DM. 260.– | ––– | ––– | ––– |
| 73. | E.Wauters 36/54 cm Kairo | DM. 560.– | " 504.– | " 750.– | " 246.– |
| 75. | C.Weißgerber 40/50 cm.Fasanen | " 85.– | " 76.50 | " 150.– | " 73.50 |
| 177. | G.Wendling 80/100 cm.Nähstunde | " 350.– | " 315.– | " 600.– | " 285.– |
| 179. | Fr.v.Wille 42/51 cm Kalter Tag | DM. 150.– | " 135.– | " 350.– | " 215.– |
| 180. | –L.Willems 59/42 cm Der Physiker | DM. 290.– | " 261.– | " 400.– | " 139.– |
| 181. | F.X.Winterhalder 74/63 cm Mädchen | " 3600.– | " 3240.– | " 4000.– | " 760.– |
| 182. | H.v.Zügel 98 43/63 cm.Weide | " 1100.– | " 990.– | " 1500.– | " 510.– |
| 183. | A.Adriaenessen 41/56 Fische | " 560.– | " 504.– | " 900.– | " 396.– |
| 185. | L.Carracci 40/31,5 Heil.Hieronymus | DM.4800.– | " 4320.– | " 6000.– | " 1.680.– |
| 187. | Deutscher Meister 82/95 Verlorene Sohn | DM. 125.– | ––– | ––– | ––– |
| 188. | 189 u. 190 ohne Aufschlag | | | | |
| 191. | S.van der Does 24/31,5 Hirt m.Herde | DM. 490.– | " 441.– | " 700.– | " 259.– |
| 192. | C.Droochsloot 53/73 cm Dorfstr. | " 1950.– | " ––– | ––– | ––– |
| 193. | A.van Bartvelt Berufung Petri | " 800.– | " 720.– | " 1000.– | " 280.– |
| | | | | 11850 | DM. 31.274.30 |



SE00536

Josef Peiffer. Düsseldorf Bismarckstr. 61 5.7.1962



| Nr. | Gemälde | Versteig. Erlös | Ausgez. Betrag | Möglicher Verkaufswert | Differenz Betrag |
|---|---|---|---|---|---|
| | | | | Übertrag: DM. | 31.274.30 |
| 194. | Flämischer Meister 93/78 Aegypten | DM. 520.- | | | |
| 195. | P.Friedrich 97/114 cm.Jagdstilleben | DM.1.450.- | DM. 1.305.- | DM. 1.700.- | DM. 395.-- |
| 196. | A.Günther 73/95 cm Esther vor Ahasver" | 1.450.- | " 1.305.- | " 1.800.- | " 495.-- |
| 197. | Harmen Hals 53/43 cm Bauern im Haus | DM.1.200.- | ---- | ---- | ---- |
| 198. | G.v.Hamilton 21/29 cm.Jagdstilleben | DM. 130.- | " 117.- | " 200.- | " 83.-- |
| 199. | E.v.Heemskerk 20/23 cm.Trinkgelage | DM. 500.- | " 450.- | " 700.- | " 250.-- |
| 200. | Daniel v.Heil 90/80 cm.Ruinenlandschaft | DM.1.750.- | " 1.575.- | " 2.000.- | " 425.-- |
| 202. | F.Hooger 57/72 Früchtestilleben | " 580.- | " 522.- | " 800.- | " 278.-- |
| 204. | Jan van Hessel 25/34 cm.Felsenküste | DM. 600.-- | " 540.- | " 850.- | " 310.-- |
| 205. | Andries Koets 39/57 cm.Stilleben | DM. 580.- | " 522.- | " 700.- | " 178.-- |
| 206. | N.Neuchatel 60/50 cm.Bildniss | " 2.200.- | " 1.980.- | " 3.000.- | " 1.020.-- |
| 208. | Niederl.Maler 37/57 Der Geizhals | DM.1.450.- | " 1.305.- | " 1.700.- | " 395.-- |
| 210. | W.de Poorter 94/97 cm.Esther u.Ahasver | DM.2.600.- | --- | ---- | ---- |
| 211. | F.Pourbus 74/101 cm.Elias | " 1.700.- | " 1.530.- | " 2.000.- | " 470.-- |
| 212. | N.Possin zugeschr: 32/46 cm.Meerbucht" | 300.- | " 270.- | " 500.- | " 230.-- |
| 214. | W.Romeyn 47/55 cm. Landschaft | " 1.200.- | --- | --- | --- |
| 215. | W.Romeyn 32/38 cm Gebirgslandschaft " | 480.- | 432.- | " 700.- | " 268.-- |
| 218. | J.van der Stoffe 37/55 cm.Schlacht " | 700.- | " 630.- | " 900.- | " 270.-- |
| 220. | Utrechter Meister 41/31 cm. Dudelsackpfeifer | DM. 460.- | " --- | ---- | ---- |
| | | | | 17 550 | DM.36.341.30 |

SE00537