Josef Peiffer

- 10 -

i. Düsseldorf
Bismarckstr. 64
5.7.1962.

| Nr. | Gemälde | Versteig. Erlös | Ausgez. Betrag | Möglicher Verkaufswert | Differenz Betrag |
|---|---|---|---|---|---|
| | | | | Übertrag: | DM. 36.341.30 |
| 223. | Th.Vereyk 20/36 cm Kanallandschaft | DM. 150.- | --- | --- | --- |
| 224. | G.Vicentino 48/62 cm.Blumen | " 240.- | DM. 216.- | DM. 400.- | " 184.-- |
| 225. | entfällt | | | | |
| 227. | Seb.Vrancx 25/37 cm Schlacht v.Lecker-Betken | DM.1300.- | " 1170.- | " 1700.- | " 530.-- |
| 228. | Ph.Wouwermann 36/42 cm.Landschaft mit Pferden | DM.5000.- | --- | --- | --- |
| | | | | | DM. 37.055.30 |

+ 1500 (M 238)
2600

Vorstehende Preisangabe ergeben den damals ausgezahlten Versteigerungserlös, weiter den meines Erachtens zu erzielenden Verkaufswert und den sich daraus ergebenen Differenzbetrag.

Bei der Bewertung habe ich einen guten Erhaltungszustand und eine mittlere Qualität zu Grunde gelegt. Die Galerie Stern und deren Bestände habe ich in der fraglichen Zeit des öfteren besichtigt, und galt dieselbe als eine der fachlich besten in Düsseldorf.

Da ich die Gegenstände nur nach der Beschreibung, Namensbenennung des Künstlers, Motiv und Größenangabe beurteilen konnte da keinerlei Abbildungsmaterial vorlag, habe ich nach bestem Wissen und infolge langjähriger Erfahrung meine Begutachtung vorgenommen.

Josef Peiffer
von der Industrie- u. Handelskammer zu Düsseldorf ...
Düsseldorf

Josef Peiffer

SE00538

## LOT 1

Andreas Achenbach, *Norwegische Landschaft*, 1837, 25.8 x 37.2 cms, oil on canvas

Andreas Achenbach (1815-1910) was a Düsseldorf-based artist whose work was carried by the Galerie Stern from at least 1920, and thus it is no surprise to find two of his paintings included in Auktion 392. *Norwegische Landschaft (Norwegian Landscape)* was illustrated in the Lempertz catalogue; ominously, a larger alpine landscape was not.

*Norwegische Landschaft* certainly was not the finest Achenbach associated with the Sterns. Far more exciting was *Der Untergang der 'President' (The Sinking of the 'President')*, a major salon-size painting from 1842 said by M. Sitt (*Andreas und Oswald Achenbach: das A und O der Landschaft*, Cologne: Wienand, 1997, p.211) to have been handled by the Galerie Stern in the early 1930s. A recent exhibition in Hamburg (see http://www.seestuecke-hamburg.de/magio/index.html) has brought renewed prominence to that later painting, on long-term loan at the Altonaer Museum.

Born in Kassel and educated at the Düsseldorf Art Academy, where he protested against its Director in 1835, Achenbach became an international drawing card as the result of his dramatic, Dutch-inspired landscape paintings of various regions of Germany and Northern Europe. Working from a 30 sq. ft., studio, he was an inspirational figure for a number of well-known German-born American artists, including Albert Bierstadt and Emanuel Leutze, who traveled back to their country of birth to study with him. His art also became known to a broader American public through the New York-based Düsseldorf Gallery that operated from 1849 to 1862, and through the pictures he sent to exhibitions in Cincinnati: see W.H. Gerdts, "Good Tidings to the Lovers of the Beautiful," *The American Art Journal*, Vol.30, Nos.1-2 (2000), pp. 50–81.

*Norwegische Landschaft*, with its carefully-constructed composition and interesting lighting effects, comes from the beginning of Achenbach's long career. It was the result of trips through Scandinavian countries in 1834 and 1835, part of extensive early travels taking him as far north as Russia and as far west as the Isle of Wight.





SE01391

## LOT 3

Oswald Achenbach, *Abendpromenande in Neapal*, 1887, 114 x 150 cms, oil on canvas

The younger brother of Andreas, Oswald Achenbach (1827-1905) was also a considerable force in landscape painting of the Düsseldorf School, having been educated in the city's Art Academy and then teaching there for close to a decade.



While his early work was clearly inspired by the content of his brother's paintings, after 1850 Oswald increasingly became captivated by the landscapes of central and southern Italy, areas he visited several times. He developed an independent practice, with many of his works almost panoramic in scope, and some incorporating careful renditions of famed architectural sites in Italy. Sometimes using a palette knife and his fingers to work with paint, he created paintings much appreciated for their subtle atmospheric effects.

A glance through the chronology of the artist's career provided in M. Sitt, *Andreas und Oswald Achenbach: 'Das A und O der Landschaft'* (Cologne: Wienand, 1997, pp. 191-225), leaves one almost exhausted by the scope and the incessant pace of Oswald Achenbach's travels throughout Europe. It also provides indices of his national and international success: medals at Paris Salons; the sale of a major painting to King Leopold II of Belgium and of two spectacularly-priced works to a collector in the United States; and the awarding of honours from art institutions and governments.

Again an artist favoured by the Galerie Stern, Achenbach was represented at Auktion 392 by the 1887 *Abendpromenande in Neapal (Evening Promenade in Naples)*, a product of his penultimate visit to Italy. The same painting, for which no provenance was provided, had been included in a 1935 Galerie Stern exhibition. It is surprising the large canvas did not sell that year, since the descriptive notes, repeated in *Die Bestände der Galerie-Stern-Düsseldorf*, indicated that the figures in the right foreground were of the artist, his wife and their daughter. The daughter, Caecilie, would go on to publish a moving study of her father's artistic and personal accomplishments: *Oswald Achenbach in Kunst und Leben*, Cologne: DuMont, 1912.



SE01392

The Catalogue

## LOT 7

Eduard Bendemann, *Frauen in Burghof*, 1837,
12.6 x 22 cms, watercolour

Eduard Bendemann (1811-1889), the son of wealthy Jewish parents, was raised in a highly cultivated household in Berlin. He began his studies with Wilhelm von Schadow, whose mother was also of Jewish ancestry, and when von Schadow left Berlin for Düsseldorf, Bendemann was one of a large number of students to follow him. His art began to gain attention very early on, with widespread acclaim being given in 1832 to his painting, *Jews Mourning the Babylonian Exile*, now in the Wallraf-Richartz Museum in Cologne.

Although Bendemann converted to Christianity, and created religious paintings not thought to employ Jewish interpretive frameworks (S. Turkmarkin Goodman, ed. *The Emergence of Jewish Artists in Nineteenth-Century Europe*, New York: Merrell, 2001, p. 37), his work nevertheless was included in an exhibition of Jewish art held in conjunction with the fifth Zionist Congress (1901) in Basel, Switzerland.

Bendemann married the half-sister of von Schadow in 1838, the same year he moved to Dresden to take up a professorship in the city's art academy. There he was commissioned to decorate three halls in the Royal Palace, a prestigious assignment documented in a publication made available in both German and English in 1857. Two years later, Bendemann was in Düsseldorf again, where he was appointed to succeed Wilhelm von Schadow as Director of the Art Academy, a position he held until 1867.

While the success of Bendemann speaks to a degree of acceptance for Jews, whether converted or not, in the German art world, things had changed dramatically by 1937 when five of Bendemann's works were available for purchase at Auktion 392. Had the artist still been alive at that point, he would have fallen under the Reich Citizenship Law of 1935, deprived of his entitlement to German citizenship and designated a mere 'national.' In light of the changed attitudes towards Germany's Jews, it would be of interest to know who bought *Frauen im Burghof (Women on the Grounds of a Castle)*, a watercolour initialed and dated 1837. The romantic image, reminiscent of a medieavel tapestry, is probably related to private decorative schemes he worked on prior to receiving the Dresden commission.





SE01393

## LOT 27

Carl (Karl) Alexander Brendel, *Straßenbau*, 1906,
111 x 175 cms, oil on canvas

In 1956, one of the first post-war exhibitions held in the shattered city of Frankfurt featured the work of Carl (Karl) Alexander Brendel (1875-1945), an artist who is said to have died of fever and hunger at the end of World War II. Brendel's popularity in the Frankfurt area had already been manifest in the only monographic study of his paintings and prints (W. Unus, *Carl Alexander Brendel*, Frankfurt-Oder: Trowitzsch & Sohn, 1937), where most of the works referred to were from collections in that city.

The largest oil on canvas included in Unus' study was *Bei der Arbeit*, the same painting that appeared at the Lempertz auction in 1937 under the title *Straßenbau (Road Building)*. Created in 1906, it pictured the construction of roads in Berlin, with the neo-Romanesque Kaiser Wilhelm Memorial Church, built between 1891 and 1895 (and later almost completely destroyed in a 1943 Allied bombing raid), looming in the background. Stern's brief notes in the Auktion 392 catalogue do not mention the locale, instead simply indicating that the painting had previously been in the collection of National Gallery of Berlin, an as-yet unverified assertion. He almost certainly acquired the Brendel during his final frenetic months in Germany, and thus the absence of such details is hardly surprising.

Of the many artists represented in Auktion 392, Brendel is certainly one who warrants greater attention from contemporary scholars. Like his father, the better-known painter Albert Heinrich Brendel (1827-1895), he studied in France and taught in the Weimar Academy. Alhough his paintings and graphic work resonate with what would now be described as conservative approaches to art-making, he appears to have led something of a 'bohemian' existence and was married to Aura Hertwig, a photographer who specialized in images of the nude female body and portraits of leading personalities in the theatre and dance worlds.



The Catalogue

## LOT 30

Richard Burnier, *Mädchen mit Kuhen*, 1878,
33 x 47 cms, oil on canvas

*Mädchen mit Kuhen (Maiden with Cows)*, painted in 1878 by Richard Burnier (1826-1884), is almost breathtaking in its simplicity and stillness. It is entirely representative of the 'paysages intimes' of the Dutch painter who settled permanently in Düsseldorf in 1869.



Born in The Hague into a family of Swiss Huguenot ancestry, Burnier was one of many artists from Northern Europe who moved to Düsseldorf, in his case from 1850-55, to take advantage of the Art Academy's unique combination of realism and romanticism. Unlike most of them, however, Burnier left for France, where he worked alongside Constant Troyon (1810-1865), who by then had combined the tenets of Barbizon landscape painting with a deep appreciation for the best of seventeenth-century Dutch painting. Subsequent reviews of Burnier's paintings almost always referred to the relationship between the two artists: a critic, responding to an 1872 New York exhibition that included a "brace of pictures" by Burnier, found in his art "a secret of light hardly caught by any artist since the death of Troyon...; his soft play of light, without trick or forcing, is wonderful" (*The Nation*, 28 November 1872, p. 356).

In Burnier's mature work, marked by a more limited palette than that of his French colleague, landscapes are inhabited by farm workers and animals, but exude a loneliness that seems to speak to rural seclusion. The quiet women in his paintings often appear more concerned with contemplation than labour, and their dark clothing, often picked out with white accents, echoes their interiority.

According to one of his daughters, Burnier and his British wife, Julia Furnivall led a charmed life, surrounded by artist-friends, in their adopted city (see C. Liesegang, "Mein Vater Richard Burnier," *Richard Burnier, 1826-1884*, Düsseldorf: Galerie G. Paffrath, 1965, n.p.). In the same text, she refers to the sorry deaths of her mother and her brother-in-law, the artist Max Stern, who were denied access to an air-raid shelter because he was a Jew.

The art dealer Max Stern was silent on the ownership history of *Mädchen mit Kuhen* in 1937. Perhaps the painting had been left in Galerie stock after the Burnier exhibition held there a decade earlier, although it had not appeared in any of the Stern catalogues in 1934 and 1935.

– *Katie Apsey*

The Catalogue

# LOT 31

Wilhelm Camphausen, *Preußische Husaren in Feindesland*, 1843, 42 x 52 cms, oil on canvas

Wilhelm Camphausen (1818-1885) studied at the Düsseldorf Art Academy and was appointed professor of painting there in 1859, one of the many members of the Academy's staff who were represented by work at Auktion 392. He gained early renown for such historical paintings as *Flight of Tilly* (1841), and *Prince Eugene of Savoy at the Battle of Belgrade* (1843). Effectively, he became a representative of German patriotic art, and his paintings were brought into the collections of numerous German museums.

By 1860, Camphausen was of such stature that he was invited to participate in the designs for the massive celebrations marking the final completion of the Cologne Cathedral: see W. Hartmann, "Historisches Wahrheit–Künstlerische Weihe," *Wallraf-Richartz-Jahrbuch*, Vol. 41 (1980), pp.223-243.

At first glance, *Preußische Husaren in Feindesland (Prussian Hussars in Enemy Land)*, an 1843 painting once owned by the Countess Salm-Reifferschied-Krautheim (possibly Leopoldine, 1805-1878), would appear to be another of the historical battle scenes which made Camphausen so appreciated from the earliest years of his career. However, this particular painting is based on words written for a popular folksong. The lyrics for what became *Morgenrot, Morgenrot* had been penned in 1824 by Wilhelm Hauff (1802-1827), a prolific writer whose oeuvre included historical novels and fairy tales, as well as the lyrics for numerous folksongs such as *Morning Song of the Rider* and *Soldier's Love*.

The first stanza of *Morgenrot*, which has been translated as "Rosy dawn, rosy dawn, / Do you shine onto my early death / Soon the trumpet will call, / Then I must leave my life / I and many a comrade," resonates brilliantly with many of Camphausen's paintings. There we find heroic soldiers mounted on glistening horses, emerging from sfumato backgrounds and riding forth amidst the carnage of battle, all too willing to die for their fatherland.

At the time of its appearance at the Kunstauktionshaus Lempertz, this Camphausen painting may have struck a particular chord with supporters of the National Socialist party. Its ultra-nationalistic sentiment would have been appealing, as would its appropriation of an element from folk culture, a practice frequently employed by the Nazis.

– *Alexandra Anber*





SE01396

## LOT 44

Carl Engel, *Elternglück*, ca. 1862-1863,
64 x 55.5 cms, oil on canvas

Classified as a late Biedermeier painter, Carl Engel (1817-1870) produced this delightful family scene as part of a cycle of paintings designed to reflect and perhaps even foster 'respectable' German customs and moral values. The cycle was exhibited in Stuttgart in 1866, and as Stern noted in the Auktion 392 catalogue, it was also photographically reproduced and published in a portfolio edition.

*Elternglück (Parent's Joy)*, along with the five other paintings in the cycle, was in fact published twice, once in Frankfurt prior to the Stuttgart exhibition, and once in Berlin during the same year as residents of Stuttgart were given the opportunity to see the actual paintings, one of which sold to a collector in the United States. The cycle revealed the artist's nostalgic contemplation of pre-industrial middle-class virtues and his privileging of the simplicity of domestic life. Like other earlier Biedermeier painters, Engel sought to convey the reality of children's daily life rather than treating depictions of children in the same manner as adult portraiture. A drawing for *Elternglück*, illustrated in W. Stolle, *Carl Engel gennant von der Rabenau*, (Kassel: Hessischer Museumverband, 1987, p.163), indicates, however, that the artist reduced somewhat the rolls of baby fat in the painting. He also gave the mother a more central role, showing her embracing the thick comforter as she might a child, rather than turned away and absorbed in her task of straightening the bedding. Through such subtle alterations, Engel created a tightly unified family group framed by a chapel-like bed.



Born in Londorf, Carl Engel studied at the Düsseldorf Art Academy in the 1830s before completing his education in Munich, but the years of his mature and relatively successful career were spent in Rödelheim, near Frankfurt. Nothing in the Lempertz catalogue suggested how the Engel came to be in the Galerie Stern's stock. While Auktion 392 offered a number of other paintings that focussed on children, either as the subjects of portraits or shown in groups at play, as well as another *Elternglück*, painted by Karl Friedrich Schick (1826-1875), it is too early to speculate on any special commitment of Julius or Max Stern to such work.

– *Katie Apsey*

# LOT 54

Eduard von Gebhardt, *Auf dem Krankenbett*, 1870, 63 x 80 cms, oil on wood

If Eduard von Gebhardt (1836-1925) was central to the history of the Galerie Stern, Klara Maria Anna Jungnick von Gebhardt (1851-1897) was just as central to the art of her husband. Her face can be glimpsed over and over again in his religious paintings from the early 1870s until her death. For this oil on wood from Auktion 392, entitled *Auf dem Krankenbett (From the Sickbed)*, she is said to have been the model.

The harrowed features of the young Klara, with haggard eyes and half-open mouth conveying so well the misery of illness, are in sharp contrast to her vivacious presence in an 1878 portrait by von Gebhardt that was offered at the final auction mounted by the Sterns in March 1933. There she was shown in Old German dress, with even-toned skin and clear, alert eyes. Nevertheless, the Lempertz work is the more compelling portrait: nothing deflects one for long from Klara's face, set against stark white that highlights the mottled, feverish skin.

*Auf dem Krankenbett*, paired in *Die Bestände*'s illustration sequence with the expressive *Pietà* of Nicaise de Keyser (see Cat. 89), was one of ten works of art by von Gebhardt in the liquidation sale. In certain respects, they constituted a very personal chronicling of the artist's life in Düsseldorf. Three of the oils had been in the 1925 memorial exhibition that Julius Stern had helped organize, and each of those was a self-portrait. One was dated to 1860 and another to 1867, both therefore showing the young von Gebhardt in the early years of his long residence in the city. Finally, the group included a portrait of Ludwig Paul Wilhelm Keller (1865-1925), a now-obscure Düssoldorf artist and bookseller who had written an obituary for von Gebhardt in 1925.



*Die Bestände* was silent on the question of where *Auf dem Krankenbett* had been before it entered the Galerie's 'remainders.' Whatever its origins, the painting and its companions cumulatively provided a fitting ending for the long-term relationship between the Galerie Stern and its star artist. The story, however, was not quite finished. A von Gebhardt painting owned by West's Galleries, the new Stern family art dealership in London, made it across the channel in the fall of 1938 for a memorial exhibition in the Estonian capital of Tallinn (see E. Thomson, *Eduard von Gebhardt, Leben und Werk*, Lüneburg: Verlag Nordostdeutsches Kulturwerk, 1991, p.87). Someone made sure there was a Stern-von Gebhardt pairing at the last major showing of the artist's work for many decades.