The Catalogue

## LOT 85

Arthur Kampf, *Der Kohlenträger*, n.d.,
53 x 72 cms, oil on canvas

Julius Stern had expressed interest in the work of Arthur Kampf (1864-1950) in his earliest years as a collector. *Der Kohlenträger (Coal Carrier)* was one of many paintings by Kampf to have passed through the Galerie, but as was often the case at Auktion 392, it was not a shining example of its creator's abilities. It had already failed to sell in 1935.

Born into an Aachen family of painters, Kampf studied at the Düsseldorf Art Academy from 1879-1891, with Eduard von Gebhardt as one of his teachers, and in 1894 was made a professor there. His style was shaped by his travels throughout Europe where he studied the works of many artists, but most notably the paintings of Diego Velázquez (1599-1660), a Spanish painter whose subject matter and style would continue to fuel Kampf's art after he moved to Berlin in the late 1890s to take up a position at the Berlin Art Academy. Kampf became well known throughout Europe as a painter of large-scale history and genre scenes, especially those that ennobled the proletariat.



Kampf later emerged as a great favourite of Hitler and the National Socialists, sometimes contributing depictions of major Nazi events that were then exploited for propagandistic purposes. He was awarded the Eagle Shield of the Third Reich in 1939 as 'The German Painter'. Almost certainly as a result of his standing during the Third Reich, his career has not been the subject of a major post-war monograph. Nevertheless, it merits consideration, since Kampf had been supportive, at times to his own detriment, of modern art during his early years in Berlin. An understanding of how the elderly artist became implicated in a milieu that despised such production could be valuable.

In 1898 the Berlin Secession, a group that openly supported modernist changes and experimentation, was formed. Though not a member, Kampf was open about his support for some of the Secession's aims and fought for the inclusion of new and avant-garde work in Germany's National Gallery and the country's travelling exhibitions. In 1902, as the chair of the jury for the official salon, he caused a stir when he invited some French artists to participate, a move that led to the rejection of over 2,000 German paintings for the salon of the following year: see P. Paret, *The Berlin Secession: modernism and its enemies in imperial Germany*, Cambridge, Mass.: Belknap Press, 1980, pp.107-109.

– *Sharon Murray*

## LOT 88

Friedrich August von Kaulbach, *Frühlingsreigen*, n.d., 31 x 24.5, oil on wood

Among the more spirited works in Auktion 392 was *Frühlingsreigen (Song of Spring)*, painted by Friedrich August von Kaulbach (1850-1920). Three women in relatively free-flowing 'Grecian' dress, are shown engaged in a spring round dance in the midst of a lush garden setting. They presage the artist's later interest in Isadora Duncan, the American dancer who captured the imagination of so many European audiences and artists.



Von Kaulbach was born into a cultured and well-established German family of artists. His father, Friedrich Kaulbach (1822-1903), was a well-known historical portrait painter who provided the young von Kaulbach with his first instruction in painting. At the Academy of Arts in Nuremberg, von Kaulbach furthered his skills in the fine arts and set his artistic career in motion. He spent some time in Italy, and made the first of many lengthy visits to Paris in 1883. Although the precise date for *Frühlingsreigen* is unknown (as is its provenance), its clear correlation with the dancers in *Vorbereitung zum Fest* from 1880-1885 (posted on the Lost Art Internet Database, along with another related work, *Opferfest*) suggests the painting may have been created around the time of the artist's initial exposure to Paris. Von Kaulbach continued to exhibit his work throughout Europe, bringing him medals of excellence in Berlin, Munich and Vienna. In 1886, he was appointed Director of the Munich Academy of Art, a position he held until 1891.

Apart from his career as a painter, von Kaulbach was appreciated in his own time for his large collection of art and for his desire to establish a rapport between artists and potential supporters of their work. He acquired paintings by the likes of Titian, Van Dyck and Rubens, as well as Roman sculpture, and hosted gatherings in Munich that aimed to bring together patrons of the arts, well-to-do families and business people with artists of the day. Today, von Kaulbach is most often mentioned because his daughter, Mathilde or Quappi, married Max Beckmann, one of Germany's most renowned modern painters, in 1925, but Klaus Zimmermann's *Friedrich August von Kaulbach, 1850-1920*, Munich: Prestel Verlag, 1980, established the need to take seriously the contributions of one of Germany's most aristocratic painters.

In 1929, von Kaulbach's estate and collection of artwork began to be auctioned off or sold piece by piece by his wife, the violinist Frida Scotta. Nothing to date is known of how *Frühlingsreigen* came into the Galerie Stern's final stock.

– Sharon Murray

The Catalogue

## LOT 89

Nicaise de Keyser, *Pietà*, 1848,
25 x 21, oil on wood

Although relatively unknown to the art world today, Nicaise de Keyser (1813-1887) was an important nineteenth-century Belgian painter whose reputation reached well beyond the borders of his country. The recent restoration of a cycle of thirty-nine history paintings in the entrance hall of the Antwerp Museum may contribute to a revival of interest in his career.

Born in Santviet, Belgium, de Keyser spent the majority of his life in Antwerp, a city that experienced great artistic prosperity during the nineteenth century. At a young age, he received accolades for his decorative painting of a church in the Belgian countryside, and in 1839 he was decorated with the Order of Léopold, the highest military order of Belgium. Over the course of his career, de Keyser was commissioned for history paintings by many European courts. De Keyser was also an important figure in two important Belgian institutions. Nominated a member of the Belgium Academy in 1845, by 1856—the year after his appointment as Director of the Antwerp Academy of Fine Arts—he had become the head of the country's gathering point for its most distinguished citizens.

During his tenure as Director of the Academy of Fine Arts, from 1855-1879, de Keyser was remarkably active as an artist. The cycle of paintings he produced for the Academy, intended to depict the rich artistic history of the school and the city, absorbed ten years of intense labour (see http://museum.antwerpen.be/kmska/Engels/hall.htm for an account of its restoration), but this did not dissuade him from taking up another ambitious commission in the south of France once it was finished. From 1875-1877, he worked on four huge canvases, filled with portraits of great artists of the past and present, destined for the Nice 'palace' of Ernest Gambart, one of Europe's major art dealers and print publishers: see J. Mass, "Gambart and the Missing de Keyser Pictures," *Connoisseur*, Vol. 190 (Oct. 1975), pp. 80-86.

The Auktion 392 de Keyser, a *Pietà* that forces the viewer into an intimate confrontation with the restrained yet palpable grief of the Holy Mother, was painted in 1848, at a point when his reputation was already secure. In contrast to the softly-rounded forms met in his history and portrait work, the figures here appear to be chiseled out of wood or stone, almost as if they were part of a sculpted relief. The Lempertz catalogue gave no provenance for the small devotional panel.

– *Sharon Murray*





SE01401

## LOT 94

Johannes Hermanus Koekkoek, *Seesturm*, 1841,
69.5 x 93 cms, oil on canvas

Johannes Hermanus Koekkoek (1778-1851) was 'father' to the vast and influential Koekkoek family dynasty of nineteenth-century Dutch painters, which included Barend Cornelis (1802-1862) and Hermanus (1815-1882). The Galerie Stern dealt with a number of works by members of the Koekkoek family in 1934 and 1935, although nothing by its founder was listed in the catalogues from those years.



*Seesturm (Sea Storm)*, 1841, is one of the more dramatic works by Johannes Hermanus Koekkoek, an artist better known as a sea and river painter who created gentle visions of the water-conscious world of Holland. His image of the seascape, like that of other Dutch painters of the period, alludes to the importance of maritime trade and the weakened power of the church on the sale of works to a new merchant class. However, with the dawn of the nineteenth century, the seascape, once thought of as symbolizing a movement toward God, began to be seen as representing a perilous and volatile voyage through life.

Johannes Hermanus Koekkoek's use of scale to miniaturize the boats and figures thrown about against a background of a violent storm points to what would later be interpreted as the beginnings of a modern iconography. The tempest and shipwreck would become a well-used metaphor for the "implacable temporality of human existence connected with the ever-changing rhythms of the sea" (H. Isham, *Image of the sea: oceanic consciousness in the romantic century*, New York: Peter Lang Publishing, 2004, p. 33). In this new variation on a traditional theme, *Seesturm* depicts the unpredictability of the natural forces of the sea against the craggy coast and the rescue boats that seem almost to have been tossed onto the shore. The Auktion 392 catalogue, which failed to give any provenance for *Seesturm*, did not include a descriptive text for the painting, one that might help determine whether the lighthouse structure in the right background was fictional or intended to represent a particular locale.

– *Andria Hickey*

The Catalogue

# LOT 97

Christian Kröner, *Hirsch im Teutoburger Wald*, 1889, 105.5 x 160 cms, oil on canvas

*Hirsch im Teutoburger Wald (Stag in the Teutoburg Forest)*, a large 1889 painting by Christian Kröner (1838-1911), is a fine example of the type of work that would have appealed to the bourgeois clientele who frequented the Galerie Stern and many other art galleries in Germany. Indeed the Galerie had held a solo show of Kröner's paintings in 1920, and offered two smaller works in its 1935 exhibition, neither of which reappeared at Auktion 392.



In the painting, a stag and a doe appear startled in their setting, a superbly rendered portion of the Teutoburg Forest, which was an area visited annually by Kröner, the only regular stop in his extensive travels. It was also an historically important forest in Germany, for a long time identified as the site of a first-century CE battle between the soldiers of the Roman Empire and Germanic tribes led by Arminius. Arminius became a national hero in the nineteenth century, but it is likely Kröner was attracted to the Teutoburg for its aesthetic and hunting possibilities.

A largely self-trained artist, Kröner moved to Düsseldorf in 1862, where he was able to establish a strong reputation as a hunt and landscape painter, with particular attention paid to his bold use of burnt oranges and greens in his expansive forest scenes. Success led to the development of a small coterie of students, as well as membership in the Berlin Academy, where he was also given the title of Royal Professor. He exhibited in France and Belgium, and some of his paintings were sent to the 1893 World's Columbian Exposition in Chicago. Well before the end of his life, he was considered one of Germany's very best hunt painters.

As exhibition histories for Kröner demonstrate, his reputation survived his death for some time, possibly because it was tended to by his wife, the artist Magda Helmcke Kröner (1854-1936). She had come to Düsseldorf to study landscape painting with Kröner, but went on to establish an independent practice, creating vibrant flower paintings, some of which were purchased by Kaiser Wilhelm II. Interest in her husband's work certainly declined through the twentieth century, although a 1972 publication (C. Schröder and E. Poschmann, *Christian Kröner: sein Leben und Schaffen; Bildband*, Rinteln: Bösendahl) suggests a lingering appreciation in the small town in which Kröner was born.



SE01403

## LOT 108

Johann Heinrich Meyer, *Italienische Landschaft*, 1796,
53 x 68.5 cms, watercolour

*Italienische Landschaft (Italian Landscape)* by Johann Heinrich Meyer (1760-1832) was placed second in the sequence of illustrations for the 1937 catalogue. Its prominence may have reflected Max Stern's special respect for the art writings of Johann Wolfgang von Goethe (1749-1832): Meyer—an extremely close associate of the German polymath—had included, according to notes in *Die Bestände*, the figure of Goethe in the watercolour.

Meyer, also known as Kunschtmeyer and Goethemeyer, was born in Switzerland and studied landscape and portraiture there. However it was Johann Joachim Winckelmann's *History of Ancient Art* (1764) that would have the more lasting impact on both Meyer's artistic practice and his writing. He went to Rome in 1784 to further his classical studies, joining the German community there, and three years later met Goethe. A lasting friendship was formed, with Meyer being an intermittent houseguest in the Goethe family home in Weimar from 1791 until 1802. Meyer was appointed professor at Weimar's Freien Zeichen-Akademie in 1795, and its director in 1806, but a more important contribution to the art world came through his co-founding, with Goethe, of the *Propyläen* in 1798. This short-lived art journal became a platform for the dissemination of their theories concerning Nature and Art from a classicist point of view. Years later, in 1825, the two men were involved in another important joint endeavour — the opening of Weimar's first public art museum. The aims of the museum echoed those of the *Propyläen* in advocating Winckelmann's theory of classicism against the romantic movements of the time.

In *Italienische Landschaft*, we find Meyer adhering to these classical principles. Simplicity and quiet grandeur reign: the two chestnut trees dominate much of the surface, while a sweep along a gently meandering river draws the viewer's eye back into the carefully-ordered distance. All elements harmonize to form the whole of the landscape, and following Goethe's ideas on the origins of landscape painting, the small figures lend interest to the image, but not at the expense of Nature.

Meyer generally has been better known for his role as art advisor to Goethe than for his own visual production and writings. J. Klauß's book, *Der Kunschtmeyer: Johann Heinrich Meyer: Freund und Orakel Goethes* (Weimar: Hermann Böhlaus Nachf., 2001), brings Meyer out from under Goethe's shadow, reclaiming his place and influence in Weimar culture and society.

*– Alexandra Anber*





SE01404

**The Catalogue**

## LOT 135

Wilhelm von Schadow, *Selbstbildnis des Künstlers*, n.d.,
59 x 43 cms, oil on canvas

The self-portrait of Wilhelm von Schadow (1788-1862) was in its rightful place at Auktion 392. Julius Stern had been an advocate for the Düsseldorf School as both a collector and art dealer, and no one had been more instrumental than von Schadow in establishing the city's vibrant art milieu in the nineteenth century.



Born in Berlin as the second son of the converted Jewess, Marianne Devidels, and her husband, the prominent sculptor Johann Gottfried von Schadow (1764-1850), the artist traveled to Rome with his brother in 1811 for what turned out to be a transformative period in the Italian city. He became a member of the Brotherhood of St. Luke (the Nazarenes), and converted to Catholicism. From 1815-1817, he worked with other German artists on a fresco cycle of the Story of Joseph for the sitting room in the 'Casa Bartholdy' of Jakob Salomon Bartholdy (1779-1825), the Prussian consul.

The cycle attracted much attention, with all of the participating artists benefitting from the acclaim. Von Schadow became professor at the Berlin Academy in 1819, and in 1826 was called to Düsseldorf to become Director of the Art Academy, a position he held until 1859. A number of Berlin students followed him, many of them becoming instructors when von Schadow reorganized the staff and reformed the curriculum. Among his pedagogical innovations were the 'master-class' and formalized instruction in landscape painting. As C.A. Grewe has established in "The invention of the secular devotional picture," (*Word & Image*, Vol.16, No.1 [Jan.-March 2000], pp. 45-57), perhaps his greatest contribution to work produced by the city's artists was his demand for the extension of the emotive basis of Nazarene painting into history and genre painting. The resulting sentimentality of Düsseldorf art, often attributed to a desire for bourgeois escapism, was instead, Grewe argues, determined by von Schadow's belief in the need for the artist to identify personally with the content of the subject, drawing upon his/her "loving disposition."

According to notes in the Auktion 392 catalogue, the undated *Selbstbildnis des Künstlers* was a pendant for a portrait of his daughter, the poet and translator Sophie Hasenclever (1823-1892) that hung in Wiesbaden's Picture Gallery. This information was repeated in the catalogue text for a 15 November 1972 Lempertz auction in which von Schadow's self-portrait was again listed for sale, without a Stern provenance being mentioned.

– *Alexandra Anber*

The Catalogue

# LOT 161

Hans Thoma, *Rheinufer*, 1885,
60 x 74 cms, oil on cardboard

Hans Thoma (1839-1924) was a painter who, though his early career was less than glittering, had achieved enormous success by the early part of the twentieth century. His standing has remained strong ever since, a small measure of which can be seen in the decision Max Stern took in 1937 to illustrate both of the Thomas up for auction in Cologne.

Thoma was born in the village of Bernau in the Black Forest, where he apprenticed with a painter of clock-faces before studying landscape painting at the Karlsruhe Academy from 1859-66. Perhaps due to his initial lack of success, Thoma stayed his own path, and was rarely influenced by contemporary developments in art. He did, however, find a kindred spirit in Gustave Courbet (1819-1877) during a trip to Paris in 1868. In Courbet's work, Thoma saw an approximation of the type of realism he sought for his own work, one that could evoke the spirit of the land and the people of his native district.

Thoma's first significant commission came in 1882 when he painted five frescoes with scenes from Wagnerian operas in an architect's home in Frankfurt. The Auktion 392 *Rheinufer (Banks of the Rhine)* was painted three years later, at a time when he had fully developed his talents as a colourist. Thoma employed surprising colour combinations, with a strong penchant for grays and greens. In *Rheinufer* we can imagine, based on a comparison with such works as the 1885 *Schwarzwaldbachlein*, a predominant colour scheme of varying tones of grays, greens and blues, juxtaposed in new and unexpected manners.



It was in Frankfurt that Thoma met the art historian, Henry Thode (1857-1920), who was to champion the artist's work and bring his extensive oeuvre to the attention of the public. In 1909, Thode published a monograph, *Thoma; des Meisters Gemälde in 874 Abbildungen* (Stuttgart and Leipzig: Deutsche Verlag), in which *Rheinufer* was illustrated as plate 237. This reference, given by Stern in 1937, allowed P. Dombowsky to discover the painting's reappearance on the art market in November 1983, when Lempertz offered it at auction 597 (*Alte Kunst*, p. 251), without provenance, under the title of *Rheinlandschaft*.

Thode was highly critical of foreign influences on German art, characterizing the impact of French Impressionism as a subversion of German culture. In Thoma, he found a 'true' German artist, hailing his work as the embodiment of national identity. Such sentiments were to be echoed under National Socialism, and over twenty of Thoma's paintings were collected for Hitler's planned museum complex in Linz, Austria.

– *Alexandra Anber*

## LOT 168

Emile C.H. Vernet-Lecomte, *Aimée, eine junge Ägypterin*, 1869, 130 x 88 cms, oil on canvas, photo: Sotheby's

Although *Aimée, eine junge Ägypterin (Aimée, a Young Egyptian)*, a painting by Emile C. H. Vernet-Lecomte (1821-1900), was not illustrated in the Lempertz catalogue, it has been possible to locate images of the work by referring back to an 1895 art sale in The Hague mentioned by Stern in his 1937 provenance notes.

The Hague catalogue included a black-and-white reproduction of the work, confirming P. Dombowsky's conviction that a painting sold by Sotheby's New York in 2001, without provenance and under the title *Cimbals*, was a match for *Aimée*. The colour illustration in the Sotheby's catalogue (*19th Century European Art, November 2, 2001*, p.23) makes *Aimée* one of the very few works in this exhibition which lends itself to more than speculation about artistic merit.

*Cimbals* is in some ways the more appropriate of the two titles. The rich gold tones of both the finger cymbals and elaborate necklace move the eye across a sumptuous display of muted colours and textures, and also highlight the creamy skin of the young dancer, as well as her scantily-covered breasts. They play a key role in what appears to be a superb painting, signed and dated to 1869. However, *Aimée* is more likely to be seen by some as belonging to a vast complex of textual and visual 'knowledges' that, in the wake of Napoleon's march into Egypt, came together in an almost seamless vision of the 'Orient' directed at the subjugation of the region by the West. Edward Said's now-classic *Orientalism* (Harmondsworth: Penguin, 1978) provided the starting point for such a critique, still being intensely debated.

Vernet-Lecomte entered the 'Orientalist' fold easily. The Parisian-born member of an artistic family whose accomplishments stretched back to the eighteenth century, he was also the nephew of Horace Vernet (1789-1863), a noted painter of battles, some of which took place in North Africa and served the imperialist ventures of the times. Horace Vernet was also a producer of 'Orientalized' scenes in which even female religious figures could be highly eroticized. Vernet-Lecomte, or Lecomte-Vernet as he is also called, has been somewhat smothered by his more illustrious relatives, to the point that Stern dated his death to 1874. His art is in need of serious scholarly attention.



The Catalogue

## LOT 173

Emile Wauters, *Kairo*, before 1889,
36.5 x 54 cms, oil on canvas

Painted by Emile Wauters (1848 -1933), *Kairo* was another work from the Steengracht van Moyland collection offered for sale in The Hague in 1895. Like Lecomte-Vernet's *Aimée*, *Kairo* was an Orientalist creation, although one focussed on the unusual, 'exotic' architecture and customs of Egypt rather than the 'erotic' female body.

This image of Egyptian life might appear atypical for Wauters, whose most prized works were and are history paintings. He started to create grand historic canvasses when he was only twenty, and King Leopold II of Belgium was sufficiently impressed by the achievements of this Brussels-born artist that he purchased *The Great Nave of St Marks* before 1870. Such success, as well as the desire to compensate the young artist for his age-related ineligibility for Salon medals, led the Belgian government to appoint Wauters to the delegation sent to the 1869 opening of the Suez Canal. Three years later, Wauters took the European art scene by storm with his *Madness of Hugo van der Goes*, a searing imagining of mental illness now in the Royal Museums of Fine Arts, Brussels. His interest in van der Goes, a gifted Flemish painter from the fifteenth century, reflected a tendency among Belgian artists of the nineteenth century to use the lives of 'Old Masters' of the region to construct the notion of a unified and accomplished national past.

If Wauters career would have proceeded well without his Suez Canal trip, the experience there equipped him to exploit a popular type of imagery, and also led to the largest commission of his career. In 1881, he created a vast panorama, *Cairo and the Banks of the Nile*, for the Brussels Mosque located in the Parc du Cinquantenaire. Measuring 380 ft. by 49 ft. and executed in only six months, the canvas was also exhibited with great success in Munich and The Hague. The Auktion 392 *Kairo* may be related to the panorama: certainly it was painted before 1889, when Steengracht van Moyland purchased it from a Belgian collector.

Between 1889 and 1900, Wauters contributed regularly to the Royal Academy of London and also earned honourary memberships in the academies of Vienna, Berlin and Munich. The last forty years of his life, when much of his work consisted of portraiture, were spent in Paris, where, according to an obituary in the *London Studio* of 1935 (Vol. 9, No. 109, pp. 164-165), his home "was an international centre of attraction for art lovers and sitters of distinction."

– *Katie Apsey*





SE01408