## LOT 176

Jan Hendrik Weissenbruch, *Alte Eiche bei einem Bauernhof*, 1878, 30 x 40 cms, oil on wood

In 1933, it was estimated that over two-thirds of the total art production of Jan Hendrik Weissenbruch (1824-1903), a Dutch artist much respected by Vincent van Gogh, was in Canada. Montreal collectors started the rage for his work in the late nineteenth century and it spread west.

The Montreal connection with Weissenbruch has been discussed in several publications of Marta H. Hurdalek, most extensively in her exhibition catalogue, *The Hague School: Collecting in Canada at the Turn of the Century*, Toronto: Art Gallery of Toronto, 1983. There she also elaborates on the involvement of Edward B. Greenshields (1850-1917), a noted Montreal businessman and collector, in the fostering of Weissenbruch's Canadian reputation. In 1904, he published *The Subjective View of Landscape Painting, with Special Reference to the J.H. Weissenbruch from Works of His in Canada*, effectively the first monographic study of the artist and one of the earliest art historical studies written in Canada.

Now regarded as one of the finest representatives of The Hague School of landscape painting, Weissenbruch did not have an easy path through what eventually became a significant career, capped by a gold medal at the 1900 International Exposition in Paris. Though born into a family of collectors and painters, and educated at The Hague's Art Academy, he was already forty-four years old when the press acknowledged him for the first time, and even the awarding of the Paris medal drew less attention than might have been anticipated. As Hurdalek has elsewhere established (*J.H. Weissenbruch, 1824-1903, Jan Cunencentrum Oss; Haags Gemeentemuseum.*, Zwolle: Waanders, 1999, p. 173) some of his difficulties were attributed at the time to the "silence" of his dedication to the world of nature and "the modesty of his attitude towards art."

Something of his humility in the face of the natural world is to be observed in *Alte Eiche bei einem Bauernhof (Old Oaks by a Farmhouse)*, painted in 1878. Ancient oak trees dominate a farmhouse in the midground and a vast expanse of pancake-flat Dutch landscape stretches back into the distance on the right. One longs to see the work—another of the paintings from the A. Preyer sale of 1895—in colour, as Weissenbruch was noted for his capacity to render compelling skies, ranging from crystal-clear blues through to chilling greys.



– *Katie Apsey*



SE01409

## LOT 181

Franz Xaver Winterhalter, *Mädchen aus den Sabiner Bergen*, n.d., 74.5 x 63 cms, oil on canvas

Of the many paintings bought at Auktion 392, Franz Xaver Winterhalter's *Mädchen aus den Sabiner Bergen (Girl from the Sabine Mountains)* is the only one for which the purchaser is known as this catalogue goes to press. Bought at the auction by Dr. Karl Wilharm (1877-1956), the second husband of Countess Lilli von Platen-Hallermund (born 1903), it is currently in the possession of her daughter, an American resident.

While Winterhalter (1805-1875), who was born in Menzenschwand in the Black Forest and spent much of his life in Paris, was not an artist closely identified with the Galerie Stern, the presence of this work at the Cologne event was clearly considered of importance. It was the first illustration in the catalogue, which unfortunately was silent on the issue of provenance and did not suggest a date.

The painting is probably from the early years of Winterhalter's career, when, inspired by his grand tour of Italy from 1833-34, sponsored in part by Grand Duke Leopold of Baden, the artist produced a series of genre scenes. It included *Roman Genre Scene* (1833) and *Il Dolce Farniente* (1836), a work that was extremely well received at the Paris Salon of 1836. As with these paintings, the atmosphere here combines reverie and abandonment; the maiden's state of recline is both serene and sensual. The tranquility of the scene is reiterated by its triangular composition, counter-balanced to the left with a hint of seascape, a leitmotif in Winterhalter's early works. Based on *Roman Genre Scene*, in which can be found comparable peasant garments with billowing sleeves, a like band of embroidery and a similar head-dress, it is safe to assume that *Mädchen* was also worked up in a rich palette of saturated hues.

Paintings like *Roman Genre Scene* and *Il Dolce Farniente* brought Winterhalter acclaim from his peers and art critics. However, he abandoned this type of work in favour of royal portraiture, an aspect of his career most recently studied by R. Ormond and C. Blackett-Ord in the exhibition catalogue *Franz Xaver Winterhalter and the Courts of Europe 1830-70* (London: National Portrait Gallery, 1987). The impressive commissions he received from this shift in orientation undoubtedly took some of the sting out of the criticism issued by his peers when he changed course. Queen Victoria was drawn to his art and he became her principal portraitist, painting over a hundred oils for her. Many of these are still in the Royal Collection.

– Alexandra Anber





SE01410

The Catalogue

## LOT 182

Heinrich von Zügel, *Kuh auf der Weide*, 1898,
43.3 x 63 cms, oil on canvas

*Kuh auf der Weide (Cow on the Pasture)* was the last of a significant number of paintings by Heinrich von Zügel (1850-1941) to be associated with the Galerie Stern. Known for his representations of domestic animals, especially sheep and cattle, von Zügel expressed his belief in the connection between humans and the natural world by progressively abandoning detailed rendering in favour of a unifying, impressionist application of paint.



Painted in 1898, *Kuh auf der Weide* is moving along this path towards semi-abstraction, and accurately reflects the life-long focus on rural life that often led von Zügel's work to be interpreted in relation to formations of a German national identity. Although anything but an advocate of National Socialism, the artist was the subject of a monograph in 1941, part of *Die Kunstbücher des Volkes* series published in Berlin that featured artists approved of by the Nazis.

Born in Murrhardt, the son of a sheep breeder, von Zügel exhibited drawing abilities at an early age and embarked upon formal studies starting in 1867, spending time in Stuttgart, Vienna and Munich. By the 1880s he had achieved institutional success. Museums began to collect his work and at the World Exhibition in Vienna in 1883, he was awarded the gold medal for his painting *Schafwäsche (Sheep Washing)*. This was but the beginning of a succession of medals and awards, including the Knight's Cross of the Bavarian Crown. His impact on German art was enhanced by his professorship at the Munich Academy from 1895-1922, locating him in a city whose art scene was considered by then the most vivacious in Germany and second only to Paris in Europe.

As confirmed by E. Diem (*Heinrich von Zügel: Leben-Shaffen-Werk*, Recklinghausen: A. Bongers, 1975), von Zügel's reputation, which spread throughout Europe and North America, attracted many students who studied with him either in Munich or at his summer school in Wörth on the Rhine. Walter Kuhn, the American artist and later one of the leading organizers of the fabled 1913 Armory Show that signaled the arrival of Modernism in the United States, studied with the animal painter while in Munich in 1901. One of von Zügel's more unusual instructional relationships was with Princess Hildegard Wittelsbach, daughter of Ludwig III, the last king of Bavaria. She would send drawings by post to von Zügel who would then return them to her with 'corrections.'

– *Katie Apsey*



SE01411

# LOT 184

Willem Buytewech the Younger, *Landschaft mit Ziegen*, 1664, 44.5 x 33.5 cms, oil on canvas

*Landschaft mit Ziegen (Landscape with Goats)*, a 1664 oil on canvas by Willem Buytewech the Younger (1625-1670), is one of only six paintings credited to the artist in O. Naumann's important contribution to *Essays in Northern European Art Presented to Egbert Haverkamp-Begemann on his Sixtieth Birthday*, (Doornspijk: Davaco Publishers, 1983, pp. 194-102).

The artist's father, Willem Buytewech the Elder (c. 1591-1625) was a Dutch painter and engraver recognized in his lifetime and ever since for his spirited genre scenes of dandies, fashionable ladies and lusty wenches. There is little known about Buytewech the Younger, or Willem Willemsz. as he was called, other than that he lived in Rotterdam in 1658 and was described by a contemporary from Amsterdam as being a painter of Christmas nights and animals.

As Naumann argued, albeit on the basis of very few examples, the work of Buytewech the Younger normally lacked genuine originality. Motifs and compositions can be linked readily to borrowing from paintings by other contemporary animal and landscape painters, although these were brought together in personal and successful adaptations. Certainly, as can be seen in *Landschaft mit Ziegen*, sold by Dr. Stern shortly after the Lempertz auction, the artist was capable of creating works of great charm. The buck looking up and towards a younger goat who stares out at the viewer, draws one into the social world of these domesticated creatures. This theme was amplified in a far more ambitious 1660's painting, *Goats and Sheep in a Grotto*, that was at the Newhouse Galleries in New York in the 1980s.

Naumann also compared the art of Buytewech the Younger and Jan Wijnants (1630-1684), an active Dutch dune landscape painter of the seventeenth century, finding many similarities in their treatments of rock, pebble, road and fence motifs, and concluding that a few Buytewech the Younger paintings are almost certainly hidden in Wijnants oeuvre. Obviously, an opportunity to examine the Auktion 392 painting, an initialled and dated dunescape, could assist in the process of identifying these.

– *Kimberlie Robert*



## LOT 185

Ludovico Carracci, *Heiliger Hieronymus*, n.d.,
40.5 x 31 cms, oil on wood

Although Julius and Max Stern generally focussed on Old Master paintings from Northern Europe, they occasionally handled Italian works. Auktion 392 offered this *Heiliger Hieronymus (St. Jerome)*, attributed by Stern to Ludovico Carracci (1555-1619), an extremely important early Baroque painter who helped orient Italian painting away from what many had come to view as the overwhelming artificiality of 'Mannerist' art. Stern's attribution was grounded in the writings of Hermann Voss, the Wiesbaden-based art historian and museum official who had come to know the painting well while it was on loan from a private collection in Berlin at Wiesbaden's Picture Gallery.

*Heiliger Hieronymus* is known to have been on the art market in May 2000, when it was included, as a Ludovico Carracci, in Lempertz Auktion 786 (*Alte Kunst: Gemalde. Zeichnungen. Skulpturen*). The catalogue for the sale provided a handy bibliography of attribution debates, which as yet have reached no definitive conclusions. It also gave a detailed provenance for the painting, indicating that it had been in prestigious collections in Italy and France and had spent a time in a British collection as work by Guercino (1591-1666) before arriving in Germany in 1933. The provenance also referred to the inclusion of the painting in Auktion 392, and its subsequent resting places in private Rhineland and Swiss collections. According to a 2004 Christie's New York catalogue (*Important Old Master Paintings, Friday 23 January 2004*), in which a 'copy' after the painting was listed, *Heiliger Hieronymus* is now in a private collection in New York.



Attribution may be a key issue for the painting, but its artistic strengths should not be overlooked. It is a bold, emotive treatment of St. Jerome in the wilderness, being greeted by angels. Understandably the composition attracted the attention of printmakers and painters, as demonstrated in the Christie's catalogue, where a drawing by Sir Joshua Reynolds derived from the figure of St. Jerome was illustrated.



SE01413

# LOT 204

Jan van Kessel the Elder, *Felsenküste mit Meerestieren*, n.d., 25 x 34 cms, oil on copper

To contemporary eyes, one of the oddest paintings in Auktion 392 is surely *Felsenküste mit Meerestieren (Rocky Coast with Sea Animals)*. Stern attributed it to Jan van Kessel the Elder (1626-1679) based on an earlier assessment by Wilhelm von Bode, by 1937 the long-deceased former curator of the Kaiser Friedrich Museum in Berlin. Van Kessel, the grandson of Jan 'Velvet' Brueghel the Elder (1568-1625), was an Antwerp-based specialist in small-scale paintings of subjects taken from the natural world, who also created multi-panel allegorical series showing animal kingdoms, the four elements, the senses, and the four continents of the world.



At times, Van Kessel consulted illustrated scientific texts for purposes of accuracy. In *Felsenküste*, the canvas is literally brimming over with beached creatures of the sea, with ships and an inhabited island in the middle distance. The presence of a slow-moving turtle, an agitated seal and penguins flapping their wings suggest the potential for some form of 'narrative' interpretation.

*Felsenküste* had been illustrated in a 1935 Galerie Stern catalogue that also included a description of a van Kessel *Meeresstrand (Beach)* on exhibit in the Königsallee premises at the same time. Neither catalogue gives any provenance information for the painting, but research conducted on behalf of the Stern Estate has established that both *Felsenküste* and *Meeresstrand* (with a church in Scheveningen, Holland, in the background) were illustrated in a ca. 1925 catalogue from the Galerie H.J. Brungs in Berlin. Unfortunately that earlier catalogue provides even less assistance for those interested in the life history of the small oil on copper—not even a title is given.

*Felsenküste*, a reproduction of which is in Rijksbureau voor Kunsthistorische Documentatie under item 21631, where a date of 1661 is also suggested, is last known to have been in the hands of the Galerie Robert Finck, Brussels, in the early 1960s. It is now considered to be an allegory of water, a pendant to another oil on copper of the same size depicting creatures of the earth. This newer title makes sense, and would locate van Kessel further along a path set by his grandfather of reducing the prominence of personifications in imaging the Four Elements, something van Kessel had already imitated in an *Allegory of Water* offered for sale by the Newhouse Galleries, New York, in 1967: see *Apollo*, No.86 (September 1967) pp. XXV.



SE01414

## LOT 206

Cornelis Lelienbergh, *Stilleben mit toten Vögeln, Bronzemörser und blauer Decke*, n.d., 69.5 x 55.5 cms, oil on canvas

*Stilleben mit toten Vögeln, Bronzemörser und blauer Decke (Still-life with Dead Birds, Bronze Mortar and Blue Tablecloth)* had already appeared in 1934 and 1935 Galerie Stern catalogues. It was not sold at Lempertz in November 1937, or during the month prior to Max Stern's departure from Germany, and was subsequently referred to as part of the private collection seized by Nazi officials during World War II.

The *Stilleben* was attributed to Cornelis Lelienbergh (ca.1625-1676). Little is known of his life, except that he was active in The Hague throughout the course of his career and that his specialty consisted of game pieces. As J. Rosenberg and S. Slive suggest in *The Pelican History of Art: Dutch Art and Architecture 1600-1800* (Baltimore: Penguin Books, 1966), the Dutch rarely painted game, and when they did it tended to be more intimate and restrained than the dynamic productions of their Flemish counterparts. There exists a quietude in their work; Dutch painters' colour schemes are simpler and almost monochromatic, except for the copper ornaments which lend flashes of light and colour.



The conventional stillness and monochromatic palette exist in *Stilleben*. There is obviously more to be said about this painting, yet in attempting to do so, one enters into a debate about the meaning of Dutch still-life art that has been skillfully summarized in H. Grootenboer's *The Rhetoric of Perspective: Realism and Illusionism in Seventeenth Century Dutch Still-Life Painting* (Chicago: University of Chicago Press, 2005). Can traditional iconographic readings, ones that investigate whether one of the birds was edible and one not, as well as the relevance of the mortar and pestle for the preparation of meat, and then seek to resolve incongruous symbolism into a single 'truth,' escape the charge of overinterpretation? If not for what can be understood as symbols, does this game painting portray a daily kitchen scene? Is the emptiness a rhetorical trope of realism? Or is it a story of vanitas? Interpreted through a modern lens, the painting could imply the delicate balance between moderation and excess, and stand as a statement against greed.

After the War, Stern sought to locate this painting. Documents associated with his search reveal what had been left out of all the 1930s catalogues—the painting had earlier been in the collection of the Baron von Loe, of the Schloss Adendorf near Bonn.

— *Kimberlie Robert*

## LOT 207

Nicolas Neufchatel, *Bildnes des Jean Van Eversdijck*, 1580,
60 x 50.5 cms, oil on wood

*Bildnes des Jean Van Eversdijck (Portrait of Jan van Eversdijck)*, 1580, was one of the most striking works of art to be offered through Auktion 392, and was listed in the catalogue as previously having been owned by an unidentified friend of the former Kaiser. Since 1937, the Kunstauktionshaus Lempertz has offered it for sale twice, in 1977 and again in 1996. In neither case was Auktion 392 mentioned, although the information about the sitter was identical to what had appeared in the catalogue for the liquidation sale.



For information about the painting, Dr. Max Stern turned to Dr. Hans Schneider (1888-1953), a renowned Dutch art historian. Director of the Rijksbureau voor kunsthistorische en ikonographische documentatie (Netherlands Institute of Art History) in The Hague between 1932-1940, where he was primarily responsible for the integrity of Holland's Old Master collection and ensuring public accessibility. He identified the sitter, Jean van Eversdijck, aged 18 years, as a wealthy burgher who later, together with his wife, Antoinette Canis, donated a stained glass window to the Carmelite Church in Antwerp.

The portrait was attributed to Nicolas Neufchatel (1527- ca.1590), sometimes called Lucidel, an artist born in Flanders who then practiced art in Nuremberg after studies in Antwerp. He probably went to Germany, as did many other Flemish citizens, for religious reasons. Once in Nuremberg, Neufchatel dominated local portraiture from 1561 until at least 1573, producing a distinguished series of portraits, many of which were catalogued by R.A. Pelzer in "Nicolas Neufchatel und seine Nürnberger Bildnisse" (*Munchner Jahrbuch der bildende Kunst*, Vol. 1, No.3 [1926], pp.187-231). The portrait of Jean Van Eversdijck was painted in 1580, at what would have been a late phase of the artist's career. It is as strong as any of Neufchatel's earlier works, with the intense, almost haughty look on the face of the young man recollecting the equally evocative features given to a student portrayed in the artist's 1561 *Bildnis des Nürnberger Schreibmeisters Johann Neudörffer und eines Schülers*, in the Old Picture Gallery in Munich.

The attribution of the portrait to Neufchatel has, to date, passed the test of time: with the artist's name misspelled as Neuchatel, the painting is now in the "Nins Collection: 140 Portraits of Children," held by the Fundación Yannick y Ben Jakober, at Alcudia, on Mallorca, Spain. A color reproduction of the painting, with its rich blacks and flashes of deep green, could be found at www.fundacionjakober.org/ninshome.html until August of this year.

– Kimberlie Robert



SE01416

The Catalogue

## LOT 210

Willem de Poorter, *Esther vor Ahasver*, n.d., 94.5 x 97 cms, oil on canvas

Willem de Poorter (1608 - ca.1648), a seventeenth-century Dutch painter, is well known to those who follow Rembrandt scholarship. Recently, a painting owned by the National Gallery of Ireland and attributed to de Poorter since the nineteenth century, was reassessed by the Amsterdam-based Rembrandt Research Project and subsequently deemed to be an early work by Rembrandt van Rijn.

Such a fate, which increases both the allure and the value of the NGI's painting, is unlikely in the case of the 'de Poorter' included in Auktion 392, a work identified as *Esther vor Ahasver (Esther before Ahasuerus)*. Handled again by Lempertz in May 1941, it was downgraded to a 'follower of Rembrandt' when it was exhibited in 1968 in Mainz (*Werke Alter Meister aus Privatbesitz, Ausstellung im Kunstgeschichtlichen Institut der Johannes Gutenberg-Universität Mainz im Gutenberg-Gedenkjahr 1968 vom 7. Mai bis 20 Juni*, Mainz: Gesellschaft für Bildende Kunst in Mainz, 1968, p. 142). There a new title was also proposed—*Moses tritt die Krone Pharaos (Moses Trampling on Pharaoh's Crown)*—based on the painting's relationship to a text by Josephus Flavius, a Roman-Jew whose writings included an account of the young Moses reacting ungraciously to the playful gesture made by the Pharaoh when he placed his crown on the boy's head. Not a common subject for artists, a well-known and far more dramatic version of it was painted by Nicolas Poussin in 1645.



In the 1937 Lempertz catalogue, Stern gave no provenance or scholarly authentication for the ambitious, multi-figured painting. However, he showed no hesitation in his attribution of it to de Poorter, a Haarlem-based artist who some believe had studied with Rembrandt and whose religious works often resembled those of his more renowned Dutch contemporary. The 1968 exhibition catalogue mentioned above indicates that other artists influenced by Rembrandt have also been considered as possible authors, including Benjamin Cuyp (1616-1652) and Jacob de Wet (1610-1671).



SE01417

## LOT 211

Frans Pourbus the Elder, *Elias*, n.d.,
74.5 x 101 cms, oil on wood

Son of the Flemish painter Pieter Pourbus (1523-1584), Frans Pourbus the Elder (1545-1581) is best known for his portraits and religious works. He also produced landscapes and history paintings during a career that saw him become a master in the Antwerp Guild of St. Luke in 1869.



In Carel van Mander's 1604 *The Painter's Book*, the author recorded that Pourbus' teacher, Frans Floris (c.1516-1570), hailed him as his star pupil. Indeed, van Mander himself found Pourbus important enough to include a specific section about him in the book, considered the Northern European equivalent of Giorgio Vasari's 1550 *Lives of the Artists*. More recently, Pourbus has been positioned by art historians as an innovator in relation to iconography: his 1573 *Saint Matthew Composing his Gospel* is believed to be among the first paintings to show Matthew the Evangelist writing in Hebrew letters, and may have set a precedent for Caravaggio's famous version of the same subject: see I. Levin, "A Further Note on the Ancestry of Caravaggio's First Saint Matthew," *The Art Bulletin*, Vol. 62 (March 1980), pp. 113-114.

The painting in Auktion 392 attributed to Pourbus is entitled *Elias* and depicts an important incident in the life of the Prophet, also often referred to as Elijah. Elias is said to have lived (in the 9th century B.C.E.) in the Kingdom of Israel during the rule of King Ahab and Queen Jezebel. During their reign, the Queen introduced the worship of the idol Baal. Having opposed this action, the Prophet sought refuge from her wrath in the wilderness. There, as shown in the Stern painting, he was replenished by bread from an angel, who also provided solace.

The Prophet Elias is a heroic figure in Jewish tradition, for in his defense of God he is said to have proven that, 'The Lord alone is God.'

Stern's catalogue notes state that Max J. Friedländer, an art historian whose name is still writ large in the study of early Netherlandish painting, was persuaded of the high quality of *Elias*, and thought it might be a Pourbus, based on its affinities with the works of Frans Floris. The same notes record that the painting had previously been in the collection of Josef Plötzke of Aachen, but to date this information has not provided any insight into where it might now be located.

—*Alexandra Anber*



SE01418

LOCATION:202 662 2739 RX TIME 11/17 '06 16:10

## LOT 226

Marten de Vos, *Bildnis eines vornehmen Patriziers*, 1558, 100 x 61 cms, oil on wood

This portrait of an unknown individual aged 67 in 1558, and perhaps being shown, as part of a more complex religious work, in his role of church supporter or founder, was assigned to Marten de Vos in the 1937 Lempertz catalogue. De Vos (1532-1603), an important Flemish artist, was highly regarded for the altarpieces he created in Antwerp during the late sixteenth century and is thought to have set a standard for the ensuing work of Peter Paul Rubens.



By all accounts, de Vos lived his entire life in his native-born town of Antwerp, except for the seven years (ca.1571-1558) he spent studying in Rome, Florence and Venice. Back in Antwerp, his style was decidedly Italian—Venetian, more precisely. De Vos was also a draughtsman whose drawings were viewed as lively and accomplished, with signature romantic Italian landscapes in the backgrounds. He provided some 1600 designs to print publishers.

*Bildnis eines vornehmen Patriziers (Portrait of a distinguished Patrician)*, for which no provenance was given, was regarded as an important item in the 1937 auction, placed first in the sequence of the Old Master paintings illustrated in the catalogue. However, the attribution of this portrait to de Vos has not held. When handled a second time by Lempertz, at Auktion 495 of 16 November 1967, the painting was listed as being 'attributed to,' a clear sign of hesitation. More recently, A. Zweite, author of *Marten de Vos als Maler*, (Berlin: Gebr. Mann Verlag, 1980, p. 362), included it on a list of faulty attributions, based on his perception that it lacked the artistic merit associated with de Vos.

Efforts to locate the current whereabouts of the work, which the 1967 Lempertz catalogue (*Alte Kunst*, p. 38) described as having featured green curtains, are complicated by this turn of events, a fate common to many Old Master paintings. Standards for the acknowledgment of previous attributions vary widely: at best, the name de Vos may appear in some part of an attribution or provenance, and at worst, the painting may simply be credited to an anonymous artist of the sixteenth century or to another artist altogether.

– *Kimberlie Robert*



SE01419

## LOT 228

Philips Wouwerman, *Die Landschaft mit den beiden Pferden*, n.d., 36 x 42.5 cms, oil on wood

*Die Landschafte mit den beiden Pferden (Landscape with Two Horses)* by Philips Wouwerman (1619-1668), was given a prestigious regional pedigree in the catalogue for Auktion 392. In his provenance notes, Max Stern stated that the painting had once been in the collection of Johann Peter Weyer (1794-1864), and was then sold at auction in Amsterdam in 1906.



Weyer was an important architect and planner for the city of Cologne in the first half of the nineteenth cetury, and also had contributed immeasurably to the cultural enrichment of the region by opening his vast collection of art to the public (see H. Frey, "Johann Peter Weyer: Seine Gemäldesammlung und seine Kunstliebe," *Wallraf-Richartz-Jahrbuch*, Vol 28, 1966, pp. 159-254). He had hoped to give his collection to the city, but it began to be auctioned off in 1862, with many of the higher-quality paintings acquired by major European museums. Those who attended the Lempertz event also may have remembered that Weyer's granddaughter, Emma, had been Konrad Adenauer's first wife. Until 1933, when he was removed as Lord Mayor of Cologne, Adenauer had been thought of as a potential candidate for the chancellorship of Germany, a position he would eventually take up after World War II, and the details of his life were well publicized.

Wouwerman was a Haarlem-based painter whose work, sufficiently appreciated in his own lifetime to support him well, often centred on horses and the environments in which they functioned. The Lempertz Wouwerman focuses attention on a traveller's wife and her child outside a rustic dwelling, with two docile horses resting nearby. Their coats are painted to convey a velvety texture that almost invites the viewer's touch, a characteristic of Wouwerman's finest renderings of the creatures that played such an important role in European life before mechanized forms of transportation and machinery. Like the majority of his paintings, this one is not dated and cannot be easily inserted into any particular phase of his career. According to a document in the Max Stern fonds, the painting did not sell at Auktion 392 and was not among the works he managed to sell from the Galerie Stern before he left Germany.



SE01420

LOCATION:202 662 2739 RX TIME 11/17 '06 16:10