**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Max Stern Estate,<br><br>Plaintiff,<br><br>v.<br><br>Maria-Louise Bissonnette, *et al.*<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Act. No. 06-211 (ML)** |

**DECLARATION OF THOMAS R. KLINE IN SUPPORT OF STERN ESTATE'S MOTION FOR SUMMARY JUDGMENT**

THOMAS R. KLINE declares and certifies:

1. I am a partner with the firm of Andrews Kurth LLP, attorneys for Plaintiffs ("Stern Estate"). I am familiar with the facts set forth herein. I submit this Declaration in support of Stern Estate's Motion for Summary Judgment against Defendant Maria-Louise Bissonnette, pursuant to Fed. R. Civ. P. 56 and Local Civ. R. 56.

2. Attached hereto as Ex. 1 is a true and accurate copy of a Letter from Scott Buckley to Sherri North Cohen, dated April 19, 2006.

3. Attached hereto as Ex. 2 is a true and accurate copy of excerpts from the Lempertz website, downloaded on March 8 and September 18, 2006, respectively (SE00849-64 and SE01246-47).

4. Attached hereto as Ex. 3 is a true and accurate copy of a Letter from Scott Buckley to Sherri North Cohen, dated February 15, 2006.

5. Attached hereto as Ex. 4 is a true and accurate copy of the U.S. Postal Service paperwork regarding Bissonnette's shipment of the Painting to Germany, dated September 15, 2005.

6. Attached hereto as Ex. 5 is a true and accurate copy of the New York State Banking Department press release entitled, "Painting Lost During Nazi Forced Sale Returned to Rightful Owners," dated October 19, 2006.

7. Attached hereto as Ex. 6 is a true and accurate copy of Letters from A. Strasoldo to J. Rosshoff, dated Aug. 9 and 16, 2006.

8. Attached hereto as Ex. 7 is a true and accurate copy of The Nuremberg Laws on Citizenship and Race: September 15, 1935 (downloaded from http://www.mtsu.edu/~baustin/nurmlaw2.html on June 14, 2007).

9. Attached hereto as Ex. 8 is a true and accurate copy of the Letter from Schenker & Co. to Maria Youmans with shipping documents, dated 1959.

10. Attached hereto as Ex. 9 is a true and accurate copy of the Obituary of Karl Wilharm.

11. Attached hereto as Ex. 10 is a true and accurate copy of an Accurint Report on Maria-Louise Bissionnette, June 15, 2007 (downloaded from www.accurint.com).

12. Attached hereto as Ex. 11 is a true and accurate copy of a Letter from Cohen to Bissonnette, dated February 8, 2006.

13. Attached hereto as Ex. 12 is a true and accurate copy of a Letter from Cohen to Bissonnette, dated May 12, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2007

THOMAS R. KLINE

**CERTIFICATE OF SERVICE**

I the undersigned hereby certify that on June 18, 2007, the foregoing was served by first-class U.S. mail, postage prepaid, and by certified mail on:

Maria-Louise Bissonnette
59 Park Row W
Apt. 905
Providence, RI 02903

____*/s/ Miranda Perkins*_________