

[Translate to English:]

Deutsch

Highlights Frühjahr 2006

Auctions

Catalogues

Sales Results

Consignments

Service

About us
- History
- Collections
- Publications
- Exhibitions

Contact

Records

International Auctioneers

**History**

Kunsthaus Lempertz, founded in 1845 in Cologne, is one of the leading art auction houses in Europe and the oldest family-owned one in the world. The history of the house began in 1845 with book auctions held by Mathias Lempertz in the Bonn office which was founded by him. Peter Hanstein buys the respected firm in 1875 and gradually moves the auction business to Cologne. In 1918 the building at Neumarkt is purchased. The classicist building is destroyed by bombs in 1943, like most of Cologne's inner city. After the monetary reform Lempertz succeeds once more in establishing itself as the leading German art and auction house. A visible sign of this is the building at Neumarkt, completed in 1952, listed today in the Register of Historic Buildings. The Roman-Germanic Museum and the Wallraf-Richartz-Museum organize their first exhibitions here between 1953-1957. In 1965 the Gallery Lempertz Contempora is founded, an exhibition forum for contemporary art. In 1984 Lempertz complements its range by buying into the antique book store Venator. The name is changed to Venator & Hanstein.

Since the beginning of 2000, Kunsthaus Lempertz is the only German auction house to be part of the renowned International Auctioneers group (IA), a group that unites eight independent leading auction houses from eight countries.

**Auctions**

Auctions of books and graphic art mark the beginning. During the second half of the 19th century more and more paintings of old masters as well as decorative art are being auctioned. The first important collections begin to come to Lempertz for auction. The firm's reputation grows continuously. Soon Lempertz is one of the leading auction houses in Germany. Lempertz is the first European auction house, in 1908, to hold auctions of Asian art. Since 1958 separate auctions of modern art take place. In 1989 Lempertz becomes the first German auction house to hold independent auctions of contemporary art as well as photography and photographic art, positioning themselves as pioneers. Lempertz is also the only German auction house holding auctions abroad: since 1992 the Brussels branch holds auctions of African and Oceanic art. Approximately 14 auctions a year are being held at Lempertz in Cologne, accompanied by lavishly illustrated catalogues and previews one week prior to each auction. In addition to the spring and fall auctions consisting of old masters, decorative arts, modern and contemporary art, photography and photographic works, as

Deutsch

Highlights Frühjahr 2006

Auctions

Catalogues

Sales Results

Consignments

Service

About us
History
Collections
Publications
Exhibitions

Contact

Records

International Auctioneers

well as Asian art, there are two auctions of antiquarian books and prints, and besides the Tribal Art sale a Varia auction in the spring.

**Representatives**

In 1965 the first representative office abroad is opened in New York. In the meantime, there are representatives in Tokyo, Shanghai, Zurich, and in Paris. In 1985 a dependance in Brussels is opened that organizes the preparation and execution of auctions as well as the previews of auctions taking place in Cologne. In Germany, Lempertz has representatives in Berlin, Frankfurt/Main and Munich. The Berlin dependance has regular previews and independent exhibitions on their own premises. Our representatives and experts at the Cologne headquarters are available for consultation and are happy to assist you regarding consignments without obligation.

**Profile**

Competent experts with profound knowledge of the art market produce richly illustrated catalogues of museum quality. Our long-standing experience and knowledge of the art market benefits our consignors and customers. Our competence, expertise, and experience acquired in over 150 years of contact with works of art and international markets have led to a multitude of national and international record-breaking prices. Numerous paintings, sculptures, and decorative art objects have been acquired by museums and private collectors throughout the world, and belong to the core of these collections ever since.

**Lempertz as Mediator of Nationally Significant Works of Art**

Lempertz has long been successful in mediating between private collectors and museums, and has been able to mediate nationally significant works of art of highest quality to public institutions. Kunsthaus Lempertz "plays a leading role in this sector depending on discretion" (Handelsblatt, August 7, 1999). Some examples are the estate of Marga Böhmer, the companion of Ernst Barlach, and the Otto Riese Collection of Switzerland, one of the largest private collections of Japanese woodcuts. Some recent mediations have been spectacular. In particular the purchase by the Archbishopric Museum of the Diocese of Cologne of a highly significant Romanesque ivory crucifix, one of the extremely rare examples of this type. Thanks to Lempertz' mediation, the German National Museum Nuremberg was able to obtain two famous tapestries, and a highly important Gothic ciborium with religious depictions on translucent enamel. With Lempertz' assistance, the Museum of the Diocese of Eichstätt in Bavaria acquired two wall hangings from 1460 and 1519, resp., showing scenes from the life of Saint Walpurga. Just as spectacular was the acquisition of the triptych of the legend of St. George by the Archbishopric of Cologne in spring of 1998. This painting - part of the famous Lyversberg Collection auctioned in its entirety by Lempertz in 1971 with partcipation of well-known foreign museums - was already catalogued and had created international interest. Advance bids of up to five million DM had been made. At the request of the Archbishopric, Lempertz renounced their right to auction this highly important triptych, and it has today reclaimed its rightful place in the Roman Basilica St. Kunibert in Cologne. In 2004 a particularly important picture from

Master of the Bartholomew Altar was mediated for the Rheinische Landesmuseum in Bonn. The Adoration of the three Magi was top of the list of the most valuable national cultural assets in Northrhine-Westfalia. With the last available work on the market of this largely unknown late 15th century Master, the Landesmuseum in Bonn was able to crown its portfolio of late gothic art.

Deutsch

Highlights Frühjahr 2006

Auctions

Catalogues

Sales Results

Consignments

Service

About us
- History
- Collections
- Publications
- Exhibitions

Contact

Records

International Auctioneers

NEUMARKT 3 50667 COLOGNE
TEL +49 221 925729-0 FAX -6 EMAIL

© Kunsthaus Lem

Home Sitema



[Translate to English:]

Deutsch

**The most Important Sales, Collections and Estates since 1888**

| Auction | Month | Year | Collection |
|---|---|---|---|
| 824 | Juni | 2002 | Chinesische Malerei der Sammlung Dr. A. Breuer/Berlin, Teil II, Holzschnitte der Sam Tony Straus-Negbaur |
| 822 | Juni | 2002 | Marc Chagall, Original-Farblithographien a rheinischen Privatsammlung |
| 811 | November | 2001 | Modernes Kunstgewerbe, Sammlung Schü |
| 809 | Oktober | 2001 | Porzellan. Sammlung der Saxonia Gesellsc |
| 808 | September | 2001 | Von Bauhaus bis Fotoform. Vintage-Photog der 1920er bis 1950er Jahre. Aus einer de Privatsammlung |
| 806 | Juni | 2001 | Chinesische Steinschnitzereien aus der Sa Robert Bloch, Bibliothek und japanisches Kunstgewerbe Sammlung Ernst Grosse |
| 805 | Mai | 2001 | Gemälde und Arbeiten auf Papier aus den Sammlungen Regina Vollmoeller (Zürich), Johannes Geller (Neuss) und Heinz Gruner |
| 802 | Mai | 2001 | Slg. Heinz Grunert Teil II - Zeichnungen Al Meister |
| 797 | Dezember | 2000 | Slg. Pulverer Teil I - Japanische Farbholzsc |
| 795 | November | 2000 | Slg. Heinz Grunert Teil I – Zeichnungen Alt Meister |
| 794 | November | 2000 | Slg. Günther Leisten - Deutsche Fayencen |
| 794 | November | 2000 | Slg. Elise v. Gienanth - Frankenthal-Porzell |
| 793 | November | 2000 | Slg. Regina Vollmoeller - Hans Purrmann |
| 779 | November | 1999 | 788, Juni 2000 |

Deutsch

| | | | |
|---|---|---|---|
| 776 | Februar | 2000 | Slg. Monheim - Gemälde, Skulpturen, Tapi deutsches und chinesisches Porzellan, früh persische Keramik, Iznik, spanische Keram Möbel |
| 775 | Mai | 1999 | Slg. Rywelski - Fluxus und Happening: Ger Plastik, Objekte, Aquarelle, Zeichnungen, ( |
| 774 | Juni | 1999 | Slg. Grunert, Teil II - Japanische Malerei |
| 770 | Mai | 1999 | Slg. Rudolf Irmler - Deutsches Porzellan, P Fayence, Keramik und Glas aus dem 18. u frühen 20. Jh. |
| 767 | November | 1998 | Slg. Ignazio Vok - Slg. chinesischer Keram Porzellane |
| 764 | November | 1998 | Slg. Heinz Grunert, Teil I - Japanische Mal Holzschnitte sowie Surimono |
| 745 | Dezember | 1997 | lg. Heseler - Malerei und Plastiken modern zeitgenössischer Kunst |
| 724 | Dezember | 1995 | Slg. Fedor Sibeth - Japanische Farbholzsch |
| 718 | Juni | 1995 | Slg. Marga Böhmer (Barlach), Güstrow |
| 708 | November | 1994 | Slg. Th. Maurer - Porzellan, Schweiz |
| 702 | Mai | 1994 | Slg. Wolfhilde v. König - Berliner Porzellan Starnberg |
| 700 | Mai | 1994 | Slg. Julius Böhler, München |
| 689 | Mai | 1993 | Slg. Helfried Krug - Glas und Miniaturen |
| 669 | Dezember | 1991 | Besteckslg. Bodo Glaub, Köln |
| 663 | März | 1991 | Portrait-Miniaturen und Meißener Porzellan |
| 661 | Dezember | 1990 | Slg. Arthur und Luise Behse, Braunschweig Porzellan und Fayence |
| 660 | Dezember | 1990 | Slg. Jenny Klever, Leverkusen |
| 654 | Juni | 1990 | Slg. Meißener Porzellan |
| 641 | Juni | 1989 | Slg. Jahn, Porzellan, Hamburg |
| 630 | Juni | 1986 | Slg. Hildegard Domizlaff - Zeichnungen, K |
| 622 | Juni | 1987 | Slg. Berliner Porzellan, Erich Koellmann, K |
| 618 | November | 1986 | Slg. Hans Schröder, Garmisch-Partenkirch |
| 609 | November | 1985 | Antike Glasslg. Frederic Neuburg, Tel Aviv |
| 600 | Juni | 1984 | Slg. Walter Franz, Köln |

Deutsch

| | | | |
|---|---|---|---|
| 597 | November | 1983 | Slg. Martin Oldenburg - Holländische Jugendstilkeramik Berliner Sammlung - Aq und Zeichnungen |
| 589 | Juni | 1982 | Slg. Tilla Dürieux - Moderne Kunst |
| 586 | Dezember | 1981 | Slg. Daniels - Ostasiatica |
| 579 | November | 1980 | Slg. Westermann, Hamburg -Iserlohner Dc |
| 577 | Juni | 1980 | Slg. Peiner -japanische Farbholzschnitte |
| 566 | September | 1978 | Slg. Wendel - Photographica |
| 562 | Dezember | 1977 | Ehemalige Dresdner Slg japanischer Falbholzschnitte Teil III |
| 559 | Juni | 1977 | Ehemalige Dresdner Slg. japanischer Farbholzschnitte Teil 11,Ausländische Privatsammlung Islarnischer Kunst |
| 554 | November | 1976 | Slg. Scholz, Berlin - Miniaturen, Dosen |
| 553 | September | 1976 | Slg. Rolf Stäheli - Photographica, Kameras Instrumente |
| 552 | Juni | 1976 | Gemmensammlung und Wissenschaftliche Instrumente, Paris |
| 545 | Juni | 1975 | Sig. L., Brüssel - Berliner Porzellan |
| 531 | März | 1973 | Slg. König - Außereuropäische Kunst, II. T |
| 529 | Dezember | 1972 | Slg. König - Außereuropäische Kunst, I. Te |
| 528 | November | 1972 | Slg. Hans König, Köln, Slg. L, Offenbach - Moderne Kunst |
| 525 | Mai | 1972 | Slg. Kalff IV. Teil - Außereuropäische Kuns |
| 523 | März | 1972 | Slg. L Bock - Chinaporzellan |
| 522 | Dezember | 1971 | Slg. Kalff III. Teil, Asiatica |
| 518 | Juni | 1971 | China-Sammlung, Konsul Fritz Wiedemann Kalff 1. Teil |
| 516 | Mai | 1971 | Slg. Jakob johann Lyversberg, später Slg. Bonn, Gemälde, Kunstgewerbe |
| 508 | Dezember | 1969 | Slg. Josef Leron, Jerusalem - Moderne Kur |
| 507 | Dezember | 1969 | Pharmaziehistorische Sammlung u.a. aus a rheinischen Privatbesitz Mörser, Standgefä Laborgeräte, Wahrzeichen, Votivgaben |
| 500 B | Dezember | 1968 | Slg. Islamischer Buchmalereien des 15. bis |

Deutsch

| | | | |
|---|---|---|---|
| 500 C | Dezember | 1968 | Slg. W. Fahrenhorst, Chinesische Steinschnitzereien, japanischer Schwertsch |
| 495 | November | 1967 | Nachlaß-Schenkung der Kunstsammlung E Otto Schmidt-Klett im Auftrag der Städte Neunkirchen (Saar) und Saarlouis - Alte Ku |
| 484 | November | 1965 | Kunstnachlaß F. F. Uthemann, St. Petersbu Genf, Teil 1 - Alte Kunst |
| 478 | Mai | 1964 | Kunstnachlaß Chichio Halle-Trillhaase, Züri Düsseldorf - Moderne Kunst |
| 472 | März | 1963 | Slg. Arthur Hauth, Düsseldorf, Norddeutsc Sammlung - Alte Kunst |
| 468 | Mai | 1962 | Sammlungen Domherr Frh. von Spiegel, Halberstadt, ehemals reichseigenem UFA-Filmvermögen, europäischem und amerika Besitz - Alte Kunst |
| 464 | April | 1961 | Venezianische Gläser aus römischem Adels Porzellan, u.a. Meißenporzellan der Slg. Ri Espirito, Santo Silva, Lissabon, Vormals Sl Gesandten A. Horstmann, Frankfurt. Nauti Instrumente aus einer norddeutschen Sam |
| 462 | November | 1960 | Mexikanisches und peruanisches Kunstgew einer Privatsammlung |
| 460 | Mai | 1960 | Tsubasammlung Max Dreger, Berlin |
| 456 | November | 1959 | Slg. Gräfin von Francken-Sierstorff, Eltvill Kunst |
| 454 | Juni | 1959 | Slg. H. Schweling, Düsseldorf - Ostasiatisc |
| 453 | Dezember | 1958 | Slg. Ulex-Streccius, Hamburg - Ostasiatisc |
| 449 | März | 1958 | (Emmaburg) Slg. Nellessen, (Eyneburg) zu Herzogenrath bei Eupen, Antike Schloßeinr |
| 448 | November | 1957 | Sammlungen Gesandter a. D. von Blücher, Hamburg, Obernkirchen, Werner Melder, K Hofrat Ignaz Streber, Bad Tölz und andere Kunstbesitz |
| 447 | Mai | 1957 | Nachlaß Frau L. Schmoldt, Brunkensen, au Sammlungen Otto Gastell, Mainz, Friedrich Neuburg, vormals Leitmeritz, Porzellan, Gl Fayence, Silber, Bronze, Dosen, Gemälde, Skulpturen, Antike Möbel, Wirkteppiche, Orientteppiche |
| 443 | November | 1955 | Süddeutsche Privatsammlung - Gemälde a Meister, Antike Möbel, Skulpturen, Kunstge Textilien des 15. bis 18. Jh., Tapisserien, Orientteppiche |

Deutsch

| | | | |
|---|---|---|---|
| 442 | Mai | 1955 | Slg. Carljourdan, Frankfurt, Frau Julius Scl Elberfeld |
| 438 | Dezember | 1953 | Slg. Benno Gereon Engel, München, Nachl. Generalkonsul L. Pastor, Düsseldorf |
| 437 | Mai | 1953 | Slg, Graf von Limburg-Stirum -Niederl. Ma 16.-18. jh., Robert Scholz-Forni, Hamburg Malerei des 16. bis 18. jh., Süddeutscher A und a. Privatbesitz -Gemälde alter und neuzeitlicher Maler |
| 435 | Dezember | 1952 | Slg. Hubert Wilm, München, 1. im wiedererrichteten Haus am Neumarkt 3 in |
| 410 | November | 1940 | Slg. Dr. Krüger, Meran |
| 405 | Februar | 1940 | Nachlaß Helene Tepelmann, geb. Vieweg |
| 393 | November | 1937 | Nachlaß Frau Kurt Leberecht v. Koeller, Wi |
| 392 | November | 1937 | Galerie Stern, Düsseldorf |
| 391 | Oktober | 1937 | Meisterwerke deutscher Malerei unserer Ze |
| 389 | Mai | 1937 | Nachlaß Fritz Went~, Sinzig |
| 383 | November | 1936 | Nachlässe Dr. Albert Goette, Burgsteinfurt, E. Marcus, Münster, Westf |
| 379 | März | 1936 | Slg. Frau Maria vom Rath, geb. Stein |
| 376 | November | 1935 | Nachlässe v. Leonhart, Königswinter, van Ophoven, Bad Soden |
| 373 | März | 1935 | Nachlässe Dr. Schmid-Burgk, Aachen, Juliu Vorster, Köln |
| 367 | Oktober | 1934 | Slg. A. Roeckerath, Köln |
| 359 | Dezember | 1933 | Uhrenslg. Robert Pleissner, Dresden |
| 356 | Oktober | 1933 | Slg. Konsul Maus, Köln |
| 355 | Juni | 1933 | Slg. Konsul Stocky, Köln, Nachlaß Weyerbı Elberfeld |
| 350 | April | 1932 | Slg. Dr. Feldmann |
| 349 | April | 1933 | Aus Familienbesitz Dr. Seligmann, Koblenz Köln,Baron v. Bethmann-Hollweg |
| 344 | November | 1932 | Juwelen, Gold- und Silberwaren der Firma Hofjuwelier Clemens Dahmen |
| 338 | Mai | 1932 | aus der Slg. W. Müller-Velbert |
| 336 | Mai | 1932 | Nachlaß C. Th. Deichmann, Köln |

Deutsch

| | | | |
|---|---|---|---|
| 335 | März | 1932 | Slg. Gustav Adolf Lippe, Hamburg, Slg. C. Düsseldorf |
| 332 | Dezember | 1931 | aus den Beständen der Firma C.E. Pongs, Düsseldorf |
| 330 | Dezember | 1931 | Dubletten des Kunstgewerbemuseums Köl |
| 329 | Dezember | 1931 | Teile der Kunst- und Möbelslg. Wallraf |
| 326 | Oktober | 1931 | Gläserslg. Dr. B. Levy, Köln |
| 325 | November | 1931 | Bestände der Kunsthandlung Malmede und Geißendörfer |
| 323 | Juli | 1931 | Nachlaß IC Simon, Köln, Slg. C. Laport, Lü Nachlaß Leo Simon |
| 321 | Juni | 1931 | Slg. Albert Schwarz, Stuttgart |
| 316 | März | 1931 | Haus Sophienhöhe, Köln-Hochkirchen aus Besitz der Fürstin Sulkowski |
| 310 | Januar | 1931 | Französische und deutsche Gemälde des 1 Jahrhunderts |
| 304 | Oktober | 1930 | Kunstwerke und Inneneinrichtung von Sch Drachenburg, Königswinter |
| 294 | Dezember | 1929 | Slg. Oelbermann |
| 287 | Oktober | 1929 | Palais Schaumburg, Bonn: Konkursmasse geb. Prinzessin v. Preußen |
| 282 | April | 1929 | Ostasiatische Kunst aus den Slgen A.G. Sp Hamburg W. Ohly, Frankfurt am Main |
| 281 | April | 1929 | Slg. H. Perlia, Aachen |
| 271 | November | 1928 | Slg. Paul Schetter, Wiesbaden |
| 270 | Oktober | 1928 | Waffensammlung Graf Hermann Gisbert Bo |
| 269 | Oktober | 1928 | Slg. Paul Graf Merveldt |
| 264 | März | 1928 | Slg. A. Salm, Köln |
| 263 | März | 1928 | Bestände der Rheinlandgalerie Slg. W.L Be |
| 260 | November | 1927 | Ältere orientalische Knüpfteppiche |
| 258 | November | 1927 | Ostasiatische Kunst, Dubletten des Museu Ostasiatische Kunst Köln |
| 251 | April | 1927 | Slg. Markus, Den Haag |
| 249 | März | 1927 | Slg. S. Simson, Düsseldorf |

Deutsch

| | | | |
|---|---|---|---|
| 234 | Dezember | 1925 | japanische Kleinkunst des 19.Jahrhunderts |
| 233 | November | 1925 | Slg. Prof. Dr. Wedewer, Wiesbaden |
| 232 | November | 1925 | Waffensammlung Graf v. Waldersee |
| 217 | Dezember | 1923 | Slg. Stein |
| 210 | November | 1922 | Nachlässe Fritz Hölscher, Schröder, Godesl |
| 209 | Oktober | 1922 | Galerie Clemens Mantell, Koblenz |
| 208 | Juli | 1922 | Vor 1500 gedruckte Bücher Dubletten eine rheinischen Bibliothek, 16. jh.-Reformation und Manuskripte |
| 205 | April | 1922 | Nachlässe Max Freiherr v. Spiessen, Münst Schulz, Wiehl |
| 203 | Dezember | 1921 | Slg. Chr. Dormagen, Köln, 2. Teil, Antiquit Kleinkunst |
| 201 | November | 1921 | Slg. Chr. Dormagen, Köln, 1. Teil, Japan u |
| 200 | Oktober | 1921 | Nachlaß Bouressi, Köln |
| 194 | Oktober | 1920 | Gemälde älterer Meister aus den Bestände Landesmuseums Darmstadt |
| 193 | September | 1920 | Nachlaß Frau Julius Joest, Godesberg |
| 192 | Juni | 1920 | Slg. Jansen, Köln |
| 190 | April | 1920 | Slg. Dr. Paul Wengemann, Aachen |
| 189 | März | 1920 | Slg. Dr. Kochs-Geyr von Schweppenburg, |
| 188 | Februar | 1920 | Slg. A. von Grand Ry, Aachen |
| 186 | Dezember | 1919 | Slg. Ernst Mehlhorn, Köln, Nachlaß Josef S Berlin |
| 183 | Oktober | 1919 | Nachlaß Guido Schoeller, Düren |
| 173 | Juni | 1918 | Nachlässe Dr. Fastenrath, Köln, Dahmen, E Endenich, H. Scheuer, Düsseldorf |
| 169 | November | 1917 | Slg. Graf Hermann Bocholtz-Meschede |
| 165 | Dezember | 1916 | Slg. Constantin Luck, Düsseldorf Teile der Heutz, Aachen |
| 161 | Mai | 1914 | Nachlaß Richrath, Aachen |
| 160 | April | 1914 | Nachlaß Zengler, Bonn, Römische Sammlu dem Nachlaß, Johann Krebs, Bonn |

Deutsch

| | | | |
|---|---|---|---|
| 159 | April | 1914 | SIg. J.L Menke, Antwerpen |
| 155 | November | 1913 | Nachlaß Heidhues, Birk |
| 154 | November | 1913 | SIg. Strauven, Düsseldorf |
| 152 | Oktober | 1913 | SIg. Karl Frank, Augsburg |
| 150 | Mai | 1913 | Nachlaß Fritz Te Kock, Berlin |
| 149 | April | 1913 | Einrichtung aus einem ehemaligen kurköln Jagdhaus des letzten Kurfürsten von Köln, Franz |
| 146 | Dezember | 1912 | SIg. J. H. Willms, Mönchengladbach |
| 142 | November | 1912 | Nachlässe Kaeuffer v. Monschaw, Aachen, Weiß, Bonn |
| 141 | Oktober | 1912 | Nachlaß J. Wetzlar, Köln |
| 137 | April | 1912 | Galerie Dr. Rittmann-Urech, Basel |
| 135 | März | 1912 | Japan- und China-Slg. Dr. Paul Grosser, M |
| 134 | Februar | 1912 | Slg. Göbbels, Aachen, SIg. Th. Strötgen, W |
| 133 | Januar | 1912 | SIg. Münzen und Medaillen, Dr. Heinrichs. |
| 129 | November | 1911 | Nachlaß Ebbinghaus, Bonn |
| 128 | Oktober | 1911 | SIg. Th. Blumberger |
| 127 | Oktober | 1911 | Nachlaß Conrad Cremer, Köln |
| 125 | Mai | 1911 | SIg. Johann Nießen, Köln |
| 123 | Dezember | 1911 | Nachlässe Dr. Buff, Köln, N. Goebbels, Aac |
| 123 | März | 1911 | SIg. Münzen und Medaillen, Dr. H. Meyer, |
| 120 | März | 1911 | Aus den Sammlungen des Grafen zu Wess |
| 118 | Oktober | 1910 | SIg. Simons, Düsseldorf, SIg. A. Haanen, I |
| 117 | Oktober | 1910 | Slg. C. Dobert, Duderstadt, SIg. Julius Hüntermann, Aachen |
| 112 | November | 1909 | Nachlässe Rudolf Denhardt, Eisenach, Dr. Baumeister, Köln |
| 108 | März | 1909 | SIg. Georg Ahlemeyer |
| 107 | Februar | 1909 | SIg. J. Bloos, Düsseldorf |
| 103 | Mai | 1908 | Waffensammlung Ernst Schneider, Krefeld |

Deutsch

| | | | |
|---|---|---|---|
| 98 | Oktober | 1907 | Slg. Anton Guffanti, Köln |
| 97 | Oktober | 1907 | Griechische und italienische Vasen, Slg. Fr Ferdinand von Leesen |
| 94 | März | 1907 | Slg. Frau Heimsoeth, geb. Mertens, Schaff Bonn |
| 93 | Dezember | 1906 | Slg. Gustavo de Mauer, Bogota, Slg. F. Hermesdorff, München, Slg. Prof. Ratzel |
| 90 | April | 1906 | Slg. Schlösser, Köln |
| 89 | Dezember | 1905 | Slg. Dr. Schommer, Düsseldorf, Slg. Conra Köln, Slg. Professor Hofmann, Rom |
| 86 | Oktober | 1905 | Slg. Dr. Broicher, Köln, Slg. M. Welter, Kö von Haw, Trier |
| 85 | Mai | 1905 | Nachlaß Loersch, Aachen, Slg. Dr. Engels, |
| 81 | Dezember | 1904 | Nachlaß Vinken, Schwarzrheindorf |
| 79 | Oktober | 1904 | Nachlaß Aldenkirchen, Trier |
| 76 | Juli | 1903 | aus dem Nachlaß William Kroll |
| 75 | November | 1902 | Slg. Marquis von Villers auf Burgesch, Slg. Michels, Elberfeld |
| 74 | April | 1902 | Villa Röder und Villa Weckbecker |
| 72 | November | 1901 | Slg. Rossiere, Alkinar, Nachlaß Paul Rudolf Köln und Nettersheim |
| 71 | Juni | 1901 | Nachlaß Witwe Rawensway, Amsterdam, N Becker, Königswinter |
| 70 | März | 1901 | Slg. van Hemsterhuis, Amsterdam, Slg. Fr geb. de Hall, Zülpich, Slg. von Bildern aus Hause Mendelssohn-Bartholdy |
| 69 | November | 1900 | Slg. Posalsky, Slg. Dimmers, Paffrath, Slg Scheins, Aachen |
| 68 | Juli | 1900 | Slg. Becker, Vochem |
| 66 | November | 1899 | Slg. Johann Leydel, Bonn, Slg. Josef Hofm. Bonn |
| 62 | März | 1898 | Slg. General v. Woyna, Bonn, Slg. Eduard Pattern |
| | | 1959 | Slg. Doebbecke, Berlin - Moderne Kuns, 1. Moderne Kunst bei Lempertz |
| | | 1951 | Slg. Graf Armin Muskau, Chinaporzellan |

Deutsch

Highlights Frühjahr 2006

Auctions

Catalogues

Sales Results

Consignments

Service

About us

History

Collections

Publications

Exhibitions

Contact

Records

International Auctioneers

| | | |
|---|---|---|
| Dezember | 1912 | Slg. Carl Roettgen, Bonn |
| November | 1903 | Slg. Karl Thewalt, Köln |
| Juli | 1895 | Slg. Meyer, Bonn |
| März | 1894 | Nachlässe Dr. Josef Nückel; Adolf Bernbach Schloß |
| Mai | 1893 | Slg. Schlaeger, Köln |
| November | 1893 | Fränkische und römische Antiquitäten aus Ausgrabungen des Nieder-Breisiger Totenh |
| Juli | 1888 | Slg. J. Neuen, Köln |

NEUMARKT 3 50667 COLOGNE
TEL +49 221 925729-0 FAX -6 EMAIL

© Kunsthaus Lem
Home Sitemap

# KUNSTHAUS LEMPERTZ

*gegründet 1845 Inhaber: Hanstein OHG*

Neumarkt 3 50667 Köln
Tel +49 221 9257290 Fax +49 221 9257296
info@lempertz.de www.lempertz.com

**History**

Kunsthaus Lempertz, founded in 1845 in Cologne, is one of the leading art auction houses in Europe and the oldest family-owned one in the world. The history of the house began in 1845 with book auctions held by Mathias Lempertz in the Bonn office which was founded by him. Peter Hanstein buys the respected firm in 1875 and gradually moves the auction business to Cologne. In 1918 the building at Neumarkt is purchased. The classicist building is destroyed by bombs in 1943, like most of Cologne's inner city. After the monetary reform Lempertz succeeds once more in establishing itself as the leading German art and auction house. A visible sign of this is the building at Neumarkt, completed in 1952, listed today in the Register of Historic Buildings. The Roman-Germanic Museum and the Wallraf-Richartz-Museum organize their first exhibitions here between 1953-1957. In 1965 the Gallery Lempertz Contempora is founded, an exhibition forum for contemporary art. In 1984 Lempertz complements its range by buying into the antique book store Venator. The name is changed to Venator & Hanstein.

Since the beginning of 2000, Kunsthaus Lempertz is the only German auction house to be part of the renowned International Auctioneers group (IA), a group that unites eight independent leading auction houses from eight countries.

**Auctions**

Auctions of books and graphic art mark the beginning. During the second half of the 19th century more and more paintings of old masters as well as decorative art are being auctioned. The first important collections begin to come to Lempertz for auction. The firm's reputation grows continuously. Soon Lempertz is one of the leading auction houses in Germany. Lempertz is the first European auction house, in 1908, to hold auctions of Asian art. Since 1958 separate auctions of modern art take place. In 1989 Lempertz becomes the first German auction house to hold independent auctions of contemporary art as well as photography and photographic art, positioning themselves as pioneers. Lempertz is also the only German auction house holding auctions abroad: since 1992 the Brussels branch holds auctions of African and Oceanic art. Approximately 14 auctions a year are being held at Lempertz in Cologne, accompanied by lavishly illustrated catalogues and previews one week prior to each auction. In addition to the spring and fall auctions consisting of old masters, decorative arts, modern and contemporary art, photography and photographic works, as well as Asian art, there are two auctions of antiquarian books and prints, and besides the Tribal Art sale a Varia auction in the spring.

**Representatives**

In 1965 the first representative office abroad is opened in New York. In the meantime, there are representatives in Tokyo, Shanghai, Zurich, and in Paris. In 1985 a dependance in Brussels is opened that organizes the preparation and execution of auctions as well as the previews of auctions taking place in Cologne. In Germany, Lempertz has representatives in Berlin, Frankfurt/Main and Munich. The Berlin dependance has regular previews and independent exhibitions on their own premises. Our representatives and experts at the Cologne headquarters are available for consultation and are happy to assist you regarding consignments without obligation.

**Profile**

Competent experts with profound knowledge of the art market produce richly illustrated catalogues of museum quality. Our long-standing experience and knowledge of the art market benefits our consignors and customers. Our competence, expertise, and experience acquired in over 150 years of contact with works of art and international markets have led to a multitude of national and international record-breaking prices. Numerous paintings, sculptures, and decorative art objects have been acquired by museums and private collectors throughout the world, and belong to the core of these collections ever since.

**Lempertz as Mediator of Nationally Significant Works of Art**

Lempertz has long been successful in mediating between private collectors and museums, and has been able to mediate nationally significant works of art of highest quality to public institutions. KunstHaus Lempertz "plays a leading role in this sector depending on discretion" (Handelsblatt, August 7, 1999). Some examples are the estate of Marga Böhmer, the companion of Ernst Barlach, and the Otto Riese Collection of Switzerland, one of the largest private collections of Japanese woodcuts. Some recent mediations have been spectacular. In particular the purchase by the Archbishopric Museum of the Diocese of Cologne of a highly significant Romanesque ivory crucifix, one of the extremely rare examples of this type. Thanks to Lempertz' mediation, the German National Museum Nuremberg was able to obtain two famous tapestries, and a highly important Gothic ciborium with religious depictions on translucent enamel. With Lempertz' assistance, the Museum of the Diocese of Eichstätt in Bavaria acquired two wall hangings from 1460 and 1519, resp., showing scenes from the life of Saint Walpurga. Just as spectacular was the acquisition of the triptych of the legend of St. George by the Archbishopric of Cologne in spring of 1998. This painting - part of the famous Lyversberg Collection auctioned in its entirety by Lempertz in 1971 with partcipation of well-known foreign museums - was already catalogued and had created international interest. Advance bids of up to five million DM had been made. At the request of the Archbishopric, Lempertz renounced their right to auction this highly important triptych, and it has today reclaimed its rightful place in the Roman Basilica St. Kunibert in Cologne. In 2004 a particularly important picture from Master of the Bartholomew Altar was mediated for the Rheinische Landesmuseum in Bonn. The Adoration of the three Magi was top of the list of the most valuable national cultural assets in Northrhine-Westfalia. With the last available work on the market of this largely unknown late 15th century Master, the Landesmuseum in Bonn was able to crown its portfolio of late gothic art.