# LAWSON & WEITZEN, LLP

ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN *
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN ***
VALERIE L. PAWSON
GEORGE F. HAILER *
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH*
DENNIS J. MANCSIS **
NATALIE A. KANELLIS†

PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, Ph.D.
J. MARK DICKISON **
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE ***
CAROLINE A. O'CONNELL*
MARISSA A. GOLDBERG
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
CHRISTOPHER S. FARNSWORTH
KRISTINA A. ENGBERG

BOSTON
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3800

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101
MARLBOROUGH, MASSACHUSETTS 01752
TELEPHONE (508) 618-1025

February 15, 2006

Sherri North Cohen, Esq.
State of New York
Banking Department
1 State Street
New York, NY 10004

Dear Sherri,

This letter is meant to serve as a response to your November 10, 2005 letter (the "November 10th Letter") regarding the Stern estate's demand that the Winterhalter painting (the "Artwork") be returned and its "non-negotiable" offer of $15,000.

What is clear from your November 10th Letter is that we have a difference of opinion as to the merits of the other's assertions, and it does not appear that we will be able to come to any uniform understanding. Nevertheless, since the Stern estate's stated goal has been to recoup the Artwork, and since Ms. Bissonnette has been willing to part with the Artwork it is still our hope that we can resolve the dispute without costly litigation.

In that spirit, Ms. Bissonnette rejects the Stern estate's offer of $15,000 for the Artwork, which is valued at approximately ten times that amount, but offers to give the Artwork to the Stern estate for $125,000. This is a significant reduction in Ms. Bissonnette's original demand, and well below fair market value. Furthermore, Ms. Bissonnette may be willing to consider further negotiations, so that we may come to a mutually satisfactory resolution.

I do, however, understand that the Stern estate has been contemplating bringing this dispute to court, and would like to forewarn you that if the Stern estate chooses such a course of action, I anticipate a very lengthy and costly litigation. The Stern estate will face huge obstacles. This matter has already been the subject of a German final

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
* ALSO ADMITTED IN DC
** ALSO ADMITTED IN NJ & PA
*** ALSO ADMITTED IN RI, CT, NH & ME
† ALSO ADMITTED IN NH & NY

LAWSON & WEITZEN, LLP



judgment, whereby the estate was paid in full for the fair market value of the Artwork. In addition, the Artwork in question may not have been owned by the Stern estate, but rather appears to have been a work that was on consignment in the Stern gallery at the time of the sale.

In any event, the decision of whether to pursue litigation is a decision that the Stern estate must make itself. However, I would be remiss if, before any such lawsuit is brought, I did not inform you that I anticipate the parties will together spend significantly more in litigation costs and attorneys fees than the value of the Artwork. Accordingly, I hope that the Stern estate will carefully consider its approach in this matter.

Please also note that if this matter proceeds to litigation this offer is rescinded.

Very truly yours,

Scott T. Buckley

Cc: Baroness Maria Bisonnette