**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

EQ 072652745 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | | |
|---|---|---|---|
| PO ZIP Code: 02904 | Day of Delivery: ☐ Next ☐ 2nd ☐ 2nd Del. Day | Postage: $ 50.90 | |
| Date Accepted: 9/15/06 | Scheduled Date of Delivery | Return Receipt Fee | |
| Time Accepted: 1800 ☐ AM ☑ PM | Scheduled Time of Delivery ☐ Noon ☐ 3 PM | COD Fee $ | Insurance Fee $ |
| Flat Rate ☐ or Weight: 0 lbs. 11 ozs. | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ DC 50.80 | |
| | Int'l Alpha Country Code: DE | Acceptance Emp. Initials | |

**DELIVERY (POSTAL USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt: Mo. Day | Time: ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt: Mo. Day | Time: ☐ AM ☐ PM | Employee Signature |
| Delivery Date: Mo. Day | Time: ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

[redacted]

FROM: (PLEASE PRINT) PHONE 401 331-4773
Mr. and Mrs. Conrad Bissonnette
50 Park Row W. Apt 905
Providence R.I. 02903-1151
U.S.A.

TO: (PLEASE PRINT) PHONE 011 211 46 39 08
Mr. and Mrs. Conrad Bissonnette
c/o Mr. + Mrs. Gerd von Coelum
Prinz Georg str. 104
40479 Düsseldorf
Germany

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.
Germany

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

EMS

UNITED STATES POSTAL SERVICE

***** WELCOME TO *****
PROVIDENCE MPO
PROVIDENCE, RI 02904-9713
09/15/05 12:13PM

| | |
|---|---|
| Store USFS | Trans 19 |
| Wkstn sys5011 | Cashier KXBCVW |
| Cashier's Name | DONNA |
| Stock Unit Id | WINNDONNAG |
| PO Phone Number | 18002758777 |
| USPS # | 4371430102 |

1. Global Express Mail 50.80

| | |
|---|---|
| Destination: | Germany |
| Weight: | 8 lb. 1.60 oz. |
| Postage Type: | PVI |
| Total Cost: | 50.80 |
| Base Rate: | 50.80 |
| Customs Label#: | CP726258184US |
| Label#: | |

EQ072652745US

| | |
|---|---|
| Subtotal | 50.80 |
| Total | 50.80 |
| Cash | 60.80 |
| Change Due Cash | 10.00 |

Number of Items Sold: 1

CP726258184US

# United States Postal Service

## Customs Declaration and Dispatch Note — CP 72

*The item/parcel may be opened officially. Please print and press hard. You are making multiple copies.*

**From**
Sender's Name: Mr. and Mrs. Conrad Bissonnette
Business:
Street: 50 Park Row W Apt 905
City: Providence State: R.I. ZIP Code® 02903-1151
Country: U.S.A.

**To**
Addressee's Name: Mr. and Mrs Conrad Bissonnette
Business:
Street: c/o Mr. and Mrs. Gerd von Coelln Prinz Georg str. 104
Postcode: 40479 City: Düsseldorf
Country: Germany

Sender's Customs Reference (If any)
Insured Number
Insured Amount (US $) | SDR Value
[redacted]

Importer's Reference - Optional (If any) (Tax code/VAT no./Importer code)

Importer's Telephone/Fax/Email (If known)

| Detailed Description of Contents (1) | Qty. (2) | Net Weight (3) lb. oz. | Value (US $) (5) | HS tariff number (7) (For Commercial Senders Only) | Country of origin of goods (8) (For Commercial Senders Only) |
|---|---|---|---|---|---|
| 1 picture girl under a tree | | | [illegible]56.00 | | |

Check One: ☑ Airmail/Priority ☐ Surface/Nonpriority

Total Gross Wt. (4): [illegible]
Total Value (6):
Postage and Fees (9): [illegible]

Check One (10): ☐ Gift ☐ Commercial sample ☐ Other ☐ Documents ☐ Returned goods Explanation:

Comments (11) (e.g., goods subject to quarantine, sanitary/phytosanitary inspection, or other restrictions)

License Number(s) (12) | Certificate Number(s) (13) | Invoice Number (14)

I certify that the particulars given in this customs declaration are correct and that this item does not contain any dangerous article prohibited by legislation or by postal or customs regulations.

Date and sender's signature (15)

Sender's Instructions in Case of Nondelivery (16)
☐ Treat as Abandoned
☒ Return to Sender - NOTE: Item subject to return charges at sender's expense.
☐ Redirect to Address Below:

Mailing Office Date Stamp
PROVIDENCE RI MAIN PO WINDOW UNIT SEP 15 2005 USPS

PS Form **2976-A,** January 2004 Do not duplicate this form without USPS approval. 4 - Post Office Copy