# SCHENKER & CO. GMBH

ZWEIGNIEDERLASSUNG BREMEN

INTERNATIONALE TRANSPORTE

Schenker & Co. GmbH, Bremen, Hochhaus Doventor

FERNSPRECHER: SAMMEL-NR. 221 41
FERNSCHREIBER: 024 4898
TELEGRAMME: SCHENKERCO

BANKVERBINDUNGEN:
~~DEUTSCHE VERKEHRS-KREDIT-BANK AG, HANNOVER~~, KONTO 6163
BREMER BANK, BREMEN, KONTO 6519
COMMERZ- UND DISCONTO-BANK AG, BREMEN, KONTO 13200

POSTSCHECKKONTO: 46344 HAMBURG

IHR ZEICHEN | IHRE NACHRICHT VOM | UNSER ZEICHEN (in Ihrer Antwort bitte anführen) | BREMEN, den HOCHHAUS DOVENTOR

Export NA Sb/Kue

Betreff:

Dear Customer:

The shipment described in attached shipping documents has left Bremen/Hamburg today. We were instructed to mail the original steamship Bills of Lading to you directly and would like to point out that these original documents are ~~very important~~ and that their loss will cause you great inconvenience and costs also.

As soon as the goods arrive at the port of discharge, it will be necessary for you to make arrangements for Customs clearance before you can obtain release of the goods by the steamship line and/or their agents. You can make such arrangements at the Customs house at the port of discharge. If you prefer to have the Customs clearance and, possibly pick up and reforwarding arranged by an experienced freight forwarder, we would like to recommend the service of our agents:

R. G. Hobelmann & Co. Inc.,
221 East Redwood Street
Baltimore 2/ MD/ USA

The above company will attend to all work necessary at generally accepted handling fees.

~~Hoping that our handling of this shipment has resulted~~ in your complete satisfaction, we remain,

yours very truly,
Schenker & Co., GmbH.
Zweigniederlassung Bremen

801 808 7.8105

301

Frachtagenten der Pennsylvania Railroad Company - IATA-Agenten

Alle Aufträge werden nur auf Grund der Allgemeinen Deutschen Spediteurbedingungen (ADSp) übernommen · Für Möbeltransporte und Möbellagerungen gelten die Beförderungs- und Lagerbedingungen des Deutschen Möbeltransports · Gerichtsstand: Bremen

AIRMAIL

**SCHENKER & CO**
G. M. B. H.
BRANCH BREMEN
*Internationale Transporte*
SHIPPING & FORWARDING AGENTS

## PRE-ADVICE

BREMEN, Hochhaus Doventor
May 4, 1959
Telephone: 22141
Telegrams: SCHENKERCO
Teleprinter: 024 898

Our ref.: ESA 4195 39 Mö/Ds.

Messrs. XXXXX
Mrs. M. L. Youmans
1410 N. Meade Street
Arlington / VA/ USA

Terms:
ex factory / free arrival station
fob/c&f/cif
~~c+f Baltimore~~

Consignee:
Mrs. M. L. Youmans
1410 N. Meade Street
Arlington / VA/ USA

Notify address:

Supplier: Broeckelmann sen. & Grund
Kassel,Postfach 441

Forwarder:

Ref:

We intend to ship per " Havmann " on May 12,1959 to Baltimore
via
consigned to consignee

| Marks & Numbers | Quantity | Packages | Contents | Gross-weight kilos |
|---|---|---|---|---|
| V 10/44 Baltimore | 1 | liftvan | removal goods | 3080,- |
| | ===== | ======== | | ========= |

**This vessel is due to arrive at port of discharge on:** May 29, 1959

Remarks:

Very truly yours
SCHENKER & CO G.M.B.H.
ZWEIGNIEDERLASSUNG BREMEN
[signature]

All business undertaken is subject to the Allgemeine Deutsche Spediteurbedingungen last edition.
Transport and Storage of Furniture are subject to Conditions provided by German Regulations governing Carriage and Storage of Furniture.
Competent Court of law exclusively Bremen.

MIT LUFTPOST
PAR AVION
BY AIR MAIL

BREMEN 1

SCH... & CO... G.M.B.H.
BREMEN

DEUTSCHE BUNDESPOST
060

Mrs. M. L. Youmans
1410 N. Meade Street
Arlington / VA/ USA

SENDER'S NAME / ABSENDER
SCHENKER & CO. G.M.B.H.
ZWEIGNIEDERLASSUNG BREMEN
BREMEN, HOCHHAUS (DOVENTOR)

**SCHENKER & CO.**
G. M. B. H.
BRANCH BREMEN
INTERNATIONAL TRANSPORTS
SHIPPING & FORWARDING AGENTS
Telegr. Schenkerco · Teleph. 2 21 41 · Telex 024 4393

**Registered**

**AIR MAIL**

BREMEN, Hochhaus Doventor
May 14, 1959
Our bank connections are:
Deutsche Verkehrs-Kredit-Bank A.G., Zweigniederlassung Hannover, Nr. 6 163
Bremer Bank, Bremen, Kto.-Nr. 6519 · Commerz- und Disconto-Bank A.G., Bremen, Nr. 13 200
Postscheck-Konto: Hamburg Nr. 463 44

# Shipping-Notice

Our ref.: ESA 419539 Mö/Ds

Messrs. Mrs. M.L. Youmans
1410 N. Meade Street
Arlington / VA/ USA

Terms:
ex factory / free arriv. stat.
fob / c & f / cif
C+f Baltimore

Consignee: Mrs. M.L. Youmans
1410 N. Meade Street
Arlington / VA/ USA

Notify address:

Supplier: Broeckelmann sen.& Grund
Kassel,Postfach 441

Forwarder:

Ref.:

We have shipped by " Havmann " date: May 13,59 to Baltimore due on May 30, 1959
via consigned to consignee

| Marks & Numbers | Quantity | Packages | Contents | Gross-weight kilos |
|---|---|---|---|---|
| V 10/44 Baltimore | 1 | liftvan | removal goods | 3080,- |

Insurance is ~~not~~ covered by ~~us~~ supplier
Shipping documents: 3/3 Bs/L-Original ........... C/N enclosed. ~~Same are at the disposal of~~
........... Bs/L-Copy
........... Forwarders receipt
........... Insurance policy
........... Consular invoice
........... Bs/L-Original ........... C/N ........... Cons.-Invoice ........... Ins.-policy ........... by 2nd air mail

G 2000 · 7. 58 · Ha

All business is subject undertaken to the Allgemeine Deutsche Spediteur-Bedingungen last edition.