MAR-29-2005 15:48 NYS BANKING DEPT - HCPO 1 212 709 5592 P.05

22. Januar 1956

...sen, Kr. Hofgeismar ... Kassel

...uns zur Verlobung übermittelten ...sche und Aufmerksamkeiten ... auch im Namen unserer Eltern, Dank.

Elfriede Heissler
Heinz Schmidt

...heim/Gombeth, im Januar 1956

... mir anläßlich meines 25jährigen ...jubiläums in so überaus reichem ...teil gewordenen Ehrungen u. Glück... möchte ich mich auf diesem Wege ...

Georg Knobloch, Malermeister

..., Annastraße 5½, Tel. ...

Statt besonderer Anzeige

Am 20. Januar 1956 entschlief sanft nach einem erfüllten Leben mein geliebter Mann, mein gütiger Vater und Schwiegervater, unser Schwager, Onkel und Großonkel

## Dr. med. et phil. Karl Wilharm

im 79. Lebensjahr.

In tiefer Trauer:
Lilli Wilharm, geb. Gräfin v. Platen-Hallermund
Maria-Luise Youmans, geb. Freiin v. Morsey-Picard
D. R. Youmans
Graf und Gräfin Fritz v. Platen-Hallermund
Baurat Theodor Bösenberg und Familie

Hofgeismar, Bahnhofstraße 12,
Falls Church, Virg. (USA), Düsseldorf, Holzminden

Die Trauerfeier findet am Montag, dem 23. Januar 1956, um 15 Uhr in der Friedhofskapelle Hofgeismar statt.

Von Beileidsbesuchen bitte abzusehen.

## Rosi Schmidt

geb. Keim

im 56. Lebensjahr.

In tiefer Trauer:
August Schmidt und Sohn ...
Karl Schneider und Frau ...
Erich Thon und Frau Else, ...
und alle Angehörigen

Zimmersrode, den 19. Januar 1956

Die Beerdigung findet am Sonntag, dem 22. ... 14.30 Uhr vom Trauerhause aus statt.

Von Beileidsbesuchen bitten wir abzusehen.

Heute morgen um 6 Uhr entschlief sanft ... langem schwerem Leiden mein lieber Br... Onkel und Pate

## Konrad Löwe...

im 73. Lebensjahr.

Im Namen der trauernden Hint...
Familie Konrad Löwer
Familie Justus Löwer

Pfaffenhausen, Frankfurt/Main, de...

Die Beerdigung findet am Sonntag, dem ... 14.30 Uhr vom Trauerhause aus statt.

Statt Karten

... beim Heimgang unseres lieben Ent...

Baumeister ...

## Gustav Linke

...Wort, Schrift, Kranz- und Blumen... erwiesenen Aufmerksamkeiten sagen ...durch unseren herzlichen Dank.

Toni Linke
Lotte Kreiß
Gertrud Raabe
Konrad Raabe
und Enkelkinder

..., den 21. Januar 1956
...straße

Wiederum hat die Ärzteschaft den Tod eines von ihr geschätzten Kollegen zu betrauern. Es ging am 20. Januar 1956

Herr Dr. med. et phil.

## Karl Wilharm

Hofgeismar

nach langem schwerem Leiden von uns. Wir werden ihm ein ehrendes Andenken bewahren.

Ärztekammer Kassel
Dr. Wähler

Ärzteverein Hofgeismar
Dr. Hellmich

Ein Trauerfall in Ihrem Hause findet taktvolle und würdige Erledigung bei niedrigster Preisstellung durch:

Sargmagazin Karl Böbrecht

Schreinermeister
Größtes Bestattungsinstitut Kassels
Ruf 14119
Fünffensterstr. 18, gegenüber dem Rathaus.
Durchführung sämtlicher Formalitäten.
Auf Wunsch Besuch im Trauerhause.
Wir beraten Sie gern und unverbindlich.
Gutscheine und Versicherungspolicen werden in Zahlung genommen.

Plötzlich und unerwartet entschlief ... schwerer Krankheit mein lieber, herzensg... und Bruder, unser lieber Schwager, Onkel ...

Stellmachermeister und Blek...

## Heinrich Hei...

im 89. Lebensjahr.

In tiefe...
Hermine ...
Ursula Held
nebst allen ...

Liebenau / Bez. Kassel, den 19. Januar ...

Die Beerdigung findet Sonntag, den 22. J... vom Trauerhaus aus statt.

Von Beileidsbesuchen bitten wir abzusehe...

Danksagung!

...gen hiermit allen, die beim Heim... unserer lieben Entschlafenen

Frau

## Paula Rode

...eue Anhänglichkeit durch Kranz- und ...spenden, Liebe und Verehrung be... ...unseren tiefgefühlten Dank.

Unterricht

Unsere einjährige kaufmännische Tagesschule

beginnt Ostern 1956 ihren neuen Lehrgang im wiederaufgebauten Schulgebäude Akazienweg 12 (Nähe Hauptbahnhof). Gründliche Ausbildung in allen kaufmännischen Fächern zur Vorbereitung auf die Lehre in Handel, Verwaltung und Gewerbe. Anmeldung, Auskunft und Prospekt (bis 15. März 1956 noch): MOTZSTRASSE 4 I., Fernruf ...

Frankfurts größtes Fachgeschäft

Sensationeller

Pelzverkauf

Die größte Auswahl unserer neuesten Modelle

Pelzmäntel 150...

SE01688