24/7 Search and Technical Assistance 1.800.543.6862

Main Menu | My Account | Print | Contact Us | Log Out

People | Businesses | Assets | Licenses | Phones | Courts

PERSON

| Last Name | First Name | Middle Name | SSN |
|---|---|---|---|
| BISSONNETTE | MARIA | L. | |

| Street Address | City | State | Zip | County | Radius |
|---|---|---|---|---|---|
| | | RI | | | |

Reference Code: 0164685 EB

Phone DOB Age Range

Search for other possible name spellings  Include Bankruptcies (Click For Prices)

Output Type: Formatted HTML  Cut and Paste / Printer Friendly Text (No Reports)

Important: The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Search completed Records: 1 to 5 of 5

SEARCH: Last Name: BISSONNETTE First Name: MARIA Middle Name: L. State: RI Edit Search | New Se

Click Icons Below To Run a Report | Click Below for Next Steps

| All | Full Name | SSN | Address | Phone Information | |
|---|---|---|---|---|---|
| | MARIA L BISSONNETTE<br>DOB: 12/11/1923 (83) | | 50 PARK ROW W<br>PROVIDENCE RI 02903-1177 | | Next Steps |
| | MARIA L BISSONNETTE | Redacted | 50 PARK ROW W APT 223<br>PROVIDENCE RI 02903-1144 | | Next Steps |
| | MARIA L BISSONNETTE<br>DOB: 12/11/1923 (83) | Redacted | ✓ 50 PARK ROW W APT 905<br>PROVIDENCE RI 02903-1151<br>Apr 00 - May 07 | (401) 331-1515<br>BISSONNETTE MAURICE | Next Steps |
| | MARIA L BISSONNETTE | Redacted | 50 W PARK ST # 223<br>PROVIDENCE RI 02908-5736 | | Next Steps |
| | MARIA L BISSONNETTE | Redacted | 281 HARRIS AVE<br>WOONSOCKET RI 02895-1812<br>Oct 91 - Oct 99 | | Next Steps |

Export to Excel

Records: 1 to 5 of 5

SEARCH: Last Name: BISSONNETTE First Name: MARIA Middle Name: L. State: RI Edit Search | New Se

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

## Comprehensive Report

**Comprehensive Report**
**Date:** 06/15/07
**Reference Code:** 0164685 EB

**Report Legend:**
S - Shared Address
D - Deceased
✓ - Probable Current Address

### Subject Information:

**Name:** MARIA L BISSONNETTE DOB:12/11/1923
**SSN:** Redacted issued in Iowa between *01/01/1936* and *12/31/1951*

**Age:** 83(Click to Run Relavint Report )

### Comprehensive Report Summary: (Click on Link to see detail)

Names Associated With Subject:
None Found
People at Work:
1 Found
Address(es) Found:
0 Verified and 4 Non-Verified Found
Possible Properties Owned:
None Found

### People at Work:

Name: MARIA L BISSONNETTE
SSN: Redacted
Company: POTTER CONTRACTING
Address: 281 HARRIS AVE, WOONSOCKET RI 02895-1812
Phone: ✓(401) 765-3577
FEIN:
Dates: Oct 01, 2000 - Apr 01, 2007
Confidence: Medium

### Address Summary:

50 PARK ROW W APT 905, PROVIDENCE RI 02903-1151, PROVIDENCE COUNTY (Apr 2000 - May 2007)
281 HARRIS AVE, WOONSOCKET RI 02895-1812, PROVIDENCE COUNTY (Oct 1991 - Oct 1999)
50 PARK ROW W APT 223, PROVIDENCE RI 02903-1144, PROVIDENCE COUNTY
50 W PARK ST # 223, PROVIDENCE RI 02908-5736, PROVIDENCE COUNTY

### Previous And Non-Verified Address(es):

MARIA L BISSONNETTE - 50 PARK ROW W APT 905, PROVIDENCE RI 02903-1151, PROVIDENCE COUNTY (Apr 2000 - May 2007)

MARIA L BISSONNETTE - 281 HARRIS AVE, WOONSOCKET RI 02895-1812, PROVIDENCE COUNTY (Oct 1991 - Oct 1999)
**Current phones listed at this address:**
POTTER CONTRACTING (401) 765-3577
POTTER PHOTOGRAPHY (401) 765-3577
POTTER ERNEST (401) 762-1763
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 000013H- 000201 - 000006 - 000000
Book - 001113
Page - 000234
Lot Number - 201 U
Owner Name 1 - POTTER ERNEST E 3RD
Owner Name 2 - POTTER JUDITH F
Address - 281 HARRIS AVE, WOONSOCKET RI 02895-1812, PROVIDENCE COUNTY
Owner's Address - 281 HARRIS AVE, WOONSOCKET RI 02895-1812, PROVIDENCE COUNTY
Land Usage - SFR
Total Value - $317,400
Land Value - $56,000
Improvement Value - $261,400
Land Size - 21,326
Year Built - 1910

Exterior Walls - WOOD SIDING/SHINGLE
Roof Type - ASPHALT SHINGLE
Heating - FORCED HOT WATER
Sale Date - 10/26/1999
Sale Price - $205,000
Lender Name - CITIZENS BK/RI
Data Source - A

MARIA L BISSONNETTE - 50 PARK ROW W APT 223, PROVIDENCE RI 02903-1144, PROVIDENCE COUNTY

MARIA L BISSONNETTE - 50 W PARK ST # 223, PROVIDENCE RI 02908-5736, PROVIDENCE COUNTY

## Possible Properties Owned by Subject:

[None Found]