STATE OF NEW YORK
BANKING DEPARTMENT
1 STATE STREET
NEW YORK, NY 10004

HOLOCAUST CLAIMS
PROCESSING OFFICE

TEL: 212-709-5583
FAX: 212-709-5592
sherri.cohen@banking.state.ny.us

May 12, 2005

VIA CERTIFIED MAIL
Mr. and Mrs. Conrad Bissonnette
50 Park Row West
Apartment 905
Providence, Rhode Island 02903

Re: Winterhalter's *Mädchen aus den Sabiner Bergen*

Dear Mr. and Mrs. Bissonnette,

I hope that you are both well.

I trust that you received my letters dated April 29th and 20th, 2005, which I sent by certified mail on April 29, 2005. From the returned receipt, it appears that "G.B. Drummon" signed for your mail on May 2, 2005.

As you know, the Stern estate would prefer to recover the painting without resorting to litigation. However, the executors have just informed me that unless you change your position and are willing to return the painting, they will soon commence litigation. If you would like to seriously discuss your settlement options, I am happy to meet with you again at the HCPO's offices in New York.

In addition, as I mentioned before the estate has conducted research into Mrs. Bissonnette's family history. For your review, I enclose copies of two archival documents. As soon as the estate sends me the numerous other archival documents, I will forward them on to you.

I sincerely hope that we can continue our discussion about the ownership of the Winterhalter painting. If you have any questions, please do not hesitate to contact me.

Sincerely,

Sherri North Cohen

Sherri North Cohen, Esq.

Enclosures