**MEMORANDUM
OF
THE EXECUTORS AND TRUSTEES
OF THE
ESTATE OF DR. MAX STERN**

**WHEREAS** the undersigned are the remaining Executors and Trustees of the Estate of Dr. Max Stern (the "Estate") and of any trust created under the terms of his Will dated December 13, 1985 (the "Will");

**AND WHEREAS** Article III of the Will provides that there shall always be three (3) Executors and Trustees in office;

**AND WHEREAS** the late Heward Stikeman, formerly one of the Executors and Trustees, passed away on June 12, 1999;

**AND WHEREAS** Article III of the Will provides that, should there be at any time less than three (3) Executors and Trustees in office, the remaining Executors and Trustees shall appoint a replacement by instrument in writing;

**AND WHEREAS** the remaining Executors and Trustees wish to appoint Robert S. Vineberg as one of the Executors and Trustees, to replace the late H. Heward Stikeman;

**NOW, THEREFORE, BE IT RESOLVED:**

**THAT** Robert S. Vineberg be appointed as an Executor and Trustee, to act together with Sidney Feldhammer and R. Fraser Elliott.

The foregoing resolution is hereby consented to by the signature of the remaining Executors and Trustees as of February 18, 2000.

Sydney Feldhammer
Sidney Feldhammer

R. Fraser Elliott

# MEMORANDUM OF THE EXECUTORS AND TRUSTEES OF THE ESTATE OF DR. MAX STERN

**WHEREAS** The undersigned are the remaining Executors and Trustees of the Estate of Dr. Max Stern (the "Estate") and of any trust created under the terms of his Will dated December 13, 1985 (the "Will");

**AND WHEREAS** Article III of the Will provides that there shall always be three (3) Executors and Trustees in office;

**AND WHEREAS** On January 27, 2004 R. Fraser Elliott, Q.C. resigned as an Executor and Trustee;

**AND WHEREAS** Article III of the Will provides that, should there be at any time less than three (3) Executors and Trustees in office, the remaining Executors and Trustees shall appoint a replacement by instrument in writing;

**AND WHEREAS** the remaining Executors and Trustees wish to appoint Michael D. Vineberg as one of the Executors and Trustees, to replace R. Fraser Elliott, Q.C.;

**NOW THEREFORE, BE IT RESOLVED:**

THAT Michael D. Vineberg be appointed as an Executor and Trustee, to act together with Sydney Feldhammer and Robert S. Vineberg.

The foregoing resolution is hereby consented to by the signature of the remaining Executors and Trustees as of February 12, 2004.

Sydney Feldhammer

Sydney Feldhammer

Robert S. Vineberg

Mtl # 994677.1