# CERTIFICATE OF INCUMBENCY

The undersigned are all of the Executors of the Estate of the Late Max Stern and, as such, are the sole administrators of The Dr. and Mrs. Max Stern Foundation and our signatures are as set forth below.

SYDNEY FELDMAMMER

MICHAEL VINEBERG

ROBERT VINEBERG

Certified at Montreal, Quebec this 31st day of May, 2006.

Mtl#: 1417821.1