EXHIBIT 2



# HIGHLIGHTS FROM THE MAX STERN BOOK COLLECTION

An Exhibition of his Books
Given to the McGill University and
Concordia University Libraries

## Max Stern CHRONOLOGY

**1904**

Born in München-Gladbach, Germany, the youngest child of Julius Stern and Selma Heilbron (18 April).

**1913**

Julius Stern opens Galerie Julius Stern at 23-25 Koenigsallee in Düsseldorf.

**1923**

Begins studies at universities in Cologne, Bonn and Berlin.

**1924**

Begins studies in Vienna.

**1928**

Graduates from Bonn University as Doctor of Philosophy (History of Art).

Begins working at Galerie Julius Stern.

**1930**

Publication of Stern's dissertation on the artist Johann Peter Langer (*Johann Peter Langer, sein Leben und sein Werk).*

**1934**

Becomes sole owner of Galerie Julius Stern after the death of his father (October 31).

**1936**

Hedi Stern Selbiger and Cornelis van de Wetering open West's Galleries in London, England.

**1937**

Sells family home and gallery premises in Düsseldorf (March 13).

228 paintings from the Galerie Julius Stern auctioned at Mathias Lempertz, Cologne (November 13).

Leaves Germany (December 23), traveling first to Paris and then to London.

**1938**

Settles in London, England, joining his sister Hedi and Cornelis van de Wetering at West's Galleries.

The Gestapo confiscates several paintings Stern had left with the shipping agent Josef Roggendorf in Cologne.

**1939**

Travels to numerous cities in Canada and the United States (spring).

**1940**

Interned on the Isle of Wight.

Stern's London apartment is destroyed during an air raid. Losses include family portraits and records from the Galerie Julius Stern.

**1941**

Immigrates to Canada (January 2), where he is interned for two years as a "civilian alien", first near Fredericton, New Brunswick and later in Farnham, Quebec.

Rose Millman establishes the Dominion Gallery of Fine Art in the Keefer Building, 1448 St. Catherine Street, Montreal (December).

**1942**

Employed as managing director at the Dominion Gallery of Fine Art (October)

**1943**

Organizes the first exhibition at the Dominion Gallery of Fine Art, a solo showing of works by Goodridge Roberts

**1944**

Enters into partnership with Rose Millman at the Dominion Gallery (October 10).

While touring Western Canada, Stern meets Emily Carr in Victoria, B.C.

Organizes an exhibit of works by Emily Carr at the Dominion Gallery (October 19-November 4)

Siegfried Thalheimer, Stern's brother-in-law, establishes Fine Art Associates, in partnership with Otto Gerson, in New York City.

**1945**

Emily Carr memorial exhibition held at the Dominion Gallery (November 10-28).

**1946**

Marries Iris Ester Westerberg (January 15).

Retrieves numerous paintings, books, and other assets from England.

**1947**

Becomes sole owner (in partnership with his wife) of the Dominion Gallery (January).

J.E.H. MacDonald memorial exhibition held at the Dominion Gallery.

**1950**

The Dominion Gallery is relocated to 1438 Sherbrooke Street in a house formerly occupied by J.J. Creelman. The inaugural exhibition in the new building features works by Goodridge Roberts (December 5-16).

**1951**

Meets Edward J. Hughes during a trip to Western Canada.

**1953**

First exhibition of works by Edward J. Hughes held at the Dominion Gallery (September 30-October 14)

**1956**

Visits Henry Moore in Much Hadham, England.

**1964**

Organizes a major exhibition of international sculpture at the Dominion Gallery (November).

Selma Stern dies in England (November 20).

**1967**

Organizes Auguste Rodin centenary exhibition at the Dominion Gallery (May 2-June 15)

**1978**

Iris Stern dies in Palm Beach, Florida (December 31).

**1983**

Hedi Stern Selbiger dies in England (December 9).

**1984**

Awarded the Order of Canada.

**1985**

Awarded an honorary doctorate from Concordia University.

**1987**

Dies in Paris (May 30).

**1994**

Gerda Stern Thalheimer dies in New York (October 14).

**2000**

Dominion Gallery closed (December).

This chronology courtesy of Philip Dombowsky, Project Archivist, Dominion Gallery Archives, National Gallery and Archives of Canada, Ottawa