# DIE BESTÄNDE
# DER GALERIE STERN-DÜSSELDORF

KATALOG 392

392 MATH. LEMPERTZ'SCHE KUNSTVERSTEIGERUNG 392

# DIE BESTÄNDE DER GALERIE STERN - DÜSSELDORF

## GEMÄLDE

ALTER UND NEUZEITLICHER MEISTER

MIT 72 ABBILDUNGEN

M A T H. L E M P E R T Z
ANTIQUARIAT
INHABER: JOSEPH HANSTEIN
Gegründet 1846 KÖLN Neumarkt 3
TELEFON: 227940 TELEGRAMM-ADRESSE: KUNSTLEMPERTZ

## Besichtigung: Köln, Neumarkt 3

Mittwoch, 10. November, bis Freitag,
12. November 1937, je 10—13 und 15—18 Uhr.

## Versteigerung: Köln, Neumarkt 3

Samstag, 13. November 1937,

11—13 Uhr: neuzeitliche Meister.
ab 15½ Uhr: neuzeitliche und alte Meister.

Schätzungspreise einzelner Nummern teilen wir auf Anfrage gerne mit.

## Gustav Wendling

geb. 1862 in Büddenstedt.

177 **Nähstunde.** Zwei holländische Mädchen bei der Näharbeit in der Diele. Bezeichnet: G. Wendling 1902. Oel auf Leinwand. H. 80, B. 100 cm.

**Abbildung Tafel 19**

Das Gemälde war ausgestellt auf der Internationalen Kunstausstellung in Düsseldorf 1904. Aufgeführt in dem Katalog der Ausstellung unter Nr. 1635, abgebildet ebenda S. 22.

## Heinrich Wettig, Düsseldorf

geb. 1875 in Bremen.

178 **Kopf eines Försters.** Bezeichnet: H. Wettig. Df. 1911. Oel auf Leinwand. H. 56, B. 39,5 cm.

## Fritz von Wille, Düsseldorf

geb. 1860 in Weimar.

179 **Ein kalter Tag.** Toten-Maar und Kapelle im Schnee. Bezeichnet: F. v. Wille. Oel auf Leinwand. H. 42, B. 51 cm.

## Louis Willems

lebte in Schaersbeck bei Brüssel.

180 **Der Physiker.** Gelehrter und junge Dame vor einer Elektrisiermaschine. Bezeichnet: Louis Willems. Oel auf Holz. H. 59, B. 42 cm.

## Franz Xaver Winterhalter

geb. 1806 in Menzenschwand im Schwarzwald,
gest. 1873 in Frankfurt a. M.

181 **Mädchen aus den Sabiner Bergen.** Bezeichnet: F. W. Oel auf Leinwand. H. 74,5, B. 63 cm.

**Abbildung Tafel 1**

## Heinrich von Zügel, München

geb. 1850 in Murrhardt in Württemberg.

182 **Kuh auf der Weide.** Bezeichnet: H. von Zügel 98. Oel auf Leinwand. H. 43,3, B. 63 cm.

**Abbildung Tafel 28**



181. Franz Xaver Winterhalter