**Der Präsident der Reichskammer der bildenden Künste**

Berlin W 35, den 29. 8. 35.
Blumeshof 6
Fernsprecher: B 1 Kurfürst 9271
Postscheck-Konto: Berlin 144430

Aktenzeichen: VII. 703/5138
(In der Antwort anzugeben)

Abschrift.

Herrn

Dr. Max Stern,

Düsseldorf
Albert Leo Schlageter Allee 23/25

Einschreiben!

Nachdem der Bund Deutscher Kunst- und Antiquitätenhändler e.V. München aufgelöst worden ist, haben Sie die durch diesen bisher begründete mittelbare Zugehörigkeit zur Reichskammer der bildenden Künste verloren.
Nach dem Ergebnis meiner Ueberprüfung der in Ihren persönlichen Eigenschaften und Verhältnissen begründeten Tatsachen besitzen Sie nicht die erforderliche Eignung und Zuverlässigkeit, an der Förderung deutscher Kultur in Verantwortung gegenüber Volk und Reich mitzuwirken. Sie erfüllen somit nicht die Voraussetzungen für eine unmittelbare Mitgliedschaft zur Reichskammer der bildenden Künste.
Auf Grund des § 10 der ersten Verordnung zur Durchführung des Reichskulturkammergesetzes vom 1. November 1933 (RGBl.I, Seite 797) lehne ich Ihre Aufnahme in die Reichskammer der bildenden Künste ab und untersage Ihnen die weitere Ausübung des Berufes als Kunst- und Antiquitätenhändler.
Für die Umgruppierung oder Auflösung Ihres Geschäftsbetriebes bewillige ich Ihnen eine Frist von 4 Wochen. Ich ersuche um umgehende Rücksendung des in Ihrem Besitz befindlichen Mitgliedsbuches

Vorstehende Abschrift übersende ich zur Kenntnis mit dem Ersuchen, gemäß dem § 29 der ersten Verordnung zur Durchführung des Reichskulturkammergesetzes vom 1.11.1933 (RGBl.I, S.797) die Durchführung meiner Anordnung zu überwachen.
Der Genannte ist Nichtarier.

Stapo Düsseldorf
30. AUG 1935 II
An die Anlagen

Im Auftrag
gez. H o f f m a n n

Reichskulturkammer – Reichskammer der bildenden Künste

Beglaubigt:

An die
Staatspolizeistelle
Düsseldorf

**The President of the Reichs Chamber of Fine Arts**

**Berlin W** 35, **on** 29.8.35.
**Blumeshof 6**
**Phone number: B 1 Kurfürst 9271**
**Postal checking account: Berlin 144430**

**File reference:** VII. 703/5138
**(to be mentioned in the reply**

Duplicate

<Handwritten note:
*18.4.04 M.St. Jew* rest
illegible>

Mister
Dr. Max Stern,

Düsseldorf
Albert Leo Schlageter Avenue 23/25

Registered mail!
After the Bund Deutscher Kunst-und Antiquitätenhändler e.V. München [Association of German Art and Antiques Dealers in Munich] was dissolved, you lost the indirect membership established through them in the Reich Chamber of Fine Arts.
According to the result of my review of the facts established by your personal attributes and circumstances, you do not possess the necessary eligibility and reliability to participate in the furtherance of German culture with responsibility towards the German people and Reich. Consequently you do not fulfill the qualifications for a direct membership in the Reich Chamber of Fine Arts.
Based on § 10 of the first ordinance for the implementation of the law for the Reich Cultural Chamber of November l, 1933 (RGBI. I, page 797), I deny your admittance to the Reich - Chamber of Fine Arts and forbid you to further exercise the profession of an art and antiques-dealer.
I grant you a period of four weeks to regroup or dissolve your business. I request immediate return of the membership book in your possession.

-------

I send the preceding duplicate for your information with the request to monitor the enforcement of my order according to § 29 of the first ordinance for the implementation of the law for the Reichs Cultural Chamber of November 1, 1933 (RGBl. I, page 797).
The person in question is non Aryan.

By order of
Signed
Hoffmann

SE00159

SE00159a

State police office
<u>Düsseldorf</u>

Certified: <Unidentified signature>

<Stamp: State police
Düsseldorf
August 30, 1935
To the attachments II>

<Stamp with Reichs eagle:
Reichs Cultural Chamber
Reichs Chamber of fine arts>

June 14, 2007

To whom it may concern:

This is to certify that the attached translation from German into English is an accurate representation of the document numbered SE00159. This document is designated as:

Text Captioned "Abschrift"

Ori Z. Soltes, who certified this document, is fluent in German and standard North American English and is qualified to translate.

He attests to the following:
"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

Signature of Ori Z. Soltes

Subscribed and sworn to before me this 14th day of June 2007

Notary Public, District of Columbia
My Commission Expires June 14, 2010

ELIZABETH A. BALDWIN
Notary Public, District of Columbia
My Commission Expires June 14, 2010