26

**Der Präsident**
**der Reichskammer der bildenden Künste**

1937
522/5204 Anl.

Berlin W 35, den 13. SEP. 1937
Blumeshof 8
Fernsprecher: 21 92 71
Postscheck-Konto: Berlin 144430

Aktenzeichen: VII Ka 170/615
(In der Antwort anzugeben)

Einschreiben

... polizei
für den Regierungsbezirk Düsseldorf
17. SEP. 1937
Beglbeit.
Anl. Dienststelle

Herrn
Dr. Max Stern

Düsseldorf
Albert Leo Schlageter-Allee 23/25

Der Herr Präsident der Reichskulturkammer beauftragt mich, Ihnen mitzuteilen, dass er die Übernahme Ihrer Firma durch Herrn Professor Kötschau abgelehnt und Ihnen aufgibt, Ihr Unternehmen bis spätestens 30.9.1937 aufzulösen.
Meine Verfügung vom 29.8.1935 behält daher Gültigkeit.
Es ist Ihnen untersagt sich nach dem genannten Termin bei der Verbreitung der Wiedergabe, dem Absatz oder bei der Vermittlung des Absatzes von Kulturgut gemäss der anliegenden Kulturgut - Begriffsbestimmung zu betätigen. Ich stelle anheim, das noch in Ihrem Besitz befindliche Kulturgut einem Kunsthändler oder Versteigerer zum Verkauf zu übergeben, der Mitglied meiner Kammer ist.
Dieser Entscheid ist entgültig. Von weiteren Eingaben ersuche ich abzusehen.

---

Vorstehendes Schreiben übersende ich Ihnen zur Kenntnis mit der Bitte, gemäss dem § 29 der ersten Verordnung zur Durchführung des Reichskulturkammergesetzes vom 1.11.33 (RGBl.I.S.797) die Durchführung meiner Anordnung zu überwachen. Stern ist Jude und besitzt die deutsche Staatsangehörigkeit.

Im Auftrag
gez. ...

Reichskulturkammer Reichskammer der bildenden Künste

Beglaubigt:

An die
Geheime Staatspolizei
Düsseldorf

über den Herrn Präsidenten der Reichskulturkammer
z.H. des Herrn Reichskulturwalter Hinkel

Eingegangen ... Nummer 64
J. Nr.

The President of the Reichs Chamber of Fine Arts

Berlin W 35, on September 13, 1937
Blumeshof 6
Phone number: 21 92 71
Postal checking account: Berlin 144430

File reference: VII Ka 170/615
(to be mentioned in the reply)

Certified mail

Mister
Dr. Max Stern

Düsseldorf
Albert Leo Schlageter-Avenue 23/25

The President of the Reichs Cultural Chamber has instructed me to notify you that he opposes the transfer of your company to Professor Kötschau and orders you to dissolve your firm no later than 30.9.1937.
My order from 29.8.1937 therefore maintains its validity.
After the designated date, you are enjoined from the distribution, reproduction, sale or procurement of the sale of cultural assets according to the attached definition of cultural assets. I request that you hand over the cultural assets, which are still in your possession, for sale to an art dealer or auctioneer, who is a member of my chamber.
This decree is final. I request that you refrain from further petitions.

----------------

I send the preceding letter for your information with the request to monitor the enforcement of my order according to § 29 of the first ordinance for the implementation of the law for the Reich Cultural Chamber of 1.11.33 (RGBl. I, page 797). Stern is a Jew and holds German citizenship.

By order of
Signed Mai

Certified:
Signed Vorweg

To the
Secret state police
Düsseldorf

Via the President of the Reichs Cultural Chamber

SE00188

to the attention of Reichs cultural administrator Hinkel

<Stamp with Reichs eagle:
Reichs Cultural Chamber
Reichs Chamber of Fine
Arts>

<3 additional unidentifiable stamps>

June 14, 2007

To whom it may concern:

This is to certify that the attached translation from German into English is an accurate representation of the document numbered SE00188. This document is designated as:

Text Captioned "Albert Leo Schlageter-Allee"

Ori Z. Soltes, who certified this document, is fluent in German and standard North American English and is qualified to translate.

He attests to the following:
"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

Signature of Ori Z. Soltes

Subscribed and sworn to before me this 14th day of June 2007

ELIZABETH A. BALDWIN
Notary Public, District of Columbia
My Commission Expires June 14, 2010

WAS:129779.1