11.4.04 Ml. ...

II P 2949/31/89/37

30

**Reichskammer der bildenden Künste**
Der Landesleiter
**Düsseldorf**

Düsseldorf, den 23.12.1937/5.
Wilhelm-Klein-Str. 41
Fernsprech-Nr. 32330

Aktenzeichen: M/3.
(In der Antwort angeben)

Ihr Aktenzeichen

Betr. Dr. Max Stern, Düsseldorf,
Albert Leo Schlageter-Allee23.

An die
Geheime Staatspolizei
Düsseldorf

Geheime Staatspolizei
Staatspolizeistelle Düsseldorf
25. DEZ. 1937
Anl. Dienststelle 4B

Nach einer Verfügung des Präsidenten der Reichskammer der bildenden Künste mußte Stern die Galerie am 15.12.1937 auflösen und die Vermittlung von Kulturgut einstellen. Ich bitte um Prüfung, ob dementsprechend gehandelt wurde.

Im Auftrage
gez. Maretsch

beglaubigt:

Reichskulturkammer
Reichskammer der bildenden Künste

[signature]