# AUKTION 392

Reclaiming the Galerie Stern, Düsseldorf

fofa

**FOFA Gallery Staff:**

Lynn Beavis, FOFA Gallery Coordinator
Oscar Varese, Barry Allikas & David LaRiviere, Technicians

**Guest Curator:** Dr. Catherine MacKenzie

**Exhibit & Catalogue Design:** Andrew Elvish

**Reproduction Credits:** Every reasonable attempt has been made to identify copyright owners. Errors or omissions will be corrected in subsequent reprints.

**Printing:** Groupe Litho Inc.

This exhibition has been organized by the Faculty of Fine Arts (FOFA) Gallery in conjunction with the Office of the President and the Department of Art History, Concordia University. Financial support for the publication of this catalogue was received from Concordia University, McGill University and Hebrew University of Jerusalem.

October 20 – November 12, 2006

FOFA Gallery
Concordia University
1515, rue Ste. Catherine West, EV 1-715
Montréal (Québec) H3G 2W1

Métro Guy-Concordia

514-848-2424 ext. 5467

www.fofagallery.concordia.ca
www.auktion392.com

ISBN 0-9781694-0-9
Printed in Canada

© FOFA Gallery, Concordia University, 2006

# AUKTION 392

Reclaiming the Galerie Stern, Düsseldorf

# FOREWORD

*Auktion 392: Reclaiming the Galerie Stern, Düsseldorf* represents an important concern in the art world at this time. After far too many years, governments and museums around the world are beginning to recognize the need to make reparations to those who suffered from the racist policies of the Nazi regime. It is uplifting to be involved in a project that works toward addressing some of those wrongs.

Many have contributed to the success of this project. I would like to thank the university beneficiaries of the Estate of Max Stern, Concordia University, McGill University and Hebrew University of Jerusalem for their financial support of this publication. Particular thanks go out to the Guest Curator for this exhibition, Dr. Catherine MacKenzie, whose tireless research has helped to reconstitute a lost history and whose dedication has brought this exhibition to fruition. Dr. MacKenzie's catalogue essay skillfully relates both the story of the Galerie Stern and the troubled period of its demise. I would also like to thank Dr. Clarence Epstein for his commitment to this project. As liaison between the Stern Estate and the Concordia University Faculty of Fine Arts Gallery, he has been instrumental in this project from its inception to completion. I must also express sincere thanks to Andrew Elvish, whose exceptional design has resulted in a beautiful and visually stimulating catalogue and exhibition layout.

Many other people have been vitally important in the success of *Auktion 392*. Of special note, we would like to thank Dr. Willi Korte, noted art investigator and advisor to the Stern Estate, and the patient and good-humoured Sandra Margolian, Concordia University. Thanks also to the staff of Interlibrary Loans at Concordia University, and the Rare Books and Special Collections division staff and Eli Brown of the Digital Collections Program (DCP) of the McGill University Library; to Philip Dombowsky, Project Archivist, Dominion Gallery fonds, and Cyndie Campbell, Head of Archives, Documentation and Visual Resources, at the Library and Archives, National Gallery of Canada; and to France Beauregard, Copyright Assistant, Copyright Division, National Gallery of Canada.

Dr. MacKenzie would also like to acknowledge the participation of the Department of Art History, Concordia University, and express her deep gratitude to the M.A. students who have written some of the catalogue entries and have contributed to the project in any number of other ways. They are: Alexandra Anber, Katie Apsey, Andria Hickey, Sharon Murray, Kimberlie Robert, Marsha Taichman, and Erandy Vergara Vargas. This project challenged all the researchers to broaden their knowledge of historical European art.

Finally, I would like to thank the staff of Faculty of Fine Arts Dean's Office for their unfailing support.

**Lynn Beavis**
*FOFA Gallery Coordinator*



SE01365

# PREFACE

For close to twenty years the executors and university beneficiaries of the Estate of Dr. Max Stern have upheld the wishes of an extraordinary individual who, during the course of his life delved into almost all facets of the art world.

His deep love of the arts is embodied in the legacy that he left for universities and museums across North America and Israel. Max Stern's name is connected to a gallery, a curatorship, a sculpture garden, an international symposium, an archive, retrospective exhibitions and numerous endowments earmarked for scholarships, internships, exhibition programming, museum staffing, art acquisition and provenance research. Not surprisingly more commemorations will follow.

In the years when many of these institutional honours were being coordinated, a concurrent decision was taken by the executors to dispose of the Dominion Gallery in Montreal and consign to international auctions the five thousand art works in stock. It seems somewhat ironic that this definitive step, both voluntary and strategic, would unexpectedly lead to the rediscovery of another definitive art liquidation connected to Max Stern some sixty years earlier – albeit one that had taken place under great duress.

As more details surfaced about this dark episode of Dr. Stern's life in Nazi Germany and the circumstances that ultimately brought him to Canada during the Second World War, it was learned that he sought restitution of art works from his private collection seized by the Gestapo. While he had some success in recovering a few pieces, the majority of his property was never returned.

Committed to continuing where he had left off, the executors established the Max Stern Art Restitution Project. Knowing very well that this initiative would not be without its hurdles, it was agreed that the moral and financial imperatives underlining the cause were worth pursuing as long as necessary. In the first few years of the Project it became clear that we were entering a field that was of great interest to the public but was insufficiently addressed by the art world's major stakeholders.

We could think of no more appropriate way of further motivating governments, educational institutions, museums, collectors and the art trade to help us, as well as other claimants, resolve the injustices caused by Nazi cultural policies than to spearhead the "Auktion 392" exhibition.

FOFA Gallery coordinator, Lynn Beavis, and designer, Andrew Elvish, deftly created an "artless" yet striking exhibition experience to accompany the seminal research of Professor Catherine MacKenzie and MA students from Concordia University's Department of Art History. Their collective efforts are true reflections of the pursuits of Max Stern and his beneficiaries.

**Dr. Clarence Epstein**
*Office of the President, Concordia University*
*Special Advisor to the Executors of the*
*Estate of Dr. Max Stern*



SE01366



Essay by Dr. Catherine MacKenzie

# AUKTION 392[1]

## Reclaiming the Galerie Stern, Düsseldorf

Pencilled onto an ageing file card housed in the Archives of the National Gallery of Canada are references to 1933 and 1935 transactions with Walter Westfeld (1889-1943?). They help tell the story of this German-Jewish art dealer whose career is slowly being brought into focus by researchers on both sides of the Atlantic. Westfeld operated a successful art gallery in Elberfeld-Wuppertal, near Düsseldorf, from 1920 until 1936, when he was forced by the National Socialists to close it. Continuing to deal in art, he was arrested and convicted for having defied regulations created to 'purify' every corner of the German art world. Westfeld served out his sentence, only to exit into an environment with even harsher approaches to its Jewish population. He was picked up again and sent to Auschwitz.[2]

---

The file card is to be found in the Max Stern fonds, among the few surviving business records of the Galerie Stern. This Düsseldorf enterprise, along with its owner, was caught up in the same web of the thinly-veiled racist legislation Westfeld paid so dearly for having violated. Under direct orders from government officials who ultimately reported to Propaganda Minister Josef Goebbels, Dr. Max Stern (1904-1987) was forced to liquidate the gallery's stock and refrain from all activities as an art dealer by 15 December 1937. Effectively, the end of the Galerie Stern, which Stern had inherited upon his father Julius' death in 1934 and for which he had battled many months to save, came at Auktion 392. With over two hundred Old Master and Northern European works of art on the block, Auktion 392 was held in Cologne at the Kunstauktionshaus Math. Lempertz on 13 November 1937. Little more than two years later, the same auction house disposed of paintings confiscated from Walter Westfeld.[3]

FIG 1: Julius and Max Stern, undated, Max Stern fonds, National Gallery of Canada Archives. Photo: National Gallery of Canada, Ottawa

A connection with Westfeld is one of many openings onto a dark landscape encountered in a provisional mapping out of the history of the Galerie Stern.[4] There are far happier vistas, of course. Prior to 1933, the gallery had for two decades been a major component of the Düsseldorf art scene, with Stern family members being accepted, even respected by the community (FIG. 1). Then things changed. Following four years of uncertainty culminating in Auktion 392, the Galerie fell into a deep crevice. Only occasional, affectionate remarks from Dr. Stern prevented it from vanishing altogether. In the years immediately following the Galerie's demise he was otherwise occupied: first as an exile in England negotiating, among other things, his mother's exit from Germany; next as a 'civilian alien' confined in a series of British and Canadian internment camps; and finally as a still-young man struggling to reestablish his career in Montreal. He would go on to own the Dominion Gallery in Montreal, becoming a vigorous supporter of 'living art' in Canada



SE01368