

FIG 2: Jan Griffier the Elder (1652-1718), View of Hampton Court Palace, c. 1710, Tate Gallery, London, Great Britain. Photo: Tate Gallery, London/Art Resources NY

and a major donor to museums on two continents.[5] Either too busy or too determined to put a bitter past behind him, he never penned the story of the Galerie Stern.

If Stern found neither time nor reason to linger over the details of his first gallery, a reclaiming of the Galerie Stern's place within pre-War Germany and Northern Europe is warranted. The Galerie may not have had an especially glamourous profile—it was neither a passionate advocate of any form of modern European art nor exclusively dedicated to 'blue-chip' Old Masters—but it does represent dozens of commercial galleries and auction houses in Germany, and many more throughout Nazi-occupied Europe, dismantled because of Jewish ownership. All too few of these have been brought back into textual existence. In some respects the lapse is understandable: normally art historians broach the world of the art dealer with reluctance and barely disguised contempt. Still, such hesitation does leave largely uncharted the role of Jews in the dynamics of the art trade in the early twentieth century, an important sphere of their participation in European life and one that the National Socialists worked hard to eliminate from the very moment they assumed power. That role should be remembered.[6]

Auktion 392 is a practical and strategic tool to assist in a reclaiming of the Galerie Stern. The Lempertz catalogue, *Die Bestände der Galerie-Stern-Düsseldorf*, contains the longest single listing of works of art known to have been in the possession of the Galerie and conveniently provides illustrations for 72 of them. Just as importantly, perhaps even more importantly, a focus on Auktion 392 situates the Galerie where it belongs. Not merely an object in need of historic retrieval, it is an entity to be firmly planted in the terrain of unfinished business. That the Galerie Stern today may best be known, if it is known at all, through reports of the first restitution case settled by the Spoliation Advisory Panel of Great Britain is strangely appropriate. The Panel proposed, in 2001, government compensation for the legitimate owners of Jan Griffier the Elder's ca. 1710 *A View of Hampton Court Palace* (FIG. 2), a painting hanging in the Tate Gallery in London. Sold in Belgium in the early 1940s by the owners' mother "for an undervalue" amounting to the price of an apple and an egg, the painting was one of several she had taken into exile




FIGS 4 & 5: Exteriors of the Galerie Stern, 25 and 23 Königsallee, Düsseldorf, before 1937, Max Stern fonds, National Gallery of Canada Archives. Photo: National Gallery of Canada, Ottawa

after her husband, a German-Jewish banker from Düsseldorf, was presumably murdered by the Nazis in 1937. He had purchased the Griffier, along with much of the rest of his collection, from the Galerie Stern in the early 1930s.[7] While the works of art brought forward at Auktion 392 are not the material vessels of comparable trauma, they too are protagonists in the on-going exploration of how seriously the concept of 'under duress' is to be taken as governments, cultural institutions, art workers, collectors, and museum goers continue to confront the legacy of Nazi Germany.

## "A VERY BEAUTIFUL GALLERY," 1913-1933

When it was forcibly closed, the Galerie Stern was listed as being at 23-25 Albert-Leo-Schlageter Allee, but until the National Socialists insisted that the street honour one of its earliest 'martyrs', the address had been 23-25 Königsallee. The 'Kö' was then, as it is today, an elegant tree-lined boulevard. It was also an especially enviable location for an art gallery at a time when the Düsseldorf art world, a glory of Germany from the 1840s to 1860s, was once again a flourishing and diverse community. Immediate neighbours included the Galerie G. Paffrath, one of Germany's oldest art dealerships that was and still is devoted to the art of Düsseldorf, as well as the Galerie Flechtheim, owned until 1933 by Alfred Flechtheim, a colourful and energetic supporter of modern French art often cited by the Nazis as a major Jewish 'defiler' of the German spirit.[8] Close by were the premises of Johanna 'Mutter' Ey, cafe-owner/gallerist who assisted in the financial survival of the avant-garde artists who gathered in the city.[9]

Less easy to characterize in terms of its artistic turf, the Galerie Stern was as important a part of the Düsseldorf art scene as its neighbours. It was established in 1913, after Julius Stern (1867-1934) sold off his failing textile factory in München-Gladbach, the town in which he and his wife Selma Heilbron Stern (1871-1964) had seen their three children—Hedi, Gerda and Max—born.[10] There Julius had become an avid accumulator of nineteenth-century German and Northern European art and may have done some art dealing (FIG. 3).[11] A switch to the art gallery business and a move to a larger centre made sense. By ca. 1917, the family was ensconced in the buildings on Königsallee (FIGS. 4 & 5), linked structures serving both business and domestic purposes.

Photographs published in 1920 (FIG. 6) show a gallery in every way a match for its privileged location on the 'Kö'.[12] Working from these premises, Julius Stern was able to




FIG 3: 1904 auction catalogue for Julius Stern collection. Photo: Max Stern Collection, Rare Books and Special Collections Division, McGill University Libraries, Montreal



SE01370



FIG 6: Interior, Galerie Stern, ca. 1920, Photo: Max Stern fonds, National Gallery of Canada Archives. Photo: National Gallery of Canada, Ottawa

make a substantial place for himself in the city's art world. Initially drawing upon a clientele made up of acquaintances from München-Gladbach, he expanded steadily outwards, and also established close friendships with major museum officials, scholars and other dealers. According to Albert Herzfeld, an affluent Düsseldorf collector and artist whose diary entries from 1933-1937 make compelling if devastating reading, Stern senior was noted for the honourable nature of his dealings and for his selfless work on behalf of 'his' artists.[13]

Julius Stern was a particular devotee of the so-called Düsseldorf School, comprised of teachers and students who had come to the city in the middle third of the nineteenth century to work at the Düsseldorf Art Academy, and of others, including Americans, who were attracted to the city because of the lively art climate these 'pioneers' established.[14] He handled works by Wilhelm von Schadow (1788-1862) almost from the outset, an honour in a city whose very reputation as an art centre had been established by this cultivated, Berlin-born artist and Director of the Düsseldorf Art Academy from 1826-1859. A portrait of von Schadow's children (FIG. 7), now hanging in the Kunstmuseum im Ehrenhof, is an especially fine example of the pictures associated with the Galerie.[15] Other nineteenth-century stars in the city's historic firmament whose paintings frequently found their way onto the Galerie's walls were the Achenbach brothers, Andreas and Oswald.[16] Andreas (1815-1910), the elder of the two, was an international force in the nineteenth century for his Dutch-inspired seascapes, one American collector owning no fewer than twelve of his works.[17] Brother Oswald (1827-1905) turned south for his geographic inspiration, and produced a much-appreciated series of almost panoramic views of southern Italy.[18] The Galerie also gave preference, in the form of dedicated exhibitions, to Christian Kröner (1838-1911) and Richard Burnier (1825-1884). Kröner was a specialist in scenes featuring game animals, these appealing to a broad spectrum of German buyers, while Burnier was a Dutch-born painter who had come to the city in the late 1860s, and developed a small international following for his gentle landscapes populated by cattle and their female attendants.[19]

Living Düsseldorf artists were also important to Julius Stern, none more so than Eduard von Gebhardt (1838-1925). Known as 'His Excellence' in the city's art community, von Gebhardt was an Estonian-born history painter whose conservative values and artistic strengths can be seen in the 1874 *Two Scholars* (FIG. 8), one of many paintings by the artist to go through the Galerie's hands.[20] His major forte was the realistic representation of New



FIG 7: Wilhelm von Schadow (1788-1862), *Die Kinder des Künstlers*, 1830, Kunstmuseum im Ehrenhof, Düsseldorf. Photo: Max Stern Collection, Rare Books and Special Collections Division, McGill University Libraries, Montreal



SE01371