

FIG 9: Eduard von Gebhardt memorial exhibition, Kunstmuseum Düsseldorf, 1925, Max Stern fonds, National Gallery of Canada Archives. Photo: National Gallery of Canada, Ottawa

Testament religious scenes. Well before the end of the nineteenth century, he had gained acceptance as an important reformer of German sacred art and, from a business perspective, brought major clients to the Galerie. In drafts for an autobiography he never published, Max Stern noted with obvious pride that his father had arranged for the purchase of von Gebhardt's *Ascension of Christ* by August Thyssen, one of the leading steel barons of the Ruhr Valley. The painting hung in the industrialist's bedroom at the Schloss Landsberg.[21] Dr. Stern also recalled the days when "old" von Gebhardt appeared in the gallery accompanied by Clara



FIG 8: Eduard von Gebhardt (1838-1925), *Zwei Gelehrte/Pendelschwingungen (Two Scholars)*, 1874, location unknown.
Photo: Galerie G. Paffrath, Düsseldorf

Stinnes, the wife of another powerful economic force in the first quarter of the twentieth century: Hugo Stinnes was labeled "the New Emperor of Germany" by *Time Magazine* in 1923 for his political influence and what was described as the largest personal fortune ever to have been accumulated in Germany.[22]

The relationship between von Gebhardt and Julius Stern was close. The artist painted portraits of Julius and Selma Stern, creating precious family possessions later moved to England.[23] In turn, Stern presented the city's museum with an early painting by the artist. When, in 1925, it came time to say goodbye to the person so instrumental in his gallery's success, Julius agreed to help organize a memorial exhibition, retaining an installation view for the remainder of his own life (FIG. 9). The Galerie's association with von Gebhardt continued beyond the artist's death: in 1931, his copies of Italian Old Master paintings were exhibited, with a warm catalogue introduction written by Stern junior.[24]

Von Gebhardt brought other artists, ex-students and friends, into Julius Stern's orbit, including the Estonian-born painter, Gregor von Bochmann (1850-1930). Again a tight association, possibly in the form of an exclusive contract, emerged. The



SE01372



FIG 10: Gregor von Bochmann (1850-1930), *Abendfrieden*, location unknown
Photo: Dr. Gregor von Bochmann, Ottawa

artist, whose landscape and genre paintings are almost unknown today (FIG. 10), was highly regarded at the time, with his works appearing in some of Germany's major museums.[25] The memorial exhibition for von Bochmann held in 1930, and underwritten by the Galerie Stern, drew upon the holdings of important Düsseldorf collectors, the names of whom provide further insight into the elite crowd that would have frequented Königsallee during the 1920s.[26] Not the least of these was Fanny Kaiser Leiffmann, who, together with her banker husband, had assembled an extensive collection of paintings and rare carpets in their villa. The Villa Leiffmann was later destroyed to make way for the grounds of the *Reichsausstellung Schaffendes Volk* (Exhibition of the Creative World), a Nazi showcase that brought Adolf Hitler through the streets of Düsseldorf, including Königsallee, in early October 1937.[27]

Düsseldorf and some of its most 'establishment' artists may have been at the centre of Julius' engagement with contemporary production, but it did go beyond the local. A particular favourite was Heinrich von Zügel (1850-1941), an artist born of humble parentage in a small town in Baden-Württemberg, "whose fame ... penetrated into all lands where art is at all cultivated" for his landscapes filled with sheep and cattle.[28] An exhibition of his work, including *In the Wash* (FIG. 11), was held at the Galerie in 1927. The unusually sophisticated catalogue for the show featured a scholarly introduction from Dr. Walter Cohen, a museum official and friend of the Stern family who was to die in Dachau in 1943 after his conviction for giving false attributions to works of art.[29]

As this rapid sampling of its artists has suggested, the Galerie Stern was firmly in the conservative wing of the German art scene for much of its existence. Genre scenes, landscapes, seascapes, and animal/game paintings made up the bulk of its business, with experiments in impressionism and post-impressionism representing the most radical of styles embraced in the work of its 'newer masters.' Yet an advertisement for the gallery in the 1930 von Bochmann memorial catalogue contained the names of a few artists who had no place whatsoever in such a profile. The presence of Gert Wollheim (1894-1974) on the list is nothing short of astonishing. Contrary to the fulminations of Adolf Hitler, there were few German-Jewish artists involved in politically charged, avant-garde painting. Wollheim decidedly was one of them, having already gained the scorn of Düsseldorf's censor in 1922, and destined to have some 800 of his paintings and drawings destroyed under the Nazi regime.[30]



SE01373



FIG 11: Heinrich von Zügel (1850-1941), *In der Schwemme (In the Wash)*, location unknown. Photo: Max Stern Estate

What accounts for the presence of Wollheim on the Galerie's roster, and for exhibitions given to his work in 1928 and 1930, when, to be sure, his painting had lost much of its expressionist fervour (FIG. 12)? [31] It is tempting to ascribe this radical addition to the newly minted Dr. Max Stern. Following five years of studies outside of Düsseldorf and a graduation reward of several months in Paris, he took up an active role in the Galerie in late 1928. Dr. Stern placed an exhibition of paintings by the Italian-Jewish artist, Amedeo Modigliani, at the top of his list of projects. Julius Stern rejected the idea and instead suggested his son tackle a show dedicated to a well-known nineteenth-century German Romantic painter, an event that reportedly brought to the Galerie a wave of new clients, including Baron Heinrich Thyssen-Bornemisza.[32] Despite this setback to his plans, Dr. Stern remained open to the modern. Nevertheless it is far more likely to have been the newest member of the Stern family, Dr. Siegfried Thalheimer (1899-1977), who played the greater part in bringing Wollheim's art into the Galerie. Thalheimer, the son of the owner of the progressive newspaper, *Düsseldorfer Lokal-Zeitung*, had married Gerda Stern in 1928. Educated as an economist and historian, he was interested in modern and avant-garde art, lent paintings to one of Alfred Flechtheim's adventurous exhibitions and wrote art reviews for the *Lokal-Zeitung*.[33] One suspects he also arranged for the 1930 exhibition of Wollheim paintings to be reviewed in the *Volkszeitung*, Düsseldorf's socialist newspaper and a publishing venue somewhat at odds with the tenor of Julius Stern's life, though not with that of his son-in-law.[34]

These fresh breezes may not have been quite to the senior Stern's liking, since his obituary pointed to his increasing dedication to Old Master paintings during the final years of his life.[35] They had never been absent from Julius' interest nor from his business dealings, but a small stream of high quality Northern Renaissance and Baroque paintings can be identified with the Galerie from the late 1920s on. Several paintings were purchased in 1929 from the Loeb-Caldenhof Collection in Hamm, among them Reinier Nooms' ca. 1653 *Battle of Leghorn*, now at the National Maritime Museum in London. In 1932, the Galerie sold a vibrant 1550 Paul Brill landscape, today in the collection of the Art Gallery of New South Wales in Sydney, Australia, and a sixteenth-century School of Lucas C ranach altarpiece that eventually ended up in the hands of Field Marshall Hermann Göring.[36] Julius was assisted in his Old Master dealings by his son, who began to search the castles of the Rhineland for good paintings, a practice he maintained until he left Germany.

The diversity of the Galerie's business at this stage was also determined by financial realities. Depression-era economics resulted in many galleries being drawn into the auction business. The Galerie Stern was one such case. In 1931, the Sterns began to hold auctions in two of Düsseldorf's most prestigious hotels, the Breidenbacher Hof and the Park.



FIG 12: Gert Wollheim (1894-1974), *Dame mit Kakadu*, 1929, lost: illustrated in *Die Kunst für Alle*, Vol 46 (1930-31) n.p. Photo: Max Stern Collection, Rare Books and Special Collections Division, McGill University Libraries, Montreal.



FIG 14: Jan Gossaert (1478-1539), *Abbot Johan Ingenroy*, 1535, Founders Society Purchase, General Membership Fund, The Detroit Institute of Arts. Photo: © 1944 The Detroit Institute of Arts, Detroit

In seven such events held from 1931 to late 1933, over 1200 paintings were handled through the Kunstauktionshaus Stern, with an ever-increasing emphasis on Old Masters and a greater diversity of more recent offerings, including smatterings of late nineteenth-century French art. It is currently impossible to know what percentage of the art consisted of actual gallery stock, but the presence of von Zügel's *In the Wash* in one of the 1933 auctions insists on a mixture of the owned and the consigned.[37] In light of Max Stern's later advice to Canadian collectors to avoid auction houses and always buy from art galleries, whose owners had time to know their art and know their clients, the auctions may have been difficult events for him to witness. There was far worse to come.

## FIGHTING FOR A FUTURE, 1933-1937

The appointment in January of 1933 of Adolf Hitler as Chancellor of Germany had immediate consequences for everyone in the country, most obviously for those classified by Nazi ideology as 'un-German.' The Stern family would have felt those chilling winds from the outset, as professional colleagues like Flechtheim fled the country and such well-known artists as Paul Klee had their studios 'visited' by the Gestapo. The family was also directly affected by the earliest phase of the Third Reich. Under the leadership of Isaak Thalheimer, the *Lokal-Zeitung* had been both appreciated and despised for its "non-ideological and sometimes cheeky" reactions to anti-Semitism.[38] After renewed attacks on the paper in early 1933, this time from house organs of the National Socialist Party, personal reprisals for Siegfried Thalheimer, who now owned the paper, must have seemed imminent and the prospects for questioning Nazism impossible. Siegfried and Gerda, with their young child, left Germany that first spring. They went to Saarbrücken and then