on to Paris. In both cities, Thalheimer edited journals that opposed Nationalist Socialist ideology.[39] Max Stern's brother-in-law was no small fish. Knowledge of his oppositional activities was shared between the police offices of Cologne and Düsseldorf in 1934, and though well out of reach in the winter of 1937, Thalheimer was still an irritant, causing the University of Bonn to rescind his doctoral degree.[40]

Julius Stern, according to his son, was broken by events in Germany and the need to disinherit Gerda so assets destined to come her way could not be seized. His health went into a steep decline, probably exacerbated by another shift in the Galerie's mode of operation, and he died in October 1934. As later reported by Max Stern, the Galerie became subject to new regulations precluding Jews from holding auctions: certainly a specific Reich-wide law to that effect was in place by 1935.[41] The auctions ceased at the end of 1933 and instead major exhibitions began to be held on gallery premises. Each was really an auction in disguise, a mélange of works of art either owned by the Galerie, placed on consignment or lent for the purposes of exhibition. Accompanied by partially illustrated catalogues, these exhibitions featured a wide, exciting array of nineteenth-century Dutch and Belgian work, along with the Galerie's classic German stand-bys, including in 1935 von Zügel's *In the Wash.*[42] Prominent as well were Old Master paintings: Adam Elsheimer's ca. 1607-08 *Landscape with Latona and the Lycian Peasants* (FIG. 13), now in the Wallraf-Richartz Museum in Cologne, was one of a large number of important Renaissance and Baroque paintings offered for sale.[43]

Just as suddenly as they had begun, the exhibitions came to a halt. On 29 August 1935, Max Stern received notification from the President of the Reichskammer der bildenden Künste (RKdbK: Reich Chamber for the Fine Arts) that he had lost his professional accreditation and had four weeks to sell or dissolve the Galerie.[44] The RKdbK, one of seven cultural chambers reporting to Josef Goebbels and legalized in November 1933, was charged with deciding who was entitled to practice in the visual arts fields. Though the founding legislation did not contain a 'non-Aryan' clause, it has been confirmed by any number of scholars that Paragraph 10, making membership contingent upon "necessary reliability and suitability," was used over the next five years to eliminate Jews from open participation in German culture.[45] Some shelter existed for those of 'mixed' heritage, the definition of which changed from time to time, but by late 1938, no full Jew was a member of the RKdbK. This was, it bears repeating, no accident, no coincidence. The letter sent to Stern in 1935 and those to follow were copied to the Düsseldorf Gestapo, where notes were appended describing him as "Nichtarier" (not-Aryan) or as a "Jude" (Jew).

Jewish-run galleries had already begun to be sold or turned over to owners deemed racially acceptable to officials charged with controlling German culture. Still, Stern was not prepared to accede to the demise of what he would later call "a very beautiful gallery" without a fight. He appealed the Reichskammer decision, doing so in a climate about to give birth to the insidious Nuremberg Laws that removed citizenship from Jews and declared them mere 'subjects' or 'nationals.'[46] The closure order was suspended and Stern was forced to wait nearly a year for a direct response, a delay related to government dissension over how quickly the art economy could afford to be disrupted. He began serious work on a different plan. The Galerie would be temporarily 'Aryanized' and Stern would open up an art gallery outside of Germany, there to wait out the Third Reich. After initial, and in retrospect incredibly naïve conversations with an Amsterdam-based Jewish art dealer, Nathan Katz, he settled on Cornelis van de Wetering, a young Dutch art historian working in Berlin, as a 'front man' for the Galerie.[47] When Stern's appeal was rejected on



FIG 13: Adam Elsheimer (1578-1610), *Landscape with Latona and the Lycian peasants*, ca. 1607-1608, Wallraf-Richartz Museum, Cologne, from Dominion Gallery fonds, National Gallery of Canada Archives. Photo: National Gallery of Canada, Ottawa

29 July 1936, his lawyer moved quickly, proposing van de Wetering. This time a response came with much greater rapidity. The letter employed ludicrous reasoning—the Galerie was too important to be put in the hands of a foreigner and therefore should close—and set another deadline for the Galerie's termination.[48] Surrounded by an art world steadily being stripped of its Jewish participants, and trying to function in a milieu where his father's friends and clients would not meet with him openly, Stern got the message. In 1936, his older sister Hedi went to London (via Palestine), taking with an unknown number of Old Master paintings.[49] Together with van de Wetering, she opened West's Galleries, a small but well-advertised operation up and running by the summer of 1937.[50]

With some kind of future in England on the horizon, Stern still continued to explore options for an Aryan 'owner' for the Galerie. Dr. Karl Koetschau (1868-1949), an old family friend and Director of the Kaiser Friedrich Museum in Berlin, agreed to take up the task.[51] In anyone's books, this would have been a coup. However, a few months before Stern received yet another rejection letter from the RKdbK, he capitulated to Nazi harrassment. In March 1937, most likely after an alert from a friend that Koetschau would be rejected because one of his great-grandparents was Jewish, a fact that had been hidden from view in Berlin while his services were needed, Stern sold the Königsallee buildings. The final rejection letter arrived on 13 September 1937, giving him all of seventeen days to close out the Galerie and indicating that no further appeals would be considered. By then, Stern was almost ready for what we now understand was the inevitable: an extension was granted until 15 December, but information about the forthcoming auction in Cologne had already begun to circulate in Holland by October.[52]

The Galerie's administrative future was by no means all that preoccupied Stern during his final two years in Düsseldorf. There were no further exhibitions, and thus nothing short of a focussed research project can do more than suggest the full story of those years, much of which it is already safe to say did not show its face at Auktion 392. Clearly Stern was busy, attempting to salvage what he could while being subjected to a stream of official signals constituting nothing short of persecution. Travelling to Holland and Belgium and throughout Germany, he engaged in a frenzy of buying and selling. He purchased from the Rhineland's aristocrats, found an American buyer for a Simon de Vlieger painting in 1936, and a temporary Amsterdam 'home' for, among other paintings, a 1535 Jan Goessaert portrait, brought back into the Stern orbit at West's Galleries in 1939 and now owned by the Detroit Institute of Art (FIG. 14).[53] He also traded paintings, most notably 'with' Hermann Voss, a prodigious scholar and museum official who had been warehoused as Director of the municipal gallery in Wiesbaden for his anti-Nazi views, but would later become the final collections director of Hitler's project for a vast museum complex in Linz, Austria, to house the glories of Aryan culture.[54] One such exchange brought Stern a work-on-paper by the Dutch Symbolist painter Jan Toorop that he classified as part of his private collection upon leaving Germany, assuming he would later be able to get it, and other purchases, out of the country.[55] From an historian's perspective, one of the most striking of the transactions during Stern's final months in Germany was with Robert Pferdmenges (1880-1962), by 1937 well into his tenure as the extremely powerful 'Aryan' protector of the renowned Sal. Oppenheim Bank in Cologne. The frightening schizophrenia of Germany at the time is here crystallized. The two men could engage in business—perhaps even friendship, since Pferdmenges had also been born in München-Gladbach—while one was being denuded of all rights and the other enjoyed the confidence of those responsible for the ever-increasing violence of attacks on Jewish life and lives.[56]

Stern left Germany in December 1937, after scrambling to sell what had not met what he considered to be even marginally acceptable prices at Lempertz, and reportedly carrying nothing but a suitcase. Perhaps his later, muted public references to the Galerie and to Auktion 392 can be attributed to a sense of guilt or failure. He had, after all, lost the family gallery for all time, and less than a year later would have to turn over the funds he had left behind in Germany—the very money from the sale of the Galerie buildings and the auction—in order to obtain an exit visa for his mother.[57] We do not need the individual stories of Walter Westfeld and Dr. Walter Cohen to understand, in retrospect, how fortuitous Stern's departure was, forced though its timing may have been. What they do tell us is that when, on 23 December, the Gestapo was asked to verify his compliance with RKbdK orders, the request had every likelihood of being taken seriously (FIG. 15). Interestingly enough, Stern crossed over into Belgian territory from Aachen the same day.



Reichskammer der bildenden Künste
Der Landesleiter
Düsseldorf

Düsseldorf, den 23.12.1937/5.
Wilhelm-Klein-Str. 41
Fernsprech-Nr. 32330

Aktenzeichen: M/3.
(In der Antwort anzugeben)

Ihr Aktenzeichen

Betr.: Dr. Max Stern, Düsseldorf,
Albert Leo Schlageter-Allee 23./

An die
Geheime Staatspolizei
Düsseldorf

Geheime Staatspolizei
25. DEZ 1937
II B

II. 4, 04 M. Stark
II P 2949/31/89/37

Nach einer Verfügung des Präsidenten der Reichskammer der bildenden Künste mußte Stern die Galerie am 15.12.1937 auflösen und die Vermittlung von Kulturgut einstellen. Ich bitte um Prüfung, ob dementsprechend gehandelt wurde.

Im Auftrage
gez. Koretsch

beglaubigt:

Reichskulturkammer
Reichskammer der bildenden Künste

FIG 15: Letter of 23 December 1937 from the Reichskammer der bildenden Künste to the Geheime Staatspolizei, Düsseldorf.
Photo: Max Stern Estate



SE01378

## AUKTION 392

Auktion 392 must have been a humbling event for Dr. Max Stern, who by all later accounts was a proud man. He thought of himself as one of the few art gallery owners in Germany to hold a doctoral degree in art history, and he was the male head of a family once able to rub shoulders with the likes of the Thyssens. Yet imposed time limits forced him to close out the Galerie through a liquidation sale, a type of business event that is rarely, if ever pretty. In this case, Stern had earlier moved what we must assume he considered some of the better Old Master paintings to London and Amsterdam, and some of the auction offerings had almost certainly been in the Galerie for years or had been hastily acquired during the period when Stern was in a state of frenetic limbo. While its proprietor worked hard to produce a catalogue in keeping with more normal times, one which, with a new cover, he used in December to help sell 'left-overs,' the Galerie Stern did not go out on the highest note.

That being said, the paintings and works on paper under the gavel at the Kunstauktionshaus Lempertz accurately reflected most of the history of the family enterprise, and some of them did so with considerable grace. Literally dozens of art objects recalled the specialized interests and associations of Julius Stern. No matter how late it came into Galerie stock, the strong self-portrait by Wilhelm von Schadow (CAT. 135) eloquently evoked the Düsseldorf component of those interests. So too did the presence, if not the actual quality, of a number of works by Eduard Bendemann (1811-1889), von Schadow's brother-in-law and his handpicked successor as Director of the Düsseldorf Art Academy (CAT. 7). Other 'historical' favourites—the Achenbachs (CAT. 1 & 3), Kröner (CAT. 97) and Burnier (CAT. 30)—found their way to Cologne. Oswald Achenbach's *Evening Promenade in Naples*, while far from being his most adventurous composition, would have been of more than passing interest to the painter's admirers, since it was said to include a self-portrait.



FIG 16: Eduard von Gebhardt (1838-1925), *Bildnis des Düsseldorfers Malers Ludwig Keller*, location unknown. Photo: Max Stern Estate

Not surprisingly, the work of the Düsseldorf artists with whom Julius Stern was reported to have had special contracts was well represented, though not generally illustrated. Only Eduard von Gebhardt received that privilege, with two of ten works illustrated. His *From the Sickbed* (CAT. 54) was an especially resonant item. The artist's wife served as the model for the painting, purportedly related to a larger composition owned by Alfred Krupp, another of the steel barons to whom the Estonian's art appealed. From an altogether different perspective, von Gebhardt's portrait of his friend and fellow artist, Ludwig Keller (FIG. 16) may have spoken to the history of the Galerie; it seems to be in one of the 1920 interior photographs of the Königsallee premises and thus could have been in stock for close to two decades.

German art from outside the Düsseldorf region also figured prominently in Auktion 392. Von Zügel's *In the Wash*, a leitmotif in the Galerie's business from 1927 until 1935, must finally have sold, and in its place was a less ambitious painting (CAT. 182). Hans Thoma, an internationally respected painter whose work had been advertised as being in the Galerie in 1930, was represented by two landscapes, one of which was particularly fine (CAT. 161). Less firmly inserted into the Galerie's history were Franz Xaver Winterhalter (CAT. 181) and Friedrich August Kaulbach (CAT. 88), both artists whose work had high standing among Germany's aristocracy, the source of many Stern transactions at the time. Oddly enough, their paintings would also appeal to those responsible for collecting art for Hitler's planned museum at Linz.[58] Only a hasty purchase or trade can explain the



SE01379

presence of a very large painting by Carl Alexander Brendel (CAT. 27), an interesting artist to be sure, but one forced to support himself through book illustration. Perhaps Stern had been persuaded to buy or to acquire it because it had been part of the Prussian state collection.

In terms of the 'new masters' section of the Auktion, some of the strongest entries were in fact by Dutch and Belgian painters who had achieved fame in the nineteenth century. Such production had been well represented in the Galerie's exhibitions in 1934 and 1935, gaining the attention of collectors and dealers in Holland. Auktion 392 paintings by the likes of Johannes Hermanus Koekkoek (CAT. 94), the founder of a virtual artistic dynasty in Holland, and Jan Hendrik Weissenbruch (CAT. 176), an artist well known to Canadian collectors over a hundred years ago, reflected the growing Stern reputation in the field. To date, it has not been possible to explain why four of the Northern European works, including the Weissenbruch and Emile Wauter's orientalist *Kairo* (CAT. 173), along with two French paintings, one of which was Emile Vernet-Lecomte's vibrant *Aimée: a Young Egyptian* (CAT. 168), were all from the same collection, sold off by the A. Preyer gallery in 1895 in The Hague. How did six paintings from the sale of 124 items belonging to N. A. Steengracht van Moyland come to be in Düsseldorf in 1937?[59] It is hard to imagine an early purchase by Julius Stern, with the works then simply remaining with the family for over four decades.

Old Master paintings were far less prominent at Cologne than would have been the case had Dr. Stern not already found escape routes for some of the Galerie's holdings. Still, there were some very choice pieces available, perhaps acquired in the few months leading up to November. The 'Ludovico Carracci' *Saint Jerome* (CAT. 185) was a treasure, coming onto the market not long after being credited to this important early Italian Baroque painter. Exciting as well was the Phillips Wouwerman (CAT. 228), a work by the prolific seventeenth-century Dutch painter that had a prestigious local pedigree. Stern thought enough of this canvas to advertise it, through a large reproduction, in a German newspaper: the preserved clipping in the Max Stern fonds unfortunately does not identify the date. For very refined collectors, the small Willem Willemsz. Buytewech painting of goats in a landscape (CAT. 184) might have elicited great interest: to this day it is one of very few works accepted as being by the son of Willem Buytewech the Elder, a highly regarded Dutch artist of the early seventeenth century. Other Old Masters were less electric. The eccentric painting on copper by Jan van Kessel (CAT. 204) had been with the Galerie since at least 1935, and the Cornelis Lelienbergh still-life of dead birds (CAT. 206) even longer.

Almost entirely absent in Auktion 392 were the more radical directions which had emerged in the Galerie in the late 20s. One object—a painting by Ernst Schumacher-Salig—may have pushed the boundaries of conservative aesthetics. Schumacher-Salig, born in 1905 and a member of 'Mutter' Ey's circle, was to have at least one painting removed from a museum for its 'degeneracy' in either 1937 or 1938, but without an illustration and a date to consult, it is difficult to know whether the work in Cologne would have generated any stir in a climate officially opposed to 'foreign-inspired' experimentation.[60] Understandably, there were no Wollheims. For that, one had to look to the art Stern defined as being part of his private collection. There an untitled 1929 still-life by Wollheim is listed, along with a major painting by Otto Dix (1891-1969), the noted German Expressionist. Dix, like Wollheim, had been a troublemaker early on, with one of his paintings rejected for official purchase in 1925 by Konrad Adenauer, at the time the mayor of Cologne.[61] Both artists had had their work included in the *Entartete Kunst* (Degenerate Art) exhibition, a show opened in Munich in July 1937, which triumphantly marked the end of freedom in German visual expression, as well as the end of any tolerance whatsoever for Jewish participation in its creation.[62]

## RECLAIMINGS

If there was any consolation at all for Dr. Stern in Auktion 392, other than the delusion that he would be able to take its financial proceeds out of Germany, it would have resided in the nature of the venue in which the Galerie met its end. The Kunstauktionshaus Lempertz, under the ownership of the Hanstein family, had a long history dating back to 1875. It also had a place in the Stern family. After he confronted the inevitable and sold the Königsallee buildings in March 1937, Max Stern had used its Cologne services for the sale of household furnishings and some paintings, but much earlier one of its predecessor branches had handled the 1904 sale of Julius Stern's München-Gladbach



SE01380

collection. It is both poignant and chilling to note the relationship between those two Stern auctions. Although one painting—an early work by Max Liebermann acquired via a Wiesbaden trade—was retracted from Auktion 392, it was left in the catalogue's listing of 228 objects, precisely the number of paintings and drawings in the 1904 sale of Julius' collection.[63] Whether intentional or not, the circle of the Stern legacy in Germany was closed in the tidiest of fashions.

Auktion 392 came at a transition point in the Kunstauktionshaus Lempertz' history. By 1939, Hermann Göring—Hitler's deputy and the most avaricious of art looters—is known to have been buying art from Lempertz auctions,[64] and after the invasion of Holland in 1940, Lempertz sold more than its share of the cultural property that Dutch Jews were forced to deposit with the state-run LiRo.[65] The firm allegedly also handled works from Alois Miedl, the German banker who had taken over the Amsterdam-based Jacques Goudstikker gallery, including its famed collection of over 1200 paintings, the first choice of which went to Hitler and Göring, with the lesser works being put onto the market.[66] In other words, Lempertz was on the verge of adapting exceedingly well to the changing climate of the German art trade. Or perhaps it already had done so by 13 November 1937.

Such observations might not be pertinent here were we in a position to know who actually attended Auktion 392. Human nature virtually compels us to want information about the crowd that gathered for the event, to have a sense of who was there to witness and participate in the Galerie's public demise. Were there Nazi officials in attendance, those who had already begun to collect art and give art as gifts, in emulation of the highest echelons of the country's leadership?[67] Did Galerie clients make the trip to Cologne, where they could openly engage in business with Stern and perhaps even provide moral support? Alternately, might some Stern competitors have been there, eager to take advantage of what were guaranteed to be low prices? Were there buyers from Holland, where dealers and collectors had been alerted to the sale in at least two newspapers, one of which provided a list of the major works to be auctioned off?[68] At the moment, given both the oft-repeated statement that Lempertz records were destroyed in a wartime bombing of Cologne and Dr. Stern's own silence on the subject, only the names of three of the attendees, including the individual who purchased the Winterhalter painting, can be established with certainty.[69] Photographs of the interior of Dr. Karl Wilharm's 'castle' in Hofgeismar, once posted on the internet and showing the Winterhalter in place, suggested that at least some of the buyers were of considerable means, if not influence.[70]

It would be especially interesting to know the names of buyers for the paintings and drawings in Auktion 392 created by Jewish artists. They were not numerous since the Galerie does not appear to have focussed in any special way on such production. But they were there, in 1937 mutely reminding their audience of a world unravelling, a world we now know was on the brink of a planned extinction. One wonders who would have bought, at open auction, three of the five available works by Eduard Bendemann. As a former Director of the Düsseldorf Art Academy, he might have had some appeal for collectors from the region. But he was also the son of a wealthy Jewish banker and his wife from Berlin, and though a convert to Christianity, had established his reputation through the 1832 *Mourning Jews in Babylonian Exile*, a subject the relevance of which in 1937 requires no explanation.[71] Similarly, one wants to know who would have bid in public for one of the two Max Stern paintings at the auction, neither of which was illustrated in the catalogue. This 'other' Max Stern, born in Düsseldorf in 1872 into a wealthy family and later married to Richard Burnier's daughter, enjoyed a successful career as an impressionist painter in the city. Like most other Jewish artists, he had lost his right to make art for public consumption, and a work of his had recently been pulled from a Düsseldorf exhibition.[72]

To argue that the only reason for wanting to know who was present and who bought what on 13 November 1937, is to gain some insight into the dynamics of buying art made by Jews in the months following *Entartete Kunst*, would be disingenuous indeed. There is another form of reclaiming at stake here. Ending a two-year period in which all transactions of the Galerie Stern and its owner were inflected by racist intimidation, Auktion 392 was a forced sale, something not said aloud at the time in Germany, but discussed openly in a Dutch newspaper before it took place.[73] It was a type of business closure now considered in most countries to have taken place 'under duress.' As objects subjected to sale because their owner was Jewish, the paintings and works on paper from Auktion 392, whether sold there or by Stern in the follow-



SE01381