ing month in Düsseldorf, are candidates for restitution claims.[74]

In order to be reclaimed, each object listed in *Die Bestände der Galerie Stern – Düsseldorf* may have to be run through a gauntlet of legislation and agreements, which differ from country to country. Some could face especially hard paths; the Neufchatel portrait of Jan van Eversdijck (CAT. 207), for example, is part of a collection deemed by law to be part of the patrimony of the Illes Beleares province of Spain and conceivably may not be allowed to be removed from the region.[75] However, before claims can be addressed seriously, a process entailing a forensic analysis of the formula-driven compensation Dr. Stern eventually received for his 1937 financial losses, the objects from Auktion 392 must first be located. The Neufchatel was an easy catch, given that the painting was posted on a museum internet site until 19 August 2006. The artist's name was misspelled in an unanticipated way, but discovery was possible by playing on more expected variations of the sitter's name.

The task of locating the whereabouts of the other Auktion 392 items has been, and will likely continue to be much more challenging. Many of the paintings and drawings were not of museum quality, and thus the art trade becomes the primary site of discovery. There one encounters a major obstacle. The bulk of the Galerie Stern's final stock was not illustrated, few of the titles given to items in the sale contained components likely to have remained reasonably stable over the years, and in the case of the Old Master paintings, attributions are likely to have shifted over time. This is the stuff of nightmares, and ultimately the only truly fixed marker for each of the works is its possession on 13 November 1937 by the Galerie Stern. Yet art galleries and auction houses are under no firm legal obligation to provide the full provenance—the life story, if you will—of a work of art. This latitude has been used for as long as there has been an art market and continues, in some circles, to be used to this very day, notwithstanding growing agreement since the 1990s that much more needs to be done to sort out what happened to the vast quantity of art pillaged, in various ways, between 1933 and 1945.[76]

One might discuss at length why dealers leave gaps in the provenances they provide, missing links then passed on to private and public collections. They may not have the full information at hand, with the costs of further research being prohibitive for what is, after all, a business transaction. They may have the full story, yet suppress information for 'sensible' business reasons; if a painting has been in stock for a long time, or has moved around too much, such knowledge may suggest a lack of interest in the work. The list of reasons goes on and on, but the point of raising at least some of them is obvious. This longstanding attitude towards provenance makes identification of works through a specific instance of their ownership problematic. It also gives shelter for less than acceptable motivations. Specialists have been hired or consulted by the Max Stern Estate to pour through gallery and auction house catalogues, some digitalized, some not. Their findings, while steadily accumulating, have been disheartening from the perspective of provenance practices. Where evidence has been found for the movement of Auktion 392 offerings in the years since 1937, very rarely has it been accompanied by references to either the auction or Stern ownership. As some of the catalogue entries written by graduate students from the Department of Art History at Concordia University demonstrate, the absence of such information sometimes borders on the inexplicable.

Dr. Stern was as implicated as anyone else in the uneven provenance practices of his profession. Over and over again when reading the Lempertz catalogue, one asks, "from whom was the painting purchased?" Having such information at hand could help track the circulation of works of art for which knowledge of 1937 Stern possession has either been lost or suppressed. Stern was silent on the sources of most of his nineteenth and early twentieth-century holdings. Proportionately greater effort went into his documentation of Old Master works, but frustration is still there more often than not. The Wouwerman landscape, a prized item, is accounted for up until 1906. A copy of a 1936 article that Stern referred to as containing a discussion of the painting might provide insight into its location or locations during the intervening thirty years. Then again it might not. "Private collection" was and is an all too familiar phrase in scholarship, as well as in the art trade.

For those now seeking the return of the Galerie Stern's final stock, its owner thus has failed to be of much assistance. He becomes, due to the obvious irony of the situation, a compelling figure around whom a 'campaign' for the institution of more rigid provenance standards in his profession can be



SE01382

built. Dr. Stern can also serve as an equally forceful, posthumous reference for the argument that education provided to future inductees into the art world, including art historians, should encompass a sense of responsibility about maintaining and improving those standards. Private and museum collections around the world are diseased: they will not cure themselves.[77]

Stern's provenance habits have consequences for more than the locating of Auktion 392 art. In *Die Bestände*, Stern noted that a portrait of an Englishwoman by the eighteenth-century British artist Ozias Humphrey previously had been in the possession of A.S. Drey, a well-known art dealership in Munich. No date was given for the transfer—one more instance of spotty provenance, one more lost opportunity for a tracking aid. If, however, the painting was purchased out of the 1936 A.S. Drey sale, a new factor is introduced. The firm was compelled to auction off many of its holdings that year because it had received what recently has been interpreted as an extortionate tax bill from the National Socialist government, with several works of art being returned to descendants of the Drey owners as a result.[78] Reclaiming the Humphrey painting—once it is located—may entail adjudication on the principle of 'first loss,' as will efforts to seek restitution of any Auktion 392 work of art which, knowingly or unknowingly, had been purchased by Stern from those 'under duress' from the Nazis.

A reference to the principle of 'first loss' offers an appropriate way of bringing this essay to a close. Micro-histories are interesting. They are more interesting when they move back or forward into larger contexts. The history of the Galerie Stern exposes how quickly acceptance gave way to forces of destruction; how a space firmly situated in elite Düsseldorf territory and busy in its later years inserting itself into the art worlds of Holland and Belgium, could simply vanish, and vanish well before Kristallnacht, all too often still thought of as the beginning of serious problems for Germany's Jews. Stories of other parallel losses, from private Jewish collections or from art galleries forced because of Jewish ownership to close earlier than the Galerie Stern, may eventually be found embedded within Auktion 392. This should not be greeted with consternation: in a climate of systemic persecution, some owners would have been well advised to cover their tracks. Rather, the invitation should be taken up to pursue those other stories, most especially when they are 'small' and no one directly associated with them is left to perform advocacy services. The reclaiming of the Galerie Stern may lead to other reclaimings, both historical and material—an enviable legacy from Julius Stern and his son.

## ENDNOTES

1 Although the auction of the holdings of the Galerie Stern was designated as Math. Lempertz'sche Kunstversteigerung 392 in 1937, the term Auktion 392 is here employed, based on the manner in which Lempertz currently records the sale on its list of auctions of collections and estates held since 1888: see http://www.lempertz.de/index.php?id=sammlungen

2 For Westfeld, see H. Schmidt, *Der Elendsweg der Düsseldorfer Juden*, Düsseldorf: Droste Verlag, 2005, pp. 273-278, and V.S. Reed, "Walter Westfeld (1889-1943?): Art Dealer in Nazi Germany," *Visualizing Memory: International Perspectives on Provenance Research*, Washington: American Association of Museums, 2005, pp. 154-160.

3 Ibid, p.18: the sale of Westfeld's paintings took place on 12 and 13 December 1939.

4 The use of "provisional" is deliberate: in many places in this study, undertaken over the past fourteen months, I am relying on the scholarship of others without having been able to consult original documentation in Germany. More authoritative will be Charles C. Hill's forthcoming biography of Max Stern.

5 For a discussion of Stern's career in Canada, as well as a chronology of his life, see *Max Stern: Montreal Dealer and Patron*, a catalogue published jointly in 2004 by the Montreal Museum of Fine Arts and the Leonard and Bina Ellen Art Gallery of Concordia University, which contains essays by Michel Moreault, Édith-Anne Pageot and François-Marc Gagnon.

6 Even a brief glance through the first volume of a 1930 directory of art dealers and collectors—*Maecenas*, 3 vols., Berlin: Joachim Stern, 1930—establishes the significance of the largely-forgotten European Jewish presence in spheres of critical importance to the cultural infrastructures of their respective countries.

7 *Report of the Spoliation Advisory Panel in Respect of a Painting Now in the Possession of the Tate Gallery*, London: The Stationary Office, 18 January 2001. This case has been widely covered in the press and the Panel's findings are available on the internet:



SE01383

http://www.culture.gov.uk/NR/rdonlyres/2ED97DA7-9E93-4F75-8301-AE6F496FC385/0/galleriesspoliation.pdf

8 See H. A. Peters and S. von Wiese, *Alfred Flechtheim, Sammler, Kunsthändler, Verleger: [Ausstellung], Kunstmuseum Düsseldorf: 1937. Europa vor dem 2. Weltkrieg*, Düsseldorf: Kunstmuseum Düsseldorf, 1987

9 For 'Mutter' Ey and the Junge Rheinland artists whom she assisted, see A. Baumeister, *Treffpunkt 'Neue Kunst': Erinnerungen der Johanna Ey*, Düsseldorf: Droste Verlag, 1999.

10 A brief consideration of Julius Stern's business history in the town (now called Mönchengladbach) is included in G. Erckens, *Juden in Mönchengladbach*, Mönchengladbach: Stadtarchiv, 1988, Vol. 1, p.257. The text indicates that Julius' birth name was Jacob Stern.

11 In the notes drawn up by Max Stern for an autobiography (Max Stern fonds, NGC), he gives various dates for when his father became an art dealer, some pre-dating the establishment of the Galerie Stern. Certainly, Julius had an unusually large collection to put up for auction in 1904—see *Katalog ausgewählter und hervorragender Gemälde neuerer Meister, zumeist der Düsseldorfer Schule aus der Sammlung des Herrn Julius Stern in M.-Gladbach: dabei der künstlerische Nachlass des zu Düsseldorf verst. Landschaftsmalers Wilhelm Klein etc.; Versteigerung zu Köln ... 1904, bei J. M. Heberle (H. Lempertz' Söhne)*, Cologne: Druck von M. DuMont Schauberg, 1904. This rare catalogue, part of the Max Stern Book Collection, is held in the McGill University Rare Books division.

12 P. Friedeberger, "Gemäldegalerie Julius Stern Düsseldorf," *Geistige Welt: Sammelwerk für Kunst und Kunstgewerbe*, Berlin: Adolf Ecksteins Verlag, Berlin, ca. 1919, p.2.

13 Hugo Weidenhaupt, *Ein nichtarischer Deutscher: Die Tagebücher des Albert Herzfeld 1935-1939*, Düsseldorf: Triltsch Verlag, 1982, p. 25.

14 There is a growing literature on the Düsseldorf School. For a handy English-language consideration of the important pedagogical achievements of the Düsseldorf Art Academy, see M.F. Deshmukh, "Between Tradition and Modernity: The Düsseldorf Art Academy in Early Nineteenth Century Prussia," *German Studies Review*, Vol.6, No.3 (1983), pp. 439-473. The artists associated with the Düsseldorf School have most recently been documented in H. Börsch-Supan, H. Paffrath, M. Sitt, and I. Valentien, Lexikon *der Düsseldorfer Malerschule: 1819-1918*, 3 vols., Munich: Bruckmann, 1997.

15 C.A. Grewe, *Wilhelm Schadow (1788-1862): Monographie und Catalogue Raisonné*, Inaugural-Dissertation: Universität zu Freiburg im Breisgau, 1998, is a rich examination of the artist's place in German art of the nineteenth century. Grewe notes that the Galerie Julius Stern had the portrait of von Schadow's children in 1937, and that an illustration of the work was included in M. Sauerlandt, *Kinderbildnisse aus fünf Jahrhunderten der deutschers und der niederländischen Malerei*, Königstein in Taunus: K.R. Langewiesche, 1937, p.68, the source for FIG. 7.

16 From 1 November 1 to 1 December 1930, the Galerie held an exhibition of the work of the Achenbach brothers. Unfortunately, the one-page *Andreas Achenbach u. Oswald Achenbach: Werken*, Düsseldorf: Galerie Julius Stern, 1930, document which is in the collection of the Kunst-und Museumsbibliothek der Stadt Köln does not indicate what paintings were exhibited. For a study of the two artists' careers and production, see M. Sitt, *Andreas und Oswald Achenbach, "Das A und O der Landschaft,"* Cologne: Wienand, 1997.

17 The collector was John Longworth of Cincinnati: a letter from Achenbach to Longworth has recently been acquired by the Paris-based Fondation Custodia/Collection Frits Lugt: see: http://www.fondationcustodia.fr/francais/actueel/briefuitgelicht.cfm

18 For a thoughtful analysis of Oswald Achenbach's work, see M. Pontoff, *Oswald Achenbach: Sein künstlerisches Wirken zur Hochzeit des Bürgertums: Studien zu Leben und Werk*, Cologne-Berlin: P. Hanstein Verlag, 1995.

19 *Ausstellung von Werken von Christian Kröner mit d. Gruppe Jagdmaler und Bildhauer*, Düsseldorf: Galerie Jul. Stern, 1920, another one-page document in the collection of the Kunst- und Museumsbibliothek der Stadt Köln, merely gives the dates for the exhibition (14 March-15 April). The inventory of Max Stern's library in the Max Stern fonds, NGC, refers to a 1929 exhibition of Burnier's work.

20 Of the extensive scholarship on the artist, C. B. Gries, *Eduard von Gebhardt – Ein protestantischer Historienmaler im 19. Jahrhundert*, Aachen: Verlag Mainz, 1995, has proved most useful for this project. Gries, p. 186, indicates that the *Two Scholars (Zwei Gelehrte / Pendelschwingungen)*, an historical painting showing an encounter between two fifteenth-century German scientists, Bernhard Walther and Johannes Müller von Königsberg, called Regiomontanus, was sold through the Galerie Stern in 1931. My gratitude to Hans Paffrath for permission to reproduce the image from *100 Jahre Galerie G. Paffrath*, Düsseldorf: Galerie G. Paffrath, 1967, p. 39.

21 Notes for an autobiography, Max Stern fonds, NGC. A photograph of the painting is posted on http://www.uni-koeln.de/phil-fak/khi/landsberg/haus8.html.

22 According to a 6 December 1961 letter to his mother and sister, Stern met with Mrs. Stinnes in Europe that year and reminded her of her visits to the Galerie with "the old Gebhardt": Max Stern fonds, NGC. For Stinnes, see G. D. Feldman, *Hugo Stinnes. Biographie eines Industriellen 1870-1924*, Munich: C.H. Beck, 1998.

23 Both portraits were lost in a bombing raid that destroyed Max Stern's London apartment. A photograph of the Julius Stern portrait is to be found in *Max Stern: Montreal Dealer and Patron*, p.81.

24 *Kopien Nach Alten Meistern von Eduard von Gebhardt*, Düsseldorf: Galerie Stern, 1931, with a two-page introduction signed by Dr. Max Stern. The artist was especially interested in the work of Rubens and Titian, something of a surprise in light of the controlled nature of his own production.

25 A full bibliography and a large number of the artist's work can be accessed through http://www.site.uottawa.ca/~bochmann/Maler/, a site established by Dr. Gregor von Bochmann of the University of Ottawa. I am extremely grateful to Dr. von Bochmann, the great-grandson of Gregor von Bochmann, for permission to reproduce *Abendfrieden*, a painting sold at auction by the Galerie Stern in 1931.

26 *Gedächtnis-Ausstellung für Gregor v. Bochmann/ veranstaltet vom Kunstverein für die Rheinlande und Westfalen mit Unterstützung der Galerie Julius Stern, Düsseldorf*, Düsseldorf: Bagel, 1930.

27 For the Leiffmanns and the destruction of their villa, see F. Wiesemann, "Steiler Aufstieg ins Grossburgertum Die Villa Leiffmann in Düsseldorf," *Kalonymos*, Vol.3 (2000), pp. 23-24. A photograph of Hitler parading along Königsallee on 2 October 1937 is included in W. Alberg, *Düsseldorfer Kunstszene 1933-1945*, Düsseldorf: Landeshauptstadt Düsseldorf : Das Museum, 1987, p. 72.

28 E. Neuhaus, *The Galleries of the Exposition*, San Francisco: P. Elder, 1915. This response to a von Zügel painting exhibited in 1915 at the Panama-Pacific International Exposition, San Francisco, is available at http://www.books-about-california.com/Pages/Galleries_of_the_Exposition/Galleries_Exposition_world.html#germany

29 *H. von Zügel: Ausstellung in der Galerie Julius Stern, Düsseldorf*, Düsseldorf: Galerie Stern, 1927, with a four-page essay by Cohen. For a full study of the actions taken against Cohen, see M. Sitt, *Auch ein Bild braucht einen Anwalt: Walter Cohen – Leben Zwischen Kunst und Recht*, Munich: Deutscher Kunstverlag, 1994.

30 Wollheim, who immigrated to the United States after the end of World War II, is a fascinating artist whose work and political activities deserve to be far better known on this continent. The most comprehensive available study is S. von Wiese, M. Euler-Schmidt and J.Osterhaus, *Gert H. Wollheim 1894-1974, Monographie und Werkverzeichnis*, Cologne: Wienand, 1993.

31 As I have not yet accessed the newspaper review of the 1930 Wollheim exhibition held at the Galerie Stern—see footnote 34—I cannot be certain that the *1929 Dame mit Kakadu (Woman with Parrot)* was in fact included. However, as von Wiese's text (ibid. p.230) suggests, the lost painting was certainly akin to works included in the November 1930 show.

32 Notes for an autobiography, Max Stern fonds, NGC and *Max Stern: Montreal Dealer and Patron*, p.19. The exhibition in question featured the works of Carl Spitzweg (1808-1885).

33 For a provisional biography, see I. Piel, "Siegfried Thalheimer" *Deutschsprachige Exilliteratur seit 1933*, ed. J. M. Spalek, Bern: Saur, 2004, pp. 537-576. Thalheimer's involvement with the visual arts, including his review of a fall 1928 Wollheim exhibition at the Galerie Stern, which also included works by the German Expressionist painter Christian Rohlfs (1849-1938), is discussed in H. Hirsch, "Siegfried Thalheimer und die Düsseldorfer Lokal-Zeitung-Eine Emigrations-und Reimigrationstudie," *Düsseldorfer Jahrbuch*, v. 63 (1991), pp. 167-186.

34 The *Volkszeitung* review is referred to in von Wiese, *Gert H. Wollheim 1894-1974, Monographie und Werkverzeichnis*, pp.230-231.

35 The obituary, several copies of which are in the Max Sterns fonds, appeared in the 2 November 1934 issue of the *Düsseldorfer Stadt-Nachrichten*.

36 I. von zur Mühlen, *Die Kunstsammlung Hermann Görings. Eine Provenienzbericht der Bayerischen Staatsgemäldesammlungen*, Munich, 2004, pp. 117-118; 247. Also posted on the website of The Central Registry of Information on Looted Cultural Property, 1933-1945 (http://www.lootedart.com/), an extremely useful 2001 initiative of the Commission for Looted Art in Europe.

37 *Gemälde Alter und Neuer Meister und Altes Kunstgewerbe, Sammlung Heinrich Horten + Köln und Deutscher Museums- und Privatbesitz: Versteigerung Samstag, den 18 März 1933*, Düsseldorf: Julius Stern Kunst-Auktionshaus, 1933, p.47.

38 A. Kauders, *German Politics and the Jews: Düsseldorf and Nuremberg 1910-1933*, Oxford: Clarendon Press, 1996, p. 145

39 In Saarbrücken, Thalheimer founded and edited *Westland* and campaigned against the reunification of the Saarland with Germany. For his work in Paris, see H. Hirsch, "Der Publizist Siegfried Thalheimer und seine Widerstands-Zeitschrift *ORDO*," *Idee und Wirklichkeit des Journalismus: Festschrift für Heinz Starkulla*, ed. H. Wagner, Munich: Olzog Verlag, 1988, pp. 37-53

40 Police interest in Thalheimer is documented by Piel, "Siegfried Thalheimer," p.549; the University of Bonn's removal of his doctorate is discussed in Hirsch, "Siegfried Thalheimer," pp.178-179.

41 J. Petropoulos, *The Faustian Bargain: The Art World in Nazi Germany*, Oxford: Oxford University Press, 2000, p. 65.

42 *Gemälde Alter und Neuer Meister: Ausstellung Katalog 8*, Düsseldorf: Galerie Stern, 1935, p. 28 and illustration 29. The Max Stern fonds reveal that these exhibitions were well covered by the press in both the Rhineland and in Holland.

43 The painting, described as a depiction of Mary and the Christ Child in a landscape, was listed in ibid, p. 12, and was also photographically reproduced. The accepted title for the work was established in Keith Andrews, "Elsheimer's *Latona* uncovered," *The Burlington Magazine*, Vol.123, No.939 (June 1981), pp. 348, 350-351, 353, an article which notes that Max Stern had found the painting in the collection of the Bethmann-Hollweg family, most likely the descendants of Theobald von Bethmann-Hollweg (1856-1921), Chancellor of Germany from 1909-17. My thanks to Philip Dombowsky, Project Archivist, Dominion Gallery fonds, Library and Archives, National Gallery of Canada, for locating the reproduction of the painting.

44 I am grateful to the Max Stern Estate and Dr. Clarence Epstein for access to letters from the RKdbK, documents obtained in Düsseldorf by Dr. Willi Korte, a noted investigator and scholar in the field of looted cultural property.

45 F. Bajohr, *'Aryanisation' in Hamburg: the economic exclusion of Jews and the confiscation of their property in Nazi Germany*, New York: Berghahn Books, 2002, pp. 74; A.E. Steinweis, *Art, Ideology, & Economics in Nazi Germany: The Reich Chambers of Music, Theater, and the Visual Arts*, Chapel Hill: The University of North Carolina Press, 1993, in passim.

46 For one of many contextualizations of the Nuremberg Laws, first issued on 15 September 1935, and amended thereafter, see S. Friedländer, *Nazi Germany and the Jews: Volume I: The Years of Persecution, 1933-1939*, New York: HarperCollins, 1997, pp. 142-144 and in passim.

47 Van de Wetering was a specialist in early Netherlandish painting whose doctoral dissertation was published in 1938: *Die Entwicklung der niederländischen Landschaftsmalerei vom Anfang des 16. Jahrhunderts bis zur Jahrhundertmitte*, Berlin: O. Schloss. I have been unable to establish what happened to van de Wetering after World War II, but he does not appear to have continued his activities as an art historian.

48 The letter, dated 4 November 1936, gave a deadline of 21 November.

49 Based on documents in the Max Sterns fonds, it is clear that Hedi had left Germany for Palestine sometime in 1935, possibly taking the paintings with her.

50 Over its three-year existence, West's Galleries produced several small catalogues, with some of its exhibitions being reviewed in *The Burlington Magazine*.

51 Koetschau's relations with the Stern family are described on the website of *Max Stern: Book Collection + Virtual Exhibition* (http://digital.library.mcgill.ca/stern/koetschau.html).

52 A 13 January 1958 presentation from Dr. Stern's lawyer (Max Stern fonds, NGC) makes reference to an attached clipping about the Galerie and its forthcoming closure from the 19 October 1937 issue of the *Algemeen Handelsblad*. The clipping is missing and I have not yet accessed the article, but it may well have been the text mentioned in footnote 73.

53 Documents in the Max Stern fonds, NGC, establish that some of his purchases from aristocrats were made through intermediaries, most prominently Dr. Wilheim Ewald, at that time a major museum official in Cologne. They also establish a G.L. Fisk as the buyer for the de Vlieger painting. The Detroit painting, sold in 1936, was one of several purchased by O. Hirschmann of Amsterdam, part of a set of transactions the full relevance of which I have not yet been able to establish.

54 According to information from a 16 February 1937 letter from Voss to a city official, at least one exchange, directly linking a Max Liebermann painting (see footnote 63) and a van Toorop work (see footnote 55) with two paintings by nineteenth-century artists, was arranged through Leo Pauly, described by Voss as an Aryan art dealer from Düsseldorf. Unquestionably, the need for an intermediary related to Stern's status as a Jew, a small but highly significant reminder of the difficulties he confronted from late August 1935 on: my deepest gratitude to Dr. Korte for bringing the letter to my attention. For Voss and the Linz project, see H.C.



SE01386

Löhr, *Das Braune Haus der Kunst Hitler und der 'Sonderauftrag Linz,'* Berlin: Akademie Verlag, 2005, pp. 50-64.

55 Upon his departure from Germany, Max Stern left a number of paintings, designated as his private collection, with shipping agent Josef Roggendorf and with the Kunstauktionshaus Lempertz. Over time, the Gestapo seized most of them. Stern was able to locate the Toorop work—a large charcoal/pastel entitled *Glaube und Lohn (Faith and Work)*—after the war and received monetary compensation for it, but the whereabouts of close to a dozen paintings and prints from the private collection are to date unknown.

56 The transaction with Pferdmenges involved a painting by the nineteenth-century Belgian artist, Louis Pierre Verwee: Max Stern fonds, NGC. Pferdmenges would later become a close financial advisor to the post-war Chancellor of Germany, Konrad Adenauer; see C. Silber Bonz, *Pferdmenges und Adenauer: der politische Einfluss des Kölner Bankiers*, Bonn: Bouvier, 1997.

57 In order to meet expenses associated, directly or indirectly, with securing his mother's exit from Germany, a few paintings from the private collection he had left in Germany also had to be sold. These included Elsheimer's *Latona*, a painting that found its way back to Stern after the conclusion of World War II. Thanks to Charles C. Hill for clarifying this for me.

58 *Das Braune Haus der Kunst* lists several paintings by Winterhalter and von Kaulbach that are still missing from the collection formed for the planned Linz museum complex, and there were many others collected for Linz.

59 The Lempertz catalogue nowhere mentions the name of the collector whose paintings were sold through Preyer: it would be interesting to know if the original Steengracht van Moyland ownership was suppressed because his son, Gustav Adolf Steengracht von Moyland was in 1937 already well into his career as a leading Nazi official, one that would eventually lead to charges of war crimes.

60 For Schumacher-Salig, whose birth date is given incorrectly as 1900 in the Lempertz catalogue, see *Ernst Schumacher: 1905-1963; Haus am Waldsee, Berlin; 28. Januar bis 13. März 1966*, Berlin: Holten, 1966.

61 For Otto Dix and the work in question, a portrait of his wife Martha, see F. Löffler, *Otto Dix: Life and Work*, translated by R.J. Hollingsdale, New York: Holmes & Meier, 1982, in passim and p. 410.

62 *Entartete Kunst*, which traveled for a number of years throughout Germany, has been the subject of much scholarship. The most valuable English-language study of the exhibition is S. Barron, ed., *Degenerate art: the fate of the avant-garde in Nazi Germany*, Los Angeles: Los Angeles County Museum of Art; New York: H.N. Abrams, 1991. It is worth noting that a far more virulent attack on Jewish contributions to German culture, the exhibition *Der Ewige Jude* (The Eternal Jew), opened in Munich on 8 November 1937, just days before Auktion 392.

63 The Galerie Stern had handled works by Max Liebermann (1847-1935) from at least 1930, as indicated by the advertisement placed in the Gregor von Bochmann memorial catalogue. The reasons for the withdrawal, first brought to my attention by Charles C. Hill, from Auktion 392 of the Liebermann—his 1874 *Kartoffelsammler* or *Kartoffelpflücker* (M. Eberle, *Max Liebermann, 1847-1989, Vol. I*, Munich: Hermer Verlag, 1985, p.76) – are currently being studied in relation to the effects of auction reporting laws.

64 Von zur Muhlen's thorough study (*Die Kunstsammlung Hermann Görings*) of 126 works of art where original ownership is unclear, documents three paintings purchased by the Field Marshall from Lempertz. These findings, posted on The Central Registry of Information on Looted Cultural Property, 1933-1945 site, tentatively establish an April 1939 date for the beginning of his purchases from Lempertz, although there are well over 1000 additional paintings whose provenances have not yet been investigated with the same rigour. Somewhat ironically, the Central Registry's listings also bring the names of Göring and Lempertz together in another fashion: the auction house was one of several given paintings to sell from the Göring collection by the Bavarian State Painting Collection in the mid-60s. For a disturbing account of what has taken place with many of the 'non-returnable' or legally purchased paintings from the Linz project and the collections of leading Nazi officials, see J. Petropoulos, "For Sale: A Troubled Legacy," *Artnews*, Vol. 100, No.6 (June 2001), pp.114-120.

65 G. Aalders, *Nazi Looting: The Plunder of Dutch Jewry During the Second World War*, translated by A. Pomerans with E. Pomerans, Oxford: Berg, 2004, pp.186-189, has established the prominent place of the Lempertz organization in the sale of the cultural property that the country's Jewish citizens were forced to deposit with the Lippmann, Rosenthal & Co. Bank (LiRo) after May 1942: "Carpets were mainly bought by [Carl] Reinheldt [Berlin] and by Lempertz (Cologne). These companies were also by far the most important buyers of paintings, porcelain, antique furniture, Asian objets d'art, wearing apparel and 'various' items. Of the total proceeds from paintings (694,034.24



SE01387

guilders), these two firms accounted for 522,552.54 guilders." The LiRo holdings were made available to Dutch and German dealers only after a number of Nazi leaders had been given the opportunity to 'purchase' looted items.

66 The Lempertz organization has not confirmed wartime dealings with Alois Miedl, although allegations of such activity were first made in the *Art Looting Investigation Unit Final Report*, Washington: War Department, 1 May 1946, p. 53, and have recently been repeated in a press release from the city of Cologne concerning its decision to return a painting to the heirs of Jacques Goudstikker: see "Stadt Köln gibt zwei Bilder an rechtmäßige Erben zurück," posted on 5 April 2006 on http://stadt-koeln.de/presse/mitteilungen/artikel/2006/04/05457/. The Goudstikker collection has been in the news again, with the long-anticipated decision by the Dutch government in February of this year to return 202 paintings to the heirs of Jacques Goudstikker.

67 J. Petropoulos, *Art as Politics in the Third Reich*, Chapel Hill: University of North Carolina Press, 1996, provides a compelling account of the collecting and gift-giving practices of leading National Socialist politicians.

68 Newspaper clipping from *Nieuwe Rotterdamsche Courant*, 9 November 1937, Max Stern fonds, NGC.

69 In a 6 August 1952 letter to Max Stern, Kasimir Hagen—a Cologne collector and gallery owner—indicated that he attended Auktion 392, and was seated beside Dr. Koetschau. The Max Stern fonds also include a listing of the paintings that sold at the auction, but no indications of the purchasers were given. Hagen later bought the Otto Dix portrait, as well as another painting, seized from Stern's private collection, but declined to give it up after its whereabouts was discovered, a decision Stern accepted.

70 Wilharm, born in Stadthagen in 1877, was a medical doctor and the author of a University of Heidelberg doctoral dissertation (*Die Milchversorgung von Heidelberg ; Wilharm, K[arl], Dr. med., a. Stadthagen*, Berlin: C. Siebert, 1905). The second husband of Countess Lilli von Platen-Hallermund, he was arrested in 1945 by the U.S. Military Government, and underwent lengthy and costly de-Nazification proceedings related to his activities for the Storm Troopers (SA) in Hofgeismar. Thanks to Dr. Korte for allowing me to consult copies of documents obtained from the Berlin Document Center and the Hessisches Hauptstaatsarchiv in Wiesbaden.

71 For Bendemann, see W. Aschenborn, *Eduard Bendemann (1811-1889): Das Direktorat an der Düsseldorfer Kunstakademie 1859-1867*, Inaugural-Dissertation: Universität zu Köln, 1998.

72 This Max Stern would later die during an Allied bombing raid, when he and his mother-in-law, Julia Furnivall Burnier, were denied access to an air raid shelter because he was a Jew: see W. Alberg, *Max Stern zum 50. Todestag*, Düsseldorf: Das Stadtmuseum, 1993.

73 Unidentified newspaper clipping, Max Stern fonds, NGC. The unsigned and undated article refers to Stern's attempts to form a Berlin-based consortium for the Galerie, noting that these had been rejected because he was "niet-Ariër." It also indicated a forthcoming liquidation sale "te Keulen."

74 As a result, the Max Stern Estate has posted all items from Auktion 392 on the Art Loss Registry as well as the Lost Art Internet Database, a project of the Koordinierungsstelle für Kulturgutverluste, Germany's central office for the documentation of lost cultural property, that "registers cultural objects which as a result of persecution under the Nazi dictatorship and the Second World War were relocated, moved or seized, especially from Jewish owners" (http://www.lostart.de/).

75 The 2004 resolution making the Neufchatel portrait part of the province's patrimony can be found at http://www.derecho.com/xml/disposiciones/min/disposicion.xml?id_disposicion=74074&desde=min.

76 For information about activities (including the passing of legislation in various countries and the formation of international agreements and protocols) relating to these concerns, consult the website of The Central Registry of Information on Looted Cultural Property, 1933-1945 (http://www.lootedart.com/). It goes without saying that the looting of cultural property in general is, or should be, a major preoccupation of the art world; the 2003 looting of the Iraqi National Museum in Baghdad has, unfortunately, merely added another set of objects to be sought after and returned.

77 Indeed Dr. Stern's name has already become associated with provenance undertakings. The Norton Museum of Art in West Palm Beach, Florida, is using its legacy from the Stern Estate to work on the histories of works of art in its collection.

78 For one of the more recent settlements concerning the forced auction of the A.S. Drey gallery holdings, see M. Bailey, "Two British museums pay compensation to keep Nazi loot," *The Art Newspaper*, 6 February 2006 (http://64.233.167.104/search?q=cache:xWnGPMN2-HEJ:www.theartnewspaper.com/article01.asp%).



SE01388

## THE CATALOGUE

Collectively, the authors of the following entries on selected lots from Auktion 392 wish to acknowledge the publishers of E. Bénézit's *Dictionnaire critique et documentaire des peintres, sculpteurs, dessinateurs et graveurs* (Paris, Grund, 1999) and the on-line *Grove dictionary of art* for the provision of artists' biographies. Most provenance discussions are grounded in the findings of Philip Dombowsky's January 2006 report for the Max Stern Art Restitution Project.

## LOT 1

Andreas Achenbach, *Norwegische Landschaft*, 1837,
25.8 x 37.2 cms, oil on canvas

Andreas Achenbach (1815-1910) was a Düsseldorf-based artist whose work was carried by the Galerie Stern from at least 1920, and thus it is no surprise to find two of his paintings included in Auktion 392. *Norwegische Landschaft (Norwegian Landscape)* was illustrated in the Lempertz catalogue; ominously, a larger alpine landscape was not.

*Norwegische Landschaft* certainly was not the finest Achenbach associated with the Sterns. Far more exciting was *Der Untergang der 'President' (The Sinking of the 'President')*, a major salon-size painting from 1842 said by M. Sitt (*Andreas und Oswald Achenbach: das A und O der Landschaft*, Cologne: Wienand, 1997, p.211) to have been handled by the Galerie Stern in the early 1930s. A recent exhibition in Hamburg (see http://www.seestuecke-hamburg.de/magie/index.html) has brought renewed prominence to that later painting, on long-term loan at the Altonaer Museum.

Born in Kassel and educated at the Düsseldorf Art Academy, where he protested against its Director in 1835, Achenbach became an international drawing card as the result of his dramatic, Dutch-inspired landscape paintings of various regions of Germany and Northern Europe. Working from a 30 sq. ft., studio, he was an inspirational figure for a number of well-known German-born American artists, including Albert Bierstadt and Emanuel Leutze, who traveled back to their country of birth to study with him. His art also became known to a broader American public through the New York-based Düsseldorf Gallery that operated from 1849 to 1862, and through the pictures he sent to exhibitions in Cincinnati: see W.H. Gerdts, "Good Tidings to the Lovers of the Beautiful," *The American Art Journal*, Vol.30, Nos.1-2 (2000), pp. 50–81.

*Norwegische Landschaft*, with its carefully-constructed composition and interesting lighting effects, comes from the beginning of Achenbach's long career. It was the result of trips through Scandinavian countries in 1834 and 1835, part of extensive early travels taking him as far north as Russia and as far west as the Isle of Wight.

