# LOT 3

Oswald Achenbach, *Abendpromenande in Neapal*, 1887,
114 x 150 cms, oil on canvas

The younger brother of Andreas, Oswald Achenbach (1827-1905) was also a considerable force in landscape painting of the Düsseldorf School, having been educated in the city's Art Academy and then teaching there for close to a decade.



While his early work was clearly inspired by the content of his brother's paintings, after 1850 Oswald increasingly became captivated by the landscapes of central and southern Italy, areas he visited several times. He developed an independent practice, with many of his works almost panoramic in scope, and some incorporating careful renditions of famed architectural sites in Italy. Sometimes using a palette knife and his fingers to work with paint, he created paintings much appreciated for their subtle atmospheric effects.

A glance through the chronology of the artist's career provided in M. Sitt, *Andreas und Oswald Achenbach: 'Das A und O der Landschaft'* (Cologne: Wienand, 1997, pp. 191-225), leaves one almost exhausted by the scope and the incessant pace of Oswald Achenbach's travels throughout Europe. It also provides indices of his national and international success: medals at Paris Salons; the sale of a major painting to King Leopold II of Belgium and of two spectacularly-priced works to a collector in the United States; and the awarding of honours from art institutions and governments.

Again an artist favoured by the Galerie Stern, Achenbach was represented at Auktion 392 by the 1887 *Abendpromenande in Neapal (Evening Promenade in Naples)*, a product of his penultimate visit to Italy. The same painting, for which no provenance was provided, had been included in a 1935 Galerie Stern exhibition. It is surprising the large canvas did not sell that year, since the descriptive notes, repeated in *Die Bestände der Galerie-Stern-Düsseldorf*, indicated that the figures in the right foreground were of the artist, his wife and their daughter. The daughter, Caecilie, would go on to publish a moving study of her father's artistic and personal accomplishments: *Oswald Achenbach in Kunst und Leben*, Cologne: DuMont, 1912.



SE01392

## LOT 7

Eduard Bendemann, *Frauen in Burghof*, 1837,
12.6 x 22 cms, watercolour

Eduard Bendemann (1811-1889), the son of wealthy Jewish parents, was raised in a highly cultivated household in Berlin. He began his studies with Wilhelm von Schadow, whose mother was also of Jewish ancestry, and when von Schadow left Berlin for Düsseldorf, Bendemann was one of a large number of students to follow him. His art began to gain attention very early on, with widespread acclaim being given in 1832 to his painting, *Jews Mourning the Babylonian Exile*, now in the Wallraf-Richartz Museum in Cologne.

Although Bendemann converted to Christianity, and created religious paintings not thought to employ Jewish interpretive frameworks (S. Turkmarkin Goodman, ed. *The Emergence of Jewish Artists in Nineteenth-Century Europe*, New York: Merrell, 2001, p. 37), his work nevertheless was included in an exhibition of Jewish art held in conjunction with the fifth Zionist Congress (1901) in Basel, Swizerland.

Bendemann married the half-sister of von Schadow in 1838, the same year he moved to Dresden to take up a professorship in the city's art academy. There he was commissioned to decorate three halls in the Royal Palace, a prestigious assignment documented in a publication made available in both German and English in 1857. Two years later, Bendemann was in Düsseldorf again, where he was appointed to succeed Wilhelm von Schadow as Director of the Art Academy, a position he held until 1867.

While the success of Bendemann speaks to a degree of acceptance for Jews, whether converted or not, in the German art world, things had changed dramatically by 1937 when five of Bendemann's works were available for purchase at Auktion 392. Had the artist still been alive at that point, he would have fallen under the Reich Citizenship Law of 1935, deprived of his entitlement to German citizenship and designated a mere 'national.' In light of the changed attitudes towards Germany's Jews, it would be of interest to know who bought *Frauen im Burghof (Women on the Grounds of a Castle)*, a watercolour initialed and dated 1837. The romantic image, reminiscent of a medieavel tapestry, is probably related to private decorative schemes he worked on prior to receiving the Dresden commission.





SE01393

## LOT 27

Carl (Karl) Alexander Brendel, *Straßenbau*, 1906,
111 x 175 cms, oil on canvas

In 1956, one of the first post-war exhibitions held in the shattered city of Frankfurt featured the work of Carl (Karl) Alexander Brendel (1875-1945), an artist who is said to have died of fever and hunger at the end of World War II. Brendel's popularity in the Frankfurt area had already been manifest in the only monographic study of his paintings and prints (W. Unus, *Carl Alexander Brendel*, Frankfurt-Oder: Trowitzsch & Sohn, 1937), where most of the works referred to were from collections in that city.

The largest oil on canvas included in Unus' study was *Bei der Arbeit*, the same painting that appeared at the Lempertz auction in 1937 under the title *Straßenbau (Road Building)*. Created in 1906, it pictured the construction of roads in Berlin, with the neo-Romanesque Kaiser Wilhelm Memorial Church, built between 1891 and 1895 (and later almost completely destroyed in a 1943 Allied bombing raid), looming in the background. Stern's brief notes in the Auktion 392 catalogue do not mention the locale, instead simply indicating that the painting had previously been in the collection of National Gallery of Berlin, an as-yet unverified assertion. He almost certainly acquired the Brendel during his final frenetic months in Germany, and thus the absence of such details is hardly surprising.

Of the many artists represented in Auktion 392, Brendel is certainly one who warrants greater attention from contemporary scholars. Like his father, the better-known painter Albert Heinrich Brendel (1827-1895), he studied in France and taught in the Weimar Academy. Alhough his paintings and graphic work resonate with what would now be described as conservative approaches to art-making, he appears to have led something of a 'bohemian' existence and was married to Aura Hertwig, a photographer who specialized in images of the nude female body and portraits of leading personalities in the theatre and dance worlds.





SE01394

# LOT 30

Richard Burnier, *Mädchen mit Kuhen*, 1878,
33 x 47 cms, oil on canvas

*Mädchen mit Kuhen (Maiden with Cows)*, painted in 1878 by Richard Burnier (1826-1884), is almost breathtaking in its simplicity and stillness. It is entirely representative of the 'paysages intimes' of the Dutch painter who settled permanently in Düsseldorf in 1869.



Born in The Hague into a family of Swiss Huguenot ancestry, Burnier was one of many artists from Northern Europe who moved to Düsseldorf, in his case from 1850-55, to take advantage of the Art Academy's unique combination of realism and romanticism. Unlike most of them, however, Burnier left for France, where he worked alongside Constant Troyon (1810-1865), who by then had combined the tenets of Barbizon landscape painting with a deep appreciation for the best of seventeenth-century Dutch painting. Subsequent reviews of Burnier's paintings almost always referred to the relationship between the two artists: a critic, responding to an 1872 New York exhibition that included a "brace of pictures" by Burnier, found in his art "a secret of light hardly caught by any artist since the death of Troyon...; his soft play of light, without trick or forcing, is wonderful" (*The Nation*, 28 November 1872, p. 356).

In Burnier's mature work, marked by a more limited palette than that of his French colleague, landscapes are inhabited by farm workers and animals, but exude a loneliness that seems to speak to rural seclusion. The quiet women in his paintings often appear more concerned with contemplation than labour, and their dark clothing, often picked out with white accents, echoes their interiority.

According to one of his daughters, Burnier and his British wife, Julia Furnivall led a charmed life, surrounded by artist-friends, in their adopted city (see C. Liesegang, "Mein Vater Richard Burnier," *Richard Burnier, 1826-1884*, Düsseldorf: Galerie G. Paffrath, 1965, n.p.). In the same text, she refers to the sorry deaths of her mother and her brother-in-law, the artist Max Stern, who were denied access to an air-raid shelter because he was a Jew.

The art dealer Max Stern was silent on the ownership history of *Mädchen mit Kuhen* in 1937. Perhaps the painting had been left in Galerie stock after the Burnier exhibition held there a decade earlier, although it had not appeared in any of the Stern catalogues in 1934 and 1935.

– *Katie Apsey*