## LOT 31

Wilhelm Camphausen, *Preußische Husaren in Feindesland*, 1843,
42 x 52 cms, oil on canvas

Wilhelm Camphausen (1818-1885) studied at the Düsseldorf Art Academy and was appointed professor of painting there in 1859, one of the many members of the Academy's staff who were represented by work at Auktion 392. He gained early renown for such historical paintings as *Flight of Tilly* (1841), and *Prince Eugene of Savoy at the Battle of Belgrade* (1843). Effectively, he became a representative of German patriotic art, and his paintings were brought into the collections of numerous German museums.

By 1880, Camphausen was of such stature that he was invited to participate in the designs for the massive celebrations marking the final completion of the Cologne Cathedral: see W. Hartmann, "Historisches Wahrheit–Künstlerische Weihe," *Wallraf-Richartz-Jahrbuch*, Vol. 41 (1980), pp.223-243.

At first glance, *Preußische Husaren in Feindesland (Prussian Hussars in Enemy Land)*, an 1843 painting once owned by the Countess Salm-Reifferschied-Krautheim (possibly Leopoldine, 1805-1878), would appear to be another of the historical battle scenes which made Camphausen so appreciated from the earliest years of his career. However, this particular painting is based on words written for a popular folksong. The lyrics for what became *Morgenrot, Morgenrot* had been penned in 1824 by Wilhelm Hauff (1802-1827), a prolific writer whose oeuvre included historical novels and fairy tales, as well as the lyrics for numerous folksongs such as *Morning Song of the Rider* and *Soldier's Love*.



The first stanza of *Morgenrot*, which has been translated as "Rosy dawn, rosy dawn, / Do you shine onto my early death / Soon the trumpet will call, / Then I must leave my life / I and many a comrade," resonates brilliantly with many of Camphausen's paintings. There we find heroic soldiers mounted on glistening horses, emerging from sfumato backgrounds and riding forth amidst the carnage of battle, all too willing to die for their fatherland.

At the time of its appearance at the Kunstauktionshaus Lempertz, this Camphausen painting may have struck a particular chord with supporters of the National Socialist party. Its ultra-nationalistic sentiment would have been appealing, as would its appropriation of an element from folk culture, a practice frequently employed by the Nazis.

– *Alexandra Anber*



SE01396

## LOT 44

Carl Engel, *Elternglück*, ca. 1862-1863,
64 x 55.5 cms, oil on canvas

Classified as a late Biedermeier painter, Carl Engel (1817-1870) produced this delightful family scene as part of a cycle of paintings designed to reflect and perhaps even foster 'respectable' German customs and moral values. The cycle was exhibited in Stuttgart in 1866, and as Stern noted in the Auktion 392 catalogue, it was also photographically reproduced and published in a portfolio edition.

*Elternglück (Parent's Joy)*, along with the five other paintings in the cycle, was in fact published twice, once in Frankfurt prior to the Stuttgart exhibition, and once in Berlin during the same year as residents of Stuttgart were given the opportunity to see the actual paintings, one of which sold to a collector in the United States. The cycle revealed the artist's nostalgic contemplation of pre-industrial middle-class virtues and his privileging of the simplicity of domestic life. Like other earlier Biedermeier painters, Engel sought to convey the reality of children's daily life rather than treating depictions of children in the same manner as adult portraiture. A drawing for *Elternglück*, illustrated in W. Stolle, *Carl Engel gennant von der Rabenau*, (Kassel: Hessischer Museumverband, 1987, p.163), indicates, however, that the artist reduced somewhat the rolls of baby fat in the painting. He also gave the mother a more central role, showing her embracing the thick comforter as she might a child, rather than turned away and absorbed in her task of straightening the bedding. Through such subtle alterations, Engel created a tightly unified family group framed by a chapel-like bed.



Born in Londorf, Carl Engel studied at the Düsseldorf Art Academy in the 1830s before completing his education in Munich, but the years of his mature and relatively successful career were spent in Rödelheim, near Frankfurt. Nothing in the Lempertz catalogue suggested how the Engel came to be in the Galerie Stern's stock. While Auktion 392 offered a number of other paintings that focussed on children, either as the subjects of portraits or shown in groups at play, as well as another *Elternglück*, painted by Karl Friedrich Schick (1826-1875), it is too early to speculate on any special commitment of Julius or Max Stern to such work.

– *Katie Apsey*



SE01397

## LOT 54

Eduard von Gebhardt, *Auf dem Krankenbett*, 1870,
63 x 80 cms, oil on wood

If Eduard von Gebhardt (1838-1925) was central to the history of the Galerie Stern, Klara Maria Anna Jungnick von Gebhardt (1851-1897) was just as central to the art of her husband. Her face can be glimpsed over and over again in his religious paintings from the early 1870s until her death. For this oil on wood from Auktion 392, entitled *Auf dem Krankenbett (From the Sickbed)*, she is said to have been the model.

The harrowed features of the young Klara, with haggard eyes and half-open mouth conveying so well the misery of illness, are in sharp contrast to her vivacious presence in an 1878 portrait by von Gebhardt that was offered at the final auction mounted by the Sterns in March 1933. There she was shown in Old German dress, with even-toned skin and clear, alert eyes. Nevertheless, the Lempertz work is the more compelling portrait: nothing deflects one for long from Klara's face, set against stark white that highlights the mottled, feverish skin.

*Auf dem Krankenbett*, paired in *Die Bestände*'s illustration sequence with the expressive *Pietà* of Nicaise de Keyser (see Cat. 89), was one of ten works of art by von Gebhardt in the liquidation sale. In certain respects, they constituted a very personal chronicling of the artist's life in Düsseldorf. Three of the oils had been in the 1925 memorial exhibition that Julius Stern had helped organize, and each of those was a self-portrait. One was dated to 1860 and another to 1867, both therefore showing the young von Gebhardt in the early years of his long residence in the city. Finally, the group included a portrait of Ludwig Paul Wilhelm Keller (1865-1925), a now-obscure Düsseldorf artist and bookseller who had written an obituary for von Gebhardt in 1925.

*Die Bestände* was silent on the question of where *Auf dem Krankenbett* had been before it entered the Galerie's 'remainders.' Whatever its origins, the painting and its companions cumulatively provided a fitting ending for the long-term relationship between the Galerie Stern and its star artist. The story, however, was not quite finished. A von Gebhardt painting owned by West's Galleries, the new Stern family art dealership in London, made it across the channel in the fall of 1938 for a memorial exhibition in the Estonian capital of Tallinn (see E. Thomson, *Eduard von Gebhardt, Leben und Werk*, Lüneburg: Verlag Nordostdeutsches Kulturwerk, 1991, p.87). Someone made sure there was a Stern-von Gebhardt pairing at the last major showing of the artist's work for many decades.





SE01398

# LOT 85

Arthur Kampf, *Der Kohlenträger*, n.d.,
53 x 72 cms, oil on canvas

Julius Stern had expressed interest in the work of Arthur Kampf (1864-1950) in his earliest years as a collector. *Der Kohlenträger (Coal Carrier)* was one of many paintings by Kampf to have passed through the Galerie, but as was often the case at Auktion 392, it was not a shining example of its creator's abilities. It had already failed to sell in 1935.

Born into an Aachen family of painters, Kampf studied at the Düsseldorf Art Academy from 1879-1891, with Eduard von Gebhardt as one of his teachers, and in 1894 was made a professor there. His style was shaped by his travels throughout Europe where he studied the works of many artists, but most notably the paintings of Diego Velázquez (1599-1660), a Spanish painter whose subject matter and style would continue to fuel Kampf's art after he moved to Berlin in the late 1890s to take up a position at the Berlin Art Academy. Kampf became well known throughout Europe as a painter of large-scale history and genre scenes, especially those that ennobled the proletariat.



Kampf later emerged as a great favourite of Hitler and the National Socialists, sometimes contributing depictions of major Nazi events that were then exploited for propagandistic purposes. He was awarded the Eagle Shield of the Third Reich in 1939 as 'The German Painter'. Almost certainly as a result of his standing during the Third Reich, his career has not been the subject of a major post-war monograph. Nevertheless, it merits consideration, since Kampf had been supportive, at times to his own detriment, of modern art during his early years in Berlin. An understanding of how the elderly artist became implicated in a milieu that despised such production could be valuable.

In 1898 the Berlin Secession, a group that openly supported modernist changes and experimentation, was formed. Though not a member, Kampf was open about his support for some of the Secession's aims and fought for the inclusion of new and avant-garde work in Germany's National Gallery and the country's travelling exhibitions. In 1902, as the chair of the jury for the official salon, he caused a stir when he invited some French artists to participate, a move that led to the rejection of over 2,000 German paintings for the salon of the following year: see P. Paret, *The Berlin Secession: modernism and its enemies in imperial Germany*, Cambridge, Mass.: Belknap Press, 1980, pp.107-109.

– *Sharon Murray*



SE01399

## LOT 88

Friedrich August von Kaulbach, *Frühlingsreigen*, n.d.,
31 x 24.5, oil on wood

Among the more spirited works in Auktion 392 was *Frühlingsreigen* (*Song of Spring*), painted by Friedrich August von Kaulbach (1850-1920). Three women in relatively free-flowing 'Grecian' dress, are shown engaged in a spring round dance in the midst of a lush garden setting. They presage the artist's later interest in Isadora Duncan, the American dancer who captured the imagination of so many European audiences and artists.



Von Kaulbach was born into a cultured and well-established German family of artists. His father, Friedrich Kaulbach (1822-1903), was a well-known historical portrait painter who provided the young von Kaulbach with his first instruction in painting. At the Academy of Arts in Nuremberg, von Kaulbach furthered his skills in the fine arts and set his artistic career in motion. He spent some time in Italy, and made the first of many lengthy visits to Paris in 1883. Although the precise date for *Frühlingsreigen* is unknown (as is its provenance), its clear correlation with the dancers in *Vorbereitung zum Fest* from 1880-1885 (posted on the Lost Art Internet Database, along with another related work, *Opferfest*) suggests the painting may have been created around the time of the artist's initial exposure to Paris. Von Kaulbach continued to exhibit his work throughout Europe, bringing him medals of excellence in Berlin, Munich and Vienna. In 1886, he was appointed Director of the Munich Academy of Art, a position he held until 1891.

Apart from his career as a painter, von Kaulbach was appreciated in his own time for his large collection of art and for his desire to establish a rapport between artists and potential supporters of their work. He acquired paintings by the likes of Titian, Van Dyck and Rubens, as well as Roman sculpture, and hosted gatherings in Munich that aimed to bring together patrons of the arts, well-to-do families and business people with artists of the day. Today, von Kaulbach is most often mentioned because his daughter, Mathilde or Quappi, married Max Beckmann, one of Germany's most renowned modern painters, in 1925, but Klaus Zimmermann's *Friedrich August von Kaulbach, 1850-1920*, Munich: Prestel Verlag, 1980, established the need to take seriously the contributions of one of Germany's most aristocratic painters.

In 1929, von Kaulbach's estate and collection of artwork began to be auctioned off or sold piece by piece by his wife, the violinist Frida Scotta. Nothing to date is known of how *Frühlingsreigen* came into the Galerie Stern's final stock.

– Sharon Murray



SE01400

## LOT 89

Nicaise de Keyser, *Pietà*, 1848,
25 x 21, oil on wood

Although relatively unknown to the art world today, Nicaise de Keyser (1813-1887) was an important nineteenth-century Belgian painter whose reputation reached well beyond the borders of his country. The recent restoration of a cycle of thirty-nine history paintings in the entrance hall of the Antwerp Museum may contribute to a revival of interest in his career.

Born in Santviet, Belgium, de Keyser spent the majority of his life in Antwerp, a city that experienced great artistic prosperity during the nineteenth century. At a young age, he received accolades for his decorative painting of a church in the Belgian countryside, and in 1839 he was decorated with the Order of Léopold, the highest military order of Belgium. Over the course of his career, de Keyser was commissioned for history paintings by many European courts. De Keyser was also an important figure in two important Belgian institutions. Nominated a member of the Belgium Academy in 1845, by 1856—the year after his appointment as Director of the Antwerp Academy of Fine Arts—he had become the head of the country's gathering point for its most distinguished citizens.

During his tenure as Director of the Academy of Fine Arts, from 1855-1879, de Keyser was remarkably active as an artist. The cycle of paintings he produced for the Academy, intended to depict the rich artistic history of the school and the city, absorbed ten years of intense labour (see http://museum.antwerpen.be/kmska/Engels/hall.htm for an account of its restoration), but this did not dissuade him from taking up another ambitious commission in the south of France once it was finished. From 1875-1877, he worked on four huge canvases, filled with portraits of great artists of the past and present, destined for the Nice 'palace' of Ernest Gambart, one of Europe's major art dealers and print publishers: see J. Mass, "Gambart and the Missing de Keyser Pictures," *Connoisseur*, Vol. 190 (Oct. 1975), pp. 80-86.

The Auktion 392 de Keyser, a *Pietà* that forces the viewer into an intimate confrontation with the restrained yet palpable grief of the Holy Mother, was painted in 1848, at a point when his reputation was already secure. In contrast to the softly-rounded forms met in his history and portrait work, the figures here appear to be chiseled out of wood or stone, almost as if they were part of a sculpted relief. The Lempertz catalogue gave no provenance for the small devotional panel.

– *Sharon Murray*





SE01401