## LOT 94

Johannes Hermanus Koekkoek, *Seesturm*, 1841,
69.5 x 93 cms, oil on canvas

Johannes Hermanus Koekkoek (1778-1851) was 'father' to the vast and influential Koekkoek family dynasty of nineteenth-century Dutch painters, which included Barend Cornelis (1802-1862) and Hermanus (1815-1882). The Galerie Stern dealt with a number of works by members of the Koekkoek family in 1934 and 1935, although nothing by its founder was listed in the catalogues from those years.



*Seesturm (Sea Storm)*, 1841, is one of the more dramatic works by Johannes Hermanus Koekkoek, an artist better known as a sea and river painter who created gentle visions of the water-conscious world of Holland. His image of the seascape, like that of other Dutch painters of the period, alludes to the importance of maritime trade and the weakened power of the church on the sale of works to a new merchant class. However, with the dawn of the nineteenth century, the seascape, once thought of as symbolizing a movement toward God, began to be seen as representing a perilous and volatile voyage through life.

Johannes Hermanus Koekkoek's use of scale to miniaturize the boats and figures thrown about against a background of a violent storm points to what would later be interpreted as the beginnings of a modern iconography. The tempest and shipwreck would become a well-used metaphor for the "implacable temporality of human existence connected with the ever-changing rhythms of the sea" (H. Isham, *Image of the sea: oceanic consciousness in the romantic century*, New York: Peter Lang Publishing, 2004, p. 33). In this new variation on a traditional theme, *Seesturm* depicts the unpredictability of the natural forces of the sea against the craggy coast and the rescue boats that seem almost to have been tossed onto the shore. The Auktion 392 catalogue, which failed to give any provenance for *Seesturm*, did not include a descriptive text for the painting, one that might help determine whether the lighthouse structure in the right background was fictional or intended to represent a particular locale.

– *Andria Hickey*

## LOT 97

Christian Kröner, *Hirsch im Teutoburger Wald*, 1889, 105.5 x 160 cms, oil on canvas

*Hirsch im Teutoburger Wald (Stag in the Teutoburg Forest)*, a large 1889 painting by Christian Kröner (1838-1911), is a fine example of the type of work that would have appealed to the bourgeois clientele who frequented the Galerie Stern and many other art galleries in Germany. Indeed the Galerie had held a solo show of Kröner's paintings in 1920, and offered two smaller works in its 1935 exhibition, neither of which reappeared at Auktion 392.



In the painting, a stag and a doe appear startled in their setting, a superbly rendered portion of the Teutoburg Forest, which was an area visited annually by Kröner, the only regular stop in his extensive travels. It was also an historically important forest in Germany, for a long time identified as the site of a first-century CE battle between the soldiers of the Roman Empire and Germanic tribes led by Arminius. Arminius became a national hero in the nineteenth century, but it is likely Kröner was attracted to the Teutoburg for its aesthetic and hunting possibilities.

A largely self-trained artist, Kröner moved to Düsseldorf in 1862, where he was able to establish a strong reputation as a hunt and landscape painter, with particular attention paid to his bold use of burnt oranges and greens in his expansive forest scenes. Success led to the development of a small coterie of students, as well as membership in the Berlin Academy, where he was also given the title of Royal Professor. He exhibited in France and Belgium, and some of his paintings were sent to the 1893 World's Columbian Exposition in Chicago. Well before the end of his life, he was considered one of Germany's very best hunt painters.

As exhibition histories for Kröner demonstrate, his reputation survived his death for some time, possibly because it was tended to by his wife, the artist Magda Helmcke Kröner (1854-1936). She had come to Düsseldorf to study landscape painting with Kröner, but went on to establish an independent practice, creating vibrant flower paintings, some of which were purchased by Kaiser Wilhelm II. Interest in her husband's work certainly declined through the twentieth century, although a 1972 publication (C. Schröder and B. Poschmann, *Christian Kröner: sein Leben und Schaffen; Bildband*, Rinteln: Bösendahl) suggests a lingering appreciation in the small town in which Kröner was born.

## LOT 108

Johann Heinrich Meyer, *Italienische Landschaft*, 1796,
53 x 68.5 cms, watercolour

*Italienische Landschaft (Italian Landscape)* by Johann Heinrich Meyer (1760-1832) was placed second in the sequence of illustrations for the 1937 catalogue. Its prominence may have reflected Max Stern's special respect for the art writings of Johann Wolfgang von Goethe (1749-1832): Meyer—an extremely close associate of the German polymath—had included, according to notes in *Die Bestände*, the figure of Goethe in the watercolour.

Meyer, also known as Kunschtmeyer and Goethemeyer, was born in Switzerland and studied landscape and portraiture there. However it was Johann Joachim Winckelmann's *History of Ancient Art* (1764) that would have the more lasting impact on both Meyer's artistic practice and his writing. He went to Rome in 1784 to further his classical studies, joining the German community there, and three years later met Goethe. A lasting friendship was formed, with Meyer being an intermittent houseguest in the Goethe family home in Weimar from 1791 until 1802. Meyer was appointed professor at Weimar's Freien Zeichen-Akademie in 1795, and its director in 1806, but a more important contribution to the art world came through his co-founding, with Goethe, of the *Propyläen* in 1798. This short-lived art journal became a platform for the dissemination of their theories concerning Nature and Art from a classicist point of view. Years later, in 1825, the two men were involved in another important joint endeavour — the opening of Weimar's first public art museum. The aims of the museum echoed those of the *Propyläen* in advocating Winckelmann's theory of classicism against the romantic movements of the time.

In *Italienische Landschaft*, we find Meyer adhering to these classical principles. Simplicity and quiet grandeur reign: the two chestnut trees dominate much of the surface, while a sweep along a gently meandering river draws the viewer's eye back into the carefully-ordered distance. All elements harmonize to form the whole of the landscape, and following Goethe's ideas on the origins of landscape painting, the small figures lend interest to the image, but not at the expense of Nature.

Meyer generally has been better known for his role as art advisor to Goethe than for his own visual production and writings. J. Klauß's book, ***Der Kunschtmeyer: Johann Heinrich Meyer: Freund und Orakel Goethes*** (Weimar: Hermann Böhlaus Nachf., 2001), brings Meyer out from under Goethe's shadow, reclaiming his place and influence in Weimar culture and society.

*– Alexandra Anber*





SE01404

## LOT 135
Wilhelm von Schadow, *Selbstbildnis des Künstlers*, n.d.,
59 x 43 cms, oil on canvas

The self-portrait of Wilhelm von Schadow (1788-1862) was in its rightful place at Auktion 392. Julius Stern had been an advocate for the Düsseldorf School as both a collector and art dealer, and no one had been more instrumental than von Schadow in establishing the city's vibrant art milieu in the nineteenth century.



Born in Berlin as the second son of the converted Jewess, Marianne Devidels, and her husband, the prominent sculptor Johann Gottfried von Schadow (1764-1850), the artist traveled to Rome with his brother in 1811 for what turned out to be a transformative period in the Italian city. He became a member of the Brotherhood of St. Luke (the Nazarenes), and converted to Catholicism. From 1815-1817, he worked with other German artists on a fresco cycle of the Story of Joseph for the sitting room in the 'Casa Bartholdy' of Jakob Salomon Bartholdy (1779-1825), the Prussian consul.

The cycle attracted much attention, with all of the participating artists benefitting from the acclaim. Von Schadow became professor at the Berlin Academy in 1819, and in 1826 was called to Düsseldorf to become Director of the Art Academy, a position he held until 1859. A number of Berlin students followed him, many of them becoming instructors when von Schadow reorganized the staff and reformed the curriculum. Among his pedagogical innovations were the 'master-class' and formalized instruction in landscape painting. As C.A. Grewe has established in "The invention of the secular devotional picture," (*Word & Image*, Vol.16, No.1 [Jan.-March 2000], pp. 45-57), perhaps his greatest contribution to work produced by the city's artists was his demand for the extension of the emotive basis of Nazarene painting into history and genre painting. The resulting sentimentality of Düsseldorf art, often attributed to a desire for bourgeois escapism, was instead, Grewe argues, determined by von Schadow's belief in the need for the artist to identify personally with the content of the subject, drawing upon his/her "loving disposition."

According to notes in the Auktion 392 catalogue, the undated *Selbstbildnis des Künstlers* was a pendant for a portrait of his daughter, the poet and translator Sophie Hasenclever (1823-1892) that hung in Wiesbaden's Picture Gallery. This information was repeated in the catalogue text for a 15 November 1972 Lempertz auction in which von Schadow's self-portrait was again listed for sale, without a Stern provenance being mentioned.

– *Alexandra Anber*