## LOT 161

Hans Thoma, *Rheinufer*, 1885,
60 x 74 cms, oil on cardboard

Hans Thoma (1839-1924) was a painter who, though his early career was less than glittering, had achieved enormous success by the early part of the twentieth century. His standing has remained strong ever since, a small measure of which can be seen in the decision Max Stern took in 1937 to illustrate both of the Thomas up for auction in Cologne.

Thoma was born in the village of Bernau in the Black Forest, where he apprenticed with a painter of clock-faces before studying landscape painting at the Karlsruhe Academy from 1859-66. Perhaps due to his initial lack of success, Thoma stayed his own path, and was rarely influenced by contemporary developments in art. He did, however, find a kindred spirit in Gustave Courbet (1819-1877) during a trip to Paris in 1868. In Courbet's work, Thoma saw an approximation of the type of realism he sought for his own work, one that could evoke the spirit of the land and the people of his native district.

Thoma's first significant commission came in 1882 when he painted five frescoes with scenes from Wagnerian operas in an architect's home in Frankfurt. The Auktion 392 *Rheinufer (Banks of the Rhine)* was painted three years later, at a time when he had fully developed his talents as a colourist. Thoma employed surprising colour combinations, with a strong penchant for grays and greens. In *Rheinufer* we can imagine, based on a comparison with such works as the 1885 *Schwarzwaldbachlein*, a predominant colour scheme of varying tones of grays, greens and blues, juxtaposed in new and unexpected manners.

It was in Frankfurt that Thoma met the art historian, Henry Thode (1857-1920), who was to champion the artist's work and bring his extensive oeuvre to the attention of the public. In 1909, Thode published a monograph, *Thoma; des Meisters Gemälde in 874 Abbildungen* (Stuttgart and Leipzig: Deutsche Verlag), in which *Rheinufer* was illustrated as plate 237. This reference, given by Stern in 1937, allowed P. Dombowsky to discover the painting's reappearance on the art market in November 1983, when Lempertz offered it at auction 597 (*Alte Kunst*, p. 251), without provenance, under the title of *Rheinlandschaft*.

Thode was highly critical of foreign influences on German art, characterizing the impact of French Impressionism as a subversion of German culture. In Thoma, he found a 'true' German artist, hailing his work as the embodiment of national identity. Such sentiments were to be echoed under National Socialism, and over twenty of Thoma's paintings were collected for Hitler's planned museum complex in Linz, Austria.

– *Alexandra Anber*





SE01406

## LOT 168

Emile C.H. Vernet-Lecomte, *Aimée, eine junge Ägypterin*, 1869, 130 x 88 cms, oil on canvas, photo: Sotheby's

Although *Aimée, eine junge Ägypterin (Aimée, a Young Egyptian)*, a painting by Emile C. H. Vernet-Lecomte (1821-1900), was not illustrated in the Lempertz catalogue, it has been possible to locate images of the work by referring back to an 1895 art sale in The Hague mentioned by Stern in his 1937 provenance notes.

The Hague catalogue included a black-and-white reproduction of the work, confirming P. Dombowsky's conviction that a painting sold by Sotheby's New York in 2001, without provenance and under the title *Cimbals*, was a match for *Aimée*. The colour illustration in the Sotheby's catalogue (*19th Century European Art, November 2, 2001*, p.23) makes *Aimée* one of the very few works in this exhibition which lends itself to more than speculation about artistic merit.

*Cimbals* is in some ways the more appropriate of the two titles. The rich gold tones of both the finger cymbals and elaborate necklace move the eye across a sumptuous display of muted colours and textures, and also highlight the creamy skin of the young dancer, as well as her scantily-covered breasts. They play a key role in what appears to be a superb painting, signed and dated to 1869. However, *Aimée* is more likely to be seen by some as belonging to a vast complex of textual and visual 'knowledges' that, in the wake of Napoleon's march into Egypt, came together in an almost seamless vision of the 'Orient' directed at the subjugation of the region by the West. Edward Said's now-classic *Orientalism* (Harmondsworth: Penguin, 1978) provided the starting point for such a critique, still being intensely debated.

Vernet-Lecomte entered the 'Orientalist' fold easily. The Parisian-born member of an artistic family whose accomplishments stretched back to the eighteenth century, he was also the nephew of Horace Vernet (1789-1863), a noted painter of battles, some of which took place in North Africa and served the imperialist ventures of the times. Horace Vernet was also a producer of 'Orientalized' scenes in which even female religious figures could be highly eroticized. Vernet-Lecomte, or Lecomte-Vernet as he is also called, has been somewhat smothered by his more illustrious relatives, to the point that Stern dated his death to 1874. His art is in need of serious scholarly attention.





SE01407

# LOT 173

Emile Wauters, *Kairo*, before 1889,
36.5 x 54 cms, oil on canvas

Painted by Emile Wauters (1848 -1933), *Kairo* was another work from the Steengracht van Moyland collection offered for sale in The Hague in 1895. Like Lecomte-Vernet's *Aimée*, *Kairo* was an Orientalist creation, although one focussed on the unusual, 'exotic' architecture and customs of Egypt rather than the 'erotic' female body.

This image of Egyptian life might appear atypical for Wauters, whose most prized works were and are history paintings. He started to create grand historic canvasses when he was only twenty, and King Leopold II of Belgium was sufficiently impressed by the achievements of this Brussels-born artist that he purchased *The Great Nave of St Marks* before 1870. Such success, as well as the desire to compensate the young artist for his age-related ineligibility for Salon medals, led the Belgian government to appoint Wauters to the delegation sent to the 1869 opening of the Suez Canal. Three years later, Wauters took the European art scene by storm with his *Madness of Hugo van der Goes*, a searing imagining of mental illness now in the Royal Museums of Fine Arts, Brussels. His interest in van der Goes, a gifted Flemish painter from the fifteenth century, reflected a tendency among Belgian artists of the nineteenth century to use the lives of 'Old Masters' of the region to construct the notion of a unified and accomplished national past.

If Wauters career would have proceeded well without his Suez Canal trip, the experience there equipped him to exploit a popular type of imagery, and also led to the largest commission of his career. In 1881, he created a vast panorama, *Cairo and the Banks of the Nile*, for the Brussels Mosque located in the Parc du Cinquantenaire. Measuring 380 ft. by 49 ft. and executed in only six months, the canvas was also exhibited with great success in Munich and The Hague. The Auktion 392 *Kairo* may be related to the panorama: certainly it was painted before 1889, when Steengracht van Moyland purchased it from a Belgian collector.

Between 1889 and 1900, Wauters contributed regularly to the Royal Academy of London and also earned honourary memberships in the academies of Vienna, Berlin and Munich. The last forty years of his life, when much of his work consisted of portraiture, were spent in Paris, where, according to an obituary in the *London Studio* of 1935 (Vol. 9, No. 109, pp. 164-165), his home "was an international centre of attraction for art lovers and sitters of distinction."

– *Katie Apsey*





SE01408

## LOT 176

Jan Hendrik Weissenbruch, *Alte Eiche bei einem Bauernhof*, 1878, 30 x 40 cms, oil on wood

In 1933, it was estimated that over two-thirds of the total art production of Jan Hendrik Weissenbruch (1824-1903), a Dutch artist much respected by Vincent van Gogh, was in Canada. Montreal collectors started the rage for his work in the late nineteenth century and it spread west.

The Montreal connection with Weissenbruch has been discussed in several publications of Marta H. Hurdalek, most extensively in her exhibition catalogue, *The Hague School: Collecting in Canada at the Turn of the Century*, Toronto: Art Gallery of Toronto, 1983. There she also elaborates on the involvement of Edward B. Greenshields (1850-1917), a noted Montreal businessman and collector, in the fostering of Weissenbruch's Canadian reputation. In 1904, he published *The Subjective View of Landscape Painting, with Special Reference to the J.H. Weissenbruch from Works of His in Canada*, effectively the first monographic study of the artist and one of the earliest art historical studies written in Canada.

Now regarded as one of the finest representatives of The Hague School of landscape painting, Weissenbruch did not have an easy path through what eventually became a significant career, capped by a gold medal at the 1900 International Exposition in Paris. Though born into a family of collectors and painters, and educated at The Hague's Art Academy, he was already forty-four years old when the press acknowledged him for the first time, and even the awarding of the Paris medal drew less attention than might have been anticipated. As Hurdalek has elsewhere established (*J.H. Weissenbruch, 1824-1903, Jan Cunencentrum Oss; Haags Gemeentemuseum.*, Zwolle: Waanders, 1999, p. 173) some of his difficulties were attributed at the time to the "silence" of his dedication to the world of nature and "the modesty of his attitude towards art."

Something of his humility in the face of the natural world is to be observed in *Alte Eiche bei einem Bauernhof (Old Oaks by a Farmhouse)*, painted in 1878. Ancient oak trees dominate a farmhouse in the midground and a vast expanse of pancake-flat Dutch landscape stretches back into the distance on the right. One longs to see the work—another of the paintings from the A. Preyer sale of 1895—in colour, as Weissenbruch was noted for his capacity to render compelling skies, ranging from crystal-clear blues through to chilling greys.

– *Katie Apsey*





SE01409

# LOT 181

Franz Xaver Winterhalter, *Mädchen aus den Sabiner Bergen*, n.d.,
74.5 x 63 cms, oil on canvas

Of the many paintings bought at Auktion 392, Franz Xaver Winterhalter's *Mädchen aus den Sabiner Bergen (Girl from the Sabine Mountains)* is the only one for which the purchaser is known as this catalogue goes to press. Bought at the auction by Dr. Karl Wilharm (1877-1956), the second husband of Countess Lilli von Platen-Hallermund (born 1903), it is currently in the possession of her daughter, an American resident.

While Winterhalter (1805-1875), who was born in Menzenschwand in the Black Forest and spent much of his life in Paris, was not an artist closely identified with the Galerie Stern, the presence of this work at the Cologne event was clearly considered of importance. It was the first illustration in the catalogue, which unfortunately was silent on the issue of provenance and did not suggest a date.

The painting is probably from the early years of Winterhalter's career, when, inspired by his grand tour of Italy from 1833-34, sponsored in part by Grand Duke Leopold of Baden, the artist produced a series of genre scenes. It included *Roman Genre Scene* (1833) and *Il Dolce Farniente* (1836), a work that was extremely well received at the Paris Salon of 1836. As with these paintings, the atmosphere here combines reverie and abandonment; the maiden's state of recline is both serene and sensual. The tranquility of the scene is reiterated by its triangular composition, counter-balanced to the left with a hint of seascape, a leitmotif in Winterhalter's early works. Based on *Roman Genre Scene*, in which can be found comparable peasant garments with billowing sleeves, a like band of embroidery and a similar head-dress, it is safe to assume that *Mädchen* was also worked up in a rich palette of saturated hues.

Paintings like *Roman Genre Scene* and *Il Dolce Farniente* brought Winterhalter acclaim from his peers and art critics. However, he abandoned this type of work in favour of royal portraiture, an aspect of his career most recently studied by R. Ormond and C. Blackett-Ord in the exhibition catalogue *Franz Xaver Winterhalter and the Courts of Europe 1830-70* (London: National Portrait Gallery, 1987). The impressive commissions he received from this shift in orientation undoubtedly took some of the sting out of the criticism issued by his peers when he changed course. Queen Victoria was drawn to his art and he became her principal portraitist, painting over a hundred oils for her. Many of these are still in the Royal Collection.

*– Alexandra Anber*





SE01410

# LOT 182

Heinrich von Zügel, *Kuh auf der Weide*, 1898,
43.3 x 63 cms, oil on canvas

*Kuh auf der Weide (Cow on the Pasture)* was the last of a significant number of paintings by Heinrich von Zügel (1850-1941) to be associated with the Galerie Stern. Known for his representations of domestic animals, especially sheep and cattle, von Zügel expressed his belief in the connection between humans and the natural world by progressively abandoning detailed rendering in favour of a unifying, impressionist application of paint.



Painted in 1898, *Kuh auf der Weide* is moving along this path towards semi-abstraction, and accurately reflects the life-long focus on rural life that often led von Zügel's work to be interpreted in relation to formations of a German national identity. Although anything but an advocate of National Socialism, the artist was the subject of a monograph in 1941, part of *Die Kunstbücher des Volkes* series published in Berlin that featured artists approved of by the Nazis.

Born in Murrhardt, the son of a sheep breeder, von Zügel exhibited drawing abilities at an early age and embarked upon formal studies starting in 1867, spending time in Stuttgart, Vienna and Munich. By the 1880s he had achieved institutional success. Museums began to collect his work and at the World Exhibition in Vienna in 1883, he was awarded the gold medal for his painting *Schafwäsche (Sheep Washing)*. This was but the beginning of a succession of medals and awards, including the Knight's Cross of the Bavarian Crown. His impact on German art was enhanced by his professorship at the Munich Academy from 1895-1922, locating him in a city whose art scene was considered by then the most vivacious in Germany and second only to Paris in Europe.

As confirmed by E. Diem (*Heinrich von Zügel: Leben-Shaffen-Werk*, Recklinghausen: A. Bongers, 1975), von Zügel's reputation, which spread throughout Europe and North America, attracted many students who studied with him either in Munich or at his summer school in Wörth on the Rhine. Walter Kuhn, the American artist and later one of the leading organizers of the fabled 1913 Armory Show that signaled the arrival of Modernism in the United States, studied with the animal painter while in Munich in 1901. One of von Zügel's more unusual instructional relationships was with Princess Hildegard Wittelsbach, daughter of Ludwig III, the last king of Bavaria. She would send drawings by post to von Zügel who would then return them to her with 'corrections.'

– *Katie Apsey*



SE01411