## LOT 184

Willem Buytewech the Younger, *Landschaft mit Ziegen*, 1664, 44.5 x 33.5 cms, oil on canvas

*Landschaft mit Ziegen (Landscape with Goats)*, a 1664 oil on canvas by Willem Buytewech the Younger (1625-1670), is one of only six paintings credited to the artist in O. Naumann's important contribution to *Essays in Northern European Art: Presented to Egbert Haverkamp-Begemann on his Sixtieth Birthday*, (Doornspijk: Davaco Publishers, 1983, pp. 194-102).

The artist's father, Willem Buytewech the Elder (c. 1591-1625) was a Dutch painter and engraver recognized in his lifetime and ever since for his spirited genre scenes of dandies, fashionable ladies and lusty wenches. There is little known about Buytewech the Younger, or Willem Willemsz. as he was called, other than that he lived in Rotterdam in 1658 and was described by a contemporary from Amsterdam as being a painter of Christmas nights and animals.

As Naumann argued, albeit on the basis of very few examples, the work of Buytewech the Younger normally lacked genuine originality. Motifs and compositions can be linked readily to borrowing from paintings by other contemporary animal and landscape painters, although these were brought together in personal and successful adaptations. Certainly, as can be seen in *Landschaft mit Ziegen*, sold by Dr. Stern shortly after the Lempertz auction, the artist was capable of creating works of great charm. The buck looking up and towards a younger goat who stares out at the viewer, draws one into the social world of these domesticated creatures. This theme was amplified in a far more ambitious 1660's painting, *Goats and Sheep in a Grotto*, that was at the Newhouse Galleries in New York in the 1980s.

Naumann also compared the art of Buytewech the Younger and Jan Wijnants (1630-1684), an active Dutch dune landscape painter of the seventeenth century, finding many similarities in their treatments of rock, pebble, road and fence motifs, and concluding that a few Buytewech the Younger paintings are almost certainly hidden in Wijnants oeuvre. Obviously, an opportunity to examine the Auktion 392 painting, an initialled and dated dunescape, could assist in the process of identifying these.

– *Kimberlie Robert*





SE01412

## LOT 185

Ludovico Carracci, *Heiliger Hieronymus*, n.d., 40.5 x 31 cms, oil on wood

Although Julius and Max Stern generally focussed on Old Master paintings from Northern Europe, they occasionally handled Italian works. Auktion 392 offered this *Heiliger Hieronymus (St. Jerome)*, attributed by Stern to Ludovico Carracci (1555-1619), an extremely important early Baroque painter who helped orient Italian painting away from what many had come to view as the overwhelming artificiality of 'Mannerist' art. Stern's attribution was grounded in the writings of Hermann Voss, the Wiesbaden-based art historian and museum official who had come to know the painting well while it was on loan from a private collection in Berlin at Wiesbaden's Picture Gallery.

*Heiliger Hieronymus* is known to have been on the art market in May 2000, when it was included, as a Ludovico Carracci, in Lempertz Auktion 786 (*Alte Kunst: Gemalde. Zeichnungen. Skulpuren*). The catalogue for the sale provided a handy bibliography of attribution debates, which as yet have reached no definitive conclusions. It also gave a detailed provenance for the painting, indicating that it had been in prestigious collections in Italy and France and had spent a time in a British collection as work by Guercino (1591-1666) before arriving in Germany in 1933. The provenance also referred to the inclusion of the painting in Auktion 392, and its subsequent resting places in private Rhineland and Swiss collections. According to a 2004 Christie's New York catalogue (*Important Old Master Paintings, Friday 23 January 2004*), in which a 'copy' after the painting was listed, *Heiliger Hieronymus* is now in a private collection in New York.



Attribution may be a key issue for the painting, but its artistic strengths should not be overlooked. It is a bold, emotive treatment of St. Jerome in the wilderness, being greeted by angels. Understandably the composition attracted the attention of printmakers and painters, as demonstrated in the Christie's catalogue, where a drawing by Sir Joshua Reynolds derived from the figure of St. Jerome was illustrated.

## LOT 204

Jan van Kessel the Elder, *Felsenküste mit Meerestieren*, n.d.,
25 x 34 cms, oil on copper

To contemporary eyes, one of the oddest paintings in Auktion 392 is surely *Felsenküste mit Meerestieren (Rocky Coast with Sea Animals)*. Stern attributed it to Jan van Kessel the Elder (1626-1679) based on an earlier assessment by Wilhelm von Bode, by 1937 the long-deceased former curator of the Kaiser Friedrich Museum in Berlin. Van Kessel, the grandson of Jan 'Velvet' Brueghel the Elder (1568-1625), was an Antwerp-based specialist in small-scale paintings of subjects taken from the natural world, who also created multi-panel allegorical series showing animal kingdoms, the four elements, the senses, and the four continents of the world.



At times, Van Kessel consulted illustrated scientific texts for purposes of accuracy. In *Felsenküste*, the canvas is literally brimming over with beached creatures of the sea, with ships and an inhabited island in the middle distance. The presence of a slow-moving turtle, an agitated seal and penguins flapping their wings suggest the potential for some form of 'narrative' interpretation.

*Felsenküste* had been illustrated in a 1935 Galerie Stern catalogue that also included a description of a van Kessel *Meeresstrand (Beach)* on exhibit in the Königsallee premises at the same time. Neither catalogue gives any provenance information for the painting, but research conducted on behalf of the Stern Estate has established that both *Felsenküste* and *Meeresstrand* (with a church in Scheveningen, Holland, in the background) were illustrated in a ca. 1925 catalogue from the Galerie H.J. Brungs in Berlin. Unfortunately that earlier catalogue provides even less assistance for those interested in the life history of the small oil on copper—not even a title is given.

*Felsenküste*, a reproduction of which is in Rijksbureau voor Kunsthistorische Documentatie under item 21631, where a date of 1661 is also suggested, is last known to have been in the hands of the Galerie Robert Finck, Brussels, in the early 1960s. It is now considered to be an allegory of water, a pendant to another oil on copper of the same size depicting creatures of the earth. This newer title makes sense, and would locate van Kessel further along a path set by his grandfather of reducing the prominence of personifications in imaging the Four Elements, something van Kessel had already imitated in an *Allegory of Water* offered for sale by the Newhouse Galleries, New York, in 1967: see *Apollo*, No.86 (September 1967) pp. XXV.



SE01414

## LOT 206

Cornelis Lelienbergh, *Stilleben mit toten Vögeln, Bronzemörser und blauer Decke*, n.d., 69.5 x 55.5 cms, oil on canvas

*Stilleben mit toten Vögeln, Bronzemörser und blauer Decke (Still-life with Dead Birds, Bronze Mortar and Blue Tablecloth)* had already appeared in 1934 and 1935 Galerie Stern catalogues. It was not sold at Lempertz in November 1937, or during the month prior to Max Stern's departure from Germany, and was subsequently referred to as part of the private collection seized by Nazi officials during World War II.

The *Stilleben* was attributed to Cornelis Lelienbergh (ca.1625-1676). Little is known of his life, except that he was active in The Hague throughout the course of his career and that his specialty consisted of game pieces. As J. Rosenberg and S. Slive suggest in *The Pelican History of Art: Dutch Art and Architecture 1600-1800* (Baltimore: Penguin Books, 1966), the Dutch rarely painted game, and when they did it tended to be more intimate and restrained than the dynamic productions of their Flemish counterparts. There exists a quietude in their work; Dutch painters' colour schemes are simpler and almost monochromatic, except for the copper ornaments which lend flashes of light and colour.



The conventional stillness and monochromatic palette exist in *Stilleben*. There is obviously more to be said about this painting, yet in attempting to do so, one enters into a debate about the meaning of Dutch still-life art that has been skillfully summarized in H. Grootenboer's *The Rhetoric of Perspective: Realism and Illusionism in Seventeenth Century Dutch Still-Life Painting* (Chicago: University of Chicago Press, 2005). Can traditional iconographic readings, ones that investigate whether one of the birds was edible and one not, as well as the relevance of the mortar and pestle for the preparation of meat, and then seek to resolve incongruous symbolism into a single 'truth,' escape the charge of overinterpretation? If not for what can be understood as symbols, does this game painting portray a daily kitchen scene? Is the emptiness a rhetorical trope of realism? Or is it a story of vanitas? Interpreted through a modern lens, the painting could imply the delicate balance between moderation and excess, and stand as a statement against greed.

After the War, Stern sought to locate this painting. Documents associated with his search reveal what had been left out of all the 1930s catalogues—the painting had earlier been in the collection of the Baron von Loe, of the Schloss Adendorf near Bonn.

– *Kimberlie Robert*

## LOT 207

Nicolas Neufchatel, *Bildnes des Jean Van Eversdijck*, 1580, 60 x 50.5 cms, oil on wood

*Bildnes des Jean Van Eversdijck (Portrait of Jan van Eversdijck)*, 1580, was one of the most striking works of art to be offered through Auktion 392, and was listed in the catalogue as previously having been owned by an unidentified friend of the former Kaiser. Since 1937, the Kunstauktionshaus Lempertz has offered it for sale twice, in 1977 and again in 1996. In neither case was Auktion 392 mentioned, although the information about the sitter was identical to what had appeared in the catalogue for the liquidation sale.



For information about the painting, Dr. Max Stern turned to Dr. Hans Schneider (1888-1953), a renowned Dutch art historian. Director of the Rijksbureau voor kunsthistorische en ikonographische documentatie (Netherlands Institute of Art History) in The Hague between 1932-1940, where he was primarily responsible for the integrity of Holland's Old Master collection and ensuring public accessibility. He identified the sitter, Jean van Eversdijck, aged 18 years, as a wealthy burgher who later, together with his wife, Antoinette Canis, donated a stained glass window to the Carmelite Church in Antwerp.

The portrait was attributed to Nicolas Neufchatel (1527- ca.1590), sometimes called Lucidel, an artist born in Flanders who then practiced art in Nuremberg after studies in Antwerp. He probably went to Germany, as did many other Flemish citizens, for religious reasons. Once in Nuremberg, Neufchatel dominated local portraiture from 1561 until at least 1573, producing a distinguished series of portraits, many of which were catalogued by R.A. Pelzer in "Nicolas Neufchatel und seine Nürnberger Bildnisse" (*Munchner Jahrbuch der bildende Kunst*, Vol. I, No.3 [1926], pp. 187-231). The portrait of Jean Van Eversdijck was painted in 1580, at what would have been a late phase of the artist's career. It is as strong as any of Neufchatel's earlier works, with the intense, almost haughty look on the face of the young man recollecting the equally evocative features given to a student portrayed in the artist's 1561 *Bildnis des Nürnberger Schreibmeisters Johann Neudörffer und eines Schülers*, in the Old Picture Gallery in Munich.

The attribution of the portrait to Neufchatel has, to date, passed the test of time: with the artist's name misspelled as Neuchatel, the painting is now in the "Nins Collection: 140 Portraits of Children," held by the Fundación Yannick y Ben Jakober, at Alcudia, on Mallorca, Spain. A color reproduction of the painting, with its rich blacks and flashes of deep green, could be found at www.fundacionjakober.org/ninshome.html until August of this year.

– Kimberlie Robert



SE01416