The Catalogue

## LOT 210

Willem de Poorter, *Esther vor Ahasver*, n.d.,
94.5 x 97 cms, oil on canvas

Willem de Poorter (1608 - ca.1648), a seventeenth-century Dutch painter, is well known to those who follow Rembrandt scholarship. Recently, a painting owned by the National Gallery of Ireland and attributed to de Poorter since the nineteenth century, was reassessed by the Amsterdam-based Rembrandt Research Project and subsequently deemed to be an early work by Rembrandt van Rijn.

Such a fate, which increases both the allure and the value of the NGI's painting, is unlikely in the case of the 'de Poorter' included in Auktion 392, a work identified as *Esther vor Ahasver (Esther before Ahasuerus)*. Handled again by Lempertz in May 1941, it was downgraded to a 'follower of Rembrandt' when it was exhibited in 1968 in Mainz (*Werke Alter Meister aus Privatbesitz, Ausstellung im Kunstgeschichtlichen Institut der Johannes Gutenberg-Universität Mainz im Gutenberg-Gedenkjahr 1968 vom 7. Mai bis 20 Juni*, Mainz: Gesellschaft für Bildende Kunst in Mainz, 1968, p. 142). There a new title was also proposed—*Moses tritt die Krone Pharaos (Moses Trampling on Pharaoh's Crown)*—based on the painting's relationship to a text by Josephus Flavius, a Roman-Jew whose writings included an account of the young Moses reacting ungraciously to the playful gesture made by the Pharaoh when he placed his crown on the boy's head. Not a common subject for artists, a well-known and far more dramatic version of it was painted by Nicolas Poussin in 1645.



In the 1937 Lempertz catalogue, Stern gave no provenance or scholarly authentication for the ambitious, multi-figured painting. However, he showed no hesitation in his attribution of it to de Poorter, a Haarlem-based artist who some believe had studied with Rembrandt and whose religious works often resembled those of his more renowned Dutch contemporary. The 1968 exhibition catalogue mentioned above indicates that other artists influenced by Rembrandt have also been considered as possible authors, including Benjamin Cuyp (1616-1652) and Jacob de Wet (1610-1671).



SE01417

## LOT 211

Frans Pourbus the Elder, *Elias*, n.d.,
74.5 x 101 cms, oil on wood

Son of the Flemish painter Pieter Pourbus (1523-1584), Frans Pourbus the Elder (1545-1581) is best known for his portraits and religious works. He also produced landscapes and history paintings during a career that saw him become a master in the Antwerp Guild of St. Luke in 1869.



In Carel van Mander's 1604 *The Painter's Book*, the author recorded that Pourbus' teacher, Frans Floris (c.1516-1570), hailed him as his star pupil. Indeed, van Mander himself found Pourbus important enough to include a specific section about him in the book, considered the Northern European equivalent of Giorgio Vasari's 1550 *Lives of the Artists*. More recently, Pourbus has been positioned by art historians as an innovator in relation to iconography: his 1573 *Saint Matthew Composing his Gospel* is believed to be among the first paintings to show Matthew the Evangelist writing in Hebrew letters, and may have set a precedent for Caravaggio's famous version of the same subject: see I. Levin, "A Further Note on the Ancestry of Caravaggio's First Saint Matthew," *The Art Bulletin*, Vol. 62 (March 1980), pp. 113-114.

The painting in Auktion 392 attributed to Pourbus is entitled *Elias* and depicts an important incident in the life of the Prophet, also often referred to as Elijah. Elias is said to have lived (in the 9th century B.C.E.) in the Kingdom of Israel during the rule of King Ahab and Queen Jezebel. During their reign, the Queen introduced the worship of the idol Baal. Having opposed this action, the Prophet sought refuge from her wrath in the wilderness. There, as shown in the Stern painting, he was replenished by bread from an angel, who also provided solace.

The Prophet Elias is a heroic figure in Jewish tradition, for in his defense of God he is said to have proven that, 'The Lord alone is God.'

Stern's catalogue notes state that Max J. Friedländer, an art historian whose name is still writ large in the study of early Netherlandish painting, was persuaded of the high quality of *Elias*, and thought it might be a Pourbus, based on its affinities with the works of Frans Floris. The same notes record that the painting had previously been in the collection of Josef Plötzke of Aachen, but to date this information has not provided any insight into where it might now be located.

*– Alexandra Anber*



SE01418

## LOT 226

Marten de Vos, *Bildnis eines vornehmen Patriziers*, 1558,
100 x 61 cms, oil on wood

This portrait of an unknown individual aged 67 in 1558, and perhaps being shown, as part of a more complex religious work, in his role of church supporter or founder, was assigned to Marten de Vos in the 1937 Lempertz catalogue. De Vos (1532-1603), an important Flemish artist, was highly regarded for the altarpieces he created in Antwerp during the late sixteenth century and is thought to have set a standard for the ensuing work of Peter Paul Rubens.




By all accounts, de Vos lived his entire life in his native-born town of Antwerp, except for the seven years (ca.1571-1558) he spent studying in Rome, Florence and Venice. Back in Antwerp, his style was decidedly Italian—Venetian, more precisely. De Vos was also a draughtsman whose drawings were viewed as lively and accomplished, with signature romantic Italian landscapes in the backgrounds. He provided some 1600 designs to print publishers.

*Bildnis eines vornehmen Patriziers (Portrait of a distinguished Patrician)*, for which no provenance was given, was regarded as an important item in the 1937 auction, placed first in the sequence of the Old Master paintings illustrated in the catalogue. However, the attribution of this portrait to de Vos has not held. When handled a second time by Lempertz, at Auktion 495 of 16 November 1967, the painting was listed as being `attributed to,' a clear sign of hesitation. More recently, A. Zweite, author of *Marten de Vos als Maler*, (Berlin: Gebr. Mann Verlag, 1980, p. 362), included it on a list of faulty attributions, based on his perception that it lacked the artistic merit associated with de Vos.

Efforts to locate the current whereabouts of the work, which the 1967 Lempertz catalogue *(Alte Kunst*, p. 38) described as having featured green curtains, are complicated by this turn of events, a fate common to many Old Master paintings. Standards for the acknowledgment of previous attributions vary widely: at best, the name de Vos may appear in some part of an attribution or provenance, and at worst, the painting may simply be credited to an anonymous artist of the sixteenth century or to another artist altogether.

– *Kimberlie Robert*

## LOT 228

Philips Wouwerman, *Die Landschaft mit den beiden Pferden*, n.d., 36 x 42.5 cms, oil on wood

*Die Landschafte mit den beiden Pferden (Landscape with Two Horses)* by Philips Wouwerman (1619-1668), was given a prestigious regional pedigree in the catalogue for Auktion 392. In his provenance notes, Max Stern stated that the painting had once been in the collection of Johann Peter Weyer (1794-1864), and was then sold at auction in Amsterdam in 1906.



Weyer was an important architect and planner for the city of Cologne in the first half of the nineteenth cetury, and also had contributed immeasurably to the cultural enrichment of the region by opening his vast collection of art to the public (see H. Frey, "Johann Peter Weyer: Seine Gemäldesammlung und seine Kunstliebe," *Wallraf-Richartz-Jahrbuch*, Vol 28, 1966, pp. 159-254). He had hoped to give his collection to the city, but it began to be auctioned off in 1862, with many of the higher-quality paintings acquired by major European museums. Those who attended the Lempertz event also may have remembered that Weyer's granddaughter, Emma, had been Konrad Adenauer's first wife. Until 1933, when he was removed as Lord Mayor of Cologne, Adenauer had been thought of as a potential candidate for the chancellorship of Germany, a position he would eventually take up after World War II, and the details of his life were well publicized.

Wouwerman was a Haarlem-based painter whose work, sufficiently appreciated in his own lifetime to support him well, often centred on horses and the environments in which they functioned. The Lempertz Wouwerman focuses attention on a traveller's wife and her child outside a rustic dwelling, with two docile horses resting nearby. Their coats are painted to convey a velvety texture that almost invites the viewer's touch, a characteristic of Wouwerman's finest renderings of the creatures that played such an important role in European life before mechanized forms of transportation and machinery. Like the majority of his paintings, this one is not dated and cannot be easily inserted into any particular phase of his career. According to a document in the Max Stern fonds, the painting did not sell at Auktion 392 and was not among the works he managed to sell from the Galerie Stern before he left Germany.

UNIVERSITÉ
Concordia
UNIVERSITY

CHRISTIE'S

Sotheby's

beaux-arts concordia fine arts

fofa