Durch Postzustellungsurkunde!

D., 26. Januar 38.

Dev.1048/38 Ueb.

42

Herrn
Dr. Max S t e r n ,
D ü s s e l d o r f ,
Alb.Leo Schlageter Allee 25

**Sicherungsanordnung**
**auf Grund von § 37a des DevG. vom 4.2.1935.**

Gemäß § 37a des Devisengesetzes vom 4.2.1935, in der Fassung des Änderungsgesetzes vom 1.12.1936, ordne ich hiermit an, daß Sie über Ihr inländisches Vermögen, insbesondere über Ihre Guthaben bei der Deutschen Bank & Disconto- Gesellschaft, Filiale Düsseldorf, nur mit meiner Genehmigung verfügen dürfen.

**G r ü n d e :**

Sie haben sich Ende vergangenen Jahres nach London polizeilich abgemeldet. Wie festgestellt wurde, halten Sie sich jedoch nicht in London sondern in Paris bei Ihrer Schwester, Frau Dr.Siegfried Thalheimer, auf. Da Sie bei mir einen Auswanderungsantrag bisher nicht gestellt haben, muß mit der Möglichkeit gerechnet werden, daß Sie die mit einer ordnungsmäßigen Auswanderung verbundenen wirtschaftlichen Nachteile vermeiden und unter Umgehung der gesetzlichen Vorschriften Ihr Vermögen nach dem Ausland verbringen wollen. Dieser Verdacht wird dadurch gestärkt, daß Sie auf eine Anfrage bei meiner Auswanderungsabteilung über die Mitnahme von Bildern nach dem Ausland aufgefordert worden sind, einen entsprechenden Antrag bei mir einzureichen. Dieser Aufforderung sind Sie jedoch nicht nachgekommen.

Die Anordnung weiterer sichernder Maßnahmen bleibt vorbehalten.

Die Kosten dieser Anordnung fallen Ihnen zur Last.

Gegen diese Anordnung ist gemäß § 37a DevG. die Beschwerde an die Reichsstelle für Devisenbewirtschaftung, Berlin W 8, zulässig. Die Beschwerde ist bei mir einzulegen; sie hat keine aufschiebende Wirkung.

[redacted]

Im Auftrage:
gez. Goslar.

Abschrift zur Kenntnisnahme.

An
die Sachabteilung,

im H a u s e .

Im Auftrage:

By certificate of delivery!
N. 26. January 8.

Dev. 1048/38 Ueb.

Dr. Max Stern

Düsseldorf
Alb. Leo Schlageter Alee 25

Order to secure
on the basis of § 37a of the Foreign Exchange Act of 4.2.1935.

According to § 37a of the Foreign Exchange Act of 4.2.1935, as amended on 1.12.1936, I herewith order that you are only allowed to dispose of your domestic assets, in particular your credit balance with the Deutsche Bank & Disconto- Corporation, with my permission.

Reasons for the decision:

At the end of last year you gave the police notice of your departure to London. As we ascertained, you are not staying in London, but with your sister, Mrs. Dr. Siegfried Thalheimer, in Paris. Since you have so far not filed an application to emigrate with me, we have to face the possibility that you want to avoid the economic disadvantages associated with an orderly emigration and, by circumventing the statutory provisions, want to transfer your assets abroad. This suspicion is strengthened by the fact that in response to an inquiry with my emigration department about the transport of pictures abroad, you were called on to file a corresponding application with me. However, you did not comply with this order.

I reserve the right to order additional securing measures.

The costs of this order have to be borne by you.

You can appeal this order according to § 37a of the Foreign Exchange Act with the Reichs Office of Foreign Exchange Control, Berlin W 8. The appeal has to be filed with my office; the appeal doe not suspend the effect of the decision.

- 2 -

[top of page illegible]

By order:
signed Goslar

-----

Duplicate for information

To

the pertinent department

in-house

By order:

[signature illegible]

SE00248

June 14, 2007

To whom it may concern:

This is to certify that the attached translation from German into English is an accurate representation of the documents numbered SE00247-248. This document is designated as:

Text Captioned "Sicherungsanordnung"

Ori Z. Soltes, who certified this document, is fluent in German and standard North American English and is qualified to translate.

He attests to the following:
"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

Signature of Ori Z. Soltes

Subscribed and sworn to before me this 14th day of June 2007

ELIZABETH A. BALDWIN
Notary Public, District of Columbia
My Commission Expires June 14, 2010

WAS:129779.1