MCAF/C

This Form should be completed in triplicate and forwarded to the Zentralamt für Vermögensverwaltung (Britische Zone), Bad Nenndorf, Land Niedersachsen.

Dieser Vordruck ist in dreifacher Ausfertigung bei dem Zentralamt für Vermögensverwaltung (Britische Zone) Bad Nenndorf, Land Niedersachsen, einzureichen.

In cases where the space provided is insufficient, a supplementary page, bearing the number of the paragraph and sub-paragraph, should be annexed.

Reicht der vorgesehene Raum nicht aus, so ist ein mit der Ziffer des betreffenden Absatzes und Unterabsatzes versehenes Ergänzungsblatt beizufügen.

# CLAIM FOR RESTITUTION OF PROPERTY WHICH HAS BEEN SUBJECT TO TRANSFER IN ACCORDANCE WITH PARAGRAPH I OF GENERAL ORDER No. 10

Antrag auf Rückerstattung von Vermögen, das unter Artikel I Absatz 1 der allgemeinen Verfügung Nr. 10 fällt.

Location of Property / Örtliche Lage des Vermögens

(a) Land Nordrhein-Westfalen (b) Kreis Düsseldorf (c) Gemeinde Düsseldorf

Description of Person making Claim / Personalien des Antragstellers

(a) Surname (in Block Capitals) / Familienname (in großen Blockbuchstaben): S T E R N (b) Christian Name(s) / Vorname(n): Dr. Max

(c) Address / Anschrift: c/o Dominion Gallery, 1448 St. Catherine West, Montreal

(d) Date and Place of Birth / Geburtsdatum und Geburtsort: 18.4.1904, M.Gladbach (e) Nationality / Staatsangehörigkeit: Kanadier

(f) Employment / Beruf: Kunsthändler (g) Identity Card No. / Ausweis-Nummer:

(h) If not dispossessed owner, state title to make claim / Angaben über die Antragsberechtigung, falls der Antragsteller nicht der Geschädigte ist. zugleich auch im Namen der teilweise Mitgeschädigten, Frau Wwe. Julius Stern, 2200 Coventry Road, Sheldon Birmingham 26, England.

## I. IMMOVABLE PROPERTY I. UNBEWEGLICHES VERMÖGEN

(a) Description of Property. / Nähere Bezeichnung des Vermögens. Hausgrundstück

Estimated value at date of deprivation. / Geschätzter Wert am Tage der Wegnahme. 377 000.- RM

(b) Location of Property / Örtliche Lage des Vermögens: Düsseldorf, Königsallee 23 u.25

(c) Registration in Grundbuch or other Register / Eintragung im Grundbuch oder einem anderen Register: Düsseldorf-Stadt Blatt 1975

(d) State whether :— / Angaben über Folgendes :

(i) Confiscation was made without payment ? / Ist auf Grund der Wegnahme Entschädigung geleistet ? Ja , es wurde ein Kaufpreis gezahlt.

(ii) Sold under duress ? / Fand der Verkauf unter Nötigung statt ? ja, siehe Anlage.

(iii) If the latter, what payment was made ? / Welche Gegenleistung wurde im letzteren Fall gewährt ? Der Kaufpreis betrug 377 000 RM. Der Käufer verpflichtete sich, die auf dem Grundstück lasten den Hypotheken von 150 000 u.125 000 RM zu bezahlen. Der Restkaufpreis von 102 000 RM wurde bar vom Käufer bezahlt.

(e) Name and present address of person to whom transfer was made (if known) / Name und jetzige Anschrift der Person, auf die das Vermögen übergegangen ist (soweit bekannt) Allianz u. Stuttgarter-Verein A.G., früher Berlin, jetzt Stuttgart.

(f) Name and present address of present owner (if known, and different from (e)). / Name und jetzige Anschrift des heutigen Eigentümers (soweit bekannt und verschieden von (e))

derselbe.

(g) Any other relevant details / Sonstige sachdienliche Angaben

## II. MOVABLE PROPERTY / BEWEGLICHES VERMÖGEN

(a) Description of Property / Nähere Bezeichnung des Vermögens

1) 20 Gemälde bezw. Farbstiche, 2) Guthaben b.d. Deutschen Bank in Düsseldorf, Konto Nr. 96065 Julius Stern über 46 000.- RM, Kto.Nr. 27378 Jul. Stern über 90 000.- RM.

Estimated value at date of deprivation / Geschätzter Wert am Tage der Wegnahme

1) Gemälde u. Farbstiche jetzt ca. 10 - 20 000 $.

2) Bankguthaben 136 000.- RM.

(b) Location of Property / Örtliche Lage des Vermögens

1) Gemälde bezw. Farbstiche: unbekannt.

2) Die Bankguthaben sind wahrscheinl. auf das Finanzamt Düsseldorf-Altstadt übergegangen.

(c) Registration (if any) / Etwaige Eintragung in ein öffentliches Buch oder Register

nein

(d) State whether :— / Angaben über Folgendes:

(i) Confiscation was made without payment? / Ist auf Grund der Wegnahme Entschädigung geleistet? nein

(ii) Sold under duress? / Fand der Verkauf unter Nötigung statt? Kein Verkauf

(iii) If the latter, what payment was made? / Welche Gegenleistung wurde im letzteren Fall gewährt? nicht zutreffend

(e) Name and present address of person or persons to whom transfer was made (if known) / Name und jetzige Anschrift der Person(en), auf die das Vermögen übergegangen ist (soweit bekannt)

1) Gemälde u. Farbstiche a) bezügl. Nr. 1-11 Fa. Josef Roggendorf, Köln, Friesenplatz 23, b) bezügl. Nr. 12-17 Fa. Roggendorf bezw. die Fa. Aktionshaus Matth. Lempertz, Köln, Neumarkt 3, c) bezgl. Nr. 18-20 Gemeinschaft rhein. Künstler u. Kunstfreunde e.V., Grafenbergerallee 66 Düsseldorf bezw. Städt. Kunsthalle Düsseldorf. 2) bezgl. der Bankguthaben wahrscheinl. das Finanzamt Altstadt, Düsseldorf

(f) Name and present address of present owner (if known and different from (e)) / Name und jetzige Anschrift des heutigen Eigentümers (soweit bekannt und verschieden von (e))

unbekannt.

(g) Name and present address of person or persons who may have knowledge of the present whereabouts of property / Name und jetzige Anschrift von Personen, die von dem Verbleib des Vermögens Kenntnis haben können

1) bezügl. der Gemälde u. Farbstiche a) Fa. Josef Roggendorf, Köln, Friesenplatz 2[illegible] b) Auktionshaus Hugo Hufschmidt, Köln, Albertusstr. 32, c) Auktionshaus Matth. Lempertz, Köln, Neumarkt 3, d) Gemeinschaft rhein. Künstler u. Kunstfreunde e.V., Düsseldorf, Grafenbergerallee 66 bezw. Städt. Kunsthalle Düsseldorf, Hindenburgwall, 2) bezügl. der Bankguthaben Finanzamt Düsseldorf-Altstadt, Düsseldorf

(h) Any other relevant details / Sonstige sachdienliche Angaben

siehe Anlage.

NOTE. In the case of a claimant resident *outside* Germany, give full particulars of the person *inside* Germany to be nominated by him to accept service of legal papers and notices on his behalf (if no such person is nominated by the claimant an Agent will be appointed by the Restitution Authority on his behalf).

Bemerkung: Falls der Antragsteller im Ausland wohnt, genaue Bezeichnung eines in Deutschland lebenden Vertreters, der ermächtigt ist, für ihn amtliche Papiere und Mitteilungen in Empfang zu nehmen. (Wird vom Antragsteller kein Vertreter benannt, so bestellt die Wiedergutmachungsbehörde einen solchen.)

Rechtsanwalt Dr. Erich [illegible]endcroth in Düsseldorf, Arnoldstr. 12

I/We certify that the above statement is true according to my/our knowledge and belief.
Obige Angaben entsprechen nach meinem/unserem besten Wissen und Gewissen den Tatsachen.

Signed / Unterschrift [signature]

Date / Datum 27. Dezember 1948

FSS(HQ)7153A/200M/1-48

## Anlage

2

Ich bin als deutscher Staatsangehöriger geboren, jetzt kanadischer Staatsangehöriger. Die Nummer meiner Naturalisationserklärung ist 207370 Serie A, ausgestellt in Ottava am 18. April 1946.

I. Zum unbeweglichen Vermögen:

Ich war in Deutschland der Eigentümer der Galerie Julius Stern in Düsseldorf, Königsallee 23-25. Ich war gezwungen, die Häuser Düsseldorf, Königsallee 23 u.25 zu verkaufen, da es mir als Nichtarier untersagt war, eine Kunsthandlung zu führen und diese Häuser eigens für eine Kunsthandlung hergerichtet waren. Dadurch, dass die Nationalsozialisten mir alle Lebensmöglichkeiten in Deutschland nahmen, war ich zur Auswanderung und zum Verkauf meiner Hausgrundstücke gezwungen.

II. Zum beweglichen Vermögen:

Als ich im Dezember 1937 von Deutschland nach England auswanderte, von wo ich später nach Kanada ging, war ich gezwungen, eine Anzahl von Gemälden und Farbstichen zurückzulassen, und zwar:

| | Titel: | Maler: | Größe in cm | Maltechnik |
|---|---|---|---|---|
| 1) | Das jüngste Gericht | Unbekannt, Bosch Schule | 97x62 | Oel auf Holz |
| 2) | Stilleben | Wollheim 1929 | 100x80 | " " " |
| 3) | Blumenstück | Unbekannt, Jan Brueghel | 66x50 | " " " |
| 4) | Frauenbildnis | Otto Dix | 115x75 | " " " |
| 5) | Felsenmotiv m.Brücke | J.de Momper | 75x55 | " " Leinen |
| 6) | Glaube und Arbeit | Toorop | 103x94 | Temper auf Papier |
| 7) | Hirtin Esel reitend u.Schafe | Simon van der Does | ca. 50x80(?) | Oel auf Leinen |
| 8) | Jagdszene | Französ. Farbstich | | |
| 9) | Jagdszene | " " | | |
| 10) | Heimkehr | Engl. " | | |
| 11) | Großvater mit verbundenem Bein | " " | | |
| 12) | Moses vor dem brennenden Dornbusch | J.B. van Loo | ca. 80x100(?) | Oel auf Leinen |
| 13) | Heiliger Antonius | Französ. 15.Jahrh. | " 60x40 (?) | " " Holz |
| 14) | Kircheninterieur | A. Delorme | " 100x180(?) | " " Leinen |
| 15) | Damenbildnis | Ozias Humphry | " 80x65 (?) | " " " |
| 16) | Stilleben m.Vögeln u.bronze Mörser | Cornelius Lelienberg | 69,5x55 | " " " |
| 17) | Die Auferweckung | Ignaz Stella | 57,5x80 | " " " |
| 18) | Landschaft m.Figuren u.Wassermühle | Knibbergen | 33x40 | " " Holz |
| 19) | Winterlandschaft mit Eisläufern, Schlitten m.Pferd u.Häusern | Bemmel | ca. 40x60 (?) | " " Leinen |
| 20) | Selbstbildnis | E.v.Gebhardt | 42x34 aufgeleimt auf Karton oder Holztafel. | " " Papier |

Die Bilder 1 bis 11 und 18 bis 20 sind mein persönliches Eigentum. Die übrigen Bilder 12 bis 17 waren gemeinsames Eigentum von mir und

meiner

meiner Mutter, Frau Julius Stern, wohnhaft 2200 Coventry Road, Sheldon Birmingham 26, England, für die ich ebenfalls ihre Wiedergutmachungsansprüche anmelde.

Die Bilder Nr. 1 bis 11 befanden sich 1939 auf dem Lager der Fa. Josef Roggendorf, Auslands- und Übersee- Möbeltransporte, Köln, Friesenplatz 23. Nach Mitteilung des Herrn Roggendorf an mich vom 9.2.47 erschienen vor Ausbruch des Krieges verschiedene Persönlichkeiten Düsseldorfer Behörden und der Reichskammer der bildenden Künste, um die bei Roggendorf lagernden Bilder zu besichtigen. Später sollen die Bilder von Beamten der Geheimen Staatspolizei von dem Lager der Firma Roggendorf abgeholt und dem Auktionshaus Hugo Hufschmidt, beeidigter Versteigerer, Köln, Albertusstrasse 32, zur öffentlichen Versteigerung übergeben worden sein.

Die Bilder Nr. 12 bis 17 haben sich 1939 entweder bei der Firma Josef Roggendorf oder bei dem Auktionshaus Matth. Lempertz, Köln, Neumarkt 3, befunden.

Bezüglich der Bilder Nr. 18 bis 20 bemerke ich: Ich wurde durch die Prüfungsstelle für Kulturgut jüdischer Auswanderer beim Landeskulturwalter, Düsseldorf, Grafenberger-Allee 66, gezwungen, diese Bilder an die Gemeinschaft rheinischer Künstler und Kunstfreunde e.V., Düsseldorf, Grafenbergerallee 66, auszuhändigen. Die Bilder wären an die städt. Kunsthalle Düsseldorf, Hindenburgwall, abzuliefern.

Zu den Bankguthaben bemerke ich folgendes:

Ich hatte meine Steuern bezahlt, als ich im Dezember 1937 Deutschland verliess. Die Beträge von RM 46 000.- und RM 90 000.- wurden nachträglich wahrscheinlich durch das Finanzamt von mir erpresst, da meine Mutter, die länger in Deutschland blieb als ich, nur den Pass erhielt, wenn ich diese ganz unberechtigten und aus der Luft gegriffenen Forderungen bezahlte.

...

Location of Property

(a) State *North-Rhine Westphalia* (b) County *Düsseldorf* (c) Municipality *Düsseldorf*

Description of Person making Claim

(f) *art dealer*

(h) *at the same time also on behalf of the partially co-injured, the widow Mrs. Julius Stern, 2200 Coventry Road, Sheldon Birmingham 26, England*

I. Immovable Property

(a) *real estate and buildings*

(b) *Düsseldorf, Königs Avenue 23 and 25*

(c) *Düsseldorf-City land register folio 1975*

(d) (i) *yes, a purchase price was paid*
(ii) *yes, see attachment*
(iii) *The purchase price was RM 377,000. The purchaser undertook to pay the mortgages on the property in the amount of RM 150,000 and 125,000. The remaining purchase price was paid by the buyer in cash.*

(e) *Allianz and Stuttgart Company A.G., formerly Berlin, now Stuttgart*

(f) *the same*

II. Movable Property

(a) *1) 20 paintings and color engravings*
*2) credit balance with the Deutsche Bank in Düsseldorf, account number 96065 Julius Stern in the amount of RM 46,000.-, account number 27378 Jul. Stern in the amount of RM 90,000.-*

*1) paintings and color engravings now about 10 – 20,000*
*2) bank account balance RM 136,000.-*

(b) *1) paintings and color engravings: unknown*
*2) The bank account balances were presumably transferred to the local tax office Düsseldorf-Altstadt.*

(c) *no*

(d) (i) *no*
(ii) *no sale*
(iii) *does not apply*

(e) *1) paintings and color engravings a) re numbers 1-11 Firm Josef Roggendorf, Cologne, Friesen Square 23, b) re numbers 12-17 Firm Roggendorf and the Firm Auction House Matth. Lempertz, Cologne, Neumarkt 3 respectively, c) re numbers 18-20 Registered Association of Rhenish Artists and Friends of Art, Grafenberger Avenue 66, Düsseldorf and Municipal Kunsthalle, Düsseldorf respectively 2) re the bank account balances presumably the local tax office Düsseldorf-Altstadt, Düsseldorf.*

(f) *unknown*

(g) *1) re the paintings and color engravings a) Firm Josef Roggendorf, Cologne, Friesen Square 23 b) Auction house Hugo Hufschmidt, Cologne, Albertus Street 32, c) Auction house Matth. Lempertz, Cologne, Neumarkt 3, d) Registered Association of Rhenisch Artists and Friends of Art, Düsseldorf, Grafenberger Avenue 66 and Municipal Kunsthalle Düsseldorf, Hindenburg Wall respectively. 2) re the bank account balances local finance office Düsseldorf- Altstadt, Düsseldorf.*

(h) *see attachment*

Note

*Attorney Dr. Erich Wenderoth in Düsseldorf, Arnold Street 12*

Attachment

I was born as a German citizen, I am now a Canadian citizen. The number of my naturalization declaration is 207370 series A, issued in Ottawa on April18, 1946.

I. Re immovable property:

In Germany I owned the Gallery Julius Stern in Düsseldorf, Königs Avenue 23-25. I was forced to sell the buildings Düsseldorf, Königs Avenue 23 and 25, because as a Non-Aryan, I was enjoined from running an art gallery and these buildings were customized for an art gallery. Because the National Socialists made it impossible for me to make a living in Germany, I was forced to emigrate and sell my real estate holdings.

II. Re movable property:

When I emigrated from Germany to England in December 1937, from where I later went to Canada, I was forced to leave a number of paintings and color engravings behind, namely:

| Title: | Artist: | Dimensions in cm | Painting technique |
|---|---|---|---|
| 1) Last Judgment | Unknown, school of Bosch | 97x62 | oil on wood |
| 2) Still Life | Wollheim 1929 | 100x80 | oil on wood |
| 3) Flowers | Unknown, Jan Brueghel | 66x50 | oil on wood |
| 4) Portrait of a Woman | Otto Dix | 115x75 | oil on wood |
| 5) Rock Motif with Bridge | J. de Momper | 75x55 | oil on linen |
| 6) Faith and Labor | Toorop | 103x94 | temper on Paper |
| 7) Shepherdess Riding on a Donkey and Sheep | Simon van der Does | ca. 50x80 (?) | oil on linen |
| 8) Hunting Scene | French color engraving | | |
| 9) Hunting Scene | French color engraving | | |
| 10) Home Coming | English color engraving | | |
| 11) Grandfather with Bandaged Leg | English color engraving | | |
| 12) Moses Before the Burning Thorn Bush | J.B. van Loo | ca. 80x100 (?) | oil on linen |
| 13) Saint Anthony | French 15th century | ca. 60x40 (?) | oil on wood |
| 14) Church Interior | A. Delorme | ca.100x180 (?) | oil on linen |
| 15) Portrait of a Lady | Ozias Humphry | ca. 80x65 (?) | oil on linen |
| 16) Still Life with Birds and Bronze Mortar | Cornelius Lelienberg | 69.5x55 | oil on linen |
| 17) The Ressurection | Ignaz Stella | 57.5x80 | oil on linen |
| 18) Landscape with Figures | Knibbergen | 33x40 | oil on wood |

| | | | |
|---|---|---|---|
| and Water Mill | | | |
| 19) Winter Landscape with Ice Skaters, Sleigh with Horses and Houses | Bemmel | ca. 40x60 (?) | oil on linen |
| 20) Self-Portrait | E.v. Gebhardt | 42x34 | oil on paper glued on cardboard or wood panel |

The paintings 1 through 11 and 18 through 20 are my personal property. The remaining paintings 12 through 17 were the joint property of myself and my

my mother, Mrs. Julius Stern, residing at 2200 Coventry Road, Sheldon Birmingham 26, England, for whom I am also filing reparation claims.

The paintings Nr. 1 through 11 were stored with the firm Josef Roggendorf, Foreign and Overseas Furniture Shipping, Cologne, Friesen Square 23 in 1939. According to information given to me by Mr. Roggendorf on 9.2.47, various individuals from Düsseldorf agencies and the Reich Chamber of Fine Arts appeared before the outbreak of the war in order to inspect the pictures stored with Roggendorf. Later the pictures were supposedly picked up from storage at the firm Roggendorf by Gestapo officials and turned over to the auction house Hugo Hufschmidt, chartered auctioneer, Cologne, Albertus Street 32, for public auction.

The paintings Nr. 12 through 17 were either with the firm Josef Roggendorf or with the auction house Matth. Lempertz, Cologne, Neumarkt 3 in 1939.

Regarding the paintings Nr. 18 through 20, I note: I was forced by the Auditing Agency for Cultural Property belonging to Jewish Emigrants at the State Administrator for Culture, Düsseldorf, Greenberger Avenue 66, to hand over these paintings to the Association of Rhenish Artists and Friends of Art, Düsseldorf, Grafenberger Avenue 66. The pictures were to be transferred to the Municipal Arts Center Düsseldorf, Hindenburgwall.

Regarding the bank credit balances, I note the following:

I had paid my taxes when I left Germany in December 1937. I was blackmailed, presumably by the local tax office, to pay the amounts of RM 46,000.- and RM 90,000.- retroactively, because my mother, who stayed in Germany longer than I did, would only receive her passport if I paid these claims, which were totally unjustified and came out of thin air.

June 14, 2007

To whom it may concern:
This is to certify that the attached translation from German into English is an accurate representation of the document numbered SE00277-SE00280. This document is designated as:

Text Captioned "Claim for Restitution Property"

Ori Z. Soltes, who certified this document, is fluent in German and standard North American English and is qualified to translate.

He attests to the following:
"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

Signature of Ori Z. Soltes

Subscribed and sworn to before me this 14th day of June 2007

ELIZABETH A. BALDWIN
Notary Public, District of Columbia
My Commission Expires June 14, 2010