106

# Anmeldung

**von rückerstattungsrechtlichen Geldansprüchen gegen das Deutsche Reich und gleichgestellte Rechtsträger*)**

**Bundesgesetz zur Regelung der rückerstattungsrechtlichen Geldverbindlichkeiten des Deutschen Reichs und gleichgestellter Rechtsträger**

(Bundesrückerstattungsgesetz — BRüG — )
vom 19. Juli 1957

(Bundesgesetzbl. I S. 734)

Verwaltung ... für ... 10. MRZ. 1959 ... Akten

A. Personalangaben

1. Personalangaben des Antragstellers

a) Familienname (bei Frauen auch Geburtsname) — Dr. S t e r n

b) Vorname — Max

c) jetzt wohnhaft — Dominion Gallery
1438, Sherbrooke St.W., Montreal / Canada

d) Geburtsdatum und Ort — 18.4.1904 M.Gladbach

e) Staatsangehörigkeit — früher: deutsch, jetzt: kanadisch

f) Beruf — Kunsthistoriker und Kunsthändler

g) Wohnort (ständiger Aufenthalt) im Zeitpunkt der Entziehung — England

h) Wohnsitz oder Aufenthalt oder geschäftliche Hauptniederlassung des Antragstellers im Gebiet der jetzigen Bundesrepublik Deutschland oder in den jetzigen Westsektoren von Berlin zu irgendeinem Zeitpunkt während der Zeit vom 30. Januar 1933 bis 8. Mai 1945.

Düsseldorf

i) Wohnsitz im Jahre 1948

Montreal / Canada

k) Angaben über die Antragsberechtigung, falls der Antragsteller nicht der Geschädigte ist: (Erbfolge, Abtretung u. dergl.)

---

*) Nach § 1 BRüG findet das Gesetz Anwendung auf rückerstattungsrechtliche Ansprüche gegen das Deutsche Reich einschließlich der Sondervermögen Deutsche Reichsbahn und Deutsche Reichspost.

Das Gesetz findet ferner Anwendung auf rückerstattungsrechtliche Ansprüche gegen 1. das ehem. Land Preußen, 2. das Unternehmen Reichsautobahnen, 3. die ehem. Nationalsozialistische Deutsche Arbeiterpartei (NSDAP), deren Gliederungen, deren angeschlossene Verbände und die sonstigen aufgelösten NS-Einrichtungen, 4. die Reichsvereinigung der Juden in Deutschland und den Auswanderungsfonds Böhmen und Mähren.

ZA 1

e) Verfahrensbevollmächtigter: Rechtsanwälte Dr. Wenderoth, Dr. du Mont, Dr. Weiser II, Düsseldorf, Arnoldstr. 12

Vermerk: Falls der Antragsteller im Ausland wohnt, ist Bestellung eines Verfahrensbevollmächtigten (hierunter ist nicht notwendig ein Anwalt, sondern lediglich eine prozeßfähige Person zu verstehen) wünschenswert, der vor den Wiedergutmachungsbehörden verbindliche Erklärungen abgeben bzw. Vergleichsverhandlungen führen kann.

2. Personalangaben des Geschädigten entfällt
(nur auszufüllen, wenn Antragsteller nicht personengleich mit dem Geschädigten ist)

a) Familienname
(bei Frauen auch Geburtsname)

b) Vorname

c) zuletzt wohnhaft

d) Geburtsdatum und Ort

e) Sterbedatum und Ort

f) Staatsangehörigkeit

g) Beruf

h) Verwandschaftsverhältnis zu dem Antragsteller

i) Miterben (Name und Anschrift)

k) Wohnort (ständiger Aufenthalt) im Zeitpunkt der Entziehung

l) Wohnsitz oder Aufenthalt oder geschäftliche Hauptniederlassung des Geschädigten oder eines Miterben im Gebiet der jetzigen Bundesrepublik Deutschland oder in den jetzigen Westsektoren von Berlin zu irgendeinem Zeitpunkt während der Zeit vom 30. Januar 1933 bis 8. Mai 1945

m) Wohnsitz im Jahre 1948

B. Beschreibung der vom Deutschen Reich oder gleichgestellten Rechtsträger entzogenen feststellbaren Vermögensgegenstände
(Falls der Platz nicht ausreicht, sind Anlagen zu verwenden)

1. Bankguthaben

a) Art des Kontos (Sparguthaben oder laufendes Konto)

b) Anschrift der Bank und der Depositenkasse

c) Letzter Saldo?

d) Ist Kontoauszug vorhanden?

107

2. Wertpapiere
   a) Angabe der Wertpapiere

   b) Angabe der Bank und der Depositenkasse

   c) ob
      I. ohne Entgelt eingezogen
      II. Zwangsablieferung
      III. wenn II., welche Zahlung
      IV. an welcher Stelle abgeliefert
      wofür ist die Ablieferung erfolgt
      V. bei Reichsschatzanweisungen:
      zwangsgetauscht gegen welche Wertpapiere

   d) Ist Depotauszug vorhanden?

3. Gold, Silber, Schmuckgegenstände
   a) abgelieferte Gegenstände:

   b) Ablieferung an Pfandleihanstalt:
   Stadt/Adresse angeben

   c) ob
      I. ohne Entgelt eingezogen
      II. Zwangsablieferung
      Ist Ablieferungsquittung vorhanden
      III. wenn II., welche Zahlung

4. Pelzwaren, Radio und sonstige elektr. oder optische Geräte
   a) Was ist abgeliefert? (Wertangabe erforderlich)

   b) Ablieferung an

5. Hausrat
   a) Bezeichnung der Gegenstände

   b) Ortsangabe

6. Lifte
   a) Inhalt des Liftes

   b) Name und Anschrift des Spediteurs oder Lagerhalters

7. Sonstige entzogene Vermögensgegenstände, z. B. Hypotheken, Versicherungsansprüche, Kraftfahrzeuge

a) Art des Vermögens Bilder, siehe Anlage

b) Ablieferung an Gestapo, siehe Anlage

c) ob

I. ohne Entgelt eingezogen ohne Entgelt, siehe Anlage

II. Zwangsabgabe

III. wenn II., welche Zahlung

C. Sonstige rückerstattungsrechtliche Geldansprüche nach dem BRüG, soweit sie nicht aus der Entziehung der unter B genannten Vermögensgegenstände herrühren

entfällt

D. Darstellung der Entziehungsvorgänge

1. Zeitpunkt der Entziehung 1939/1940

2. Belegenheit des entzogenen Vermögensgegenstandes im Zeitpunkt der Entziehung Köln

Waren die entzogenen Vermögensgegenstände im Zeitpunkt der Entziehung außerhalb des Bundesgebietes oder Berlin (West) belegen und sind sie nach der Entziehung in diese Gebiete gelangt, so ist anzugeben, welche Beweismittel für die Verbringung in das Bundesgebiet oder nach Berlin vorliegen.

3. Durch welche der in § 1 BRüG genannten Rechtsträger ist die Entziehung erfolgt? Gestapo (Dt. Reich)

E

1. Sind wegen der unter B und C angegebenen Vermögensgegenstände bereits Rückerstattungsansprüche angemeldet worden? Wenn ja, Angabe der Anmeldestelle und des Aktenzeichens.

ja, teilweise (wegen der Bilder 14), 15), 16): RÜ 1271/50 WA Düsseldorf
" des Bildes 3): RÜ 157/52 WA Düsseldorf)

2. Sind wegen der unter B und C angegebenen Vermögensgegenstände bereits Entschädigungsansprüche geltend gemacht worden? Wenn ja, Angabe des Entschädigungsamts und des Aktenzeichens.

ja, Regierungspräsident Düsseldorf ZK 437.461

Vorhandene Unterlagen — Listen, Versteigerungsprotokolle, Bescheinigungen der Pfandleihanstalt usw. — sind beizufügen, zweckmäßig nicht im Original, sondern in beglaubigter Abschrift oder beglaubigter Fotokopie.

Ich versichere die obige Erklärung nach bestem Wissen und Gewissen abgegeben zu haben.

Unterschrift:

Ort: Montreal

Datum: February 28th, 1958

Filing
of compensation claims with the German Reich and
equal legal entities under the Restitution Law*)

Federal Law to Regulate Financial Liabilities of the German Reich and
Equal Legal Entities under the Restitution Law

(Federal Restitution Law – BRüG - )
of July 19, 1957

(Federal Law Gazette I p. 734)

A. Personal data

1. Personal data of the claimant

| | |
|---|---|
| a) Family name (for women also maiden name) | *Dr. Stern* |
| b) First name | *Max* |
| c) current residence | *Dominion Gallery*<br>*1438, Sherbrooke St. W., Montreal / Canada* |
| d) Date and place of birth | *18.4.1904 M.Gladbach* |
| e) Citizenship | *former: German current: Canadian* |
| f) Occupation | *Art historian and art dealer* |
| g) Domicile (permanent residence) at the time of deprivation | *England* |

h) Domicile or residence or main business office of the claimant on the territory of the current Federal Republic of Germany or in the current Western Sectors of Berlin at any time during the period of January 30, 1933 and May 8, 1945.

*Düsseldorf*

h) Domicile since 1948 — *Montreal / Canada*

k) Information re the eligibility to file a claim, if the claimant is not the injured person: (legal succession, assignation and such)

.....

SE00412

.....

B. Description of identifiable property dispossessed by the German Reich or equal legal entities

(Should there not be enough space, attachments are to be used)

1. Bank credit balances

.....

7. Other dispossessed property, e.g. mortgages, insurance policies, automobiles

a) Type of property *paintings, see attachment*

b) Surrender to *Gestapo, see attachment*

c) whether

I. dispossessed without recompense
*without recompense, see attachment*

II. Compulsory levy

III. if II. what payment

C. Other compensation claims under the Restitution Law (BRüG), as far as they do not concern dispossessed property named under B

*does not apply*

D. Description of the circumstances of the dispossession

1. Time of the dispossession 1939/1940

2. Location of the dispossessed property of the time of the dispossession
*Cologne*

If the dispossessed property at the time of the dispossession was located outside the territory of the Federal Republic or Berlin (West) and entered this territory after the dispossession, information has to be provided. What evidence exists for the transfer onto the territory of the Federal Republic and Berlin?

3. Which legal entity, named in $ 1 BRüG, committed the dispossession?
*Gestapo (German Reich)*

E

1. Have restitution claims regarding the property named under B and C already been filed? If yes, name the filing office and file number.

*Yes, partially (re the pictures 14), 15), 16): Rü 1271/50 WA Düsseldorf*
*(re the picture 3): Rü 157/52 WA Düsseldorf*

2. Have compensation claims regarding the property named under B and C already been filed? If yes, name the compensation office and file number.

*yes, District President Dusseldorf ZK 437.461*

Available documents – lists, auction records, certificates from pawn offices etc. – are to be attached, advisably not as originals, but as certified duplicates or certified copies.

I affirm that the declaration above was given to the best of my knowledge.

Signature: *Max Stern*

Location: *Montreal*

Date: *February 28th, 1958*

June 14, 2007

To whom it may concern:

This is to certify that the attached translation from German into English is an accurate representation of the document numbered SE00412-SE00415. This document is designated as:

Text Captioned "Anmeldung"

Ori Z. Soltes, who certified this document, is fluent in German and standard North American English and is qualified to translate.

He attests to the following:
"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

Signature of Ori Z. Soltes

Subscribed and sworn to before me this 14th day of June 2007

ELIZABETH A. BALDWIN
Notary Public, District of Columbia
My Commission Expires June 14, 2010

WAS:129779.1