FINE ARTS . ARCHITECTURE . GRAPHIC ARTS . DESIGN



*Upholstered chair, with moulded plywood frame and laminated plywood legs and arms, designed by Harold Hicks, School of Architecture, University of Toronto, as shown in the "Design Centre" at the Canadian National Exhibition, Toronto, 1948.*

# CANADIAN ART

## *Christmas - New Year Number*

LAWREN HARRIS—RETROSPECTIVE EXHIBITION OF HIS PAINTING 1910-1948 by Andrew Bell *Page* 51

THE PURSUIT OF FORM by Northrop Frye . . . 54

FESTIVAL WEEK IN VANCOUVER by Charles H. Scott 58

THESE ARE THE ONES THE EXPERTS PICKED 59

TRADITION FROM THE ROOF DOWN by Watson Balharrie 61

DISHNISH DIARY by Robert Ayre . . . . . . . 63

THE ART MUSEUM AND THE COMMUNITY by Robert Tyler Davis 67

LE MUSÉE DE LA PROVINCE DE QUÉBEC by Donald W. Buchanan 69

TORONTO AS AN ART CENTRE by Andrew Bell . 74

MAN AND STONE by Harry Mayerovitch . . . . 76

TWO STEPS FORWARD—ONE STEP BACKWARD by Donald W. Buchanan 78

COAST TO COAST IN ART . . . . . . . . . . 82

NEW BOOKS ON THE ARTS . . . . . . . . . 84

Cover: *Tom Thomson, "March", sketch, National Gallery of Canada*

CANADIAN ART VOL. VI. NUMBER 2 CHRISTMAS 1948

PUBLISHED FOUR TIMES A YEAR UNDER THE DIRECTION OF A BOARD REPRESENTING THE NATIONAL GALLERY OF CANADA, THE ART ASSOCIATION OF MONTREAL, THE VANCOUVER ART GALLERY, THE MARITIME ART ASSOCIATION, THE FEDERATION OF CANADIAN ARTISTS.

SUBSCRIPTION RATES

*Yearly subscription: post free in Canada $1.25, other countries $1.50. Cheques should be made payable at par in Ottawa. 35c a copy. Second Class Mail, Post Office Department, Ottawa. Advertising rates upon application. All articles are listed in the* Art Index, *New York, and in the* Canadian Index, *published by the Canadian Library Association.*

EDITORIAL AND BUSINESS OFFICES: BOX 384, OTTAWA

***Editors***

Robert Ayre, Montreal
Donald W. Buchanan, Ottawa

***Assistant Editor***

Kathleen M. Fenwick, Ottawa

***Representatives***

Charles H. Scott, Vancouver
Andrew Bell, Toronto

***Production Director***

Donald W. Buchanan

***Business Secretary***

Doris Myles

Eluard's text (rhetorical-lyrical-philosophical, Polonius would have dubbed it) is intended as a tribute to his friend and an interpretation of his moods, a verbal embellishment to the reproductions. Part prose and part poetry it must be presumed to have suffered a good deal in translation and it is a pity that the French original was not given as well. Nevertheless the tone and feeling of the words (one cannot say "meaning" in the ordinary sense, for they are surrealist poems) do tell us something of the intellectual climate breathed by Picasso and his circle, do throw a further light on that mysterious and misty country of Bohemia, a province of the city of Paris, which is no longer part of our world though it does, apparently, continue to exist.

PHILIP SURREY

## CONTRIBUTORS

**Northrop Frye** is assistant professor of English at Victoria College, University of Toronto, and the author of *Fearful Symmetry, A Study of William Blake.*

**Charles H. Scott,** who is principal of the Vancouver School of Art, is now acting, in the absence of Doris Shadbolt abroad, as our British Columbia representative.

**Watson Balharrie,** besides being a practising architect in Ottawa and one of the organizers of the Association of Canadian Industrial Designers, also teaches at the School of Architecture, McGill University, Montreal.

**Robert Tyler Davis,** who was formerly curator of the Portland Art Museum, is now Director of the Art Association of Montreal and Professor of Fine Arts at McGill University.

FOR CHRISTMAS GIVING
**From Pre-War France and Belgium**
AT PRE-WAR PRICES. SUPERB HYPERION ART BOOKS.
De La Faille, VAN GOGH.
817 magnificent reproductions . . . $12.50
Rewald. MAILLOL.
13" x 10" many reproductions . . . $10.00
*Please add 35 cents for postage on each volume.*
Classic Bookshop
1380 ST. CATHERINE WEST
MONTREAL, P.Q.

The next number of **Canadian Art** will appear early in March. To be certain of obtaining your copy subscribe now. The price is **$1.25 per year in Canada and $1.50 in other countries.** Money orders should be made payable to Canadian Art, Box 384, Ottawa.

### *A Search for Lost Paintings*

On the opposite page are reproduced nine paintings which were lost in Europe during the war and which are being sought by their owner, Max Stern, Ph.D., formerly of the Gallerie Stern, Dusseldorf, Rhineland, and now a Canadian citizen and proprietor of the Dominion Gallery, Montreal. With the help of the Canadian government, two paintings in his collection, a Salomon Ruisdael and a Dirk Hals, have been restored to him. The missing pictures were stored either with Josef Roggendorf, Cologne, or with an auction house in the same city. The most important are as follows, with sizes in centimetres (numbers in brackets refer to illustrations on opposite page): (4) *Last Judgment,* Jerome Bosch, oil on panel, 97 x 72; (2) *Flower Piece,* Jan Brueghel the Elder, oil on panel, 66 x 50; (5) *Portrait of a Woman,* Otto Dix, oil on panel 115 x 75; (7) *Rocky Landscape with Bridge,* Joos de Momper, oil on canvas, 75 x 55; (9) *Faith and Work,* Jan Toorop, tempera on paper, 103 x 94; (8) *Moses Taking off his Sandals, God Appearing in a Cloud of Smoke,* J. B. van Loo, oil on canvas, approximately 80 x 100; (1) *St. Antonius,* unknown, French, 15th Century, oil on panel, approximately 60 x 40; (3) *Landscape with Figures and Water Mill,* François Knibbergen, oil on panel, 33 x 40, (6) *Winter Landscape,* Willem van Bemmel, oil on canvas; *Self Portrait,* E. von Gebhardt, oil on paper, mounted on board, 42 x 34 (not reproduced).

*(Advertisement)*

**Canadian Art Series**
"Ryerson's Canadian Art Series performs an invaluable service by presenting the life work of outstanding Canadian artists in compact, well illustrated, and inexpensive form."—*Maritime Art.*
**J. W. BEATTY**
**By Dorothy Hoover.** Beatty was the discoverer of the painter's northland, providing the stimulus of new ground which culminated in the Group of Seven. With four full colour pictures and ten in black and white. $1.50.
*Write for our complete list of the beautiful Canadian Art Series which now includes 15 titles.*
**Cloth $1.25 (except the four latest published, $1.50); paper $1.00 each.**
THE RYERSON PRESS
TORONTO



1



4



6



7



2



5



8



3



9