DEPARTMENT OF
EXTERNAL AFFAIRS
CANADA

O T T A W A,
March 3, 1948.

REPLY TO BE ADDRESSED TO:
THE UNDER-SECRETARY OF STATE
FOR EXTERNAL AFFAIRS
OTTAWA

Please refer to our
File No. 9150-AJ-40.

Dear Sir,

I refer to my letter of December 18, 1947, in which I informed you that I had forwarded your declaration, concerning your paintings, to the Canadian Military Mission to Germany, requesting it to forward the declaration to the appropriate British authorities.

I have now been advised that Headquarters Land North Rhine Westphalia at Duesseldorf issued, on February 16, 1948, an export license for the shipment of the paintings.

Yours sincerely,

for the Under-Secretary of State
for External Affairs.

Max Stern, Esq., Ph.D.,
Dominion Gallery,
1448 St. Catherine St. W.,
MONTREAL, P. Q.

SE016