Office of
The Secretary of State for External Affairs
Canada

Ottawa, 3rd May, 1949.

Dear Mr. Doré,

This letter will introduce Dr. Max Stern, formerly of the Gallerie Stern in Dusseldorf and now proprietor of the Dominion Gallery in Montreal.

Dr. Stern, accompanied by his wife, is travelling to Europe in an effort to trace some of his paintings which were lost in Germany during the war. Any assistance and courtesies which you can appropriately extend to Dr. Stern will be greatly appreciated.

Yours sincerely,

L B Pearson

Victor Doré, Esq., C.M.G.,
Canadian Ambassador to Belgium,
46, rue Montoyer,
Brussels.