XXII. JAHRGANG · NUMMER 15 MÜNCHEN, 1. AUGUST 1952

DIE WELTKUNST

THE WORLD-ART REVIEW Les BEAUX-ARTS du MONDE

ILLUSTRIERTE ZEITSCHRIFT FÜR KUNST / BUCH / ALLE SAMMELGEBIETE UND IHREN MARKT
ZENTRALORGAN SÄMTLICHER DEUTSCHER KUNST- UND ANTIQUITÄTENHÄNDLER-VERBÄNDE



*Hans Rottenhammer: Das Göttermahl*

170x225 cm. Signiert.

Wahrscheinlich auf Bestellung Kaiser Rudolphs II. gemalt. Ein Hauptwerk des Künstlers aus seiner venezianischen Zeit. Um 1600 entstanden.

Das Gemälde kam aus dem Palazzo Vendramin in den Besitz des Dichters Carl Vollmoeller, aus dessen Nachlaß es dann in eine Schweizer Privatsammlung überging. (Siehe Artikel auf Seite 3)

# Hohe Belohnung für die Wiederbeschaffung dieser Bilder!

Die nebenstehenden Bilder sind während des Krieges verloren gegangen. Sie werden — mit Ausnahme des Bildes Nr. 7, das wieder gefunden worden ist — von ihrem Eigentümer Dr. Max Stern, früher Galerie Stern in Düsseldorf, und jetzt Eigentümer der Dominion Gallery in Montreal / Canada gesucht.

Die fehlenden Bilder befanden sich zuletzt in Köln in einem Lager- oder einem Auktionshaus Die Bilder werden wie folgt beschrieben:

**Nr 1:**
**Heiliger Antonius**
Bildnis eines unbekannten französischen Meisters, 15. Jahrhundert
Öl auf Holz, ca 60x40 cm

**Nr 2:**
**Blumenstück**
von Jan Brueghel dem Älteren
Oel auf Holz, 66x50 cm

**Nr. 3:**
**Landschaft mit Figuren und Wassermühle**
von Franz Knibbergen
Oel auf Holz, 33x40 cm

**Nr. 4:**
**Jüngstes Gericht**
dem Hieronymus Bosch zugeschrieben
Oel auf Holz, 97x72 cm

**Nr. 5:**
**Frauenbildnis**
von Otto Dix
Oel auf Holz, 115x75 cm

**Nr. 6:**
**Winterlandschaft**
von Willem van Bemmel
Oel auf Leinwand

**Nr. 8:**
**Moses zieht seine Schuhe aus, Gott erscheint in einer Wolke**
von J. B. van Loo,
Oel auf Leinwand,
ca. 80x100 cm

**Nr. 9:**
**Glaube und Arbeit**
von Jan Toorop
Tempera auf Papier,
103x94 cm



1



2



3



4



5



6



7



8



9

Unter Ausschluß des Rechtsweges wird eine hohe Belohnung demjenigen zugesichert, der dazu verhilft, die obenbezeichneten Bilder, insbesondere Nummer 1, 2 und 4 wieder zu erlangen

DOMINION GALLERY
Montreal / Canada

Deutsche Anschrift: Rechtsanwalt Dr. Wenderoth
Düsseldorf, Arnoldstrasse 12



SE01687