# THE ART LOSS ■ REGISTER

*Helping the victims of art theft* www.artloss.com

Suite 101, Linton House, 164-180 Union Street, London SE1 0LH
Telephone: +44 (0)20 7928 0100
Facsimile: +44 (0)20 7928 7600
Email: artloss@artloss.com

LONDON · NEW YORK · COLOGNE

The Trustees of the Estate of Max Stern

C/o Mr Willi Korte
P.O. Box 8595
Silver Spring
MD 20907
USA

1st April 2004

Dear Sirs

Mr Willi Korte has informed us of your desire to trace the stock of the Jewish art dealer, Max Stern of Düsseldorf, auctioned at Lempertz auction house in Cologne in 1937. The Art Loss Register would be willing to add these pictures to the Art Loss Register's Holocaust related database of claims on the basis that the sale of the stock of Max Stern has been recognized as a forced sale.

We have obtained an illustrated copy of the Lempertz catalogue (auction no. 392) scheduled for 13 November 1937 - Die Bestände der Galerie Stern, Düsseldorf. Within this catalogue there are 228 lots of which approximately 70 are illustrated.

£1000

Given the number of lots involved and the translation work required, may I suggest that we charge a logging fee of £5.00 per lot to add these paintings to our database (total cost £1,140). Once on our database, the paintings would be systematically searched for as we screen auction house catalogues and as we respond to provenance enquiries from the art trade. The catalogues of the following auction houses are systematically checked against the database:

$2500
CDN

-Sotheby's (worldwide); - Christie's (worldwide); - Dorotheum, Vienna; - Fischer, Lucerne; - Hauswedell & Nolte, Hamburg; - Koller, Zurich; - Kornfeld, Bern; - Lempertz, Cologne; - Van Ham, Cologne; - Villa Grisebach, Berlin.

In addition to the logging fee, where the Art Loss Register is able to identify the location of any painting sold at Auktion 392 would charge a 10% location fee payable from the net proceeds from any sale or settlement achieved by the Trustees of the estate of Max Stern.

If you have any further questions, please do not hesitate to contact me and we look forward to working on behalf of the Trustees of the Max Stern estate.

Yours faithfully

Sarah Jackson

Historic Claims Director

*Shareholders:* I.F.A.R. Rosenthal & Rosenthal; Christie's Sotheby's; S.O.F.A.A. Phillips; Aon Corporation 3i; Axa Nordstern LLP Ltd; Bonhams H.A.D.A; S.L.A.D C.I.N.O.A; F.I.D.O.A.O. Equifax Europe Ltd

International Art & Antique Loss Register Limited
Registered in England No. 2652350
Registered Office as above
VAT No. 497 6940 76

New York Office
The Art Loss Register
20 East 46th Street, Suite 1402
New York NY 10017
Tel: 001 212 297 0941
Fax: 001 212 972 5091
Email: info@alrny.com

Cologne Office
Art Loss Register GmbH
Obenmarspforten 7-11
D-50667 Koeln
Tel: +49 221 257 6996
Fax: +49 221 257 6995

Directors:
J C Y Radcliffe
J B Emson CBE
F A T Davidson
A Golder
J A Josephson
R N Neville
G Nutt

SE01692