LOST ART INTERNET DATABASE

Start Search Forum Publications Links About us Contact

Introduction Search Advanced Search Catalogue Search Navigation

# 1. Search Request

< Back

**Single Object - Details**

| | |
|---|---|
| **Artist** | Winterhalter, Franz Xaver |
| **Title** | Girl form the Sabin Mountains |
| **Type of object** | Painting |
| **Material / Technique** | Oil & Canvas / |
| **Measures** | Height: 74.5 cm Width: 63 cm |
| **Circumstances of loss** | Düsseldorf 1937 |

**1 Image**



Enlarge picture

**Institution / Person - Details**

Stern, Dr. Max

See what's free at AOL.com.