UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAX STERN ESTATE,<br>Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 06-211/ML |
| | ) | |
| MARIA-LOUISE BISSONNETTE,<br>Defendant. | ) | |

**MOTION TO MODIFY PRETRIAL ORDER**

Defendant Maria-Louise Bissonnettte ("Bissonnettte") moves to modify the pretrial order entered by this Court, dated July 28, 2006 as previously modified on February 22, 2007 and March 22, 2007. Bissonnette respectfully requests that she be permitted to conduct additional discovery until October 1, 2007 and that she be permitted respond to plaintiff's motion for summary judgment and file any cross motions by October 15, 2007.

In support of this motion, Bissonnette states that the requested extension is needed to permit her to retain counsel. The extension will also provide her new attorney with time to properly respond to plaintiff's motion for summary judgment and evaluate whether to file a cross motion on her behalf, as well as to prepare for trial, if necessary.

WHEREFORE, Bissonnette respectfully requests that the Court grant her motion to modify the Court's pretrial order in this case.

Maria Louise Bissonnette

Maria-Louise Bissonnette
*pro se*

Dated: July 6, 2007

CERTIFICATE OF SERVICE

To:

Thomas R. Kline, Esq.
Andrews Kurth, LLP
1350 I Street, N.W.
Suite 1100
Washington, DC 20005

Samuel D. Zurier, Esq.
Tillinghast Licht LLP
10 Weybosset Street, 10th Floor
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within motion by mailing first class mail, postage prepaid, on the 6th day of July, 2007.

Gloria Louise Rinfrette