ANDREWS KURTH LLP
ATTORNEYS

1350 I Street, NW
Suite 1100
Washington, DC 20005
202.662.2700 Phone
202.662.2739 Fax
andrewskurth.com

Austin
Beijing
Dallas
Houston
London
Los Angeles
New York
The Woodlands
Washington, DC

## Fax Cover Sheet

From: Thomas R. Kline Employee No.: 01390

Sender's Direct Phone No.: (202) 662-2716 Sender's Direct Fax No.: (202) 974-9512

Date: 5/16/07 Matter No.: 164685 No. of pages (including cover sheet): 2

| RECIPIENT | COMPANY | FAX NUMBER | CONFIRMATION NUMBER |
|---|---|---|---|
| Edward J. Mulligan, Esq. | | 401/944-5823 | 401/944-5820 |

### Message

Ed:

As we just discussed on the telephone, because I have been engaged in talks with Scott about trying to settle the case and/or the motion for preliminary injunction, and have been waiting to hear back from Mrs. Bissonnette, a bit too much time has passed for us to be able to complete the outstanding tasks comfortably within the time allowed. I would like to propose the following agreement, which I think is fair to both sides and allows both parties to minimize their discovery efforts and expense in a good faith effort to live within the current deadlines, and can be implemented without going back to the Court:

1. Stern Estate would waive depositions of Saathoff and Bissonnette.

2. Stern Estate would respond to their requests to admit by June 8.

Treasury Circular 230 Disclosure – To comply with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this written communication (including any attachment) is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. If this written communication contains any tax advice that is used or referred to in connection with the promoting, marketing or recommending of any transaction(s) or matter(s), this written communication should be construed as written to support the promoting, marketing or recommending of the transaction(s) or matter(s) addressed by this written communication, and the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor. No limitation has been imposed by Andrews Kurth LLP on disclosure of the tax treatment or tax structure of the transaction(s) or matter(s).

**Confidentiality Notice**

The information contained in this facsimile transmission may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this facsimile transmission is strictly prohibited. If you have received this facsimile transmission in error, please contact us immediately at 713-220-4220 to arrange for the transmission's return to us at our expense. Thank you.

Should you have any problems receiving this fax, please call (202) 662-2771.

3. Dr. Ulf Bischof's report would be presented June 8.

4. Motions would still be due on the current date: June 18.

5. Mrs. Bissonnette would waive depositions of Stern Estate and Dr. Ulf Bischof.

This agreement is similar to what we have discussed in the past. I understand from our telephone conversation just now that you believe this approach is reasonable and acceptable, in light of the parties' discussions, but I would be grateful for your confirmation.

Many thanks.

Tom

ANDREWS KURTH LLP
ATTORNEYS

1350 I Street, NW
Suite 1100
Washington, DC 20005
202.662.2700 Phone
202.662.2739 Fax
andrewskurth.com

Austin
Beijing
Dallas
Houston
London
Los Angeles
New York
The Woodlands
Washington, DC

Fax Cover Sheet

From: Thomas R. Kline Employee No.: 01390

Sender's Direct Phone No.: (202) 662-2716 Sender's Direct Fax No.: (202) 974-9512

Date: 5/16/07 Matter No.: 164685 No. of pages (including cover sheet) 2

| RECIPIENT | COMPANY | FAX NUMBER | CONFIRMATION NUMBER |
|---|---|---|---|
| Edward J. Mulligan, Esq. | | 401/944-5823 | 401/944-5820 |

Message

Ed:

As we just discussed on the telephone, because I have been engaged in talks with Scott about trying to settle the case and/or the motion for preliminary injunction, and have been waiting to hear back from Mrs. Bissonnette, a bit too much time has passed for us to be able to complete the outstanding tasks comfortably within the time allowed. I would like to propose the following agreement, which I think is fair to both sides and allows both parties to minimize their discovery efforts and expense in a good faith effort to live within the current deadlines, and can be implemented without going back to the Court:

5/16/07

1. Stern Estate would waive depositions of Saathoff and Bissonnette.

O.K.

2. Stern Estate would respond to their requests to admit by June 8.

EJM

Treasury Circular 230 Disclosure – To comply with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this written communication (including any attachment) is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. If this written communication contains any tax advice that is used or referred to in connection with the promoting, marketing or recommending of any transaction(s) or matter(s), this written communication should be construed as written to support the promoting, marketing or recommending of the transaction(s) or matter(s) addressed by this written communication, and the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor. No limitation has been imposed by Andrews Kurth LLP on disclosure of the tax treatment or tax structure of the transaction(s) or matter(s).

Confidentiality Notice

The information contained in this facsimile transmission may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this facsimile transmission is strictly prohibited. If you have received this facsimile transmission in error, please contact us immediately at 713-220-4220 to arrange for the transmission's return to us at our expense. Thank you.

Should you have any problems receiving this fax, please call (202) 662-2771.