UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAX STERN ESTATE

v. CA 06-211ML

MARIA-LOUISE BISSONNETTE

**ORDER**

This matter is before the Court on defendant's Motion for an Extension of Time to file her response to the Motion for Summary Judgment filed by the plaintiff on June 18, 2007. Defendant also seeks to re-open discovery.

For the reasons set forth in plaintiff's opposition to the Motion for Extension of Time, defendant's Motion is GRANTED in part and DENIED in part.

Defendant shall file her response to the Motion for Summary Judgment on for before July 31, 2007. Defendant's request to re-open discovery is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
July 13, 2007

ENTERED as an Order of this Court on July 13, 2007.

Barbara Barletta
Deputy Clerk