-----Original Message-----
From: Hubertus Schlenke [mailto:Dr.Schlenke@gmx.de]
Sent: Monday, July 16, 2007 9:26 AM
To: Artekorte@aol.com
Subject: Re: Winterhalter

Sehr geehrter Herr Korte,

die Ortsbesichtigung ist nicht ganz problemlos verlaufen. Der Anwalt bestand darauf, dass ich ohne meine Kollegin das Bild anschaue, wahrscheinlich wollte er nicht, dass sich die Ortsbesichtigung mit Augenzeugen vollzieht.

Ich habe dann die Digitalkamera meiner Kollegin genommen und versucht jedes Detail genau zu fotografieren. Das ist bei diesem Alter nicht ungewöhnlich. Ich habe es ungerahmt vorgefunden. Von einer Rahmung war nicht die Rede. Ich habe das Auspacken und Einpacken begleitet und habe gesehen, wie das Bild in einem klimatisierten,lichtgeschützten Keller aufbewahrt wurde.

Das Bild ist mit Doppelnoppenfolie und Seidenpapier verschlossen gewesen. Das Seidenpapier hat auf der Leinwand vorderseitig gelegen. Wenn das Bild lange lagern wird, die Räume waren gut klimatisiert, braucht es aber laut meiner Kollegin eine andere Verpackung. Das müssen wir noch diskutieren.

Schäden waren vorhanden, ob eine Kausalität zwischen unsachgerechtem Transport und Folgeschäden herstellbar ist, läßt sich noch nicht sagen. Die Fotos bekommen Sie zugeschickt. Ich versuche es noch heute. Dann können Sie sich auch vorort ein Bild machen.

Schade war nur, dass der Anwalt die Unterstützung meiner Kollegin verweigerte, obwohl ich sie als meine rechte Hand vorstellte, also meine Assistentin.

Soviel Aufregung war ich gar nicht gewohnt. Der Anwalt war dann auch ein unangenehmer Geselle. Jetzt versuchen wir gemeinsam, Frau Jahn und ich, zu erörtern, wie die festgestellten Schäden einzuschätzen sind.

Sie werden selbst anhand der Fotos sehen, wie der Unterschied zu bewerten ist.

Das im Voraus zum Ablauf des Tages, die Untersuchung dauerte zwei Stunden und ich habe gründlich hingeschaut.

Mit besten Grüßen

Hubertus Schlenke

Dear Mr. Korte,

The inspection did not proceed without problems. The attorney insisted that I inspect the picture without my colleague. He probably didn't want the inspection to take place with an eyewitness.

I then took my colleague's digital camera and tried to closely photograph every detail. This is not unusual at this age. I met the picture without a frame. A frame was never mentioned. I was present during the unwrapping and wrapping and did see how the picture was stored in a climate controlled and light-proof cellar.

The picture is covered with tissue paper and foil with bubbles on both sides. The tissue paper rested on the front side of the canvas. In case the picture should be stored for a longer period, the rooms had good climate control, it needs a different wrapping according to my colleague. We still have to discuss this.

Damage exists, but I am not able to say yet, whether causality can be claimed between improper transportation and consequential damage. The photos will be sent to you. I will try to do it today. Then you can see for yourself.

But it was a pity that the attorney refused the assistance of my colleague, even though I introduced her as my right hand, thus my assistant.

I am not used to this kind of commotion. The attorney turned out to be an unpleasant fellow. Now, Ms. Jahn and I will try to discuss together, how to assess the detected damages.

Based on the photos you will be able to see for yourself how the difference should be appraised.

I send you this information in advance regarding the events of the day. The inspection lasted two hours and I thoroughly looked at everything.

Sincerely,

Hubertus Schlenke