**Sheehan, Carole**

**From:** Hubertus Schlenke [Dr.Schlenke@gmx.de]
**Sent:** Monday, July 16, 2007 11:26 AM
**To:** Artekorte@aol.com
**Subject:** Re: Winterhalter

Sehr geehrter Herr Korte,

natürlich wäre es hilfreich, noch einmal mit meiner Assistentin, der Restauratorin, zusammen eine Besichtigung durchzuführen.

Ursache und Wirkung von Beschädigungen sind natürlich von Restauratoren besser zu interpretieren. Das ist deren Beruf.

Zumal es ja wohl ein Rancune vom Anwalt der Beklagten war, Sie von der Ortsbesichtigung auszuschließen. Eine Kungelei zwischen Anwalt und Spedition war sichtbar. Ein neutrales Auftreten durch Provokation kaum möglich. Zeitaufschub und langes Warten zählten dazu.

Wir werden zunächst auch so analysieren, wie die Schäden zu beurteilen sind. Ich hoffe, dass die Sie die Bilder schnell vor Augen haben.

Soweit die Informationen

Mit besten Grüßen

Hubertus Schlenke

--
Psssst! Schon vom neuen GMX MultiMessenger gehört?
Der kanns mit allen: http://www.gmx.net/de/go/multimessenger

Dear Mr. Korte,

It would of course be helpful to conduct the inspection one more time together with my assistant, the restorer.

Cause and effect of damages can be better interpreted by restorers. That is their job.

Especially, since it was arguably a rancor from the attorney of the defendant to exclude her from the inspection. Some wheeling and dealing between the attorney and the storage company was apparent. A neutral appearance due to provocation was hardly possible. Delay and long periods of waiting were among them.

Initially, we will analyze under these circumstances, how to assess the damages. I hope that you will have the photos in front of you soon.

This is the information.

Best regards,

Hubertus Schlenke