----- Message from "Hubertus Schlenke" <Dr.Schlenke@gmx.de> on Sat, 21 Jul 2007 07:26:48 -0400 -----
**To:**<Artekorte@aol.com>**Subject:**Erklärung für das Gericht / kurzSehr geehrter Herr Korte,

sie haben von mir die Faxe des Zustandesberichtes meiner Kollegin, Frau Jahn, bekommen.

Sie schreibt dort, dass sie wegen der fehlenden Inaugenscheinnahme nicht per Fotografie entscheiden kann, wie die Schäden entstanden sind und welche Massnahmen notwendig sind.

Das bleibt über die Fotografie eine Spekulationssache.

Schadenanalyse und Schadensbehebung stehen in enger, unmittelbarer Verbindung miteinander.

Es geht also um die Substanzen, Firnisschichten und Verschmutzungen, die man per Ferndiagnose nicht analysieren kann.

Deshalb ist eine Inaugenscheinnahme mit einem Restaurator(in) unerlässlich und zielführend.

Mit freundlichen Grüßen

Dr. Hubertus Schlenke

(English translation follows:)

----- Original Message -----
From: Artekorte@aol.com <Artekorte@aol.com>
To: Kline, Thomas R.
Sent: Sat Jul 21 11:11:07 2007
Subject: Winterhalter - Schlenke

Dear Mr. Korte,

You received from me the faxes of the status report of my colleague Ms. Jahn.

In it she writes that due to the missing inspection by her, she cannot decide based on photos, what caused the damages and which measures are necessary.

Using only photos, this remains a matter of speculation.

Damage analysis and damage repair are in close, direct connection with each other.

Thus this is about the substances, the layers of varnish, and impurities, which cannot be analyzed by remote diagnosis.

Therefore an inspection with a restorer is indispensable and achieves the objective.

Sincerely,

Dr. Hubertus Schlenke

----- Message from "Hubertus Schlenke" <Dr.Schlenke@gmx.de> on Sun, 22 Jul 2007 01:00:25 +0200 -----

**To:**Artekorte@aol.com**Subject:**Erklärung für das Gericht Sehr geehrter Herr Korte,

Es ist notwendig, eine weitere Ortsbesichtigung mit Restaurator durchzuführen, weil Schadenanalyse und Schadensbehebung in enger, unmittelbarer Verbindung miteinander stehen.

Es geht bei der Besichtigung also um die Substanzen, Firnisschichten und Verschmutzungen und die Ursache der Beschädigungen, die man per Ferndiagnose und Fotografie nicht analysieren und richtig einschätzen kann.

Deshalb ist eine Inaugenscheinnahme mit einem Restaurator(in) unerlässlich und zielführend.

Mit freundlichen Grüßen

Dr. Hubertus Schlenke

(English translation follows:)

Dear Mr. Korte,

It is necessary to conduct another inspection with a restorer, because damage analysis and damage repair are in close, direct connection with each other.

Thus the inspection is about the substances, the layers of varnish, and impurities, and the cause of the damages, which cannot be analyzed and accurately assessed by remote diagnosis and photos.

Therefore an inspection with a restorer is indispensable and achieves the objective.

Sincerely,

Dr. Hubertus Schlenke