AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Max Stern Estate

**APPEARANCE**

V.

Maria-Louise Bissonnette

Case Number: 1:06-cv-211ML-LDA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Defendant, Maria-Louise Bissonnette

I certify that I am admitted to practice in this court.

July 23, 2007

Date Format m/d/yyyy

Signature

David A. Levy — 4564

Print Name — Bar Number

50 Park Row West, Ste. 326

Address

Providence — RI — 02903

City — State — Zip Code

401-952-0033 — 401-274-5562

Phone Format (999) 999-9999 — Fax Number Format (999) 999-9999