**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Max Stern Estate,<br>Plaintiff | : | |
| | : | C.A. NO.: 06-211ML |
| v. | : | |
| Maria-Louise Bissonnette, et al<br>Defendants | : | |

## ENTRY OF APPEARANCE

I, Marta E. Garrett, Esquire, hereby enter my appearance on behalf of the Defendant in the above captioned matter.

/s/ Marta E. Garrett
Marta E. Garrett, Esquire
R.I. Bar 7130
50 Park Row West, Ste. 326
Providence, Rhode Island
(401) 480-7436
(401) 274-5562 (fax)

## CERTIFICATION OF SERVICE

I hereby certify that on this 23 day of July, 2007, that I filed a copy of this Entry of Appearance via the ECF system, to the following counsel of record: Thomas R. Kline (admitted Pro Hac Vice), L. Eden Burgess (Admitted Pro Hac Vice), 1350 I Street, NW, Suite 1100, Washington, DC 20005; Samuel D. Zurier, Tillinghast Licht, LLP, 10 Weybosset Street, Providence, Rhode Island 02903.

/s/ Marta E. Garrett, Esquire