IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAX STERN ESTATE, Plaintiff | : | |
| vs. | : | C.A. No. 06-211 (ML) |
| MARIA-LOUISE BISSONNETTE, et al Defendant | : | |

**ORDER**

This matter came before the Court on July 25, 2007, for hearing on Plaintiff Estate of Max Stern's ("Plaintiff") Motion to Enforce Order Allowing Inspection of Painting and Conditional Motion for Contempt. The Court, having considered the pleadings, affidavits, declarations, memoranda and other materials filed by Plaintiff and by Defendant Maria-Louise Bissonnette ("Defendant"), as well as the oral arguments made at the hearing, hereby **GRANTS** the Motion in part and **ORDERS** as follows:

1. Defendant is hereby ordered to permit one or more representatives of Plaintiff to view, inspect, photograph, and otherwise observe and record the Painting and its means of storage in order to make a complete evaluation of its condition and the conditions in which it is being stored. Defendant shall provide prompt access to Plaintiff's representatives upon reasonable notice, at a reasonable time, and in a reasonable manner, consistent with the pending schedule of this action.

2. Defendant is further ordered to permit Plaintiff's representatives to use whatever equipment they bring to aid their evaluation of the Painting and of its storage conditions, including but not limited to a work lamp, a tripod, a loupe, a camera, and a camera tripod, providing such equipment is used in a reasonable manner.

3. Defendant is further ordered not to interfere with the inspection in any way, provided the inspection is proceeding in a reasonable manner.

4. Defendant is further ordered to permit the inspection to occur no later than August 31, 2007.

5. Defendant is further ordered to permit additional inspections, upon a reasonable request by Plaintiff, provided Plaintiff provides reasonable notice of the additional inspection(s) to Defendant and that Plaintiff conducts such additional inspection(s) in a reasonable manner.

ENTER:

Mary M. Lisi
USDJ 8/20/07

BY ORDER:

Barbara Barletta



WAS:130957.2