UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ROBERT S. VINEBERG, MICHAEL D. VINEBERG, SYDNEY FELDHAMMER, as Trustees of THE DR. And MRS. STERN FOUNDATION**

**VS.** **C.A. NO. 06-211ML**

**MARIA-LOUISE BISSONNETTE and ESTATES UNLIMITED, INC.**

**JUDGMENT**

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the plaintiff's, Robert S. Vineberg, Michael D. Vineberg, Sydney Feldhammer, as Trustees of the Dr. And Mrs. Stern Foundation, against the defendant, Maria-Louise Bissonnette, pursuant to the Memorandum and Order dated December 27, 2007 GRANTING plaintiff's Motion for Summary Judgment.**

**Estates Unlimited, Inc., was dismissed as a defendant on June 14, 2007 pursuant to the Order of that date granting the Joint Motion to Dismiss.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: December 27, 2007