UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT S. VINEBERG, MICHAEL D. VINEBERG, SYDNEY FELDHAMMER, As Trustees of THE DR. and MRS. STERN FOUNDATION

CA 06-211ML

Plaintiffs,

v.

MARIA-LOUISE BISSONETTE
And
ESTATES UNLIMITED,
Defendants

**NOTICE OF WITHDRAWAL**

Now comes Marta Garrett, Esquire, attorney for Defendant Maria-Louise Bissonette in the above captioned matter and files this Notice of Withdrawal pursuant to LR 205(e)(1).

As grounds therefore, Attorney Garrett states that Summary Judgment was granted in favor of the Plaintiff on December 27, 2007. There are no other motions currently pending before the Court in this matter

Moreover, on October 22, 2007, Attorney Garrett relocated to Birmingham, Alabama and began work as Risk Management Consultant for a corporation headquarted there. She is a full time employee of the Birmingham corporation. Ms. Garrett is no longer engaged in the practice of law. She has notified opposing counsel Thomas Kline, Esquire of her relocation and her desire to withdraw as counsel in this matter. She has

also notified Defendant Bissonette. Neither individual voiced an objection. Attorney David Levy's appearance is entered as lead counsel in this matter.

WHEREFORE, Attorney Garrett respectfully requests that this Honorable Court accept this Notice of Withdrawal.

RESPECTFULLY SUBMITTED,

/s/ Marta E. Garrett___________
Marta E. Garrett, Esquire
540 Summit Place
Birmingham, Alabama
(205) 834-3089
martagarrett@gmail.com

**CERTIFICATION**

I hereby certify that on this 2 day of January, 2008, that I caused the within NOTICE to be submitted to the following counsel of record, via the ECF filing system: Thomas Kline, Esquire, ANDREWS KURTH, 1350 I Street, NW, Suite 1100, Washington, DC 20005; Samuel Zurier, Esquire, TILLINGHAST LICHT, 10 Weybosset Street, Providence, Rhode Island 02903. The within was mailed, via first class mail, to David Levy, Esquire, 50 Park Row West, Apt. 326, Providence, Rhode Island 02903; and Maria Louise Bissonette, 50 Park Row West, Apt. 905, Providence, Rhode Island 02903.

/s/ Marta E. Garrett_______________