**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Max Stern Estate, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Civil Act. No. 06-211 (ML)** |
| | § | |
| Maria-Louise Bissonnette, *et al.* | § | |
| | § | |
| Defendants. | § | |
| | § | |

**PLAINTIFF'S CONDITIONAL ASSENT TO**
**MARTA E. GARRETT'S NOTICE OF WITHDRAWAL**

Robert S. Vineberg, Michael D. Vineberg, and Sydney Feldhammer, as Trustees of the Dr. and Mrs. Stern Foundation ("Stern Estate" or "Plaintiff"), hereby states its conditional assent to the Notice of Withdrawal of Marta E. Garrett, attorney for Defendant Maria-Louise Bissonnette ("Bissonnette" or "Defendant").

Ms. Garrett has informed the Court she wishes to withdraw as counsel of record for Defendant and has asked the Court to accept her Notice of Withdrawal, based on the grounds stated in the Notice. Making no comment on the grounds asserted, Stern Estate conditionally assents to Ms. Garrett's withdrawal, on the condition that Defendant's lead counsel, David A. Levy, remain as Defendant's counsel and assist Defendant with facilitating the prompt turnover of the painting to Stern Estate as ordered by the Court, which Stern Estate presently is trying to arrange.

WHEREFORE, Plaintiff conditionally assents to Ms. Garrett's Notice of Withdrawal on condition that Mr. Levy remain counsel of record for Defendant, and that there is no prejudice to Stern Estate in connection with the prompt turnover of the Painting.

Dated: January 2, 2008

*/s/ Thomas R. Kline*__________________
ANDREWS KURTH LLP
Thomas R. Kline (admitted *pro hac vice*)
thomaskline@andrewskurth.com
L. Eden Burgess (admitted *pro hac vice*)
edenburgess@andrewskurth.com
1350 I Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

*/s/ Samuel D. Zurier*___________
TILLINGHAST LICHT LLP
Samuel D. Zurier (R.I. Bar No. 3576)
szurier@tllaw.com
10 Weybosset Street
Providence, RI 02903-2818
Telephone: (401) 456-1200
Facsimile: (401) 456-1210

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 2, 2008, the foregoing was served by email and first-class U.S. mail, postage prepaid, on the following:

Marta E. Garrett, Esq.
David A. Levy, Esq.
50 Park Row W
Suite 326
Providence, RI 02903
Email: martagarrett@gmail.com

*Counsel for Defendant Maria-Louise Bissonnette*

*/s/ Samuel D. Zurier*
Samuel D. Zurier