**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Vineberg, *et al.* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | **Civil Act. No. 06-211 (ML)** |
| | § | |
| Maria-Louise Bissonnette, *et al.* | § | |
| | § | |
| Defendants. | § | |
| | § | |

**AFFIDAVIT OF THOMAS R. KLINE IN SUPPORT PLAINTIFFS' MOTION FOR COSTS PURSUANT TO LR Cv 54**

BEFORE ME, the undersigned authority, on this day personally appeared Thomas R. Kline, who, being first by me duly sworn, did upon oath depose and state the following:

1. My name is Thomas R. Kline. I am over the age of eighteen years and fully competent to make this Affidavit. I am admitted *pro hac vice* to the Bar of this Court in the above-captioned matter and am a member in good standing of the Bars of the State of New York and of Washington, D.C. I am the attorney-in-charge for Plaintiffs Robert S. Vineberg, *et al.*, the Trustees of the Dr. and Mrs. Stern Foundation ("Stern Estate"). I make this Affidavit on the basis of my personal knowledge. The facts stated herein are true and correct.

2. Final Judgment was entered in the above-captioned action on December 27, 2007 against Defendant Maria-Louise Bissonnette, in favor of Stern Estate.

3. The Bill of Costs (Exhibit A), incorporated herein, was prepared at my direction and under my supervision. I have personally examined this exhibit. The amounts listed in the proposed bill of costs (Exhibit A) are true and correct.

4. All services reflected in the Bill of Costs (Exhibit A) were actually performed and were necessary to the presentation of Plaintiffs' case.

5. All disbursements reflected in the Bill of Costs (Exhibit A) represent obligations actually incurred and necessary to the presentation of Plaintiffs' case.

6. The following amounts have been paid and incurred, and Plaintiffs request that the Clerk tax them as costs, as set forth in Exhibit A and the documentation attached thereto:

| | |
|---|---|
| Fees to the Clerk | 350.00 |
| Fees for service of summons and subpoena | 180.00 |
| Compensation of interpreters | 2,937.50 |
| Docket fees under 28 U.S.C. § 1923 | 20.00 |
| **TOTAL** | $3,487.50 |

7. A true and correct copy of this Affidavit and Bill of Costs (Exhibit A), along with Plaintiffs' Motion for Costs and Memorandum of Law in Support Thereof, will be served on counsel as indicated on the Certificate of Service.

Thomas R. Kline

SWORN AND SUBSCRIBED TO BEFORE ME, the undersigned authority, on this the 11th day of January, 2008, to certify which witness my hand and official seal.

My commission expires:

ELIZABETH A. BALDWIN
Notary Public, District of Columbia
My Commission Expires June 14, 2010



WAS:134703.1

# EXHIBIT A

AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Vineberg, et al.

V.

Bissonnette, et al.

## BILL OF COSTS

Case Number: 06-211 (ML)

Judgment having been entered in the above entitled action on 12/27/2007 (Date) against Defendant Bissonnette, the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk | $ | 350.00 |
| Fees for service of summons and subpoena | | 180.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | | 0.00 |
| Fees and disbursements for printing | | 0.00 |
| Fees for witnesses (itemize on reverse side) | | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | | 0.00 |
| Docket fees under 28 U.S.C. 1923 | | 20.00 |
| Costs as shown on Mandate of Court of Appeals | | 0.00 |
| Compensation of court-appointed experts | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | 2,937.50 |
| Other costs (please itemize) | | |
| TOTAL | $ | 3,487.50 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fe[es ...]ed. A copy of this bill was mailed today with postage prepaid to: David Levy, Esq., Counsel for Defendant

Signature of Attorney: [signature]

Name of Attorney: Thomas R. Kline

For: Robert S. Vineberg, et al., Trustees of the Dr. and Mrs. Stern Fdtn, Plaintiffs

Date: 1/11/08

Costs are taxed in the amount of ______ and included in the judgment.

______ Clerk of Court

By: ______ Deputy Clerk

Date

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE Days | ATTENDANCE Total Cost | SUBSISTENCE Days | SUBSISTENCE Total Cost | MILEAGE Miles | MILEAGE Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

5/8/06

# DISBURSEMENT VOUCHER

TILLINGHAST LICHT PERKINS SMITH & COHEN, LLP

| TIME NEEDED: | PREP. BY | AUTH.ATTY. | TAKE FROM CLIENT'S ACCT |
|---|---|---|---|
| 5/8/06 | jmn | Gy | ☐ |

PAY TO: Clerk, United States District Court, District of RI

CHECK NO.

ADDRESS FOR MAILING: 1 Exchange Terrace, Providence, RI 02903

MO. DAY YR.

ADDITIONAL NARRATIVE IF NECESSARY)

CLIENT NO. 31677

MATTER NO. 2

DISB. CODE 13

AMOUNT $350.00

United States Treasury Symbol 4670

Mon May 8 13:35:09 2006

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 63259
Cashier msaucier

Check Number:

DO Code Div No
4670 1

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 60.00 |
| 2:510000 | N | 2 | 190.00 |
| 3:086400 | N | 2 | 100.00 |

Total Amount $ 350.00

FILING FEE CA 06-211ML TILLINGHAST LICHT

10 WEYBOSSET ST PROV RI

cn

...ation

## DISBURSEMENT CODES

76 DISBURSEMENT RESERVE
999 DISBURSEMENTS BALANCE FORWARD
64 DOCUMENT SCANNING
53 DUN & BRADSTREET REPORT
59 EQUITY SEARCH
71 ESTIMATED PHOTOCOPY CHARGES

FACSIMILE
FEDERAL EXPRESS
FILE HISTORY
FILING FEES
FOREIGN AGENT FEE
HANDWRITING EXPERT
HCHP PREMIUM
HVAC
INDEX SEARCH
LEGAL RESEARCH [Cash Cost]
LEGAL RESEARCH [Non-cash Cost]
LODGING
LONG DISTANCE TELEPHONE
MAINTENANCE FEE
MBTA PASS
MEALS
MEDICAL RECORD/EXPENSE
MEETING EXPENSE
MISCELLANEOUS
MUNICIPAL LIEN CERTIFICATE
NON-INVENTORY SUPPLIES
OFFICE MESSENGER
OUTSIDE COUNSEL
PARKING
3 PATENT SEARCH
44 PATENT APPLICATION/FILING FEE
46 PATENT/TRADEMARK RENEW/MAINT
51 PATENT COPIES
47 PATENT DRAWINGS

8 PHOTOCOPYING OUTSIDE
45 PLOT PLAN
79 POSTAGE
27 PROFESSIONAL SERVICES
69 PSYCHIATRIC FEES
25 PUBLIC NOTICES
14 RECORDING FEES
50 REFERRAL FEE
33 SECRETARIAL OVERTIME
28 SERVICE OF PROCESS
9 SOCIAL LAW LIBRARY PHOTOCOPIES
68 SPECIAL SUPPLY ORDERS
62 SPECIAL LEGAL CONSULTANT FEES
63 SPECIAL LEGAL CONSULTANT DISB.
29 STENOGRAPHER/TRANSCRIPTS
20 STOCK CERTIFICATES
56 STORAGE RETRIEVAL
67 TAXI/AUTO EXPENSE
10 TELEPHONE EXPENSE
34 TEMPORARY EMPLOYMENT
21 TITLE EXAMINATION
39 TITLE INSURANCE
41 TRADEMARK SEARCH
42 TRADEMARK APPLIC/FILING FEE
31 TRAVEL
65 TRAVEL FARES (Plane/Train/Bus)
36 UCC SEARCH
11 VELOBINDING
30 WITNESS FEE
87 ZONING ORDINANCE

**Richard A. Bourque**

**Constable** **75 Holburn Ave, Cranston, RI 02910**

**Federal Process Server**

Cell Phones (Dick) 401-641-5028 Office 401-941-7756
(Joyce) 401-641-5029 FAX 401-941-6743

May 12, 2006

Glenn R. Friedemann, Esquire
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903

**RE: The Max Stern Estate vs Maria-Louise Bissonnette et al**
**US District Court Case No. 06-211 ML**

Summons & Complaint
On Maria-Louise Bissonette
Personally, in-hand
On 5/9/2006 $60.00

Summons & Complaint
On Estates Unlimited, Inc.
On R/A Steve M. Fusco
On 5/8/2006 $60.00

Notice of Related Proceedings
On Estates Unlimited, Inc.
On R/A A Steve M. Fusco
On 5/8/2006 $60.00

$180.00

Mag. Stephan Grundei
3614 Rue Laval
Montreal, QC, H2X 3C9
Bank contact: Erste Bank; Swift Code/BIC: GIBAATWW;
DVR 0031313; BLZ 20111; Account number: 30034026007

**INVOICE**

January 11, 2007
Dr. Robert Vineberg
1501 McGill College Avenue, 26th Floor
Montreal, QC

| **Date** | **Description** | **Cost** |
|---|---|---|
| Jan. 07 | Translation Max Stern | 2750 |
| | **TOTAL DUE** | **$ 2750.00** |

Thank You,

Stephan Grundei

**Ori Z. Soltes**
**2020 K St NW Suite 550**
**Washington, DC 20006**
**Tel 202-232-9260 fax 202-903-2101**
**orisoltes@aol.com**

To:

Tom Kline
Andrews Kurth
1350 I St NW
Suite 1100
Washington, DC 20005

*Bill for services rendered:*

Reviewing German translations and presenting review

Four hours @ $150 per hour = $600

Thank you

Ori Z Soltes