IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VINEBERG, et.al..<br>Plaintiffs, | : | |
| VS | : | Civil Act. No. 06-211 (ML) |
| MARIA LOUISE - BISSONNETTE, et. al.<br>Defendant | : | |

**NOTICE OF APPEAL**

Notice is given that Maria-Louise Bissonnette, the defendant in the above named case, appeals to the United States Court of Appeals for the Frist Circuit from the grant of Summary Judgment entered in this action on December 27, 2007.

Dated: January 24, 2008

David A. Levy, Esq.
50 Park Row West, #326
Providence, RI 02903
401-952-0033