UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

U.S. COURT OF APPEALS
RECEIVED
JAN 28 2008
FOR THE FIRST CIRCUIT

January 25, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CASE NUMBER: CA 06-211ML CCA# 08-1136
TITLE OF CASE: Vineberg, et al. (Max Stern Estate) v. Maria-Louise Bissonnette

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

RECEIVED
JAN 28 2008
BY: U.S. Court of Appeals

By J. Duhamel
John Duhamel
Deputy Clerk

Encl: **Case File (three file folders: Documents 1 through 84)**
**Certified Docket**