AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Vineberg, et al.

V.

Bissonnette, et al.

**BILL OF COSTS**

Case Number: 06-211 (ML)

Judgment having been entered in the above entitled action on 12/27/2007 (Date) against Defendant Bissonnette,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 350.00 |
| Fees for service of summons and subpoena | 180.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 0.00 |
| Docket fees under 28 U.S.C. 1923 | 20.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 2,937.50 |
| Other costs (please itemize) | |
| TOTAL | $ 3,487.50 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fe[es have been charged were actually and necessarily perform]ed. A copy of this bill was mailed today with postage prepaid to: David Levy, Esq., Counsel for Defendant

Signature of Attorney: [signature]

Name of Attorney: Thomas R. Kline

For: Robert S. Vineberg, et al., Trustees of the Dr. and Mrs. Stern Fdtn, Plaintiffs

Date: 1/11/08

Costs are taxed in the amount of $3,487.50 and included in the judgment.

Clerk of Court

By: Barbara Barletta
Deputy Clerk

Date 2/5/08